FILED

UNITED STATES COURT OF APPEALS

SEP 20 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEMINI TECHNOLOGIES, INC., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> SMITH & WESSON CORP., a Delaware corporation; AMERICAN OUTDOOR BRANDS CORPORATION, a Massachusetts corporation, <br><br> Defendants-Appellees. | No. 18-35510 <br><br> D.C. No. 1:18-cv-00035-CWD <br> District of Idaho, Boise <br><br> **ORDER** |

Before: HAWKINS, W. FLETCHER, and BENNETT, Circuit Judges

Appellant's motion for attorneys' fees on appeal (Dkt. No. 35) is DENIED without prejudice to requesting such fees in the district court if appellant is the prevailing party after a final judgment on the merits.