B. Newal Squyres, ISB No. 1621
Jason E. Prince, ISB No. 7227
Brett C. Ruff, ISB No. 9965
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho  83701-2527
Telephone:  (208) 342-5000
Facsimile:  (208) 343-8869
E-mail:  nsquyres@hollandhart.com
E-mail:  jeprince@hollandhart.com
E-mail:  bcruff@hollandhart.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH & WESSON, CORP., a Delaware corporation; and AMERICAN OUTDOOR BRANDS CORPORATION, a Massachusetts corporation,<br><br>Defendants. | Case No.  1:18-CV-00035-CWD<br><br>**STIPULATION REGARDING WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS COMPLAINT ON *FORUM NON CONVENIENS* GROUNDS (DKT. 7)** |

Plaintiff Gemini Technologies, Incorporated ("Plaintiff"), by and through its counsel of record, Trout Law, PLLC and Defendants Smith & Wesson Co., Inc. and American Outdoor Brands Corporation ("Defendants"), by and through their attorneys of record, Holland & Hart LLP, hereby stipulate as follows:

**STIPULATION REGARDING WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS COMPLAINT ON *FORUM NON CONVENIENS* GROUNDS (DKT. 7) - 1**

1. Defendants hereby withdraw their Motion to Dismiss Complaint on *Forum Non Conveniens* Grounds (Dkt. 7).  Plaintiff stipulates to this withdrawal.

2. Plaintiff and Defendants stipulate and agree that Defendants' deadline to file an answer and counterclaims to Plaintiff's Complaint shall be November 4, 2019.

There is good cause for this stipulated filing deadline.  Given the relatively short extension of time, the fact that the case recently was remanded by the Ninth Circuit, the issues at controversy in this case, and counsels' obligations and deadlines in other matters, the above-stipulated filing deadline will serve the interests of justice and still facilitate efficient resolution of the pending matters in this case.

The parties have not previously been granted any time extensions related to Defendants' answer and counterclaims.

DATED this 24th day of October, 2019.

          HOLLAND & HART LLP

          By */s/ B. Newal Squyres*
              B. Newal Squyres, of the firm

          Attorney for Defendants

DATED this 24th day of October, 2019.

          TROUT LAW, PLLC

          By */s/ Kim J. Trout*
              Kim J. Trout

          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of October, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Kim J. Trout<br>TROUT LAW, PLLC<br>3778 N. Plantation River Dr., Ste. 101<br>Boise, ID 83703<br>Telephone: (208) 577-5755<br>Facsimile: (208) 577-5756 | ktrout@trout-law.com |

Attorney for Plaintiff

       /s/ B. Newal Squyres
       B. Newal Squyres of HOLLAND & HART LLP

13536457_v2