UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH & WESSON, CORP., a Delaware corporation; and AMERICAN OUTDOOR BRANDS CORPORATION, a Massachusetts corporation,<br><br>Defendants. | Case No.  1:18-CV-00035-CWD<br><br>**ORDER GRANTING STIPULATION REGARDING WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS COMPLAINT ON *FORUM NON CONVENIENS* GROUNDS** |

THIS MATTER, having come before the Court on the parties' Stipulation Regarding Withdrawal of Defendants' Motion to Dismiss Complaint on *Forum Non Conveniens* Grounds (Dkt. 26), and for good cause being shown,

IT IS HEREBY ORDERED that the parties' Stipulation is **GRANTED**. Defendants' Motion to Dismiss Complaint on *Forum Non Conveniens* Grounds (Dkt. 7) is hereby withdrawn, and Defendants' counterclaims and answer to Plaintiff's Complaint are due no later than November 4, 2019.

DATED: October 28, 2019

_____
Honorable Candy W. Dale
United States Magistrate Judge