UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| GEMINI TECHNOLOGIES, INC., an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH & WESSON, CORP., an Delaware Corporation; and AMERICAN OUTDOOR BRANDS CORPORATION, a Massachusetts corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-CWD<br><br>**ORDER RE: STIPULATION AND MOTION TO EXTEND DEADLINE FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| SMITH & WESSON CORP., a Delaware corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>GEMINI TECHNOLOGIES, INCORPORATED, an Idaho Corporation; RONALD J. MARTINEZ, an individual; and PHILIP H. DATER, an individual,<br><br>Counterdefendants. | |

WHEREAS, this matter having come before the Court on the parties' Stipulation and Motion to Extend the Deadline for Defendants' Response to Plaintiff's First Amended Complaint [Dkt. 55] and good cause appearing therefore:

IT IS HEREBY ORDERED the stipulation is GRANTED and the deadline set forth in the Order Granting Stipulation to Amend Complaint [Dkt. 52] for Defendants' Response to Plaintiff's First Amended Complaint is reset to November 6, 2020.

DATED: November 02, 2020

Candy W. Dale
U.S. Magistrate Judge