KIM J. TROUT, ISB #2468
TROUT LAW, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID  83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
ktrout@trout-law.com
Attorney for the Plaintiff.

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SMITH & WESSON CORP., a Delaware corporation, and AMERICAN OUTDOOR BRANDS CORPORATION, Nevada corporation,<br><br>    Defendants. | Case No. 1:18-CV-00035-CWD<br><br>**MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>F.R.C.P. 56 |
| SMITH & WESSON CORP., a Delaware corporation,<br><br>    Counterclaimant,<br><br>vs.<br><br>GEMINI TECHNOLOGIES, INCORPORATED, an Idaho Corporation; RONALD J. MARTINEZ, an individual; and PHILIP H. DATER, an individual,<br><br>    Counterdefendants. | |

Plaintiff Gemini Technologies Inc. ("Gemtech") hereby moves for partial summary judgment against Defendants Smith & Wesson Corp. and American Outdoor Brands Corporation (collectively "Smith & Wesson"). Gemtech is entitled to partial summary judgment on its claim for breach of the parties' escrow agreement, as well as partial judgment on each of Smith & Wesson's counterclaims. Gemtech is entitled to a release of the escrow balance as a matter of law, together with accrued statutory interest from January 2, 2018 to present.

Oral argument is requested.

Dated: September 24, 2021    TROUT LAW, PLLC


*/s/ Kim J. Trout*
Kim J. Trout

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 24, 2021, a true and correct copy of the above and foregoing document was filed through the CM/ECF system, which caused the following parties or counsel to be served by electronic means.

B. Newal Squyres
   NSquyres@hollandhart.com

Stefan J. Hasselblad
   SJHasselblad@hollandhart.com


*/s/ Kim J. Trout*
Kim J. Trout