KIM J. TROUT, ISB #2468
TROUT LAW, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID  83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
ktrout@trout-law.com
Attorney for the Plaintiff.

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>    Plaintiff,<br>vs.<br><br>SMITH & WESSON CORP., a Delaware corporation, and AMERICAN OUTDOOR BRANDS CORPORATION,  Nevada corporation,<br><br>    Defendants. | Case No. 1:18-CV-00035-CWD<br><br>**DECLARATION OF DR. PHILIP DATER IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>F.R.C.P. 56 |
| SMITH & WESSON CORP., a Delaware corporation,<br><br>    Counterclaimant,<br>vs.<br><br>GEMINI TECHNOLOGIES, INCORPORATED, an Idaho Corporation; RONALD J. MARTINEZ, an individual; and PHILIP H. DATER, an individual,<br><br>    Counterdefendants. | |

Pursuant to 28 U.S.C. 1746, I declare the following is true and correct and submit the following declaration:

1. I am one of the founding shareholders of Gemini Technologies, Incorporated, and have personal knowledge of the facts stated herein.

2. In 2000, I formed a business relationship with Greg Felton, one of the owners of Law Enforcement International, Ltd. ("LEI"), a European gun manufacturing company.

3. In 2003, Mr. Felton and I agreed to cooperate such that Gemtech was allowed to use one of LEI's patented inventions in the U.S. in exchange for LEI being able to use one of Gemtech's inventions in the EU. This agreement was never formally documented.

4. In 2003, Gemtech registered the mark "Gemtech" with the United States Patent and Trademark Office as Registration Number 2904306. This trademark was subsequently canceled by the United States Patent and Trademark Office on June 24, 2011, as Gemtech did not file a Declaration of Use pursuant to Section 8.

5. In 2003, LEI registered the mark "Gemtech" in the European Union.

6. I was aware of LEI's intention to register the "Gemtech" trademark in the EU, and Gemtech did not object to LEI's registration and use of the Gemtech trademark in the EU because the United States Department of State rules prohibited Gemtech from selling suppressors overseas to any persons or entities (other than government agencies). Thus, from 1993 to 2016, Gemtech did not register any overseas trademarks and focused exclusively on its U.S. trademarks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 08/12/2021

Philip Dater
SignNow e-signature ID: 01d2668020...
08/12/2021 23:47:23 UTC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 24, 2021, a true and correct copy of the above and foregoing document was filed through the CM/ECF system, which caused the following parties or counsel to be served by electronic means.

B. Newal Squyres
    NSquyres@hollandhart.com

Stefan J. Hasselblad
    SJHasselblad@hollandhart.com


           */s/ Kim J. Trout*