KIM J. TROUT, ISB #2468
TROUT LAW, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID  83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
ktrout@trout-law.com
Attorney for the Plaintiff.

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br>vs.<br><br>SMITH & WESSON CORP., a Delaware corporation, and AMERICAN OUTDOOR BRANDS CORPORATION, Nevada corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-CWD<br><br>**DECLARATION OF RONALD J. MARTINEZ IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>F.R.C.P. 56 |
| SMITH & WESSON CORP., a Delaware corporation,<br><br>Counterclaimant,<br>vs.<br><br>GEMINI TECHNOLOGIES, INCORPORATED, an Idaho Corporation; RONALD J. MARTINEZ, an individual; and PHILIP H. DATER, an individual,<br><br>Counterdefendants. | |

Pursuant to 28 U.S.C. 1746, I declare the following is true and correct and submit the following declaration:

1. I am the majority shareholder of Gemini Technologies, Incorporated, and have personal knowledge of the facts stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Asset Purchase Agreement ("APA"). On August 7, 2017, Gemtech and Smith & Wesson closed on the APA.

3. Attached hereto as **Exhibit 2**, is a true and correct copy of the Estimated Purchase Price Acknowledgement dated August 7, 2017, showing an Estimated Purchase Price of $11,395,284.25.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Escrow Agreement executed on August 7, 2017. The purpose of the escrow agreement was to help cover any legitimate indemnity claims held by Smith & Wesson against Gemtech in connection with the APA.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Smith & Wesson's December 22, 2017 letter from Smith & Wesson identifying said correspondence as a claim pursuant to the Escrow Agreement

6. Attached hereto as **Exhibit 5** is a true and correct copy of Smith & Wesson's January 2, 2018 notice & objection to Gemtech's working capital calculations—including objections to Gemtech's accounts receivables calculations and other working capital calculations.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Gemtech's December 22, 2017 response directed to Zach Bethel of Washington Trust Bank.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Gemtech's December 22, 2017 response to Smith & Wesson's Claim Notice dated of the same date.

9. On October 20, 2017 Smith & Wesson issued its Buyer's Report, a true and

correct copy of which is attached hereto as **Exhibit 8**.

10. Gemtech issued the Seller's Report pursuant on December 4, 2017, a true and correct coy of which is attached hereto as **Exhibit 9**.

11. On January 18, 2018, Smith & Wesson sent a second Buyer's Report which demanded a Purchase Price adjustment of $505,547.56 in Smith & Wesson's favor, a true and correct copy of which is attached hereto as **Exhibit 10**.

12. Following the issuance of the Seller's Report, the parties entered into the arbitration required under the APA. Attached hereto as **Exhibit 11** is a true and correct copy of Grant Thornton's February 4, 2019 final determination letter.

13. Following Grant Thornton's decision, neither party sought judicial confirmation of the Grant Thornton decision.

14. Smith & Wesson did not seek an administrative appeal (or any judicial review) of the arbitration the decision.

15. As part of its decision, Grant Thornton reduced the total calculated purchase price from $11,395,284.25 to $11,256,985, or a reduction of $138,299.25 in Smith & Wesson's favor.

16. The only remaining indemnification claim from the December 22, 2017 escrow notice that was not decided in the written Grant Thornton decision was the "[o]ngoing investigation of a claim that [Gemtech] did not have title to certain assets that were transferred to [Smith & Wesson]."

17. Pursuant to the APA, and pursuant to Grant Thornton's written decision, Gemtech was to pay the Settlement Accountant's fees, and Gemtech did pay the Settlement Accountant's fees.

18. On June 20, 2019, Gemtech & Smith & Wesson executed a Joint Written Direction to Washington Trust Bank in the amount of $171,706.58, which was the payment of

the Settlement Accountant's fees, as well as the adjusted purchase price.

19. In 2017, and as part of the APA, Gemtech transferred all its "intangible rights," including its existing trademark rights, to Smith & Wesson. Attached hereto as **Exhibit 12** is a true and correct copy of the Trademark Assignment executed on August 7, 2017.

20. Gemtech did not transfer (or list) the EU trademark in the APA because LEI owned the mark at the time of the APA.

21. On August 22, 2017 Smith & Wesson via email from Mariena Champagna, requested confirmation that "there are only U.S. trademarks for Gemtech, no foreign. Is that correct?" I responded "Yes, everything is domestic." Attached hereto as **Exhibit 13** is a true and correct copy of said correspondence.

22. I have verified that there are no outstanding claims, including any claims from the Oregon taxing authority relating to Gemtech.

23. The Escrow Account began with a balance of $5,410,000 and has been reduced to a principal amount of $1,470,629.97.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/17/2021.

Ronald J. Martinez  SignNow e-signature ID: 73ef073450...
09/17/2021 19:46:08 UTC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 24, 2021, a true and correct copy of the above and foregoing document was filed through the CM/ECF system, which caused the following parties or counsel to be served by electronic means.

B. Newal Squyres
  NSquyres@hollandhart.com

Stefan J. Hasselblad
  SJHasselblad@hollandhart.com

          */s/ Kim J. Trout*