**EXHIBIT 2
TO THE DECLARATION OF
RONALD J. MARTINEZ**

**ESTIMATED PURCHASE PRICE ACKNOWLEDGMENT**

August 7, 2017

This **ESTIMATED PURCHASE PRICE ACKNOWLEDGMENT** (the "Acknowledgment") is delivered pursuant to Section 1.3(a) of that certain Asset Purchase Agreement, dated as of June 29, 2017 (the "Agreement"), by and among (i) Smith & Wesson Corp., a Delaware corporation; (ii) Gemini Technologies, Incorporated, an Idaho corporation; and (iii) the "Stockholders" named therein.  All capitalized terms used but not defined in this Acknowledgment have the meanings assigned to such terms in the Agreement.

Set forth below is the Estimated Purchase Price:

| | |
|---|---|
| Base Purchase Price | $ 10,160,000.00 |
| Plus estimated Working Capital excess[1] | $   1,235,284.25 |
| Minus estimated Working Capital shortfall[1] | $          — |
| Estimated Purchase Price | $ 11,395,284.25 |

_____

(1) The estimated Working Capital of $2,924,284.25 is greater than the target Working Capital of $1,689,000.00. The calculation of the estimated Working Capital is attached hereto as Exhibit A.

[*Remainder of Page Intentionally Left Blank*]

IN WITNESS WHEREOF, this Estimated Purchase Price Acknowledgment is executed as of the date first written above.

        **SMITH & WESSON CORP.**

By: *[signature]*

Name: Jeffrey D. Buchanan
Title: Executive Vice President, Chief Financial Officer, and Treasurer

**GEMINI TECHNOLOGIES, INCORPORATED**

By: _____
Name: Ronald J. Martinez
Title: President and Chief Executive Officer

IN WITNESS WHEREOF, this Estimated Purchase Price Acknowledgment is executed as of the date first written above.

                                  **SMITH & WESSON CORP.**

By: _____
Name:   Jeffrey D. Buchanan
Title:    Executive Vice President, Chief Financial Officer, and Treasurer

**GEMINI TECHNOLOGIES, INCORPORATED**

By: *Ron Martinez* _____
Name:   Ronald J. Martinez
Title:    President and Chief Executive Officer

SIGNATURE PAGE TO ESTIMATED PURCHASE PRICE ACKNOWLEDGMENT

## EXHIBIT A

**Estimated Working Capital as of the Closing Date**

| | |
|---:|---:|
| **Accounts Receivable** | $1,095,444.00 |
| **Inventory** | $3,016,540.25 |
| **Accounts Payable** | **($1,187,700.00)** |
| **Working Capital** | $2,924,284.25 |

*PHX 332473141v3*