# EXHIBIT 4
# TO THE DECLARATION OF RONALD J. MARTINEZ

JEFFREY BUCHANAN | EXECUTIVE VP & CFO
2100 ROOSEVELT AVENUE, SPRINGFIELD, MA 01104
WWW.AOB.COM  413-747-3341  JBUCHANAN@AOB.COM

December 22, 2017

(Via FedEx, Fax & Email)
Washington Trust Bank
945 West Bannock Street
Boise, ID 83702
Attention: Zach Bethel
Facsimile: (208) 385-5039
E-mail: ZBethel@watrust.com

      Re: <u>Claim Notice Pursuant to Smith & Wesson/Gemini Technologies Escrow Agreement, dated August 7, 2017</u>

Dear Mr. Bethel:

  Reference is made to the Escrow Agreement, dated August 7, 2017, by and among Smith & Wesson Corp., Gemini Technologies, Incorporated and Washington Trust Bank (the "Escrow Agreement"). Reference is also made to the Asset Purchase Agreement, dated June 29, 2017, by and among Smith & Wesson Corp., Gemini Technologies, Incorporated and the Stockholders named therein (the "APA"). Capitalized terms used herein and not otherwise defined have the meaning assigned to them in the Escrow Agreement or the APA, as applicable.

  Section 7.3(a)(i) of the APA provides that the Company and the Stockholders shall indemnify Buyer for Damages arising from a "breach of, or inaccuracy in, any of the representations or warranties made by the Company and/or the Stockholders" in the APA. Section 7.3(a)(ii) of the APA provides that the Company and the Stockholders shall indemnify Buyer for Damages arising from a "breach or default in performance by the Company or any Stockholder of any covenant or agreement of the Company and/or the Stockholders" contained in the APA. The following constitute breaches of or inaccuracies in various representations, warranties, covenants and agreements:

1. Invalid accounts receivable in excess of $150,000, as follows:
    a. Charges to customer credit cards for sales where a credit was issued to the customer but the sale was not reversed.
    b. Credits issued to customers that were not accrued or recorded on the Company's balance sheet.
2. Misappropriated cash in excess of $40,000, as follows:

1

AMERICAN OUTDOOR BRANDS CORPORATION
BUCHANAN FINANCIAL GROUP & CFP
2100 ROOSEVELT AVENUE, SPRINGFIELD, MA 01104
WWW.AOB.COM  413-747-3341  JBUCHANAN@AOB.COM

   a. Checks issued to the Company for accounts receivable acquired by the Buyer and deposited in the Company's bank account but not transferred to the Buyer.
3. Misappropriated cash in an amount to be determined, as follows:
   a. Credit card transactions post-Closing that were credited to the Company's bank account but not transferred to the Buyer.
4. Ongoing investigation of various duplicate shipments which overstated the Company's sales, profitability and accounts receivable in an amount to be determined.
5. Ongoing investigation of other irregular transactions in an amount to be determined.
6. Ongoing investigation of a claim that the Company did not have title to certain assets that were transferred to the Buyer in an amount to be determined.
7. Working capital adjustment of $358,821 in favor of Buyer to the extent the underlying transactions constitute breaches of or inaccuracies in various representations and warranties.

The transactions and conduct described above constitute breaches of or inaccuracies in various representations and warranties in the APA, including, among others: (a) Section 3.8 Financial Statements; Liabilities; Accounts Receivable; Inventories; Title to Assets; (b) Section 3.9 Absence of Certain Changes; and (c) Section 3.25 Title to Assets. The transactions and conduct described above also constitute a breach by the Company of its obligation under Section 7.5 of the APA to "transfer or deliver to Buyer, promptly after the receipt thereof, any cash or other property which the Company receives after the Closing Date in respect of any claims, contracts, licenses, leases, commitments, sales orders, purchase orders, receivables of any character, or any other items transferred or intended to be transferred to Buyer as part of the Assets under this Agreement." The Company has also breached its duty of good faith and fair dealing.

As a result of the foregoing, Buyer has incurred and will continue to incur Damages and Buyer hereby asserts an Indemnity Claim from the Company and the Stockholders for breach of Section 7.3(a) of the APA in the sum of $1,500,000. Buyer's investigation is continuing and Buyer reserves the right to supplement this Indemnity Claim and assert additional Indemnity Claims against the Company and the Stockholders.

Very truly yours,

SMITH & WESSON CORP.

By: [signature]
Name: Jeffrey D. Buchanan
Title: Executive Vice President & Chief Financial Officer


Cc: (via FedEx & Email)
    Gemini Technologies, Incorporated
    335 N. Edgewood Lane



Eagle, ID 83616
Attention: Ronald J. Martinez
E-mail: ron@martinez.net

(via FedEx & Email)
Trout Law, PLLC
3778 Plantation River Drive, Suite 101
Boise, ID 83703
Attn: Kim J. Trout
E-mail: ktrout@trout-law.com

(via email)
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
Attention: Brian H. Blaney
E-mail: blaneyb@gtlaw.com