# EXHIBIT 5
# TO THE DECLARATION OF
# RONALD J. MARTINEZ

 **Smith & Wesson®**

2100 Roosevelt Avenue
PO Box 2208
Springfield, MA 01102-2208

January 2, 2018

(Via FedEx & Email)
Gemini Technologies, Incorporated
334 N. Edgewood Lane
Eagle, ID 83616
Attn: Ron Martinez
E-mail:  ron@martinez.net

Re:  Asset Purchase Agreement, dated June 29, 2017

Dear Mr. Martinez:

Reference is made to the Asset Purchase Agreement, dated June 29, 2017, by and among Smith & Wesson Corp., Gemini Technologies, Incorporated and the Stockholders named therein (the "APA").  Capitalized terms used herein and not otherwise defined have the meaning assigned to them in the APA.

We are in receipt of Seller's Report, dated December 4, 2017.  This is to advise you that Buyer objects to the calculations set forth in Seller's Report.

Very truly yours,

Deana L. McPherson
Assistant Secretary

Cc:  (via FedEx & Email)
     Trout Law, PLLC
     3778 Plantation River Drive, Suite 101
     Boise, ID 83703
     Attn: Kim J. Trout
     E-mail:  ktrout@trout-law.com

     Greenberg Traurig, LLP
     2375 E. Camelback Road, Suite 700
     Phoenix, AZ  85016
     Attn.: Brian H. Blaney
     E-mail: blaneyb@gtlaw.com

