# EXHIBIT 6
# TO THE DECLARATION OF
# RONALD J. MARTINEZ

TROUT LAW

Boise
3778 Plantation River Dr., Suite 101
Boise, Idaho 83703

Ketchum
P.O. Box 2946
Ketchum, ID 83340

t (208) 577. 5755
f (208) 577. 5756
www.trout-law.com

December 22, 2017

**SENT VIA:    Hand Delivery & Email**

Washington Trust Bank
945 West Bannock Street
Boise, ID 83702
Attention:  Zach Bethel
Facsimile:  (208) 385-5039
E-Mail:  ZBethel@watrust.com

   Re: Escrow Agreement – Smith & Wesson/Gemini Technologies
     Claim Response

Dear Mr. Bethel:

  Gemini Technologies, Incorporated ("Gemtech") is in receipt of the letter dated December 22, 2017, referencing the Escrow Agreement dated August 7, 2017, by and among Smith & Wesson Corp., Gemini Technologies, Incorporated, and Washington Trust Bank (hereafter the "Escrow Agreement.")  In addition, Gemtech has reviewed the Asset Purchase Agreement, wherein Smith & Wesson Corp. made certain representations and promises.  Pursuant to ¶6(a) of the Escrow Agreement, this is Gemtech's Claim Response.

  Pursuant to the Escrow Agreement, Smith and Wesson was required to provide a "written notice of claim" which "shall include a reasonably detailed description of the claim and the basis therefor **and the amount**, if known, asserted by Buyer for such claim."  Smith and Wesson has failed to comply with the terms of the Escrow Agreement, in so much as Smith and Wesson has requested an unreasonable hold back of $1,500,000.00 from the funding due on January 2, 2018.

  Smith & Wesson has provided a sum of $548,821 in claims, not $1,500,000.  Of import, Smith & Wesson was required to provide a "reasonably detailed description of the claim" pursuant to the Escrow Agreement.  A review of the Claim Notice does not include any such "detailed description."  Items 4, 5, and 6 are "[o]ngoing investigation[s]."  This is not a "reasonably detailed description" and there is no valid amount asserted.  Smith & Wesson purchased the assets of Gemtech on August 7, 2017.  Smith & Wesson had access to the books of Gemtech since the first quarter of 2017.  Any such "investigation" could have, and should have, been done by now.  It is unreasonable to withhold $951,179 over an "investigation."

  Next, Smith & Wesson asserts there are "invalid accounts receivable in excess of $150,000." Again, Smith and Wesson provides no detail or description of the claim.  In order for Smith & Wesson to assert this claim, there must be some reasonable detail, for which there is none.  In addition, Smith & Wesson, pursuant to §1.2(c) of the APA, Smith & Wesson held-back $250,000 "to satisfy the accounts receivable set forth on Schedule 1.2(c)."  Therefore, Smith & Wesson is double counting these funds inappropriately.

December 22, 2017
Page 2

      Items 2 and 3 are believed to be the same item, however without sufficient detail as required under the Escrow Agreement, Gemtech is unable to determine this.  Upon completion of the purchase, Ms. McPherson and/or others at Smith & Wesson should have immediately established a separate account for online credit card purchases, and issued credit cards in Smith & Wesson's name.  Instead, Smith & Wesson continued to use Gemtech credit card, and directed checks to be written out of Gemtech account for Smith & Wesson expenses.  It was therefore necessary for Gemtech to continue deposits in Gemtech' account for website credit card sales.  Gemtech learned of Smith & Wesson's claim for $45,163.45 on December 21, 2017.  On December 21, 2017, counsel for Gemtech immediately reached out to Deana McPherson, Smith & Wesson's Controller, and Alan Schutzman seeking to schedule a time to discuss the claim on either December 27 or December 28.  Ms. McPherson could not hold a call in advance of January 2, 2018, and instead requested a call to be held on January 3 or 4, 2018.  This was the first and the last communication from anyone at Smith & Wesson regarding this claim.  Gemtech acted in good faith to determine the validity of the claim.  Upon a review of the spreadsheet "Gemtech Expense Ckg Acct Update.xlsx," a paper copy is attached hereto as **Attachment A**, there is a total due Smith & Wesson of $45,163.45.  Gemtech does not dispute this amount, and will authorize the Escrow Agent to disburse $45,163.45 to Smith & Wesson in full satisfaction of Items 2 and 3 in Smith & Wesson's Claim Notice.

      Finally, Item 7 is a claim for "$358,821 in favor of Buyer."  This is a direct breach of the APA, § 1.5.  On October 20, 2017, Smith & Wesson issued its Buyer's Report claiming $358,821 due to Smith & Wesson.  On December 4, 2017, Gemtech issued its Seller's Report pursuant to §1.5(b).  In the Seller's Report, Gemtech disputed this amount, and claimed there should actually be a working capital adjustment of $82,839.61 in favor of Gemtech.  Pursuant to the APA, Smith & Wesson and Gemtech were required to attempt to "resolve the disagreements set forth in such report within 30 days after the date of the Company's Report."  If the disagreements are unable to be resolved, then the reports are to be submitted to a "recognized firm of independent certified public accountants selected by mutual agreement of the Company and Buyer…"  Therefore, there are two conditions precedent to Smith & Wesson asserting any claim as against Gemtech.  Smith & Wesson has failed and refused to comply with the APA, specifically §1.5(b), to resolve the claim.  Therefore, this claim is not yet ripe, and is not subject to an indemnity claim.

      [*Remainder of page left intentionally blank*]


December 22, 2017
Page 3

      As is evident from the above, Smith & Wesson has violated the APA and has breached its duty of good faith and fair dealing. As a result of Smith & Wesson's breach, Gemtech has suffered damages in an amount of at least $1,450,000[1], plus all consequential and other legally appropriate damages.

                               Sincerely,

                               Kim J. Trout

CC:

Smith & Wesson Corp.
c/o American Outdoor Brands Corporation
2100 Roosevelt Avenue
Springfield, MA 01104
Attention:  Jeffrey D. Buchanan
Email:  jbuchanan@aob.com

American Outdoor Brands Corporation
2100 Roosevelt Avenue
Springfield, MA 01104
Attention:  Robert J. Cicero
Email:  rcicero@aob.com

Greenberg Traurig, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
Attention:  Brian H. Blainey
Email:  blaneyb@gtlaw.com

---

[1] This amount is calculated as follows:  $1,500,000 less $45,163.45. The balance of Smith & Wesson's claims are inappropriate and/or not yet ripe. In addition, Smith & Wesson has double counted funds.

# ATTACHMENT A

|  |  | Gemtech | Acq. $'s | S&W | Bank Balance |
|---|---|---|---|---|---|
| 8/7/17 |  | $134,454.81 |  |  | $134,454.81 |
| 8/8/17 | Web Sales | $143.00 |  | $143.00 | $134,597.81 |
| 8/8/17 | Web Sales | $611.95 |  | $611.95 | $135,209.76 |
| 8/8/17 | Credit Card Sales | $499.00 |  | $499.00 | $135,708.76 |
| 8/8/17 | Acq. Pmt. | $1,011,260.18 | $1,011,260.18 |  | $1,146,968.94 |
| 8/8/17 | Defense Mktg. Group | ($5,300.00) | ($5,300.00) |  | $1,141,668.94 |
| 8/9/17 | Web Sales | $93.00 |  | $93.00 | $1,141,761.94 |
| 8/9/17 | Web Sales | $623.97 |  | $623.97 | $1,142,385.91 |
| 8/9/17 | Close Credit Line | $69.83 | $69.83 |  | $1,142,455.74 |
| 8/9/17 | Vincent Baertschi | ($91.93) | ($91.93) |  | $1,142,363.81 |
| 8/9/17 | Spear Consulting , LLC | ($1,900.00) | ($1,900.00) |  | $1,140,463.81 |
| 8/9/17 | Vincent Baertschi | ($91.93) | ($91.93) |  | $1,140,371.88 |
| 8/9/17 | Spear Consulting , LLC | ($1,900.00) | ($1,900.00) |  | $1,138,471.88 |
| 8/9/17 | JVP Firearms | ($2,694.60) |  | ($2,694.60) | $1,135,777.28 |
| 8/9/17 | Wells Fargo CC | ($32,853.24) | ($32,853.24) |  | $1,102,924.04 |
| 8/9/17 | Disbursement | ($200,000.00) |  | ($200,000.00) |  | $902,924.04 |
| 8/9/17 | Disbursement | ($424,947.78) |  | ($424,947.78) |  | $477,976.26 |
| 8/10/17 | Web Sales | $376.97 |  | $376.97 | $478,353.23 |
| 8/10/17 | Credit Card Sales | $766.99 |  | $766.99 | $479,120.22 |
| 8/10/17 | WTB - Acct. Analysis | ($380.95) | ($380.95) |  | $478,739.27 |
| 8/11/17 | AR Collections | $293.83 |  | $293.83 | $479,033.10 |
| 8/11/17 | Web Sales | $879.97 |  | $879.97 | $479,913.07 |
| 8/11/17 | Credit Card Sales | $572.99 |  | $572.99 | $480,486.06 |
| 8/11/17 | AR Collections | $17,550.00 |  | $17,550.00 | $498,036.06 |
| 8/11/17 | AR Collections | $26,128.23 |  | $26,128.23 | $524,164.29 |
| 8/11/17 | Fulgent Group | ($4,848.80) | ($4,848.80) |  | $519,315.49 |
| 8/14/17 | Web Sales | $107.99 |  | $107.99 | $519,423.48 |
| 8/14/17 | Web Sales | $129.50 |  | $129.50 | $519,552.98 |
| 8/14/17 | Credit Card Sales | $157.00 |  | $157.00 | $519,709.98 |
| 8/14/17 | Web Sales | $333.96 |  | $333.96 | $520,043.94 |
| 8/14/17 | Web Sales | $469.99 |  | $469.99 | $520,513.93 |
| 8/14/17 | Web Sales | $1,018.88 |  | $1,018.88 | $521,532.81 |
| 8/14/17 | Credit Card Sales | $73.00 |  | $73.00 | $521,605.81 |
| 8/14/17 | Ryan Schlup | ($648.25) | ($648.25) |  | $520,957.56 |
| 8/14/17 | Regence Blue Shield | ($14,674.18) |  | ($14,674.18) | $506,283.38 |
| 8/15/17 | Web Sales | $753.00 |  | $753.00 | $507,036.38 |
| 8/15/17 | Credit Card Sales | $424.99 |  | $424.99 | $507,461.37 |
| 8/15/17 | BATFE | ($200.00) | ($200.00) |  | $507,261.37 |
| 8/15/17 | BATFE | ($200.00) | ($200.00) |  | $507,061.37 |
| 8/15/17 | NY Life Insurance | ($2,702.26) | ($2,702.26) |  | $504,359.11 |
| 8/15/17 | Payroll | ($29,390.87) | ($29,390.87) |  | $474,968.24 |
| 8/15/17 | Payroll Taxes | ($340,052.15) | ($19,499.93) | ($320,552.22) |  | $134,916.09 |
| 8/16/17 | Web Sales | $93.00 |  | $93.00 | $135,009.09 |
| 8/16/17 | Web Sales | $569.24 |  | $569.24 | $135,578.33 |
| 8/16/17 | ARMSLIST | ($1,350.00) | ($1,350.00) |  | $134,228.33 |
| 8/16/17 | ARMSLIST | ($1,350.00) | ($1,350.00) |  | $132,878.33 |
| 8/16/17 | BG Investments | ($7,273.91) |  | ($7,273.91) | $125,604.42 |
| 8/16/17 | ARMSLIST | ($2,700.00) | ($2,700.00) |  | $122,904.42 |
| 8/16/17 | Cable One | ($158.43) |  | ($158.43) | $122,745.99 |
| 8/16/17 | Paycheck EIB | ($230.33) | ($230.33) |  | $122,515.66 |
| 8/17/17 | Web Sales | $99.13 |  | $99.13 | $122,614.79 |
| 8/17/17 | Credit Card Sales | $10,872.86 |  | $10,872.86 | $133,487.65 |
| 8/17/17 | Web Sales | $215.98 |  | $215.98 | $133,703.63 |
| 8/17/17 | AR Collections | $823.73 |  | $823.73 | $134,527.36 |
| 8/17/17 | UPS | ($189.16) | ($189.16) |  | $134,338.20 |
| 8/18/17 | Web Sales | $338.98 |  | $338.98 | $134,677.18 |
| 8/18/17 | Credit Card Sales | ($24.79) |  | ($24.79) | $134,652.39 |
| 8/18/17 | Web Sales | $325.96 |  | $325.96 | $134,978.35 |
| 8/21/17 | Credit Card Sales | $250.00 |  | $250.00 | $135,228.35 |
| 8/21/17 | Web Sales | $731.97 |  | $731.97 | $135,960.32 |
| 8/21/17 | Web Sales | $954.97 |  | $954.97 | $136,915.29 |
| 8/21/17 | Credit Card Sales | $998.97 |  | $998.97 | $137,914.26 |
| 8/21/17 | Midway USA | $3,227.83 |  | $3,227.83 | $141,142.09 |
| 8/21/17 | AR Collections | $27.00 |  | $27.00 | $141,169.09 |
| 8/21/17 | Credit Card Sales | $11,172.15 |  | $11,172.15 | $152,341.24 |
| 8/21/17 | Web Sales | $374.99 |  | $374.99 | $152,716.23 |
| 8/21/17 | Web Sales | $430.96 |  | $430.96 | $153,147.19 |
| 8/21/17 | Credit Card Sales | $789.94 |  | $789.94 | $153,937.13 |
| 8/22/17 | SPRINT | ($79.36) | ($79.36) |  | $153,857.77 |
| 8/22/17 | Idaho Power | ($1,200.57) | ($1,200.57) |  | $152,657.20 |
| 8/22/17 | ID StateWithholding | ($5,398.00) | ($5,398.00) |  | $147,259.20 |
| 8/23/17 | Web Sales | $43.00 |  | $43.00 | $147,302.20 |
| 8/23/17 | Web Sales | $726.46 |  | $726.46 | $148,028.66 |

Gemtech Checking Acct. Activity

| Date | Description | Gemtech | Acq. $'s | S&W | Bank Balance |
|---|---|---|---|---|---|
| 8/7/17 | | $134,454.81 | | | $134,454.81 |
| 8/23/17 | Credit Card Sales | $394.98 | | $394.98 | $148,423.64 |
| 8/24/17 | Web Sales | $866.97 | | $866.97 | $149,290.61 |
| 8/24/17 | Credit Card Sales | $2,697.33 | | $2,697.33 | $151,987.94 |
| 8/25/17 | Web Sales | $83.00 | | $83.00 | $152,070.94 |
| 8/25/17 | Web Sales | $257.00 | | $257.00 | $152,327.94 |
| 8/25/17 | Credit Card Sales | $868.00 | | $868.00 | $153,195.94 |
| 8/25/17 | Disbursement | ($8,000.00) | ($8,000.00) | | $145,195.94 |
| 8/25/17 | Phil Dater | ($640.67) | ($640.67) | | $144,555.27 |
| 8/25/17 | FEDEX | ($254.42) | ($254.42) | | $144,300.85 |
| 8/28/17 | Credit Card Sales | $30.00 | | $30.00 | $144,330.85 |
| 8/28/17 | Web Sales | $157.98 | | $157.98 | $144,488.83 |
| 8/28/17 | Web Sales | $523.99 | | $523.99 | $145,012.82 |
| 8/28/17 | Web Sales | $383.00 | | $383.00 | $145,395.82 |
| 8/28/17 | Credit Card Sales | $404.92 | | $404.92 | $145,800.74 |
| 8/28/17 | Web Sales | $917.08 | | $917.08 | $146,717.82 |
| 8/28/17 | Credit Card Sales | $254.50 | | $254.50 | $146,972.32 |
| 8/28/17 | CenturyLink | ($1,300.54) | ($1,300.54) | | $145,671.78 |
| 8/29/17 | Web Sales | $1,136.99 | | $1,136.99 | $146,808.77 |
| 8/29/17 | Credit Card Sales | $298.00 | | $298.00 | $147,106.77 |
| 8/29/17 | WTB CC Pmt. | ($45,039.01) | ($45,039.01) | | $102,067.76 |
| 8/30/17 | Midway USA | $292.43 | | $292.43 | $102,360.19 |
| 8/30/17 | Web Sales | $353.98 | | $353.98 | $102,714.17 |
| 8/30/17 | Credit Card Sales | $2,266.00 | | $2,266.00 | $104,980.17 |
| 8/31/17 | Web Sales | $693.93 | | $693.93 | $105,674.10 |
| 8/31/17 | Credit Card Sales | $43.00 | | $43.00 | $105,717.10 |
| 8/31/17 | Web Sales | $88.02 | | $88.02 | $105,805.12 |
| 8/31/17 | Credit Card Sales | $1,199.40 | | $1,199.40 | $107,004.52 |
| 8/31/17 | Cash Sales | $75.01 | | $75.01 | $107,079.53 |
| 8/31/17 | UPS Refund | $1,049.37 | $1,049.37 | | $108,128.90 |
| 8/31/17 | Payroll Taxes | ($520.06) | | ($520.06) | $107,608.84 |
| 8/31/17 | Payroll | ($3,596.02) | | ($3,596.02) | $104,012.82 |
| | | ($24,166.21) | $57,760.18 | $70,418.85 | |
| | | | | | |
| 9/1/17 | Web Sales | $1,128.40 | | $1,128.40 | $105,141.22 |
| 9/1/17 | American Express | ($7.95) | | ($7.95) | $105,133.27 |
| 9/1/17 | Paycheck EIB | ($169.40) | | ($169.40) | $104,963.87 |
| 9/1/17 | GSL | ($2,000.00) | ($2,000.00) | | $102,963.87 |
| 9/5/17 | Web Sales | $464.97 | | $464.97 | $103,428.84 |
| 9/5/17 | Web Sales | $694.50 | | $694.50 | $104,123.34 |
| 9/5/17 | Web Sales | $826.93 | | $826.93 | $104,950.27 |
| 9/5/17 | Midway USA | $1,062.30 | | $1,062.30 | $106,012.57 |
| 9/5/17 | Web Sales | $2,954.00 | | $2,954.00 | $108,966.57 |
| 9/5/17 | Web Sales | $16,857.44 | | $16,857.44 | $125,824.01 |
| 9/5/17 | Billing Authnet | ($36.15) | | ($36.15) | $125,787.86 |
| 9/5/17 | AXP Discnt Amex | ($196.09) | | ($196.09) | $125,591.77 |
| 9/5/17 | Discount Bankcard | ($1,670.69) | | ($1,670.69) | $123,921.08 |
| 9/5/17 | Web Sales | $232.75 | | $232.75 | $124,153.83 |
| 9/5/17 | Web Sales | $3,394.95 | | $3,394.95 | $127,548.78 |
| 9/6/17 | Materials Testing & Inspection | ($1,649.00) | ($1,649.00) | | $125,899.78 |
| 9/6/17 | Metalcraft Manufacturing | ($4,845.00) | ($4,845.00) | | $121,054.78 |
| 9/6/17 | Joey Harris | ($83.71) | | ($83.71) | $120,971.07 |
| 9/7/17 | Web Sales | $645.00 | | $645.00 | $121,616.07 |
| 9/7/17 | Web Sales | $1,725.00 | | $1,725.00 | $123,341.07 |
| 9/7/17 | AUSA | ($6,000.00) | | ($6,000.00) | $117,341.07 |
| 9/8/17 | Web Sales | $228.00 | | $228.00 | $117,569.07 |
| 9/8/17 | Web Sales | $2,288.82 | | $2,288.82 | $119,857.89 |
| 9/8/17 | BATFE Warranty Tax Stamp | ($200.00) | | ($200.00) | $119,657.89 |
| 9/8/17 | BATFE Warranty Tax Stamp | ($200.00) | | ($200.00) | $119,457.89 |
| 9/11/17 | Web Sales | $88.00 | | $88.00 | $119,545.89 |
| 9/11/17 | Web Sales | $128.98 | | $128.98 | $119,674.87 |
| 9/11/17 | Web Sales | $182.97 | | $182.97 | $119,857.84 |
| 9/11/17 | Web Sales | $313.97 | | $313.97 | $120,171.81 |
| 9/11/17 | Web Sales | $523.98 | | $523.98 | $120,695.79 |
| 9/11/17 | WTB - Acct. Analysis | ($97.88) | ($97.88) | | $120,597.91 |
| 9/11/17 | High Country Electric | ($4,346.58) | ($4,346.58) | | $116,251.33 |
| 9/11/17 | UPS | ($409.02) | | ($409.02) | $115,842.31 |
| 9/11/17 | UPS | ($1,084.24) | | ($1,084.24) | $114,758.07 |
| 9/12/17 | Web Sales | $811.95 | | $811.95 | $115,570.02 |
| 9/12/17 | BATFE | ($150.00) | | ($150.00) | $115,420.02 |
| 9/13/17 | Web Sales | $93.00 | | $93.00 | $115,513.02 |
| 9/13/17 | Web Sales | $1,710.28 | | $1,710.28 | $117,223.30 |
| 9/13/17 | Jason Harper - Lead Testing | ($339.84) | ($339.84) | | $116,883.46 |

Gemtech Checking Acct. Activity

| Date | Description | Gemtech | Acq. $'s | S&W | Bank Balance |
|---|---|---|---|---|---|
| 8/7/17 | | $134,454.81 | | | $134,454.81 |
| 9/13/17 | American Express | ($9,481.89) | ($9,481.89) | | $107,401.57 |
| 9/14/17 | Web Sales | $143.00 | | $143.00 | $107,544.57 |
| 9/14/17 | Web Sales | $523.00 | | $523.00 | $108,067.57 |
| 9/15/17 | Web Sales | $262.99 | | $262.99 | $108,330.56 |
| 9/15/17 | Midway USA | $500.96 | | $500.96 | $108,831.52 |
| 9/15/17 | City of Burnsville | $1,572.00 | | $1,572.00 | $110,403.52 |
| 9/15/17 | Payroll Taxes | ($215.86) | | ($215.86) | $110,187.66 |
| 9/15/17 | Payroll | ($1,033.82) | | ($1,033.82) | $109,153.84 |
| 9/15/17 | NY Life Insurance | ($2,702.26) | ($2,702.26) | | $106,451.58 |
| 9/18/17 | Web Sales | $97.99 | | $97.99 | $106,549.57 |
| 9/18/17 | Web Sales | $332.99 | | $332.99 | $106,882.56 |
| 9/18/17 | Web Sales | $461.95 | | $461.95 | $107,344.51 |
| 9/18/17 | Web Sales | $934.96 | | $934.96 | $108,279.47 |
| 9/18/17 | Cable One | ($158.43) | | ($158.43) | $108,121.04 |
| 9/18/17 | Paychex EIB | ($299.87) | | ($299.87) | $107,821.17 |
| 9/19/17 | Web Sales | $361.00 | | $361.00 | $108,182.17 |
| 9/19/17 | IRS | ($1,744.00) | ($1,744.00) | | $106,438.17 |
| 9/20/17 | Web Sales | $158.00 | | $158.00 | $106,596.17 |
| 9/20/17 | Web Sales | $2,945.05 | | $2,945.05 | $109,541.22 |
| 9/20/17 | Advanced Lock & Key | ($205.00) | | ($205.00) | $109,336.22 |
| 9/21/17 | Web Sales | $136.00 | | $136.00 | $109,472.22 |
| 9/21/17 | Web Sales | $3,642.58 | | $3,642.58 | $113,114.80 |
| 9/21/17 | Web Sales | $4,117.48 | | $4,117.48 | $117,232.28 |
| 9/22/17 | AR Collections | $3,160.43 | | $3,160.43 | $120,392.71 |
| 9/22/17 | BG Investments | ($7,273.91) | | ($7,273.91) | $113,118.80 |
| 9/25/17 | Web Sales | $98.10 | | $98.10 | $113,216.90 |
| 9/25/17 | Web Sales | $107.99 | | $107.99 | $113,324.89 |
| 9/25/17 | Web Sales | $852.95 | | $852.95 | $114,177.84 |
| 9/25/17 | Web Sales | $1,371.97 | | $1,371.97 | $115,549.81 |
| 9/25/17 | Lance Henning | ($1,231.12) | | ($1,231.12) | $114,318.69 |
| 9/26/17 | Web Sales | $107.99 | | $107.99 | $114,426.68 |
| 9/26/17 | Web Sales | $186.00 | | $186.00 | $114,612.68 |
| 9/26/17 | SPRINT | ($21.90) | | ($21.90) | $114,590.78 |
| 9/26/17 | ID StateWithholding | ($292.00) | ($292.00) | | $114,298.78 |
| 9/27/17 | Web Sales | $23.00 | | $23.00 | $114,321.78 |
| 9/27/17 | Web Sales | $3,016.42 | | $3,016.42 | $117,338.20 |
| 9/27/17 | Phil Sansotta | ($69.51) | | ($69.51) | $117,268.69 |
| 9/27/17 | UPS | ($164.03) | | ($164.03) | $117,104.66 |
| 9/28/17 | Web Sales | $516.98 | | $516.98 | $117,621.64 |
| 9/28/17 | WTB CC Pmt. | ($43,810.29) | | ($43,810.29) | $73,811.35 |
| 9/29/17 | Web Sales | $1,134.47 | | $1,134.47 | $74,945.82 |
| 9/29/17 | Payroll Taxes | ($296.91) | | ($296.91) | $74,648.91 |
| 9/29/17 | Paychex | ($358.60) | | ($358.60) | $74,290.31 |
| 9/30/17 | PayneWest bus insurance premiums in prepaid | ($23,826.78) | $23,826.78 | ($23,826.78) | $74,290.31 |
| | | ($27,837.88) | $57,760.18 | $44,368.01 | |
| 10/2/17 | Web Sales | $483.99 | | $483.99 | $74,774.30 |
| 10/2/17 | Web Sales | $490.60 | | $490.60 | $75,264.90 |
| 10/2/17 | Web Sales | $539.97 | | $539.97 | $75,804.87 |
| 10/2/17 | Midway USA | $2,173.56 | | $2,173.56 | $77,978.43 |
| 10/2/17 | American Express | ($7.95) | | ($7.95) | $77,970.48 |
| 10/2/17 | Paychex EIB | ($165.92) | | ($165.92) | $77,804.56 |
| 10/3/17 | Web Sales | $1,192.76 | | $1,192.76 | $78,997.32 |
| 10/3/17 | Billing Authnet | ($35.40) | | ($35.40) | $78,961.92 |
| 10/3/17 | Discount Bankcard | ($1,520.81) | | ($1,520.81) | $77,441.11 |
| 10/4/17 | Web Sales | $458.98 | | $458.98 | $77,900.09 |
| 10/4/17 | Web Sales | $871.95 | | $871.95 | $78,772.04 |
| 10/4/17 | Chad Nelson | ($859.54) | | ($859.54) | $77,912.50 |
| 10/5/17 | Web Sales | $303.00 | | $303.00 | $78,215.50 |
| 10/5/17 | Web Sales | $2,823.63 | | $2,823.63 | $81,039.13 |
| 10/5/17 | AXP Discnt Amex | ($92.03) | | ($92.03) | $80,947.10 |
| 10/5/17 | Jason Pace | ($1,370.98) | | ($1,370.98) | $79,576.12 |
| 10/6/17 | Web Sales | $3,144.52 | | $3,144.52 | $82,720.64 |
| 10/6/17 | NTOA | ($1,921.10) | | ($1,921.10) | $80,799.54 |
| 10/10/17 | Web Sales | $83.00 | | $83.00 | $80,882.54 |
| 10/10/17 | Web Sales | $158.00 | | $158.00 | $81,040.54 |
| 10/10/17 | Web Sales | $326.98 | | $326.98 | $81,367.52 |
| 10/10/17 | Midway USA | $434.94 | | $434.94 | $81,802.46 |
| 10/10/17 | Web Sales | $666.49 | | $666.49 | $82,468.95 |
| 10/10/17 | Web Sales | $858.96 | | $858.96 | $83,327.91 |
| 10/10/17 | Web Sales | $1,147.84 | | $1,147.84 | $84,475.75 |
| 10/10/17 | Web Sales | $2,986.91 | | $2,986.91 | $87,462.66 |

|  |  | Gemtech | Acq. $'s | S&W | Bank Balance |
|---|---|---|---|---|---|
| 8/7/17 |  | $134,454.81 |  |  | $134,454.81 |
| 10/10/17 | WTB - Acct. Analysis | ($110.41) | ($110.41) |  | $87,352.25 |
| 10/11/17 | Web Sales | $403.00 |  | $403.00 | $87,755.25 |
| 10/11/17 | Web Sales | $2,032.98 |  | $2,032.98 | $89,788.23 |
| 10/12/17 | Web Sales | $141.01 |  | $141.01 | $89,929.24 |
| 10/12/17 | Web Sales | $1,445.84 |  | $1,445.84 | $91,375.08 |
| 10/13/17 | Web Sales | $220.93 |  | $220.93 | $91,596.01 |
| 10/13/17 | Web Sales | $1,025.98 |  | $1,025.98 | $92,621.99 |
| 10/13/17 | BATFE Warranty Tax Stamp | ($200.00) |  | ($200.00) | $92,421.99 |
| 10/13/17 | BATFE Warranty Tax Stamp | ($200.00) |  | ($200.00) | $92,221.99 |
| 10/13/17 | Payroll Taxes | ($422.97) |  | ($422.97) | $91,799.02 |
| 10/13/17 | Payroll | ($2,563.75) |  | ($2,563.75) | $89,235.27 |
| 10/16/17 | Web Sales | $107.99 |  | $107.99 | $89,343.26 |
| 10/16/17 | Web Sales | $107.99 |  | $107.99 | $89,451.25 |
| 10/16/17 | Web Sales | $571.45 |  | $571.45 | $90,022.70 |
| 10/16/17 | Web Sales | $609.96 |  | $609.96 | $90,632.66 |
| 10/16/17 | Web Sales | $670.95 |  | $670.95 | $91,303.61 |
| 10/16/17 | Cable One | ($158.43) |  | ($158.43) | $91,145.18 |
| 10/16/17 | Paychex EIB | ($341.92) |  | ($341.92) | $90,803.26 |
| 10/16/17 | NY Life Insurance | ($2,702.26) | ($2,702.26) |  | $88,101.00 |
| 10/17/17 | Web Sales | $219.00 |  | $219.00 | $88,320.00 |
| 10/17/17 | Web Sales | $257.97 |  | $257.97 | $88,577.97 |
| 10/18/17 | Web Sales | $107.99 |  | $107.99 | $88,685.96 |
| 10/18/17 | Web Sales | $2,594.95 |  | $2,594.95 | $91,280.91 |
| 10/18/17 | Web Sales | $610.47 |  | $610.47 | $91,891.38 |
| 10/20/17 | Web Sales | $378.00 |  | $378.00 | $92,269.38 |
| 10/20/17 | Web Sales | $783.26 |  | $783.26 | $93,052.64 |
| 10/20/17 | UPS | ($13,775.19) |  | ($13,775.19) | $79,277.45 |
| 10/23/17 | Web Sales | $73.98 |  | $73.98 | $79,351.43 |
| 10/23/17 | Web Sales | $195.99 |  | $195.99 | $79,547.42 |
| 10/23/17 | Web Sales | $443.07 |  | $443.07 | $79,990.49 |
| 10/23/17 | Web Sales | $449.98 |  | $449.98 | $80,440.47 |
| 10/23/17 | Web Sales | $1,112.95 |  | $1,112.95 | $81,553.42 |
| 10/23/17 | Da Vine Air | ($900.00) | ($900.00) |  | $80,653.42 |
| 10/24/17 | Web Sales | $133.00 |  | $133.00 | $80,786.42 |
| 10/24/17 | ID StateWithholding | ($54,547.00) | ($54,500.00) | ($47.00) | $26,239.42 |
| 10/25/17 | Web Sales | $833.66 |  | $833.66 | $27,073.08 |
| 10/26/17 | Web Sales | $503.95 |  | $503.95 | $27,577.03 |
| 10/26/17 | Web Sales | $1,606.97 |  | $1,606.97 | $29,184.00 |
| 10/27/17 | Web Sales | $465.97 |  | $465.97 | $29,649.97 |
| 10/30/17 | CC Sales | $53.00 |  | $53.00 | $29,702.97 |
| 10/30/17 | CC Sales | $243.00 |  | $243.00 | $29,945.97 |
| 10/30/17 | CC Sales | $433.00 |  | $433.00 | $30,378.97 |
| 10/30/17 | CC Sales | $1,199.93 |  | $1,199.93 | $31,578.90 |
| 10/30/17 | WELLS FARGO CARD CC Pmt. | ($3,395.69) |  | ($3,395.69) | $28,183.21 |
| 10/30/17 | WTB CC Pmt. | ($32,619.62) |  | ($32,619.62) | ($4,436.41) |
| 10/30/17 | WTB CC Pmt. | $12,619.62 |  | $12,619.62 | $8,183.21 |
| 10/31/17 | MANTA (customer) Refund | ($800.88) |  | ($800.88) | $7,382.33 |
| 10/31/17 | Payroll Taxes | ($73.44) |  | ($73.44) | $7,308.89 |
| 10/31/17 | Payroll | ($430.32) |  | ($430.32) | $6,878.57 |
|  |  | ($31,550.55) | $3,260.18 | $35,168.94 |  |
|  |  |  |  |  |  |
| 11/1/17 | CC Sales | $107.99 |  | $107.99 | $6,986.56 |
| 11/1/17 | CC Sales | $504.97 |  | $504.97 | $7,491.53 |
| 11/1/17 | American Express | ($7.95) |  | ($7.95) | $7,483.58 |
| 11/1/17 | Paychex EIB | ($290.92) |  | ($290.92) | $7,192.66 |
| 11/1/17 | CC Sales | ($785.07) |  | ($785.07) | $6,407.59 |
| 11/2/17 | CC Sales | $40.99 |  | $40.99 | $6,448.58 |
| 11/2/17 | CC Sales | $1,247.92 |  | $1,247.92 | $7,696.50 |
| 11/2/17 | Billing Authnet | ($34.89) |  | ($34.89) | $7,661.61 |
| 11/2/17 | Discount Bankcard | ($801.23) |  | ($801.23) | $6,860.38 |
| 11/3/17 | CC Sales | $53.00 |  | $53.00 | $6,913.38 |
| 11/3/17 | CC Sales | $1,611.99 |  | $1,611.99 | $8,525.37 |
| 11/6/17 | CC Sales | $308.98 |  | $308.98 | $8,834.35 |
| 11/6/17 | CC Sales | $615.97 |  | $615.97 | $9,450.32 |
| 11/6/17 | AXP Discnt Amex | ($165.77) |  | ($165.77) | $9,284.55 |
| 11/7/17 | CC Sales | $321.99 |  | $321.99 | $9,606.54 |
| 11/8/17 | CC Sales | $922.96 |  | $922.96 | $10,529.50 |
| 11/9/17 | CC Sales | $460.96 |  | $460.96 | $10,990.46 |
| 11/9/17 | CC Sales | $1,395.98 |  | $1,395.98 | $12,386.44 |
| 11/9/17 | American Express | ($107.99) |  | ($107.99) | $12,278.45 |
| 11/10/17 | CC Sales | $107.99 |  | $107.99 | $12,386.44 |
| 11/10/17 | CC Sales | $1,189.99 |  | $1,189.99 | $13,576.43 |

Gemtech Checking Acct. Activity

| Date | Description | Gemtech | Acq. $'s | S&W | Bank Balance |
|---|---|---|---|---|---|
| 8/7/17 | | $134,454.81 | | | $134,454.81 |
| 11/10/17 | WTB - Acct. Analysis | ($124.07) | ($124.07) | | $13,452.36 |
| 11/10/17 | United States Treasury | ($91.26) | ($91.26) | | $13,361.10 |
| 11/13/17 | CC Sales | $107.99 | | $107.99 | $13,469.09 |
| 11/13/17 | CC Sales | $137.99 | | $137.99 | $13,607.08 |
| 11/13/17 | CC Sales | $521.53 | | $521.53 | $14,128.61 |
| 11/13/17 | CC Sales | $537.97 | | $537.97 | $14,666.58 |
| 11/13/17 | CC Sales | $782.98 | | $782.98 | $15,449.56 |
| 11/14/17 | CC Sales | $1,613.48 | | $1,613.48 | $17,063.04 |
| 11/15/17 | CC Sales | $258.94 | | $258.94 | $17,321.98 |
| 11/15/17 | Fitness Tech | ($371.00) | | ($371.00) | $16,950.98 |
| 11/15/17 | NY Life Insurance | ($2,702.26) | ($2,702.26) | | $14,248.72 |
| 11/16/17 | CC Sales | $1,064.96 | | $1,064.96 | $15,313.68 |
| 11/16/17 | Cable One | ($158.43) | | ($158.43) | $15,155.25 |
| 11/16/17 | Payroll Taxes | ($344.55) | | ($344.55) | $14,810.70 |
| 11/16/17 | Payroll | ($3,295.98) | | ($3,295.98) | $11,514.72 |
| 11/17/17 | CC Sales | $64.24 | | $64.24 | $11,578.96 |
| 11/17/17 | Paychex EIB | ($155.92) | | ($155.92) | $11,423.04 |
| 11/20/17 | CC Sales | $107.99 | | $107.99 | $11,531.03 |
| 11/20/17 | CC Sales | $275.97 | | $275.97 | $11,807.00 |
| 11/20/17 | CC Sales | $426.98 | | $426.98 | $12,233.98 |
| 11/20/17 | CC Sales | $670.96 | | $670.96 | $12,904.94 |
| 11/20/17 | CC Sales | $869.93 | | $869.93 | $13,774.87 |
| 11/21/17 | CC Sales | $727.95 | | $727.95 | $14,502.82 |
| 11/21/17 | Joey Harris | ($58.00) | | ($58.00) | $14,444.82 |
| 11/21/17 | JM Grisley Machine Tools, Inc. | ($1,508.18) | ($1,508.18) | | $12,936.64 |
| 11/22/17 | ID StateWithholding | ($15.00) | | ($15.00) | $12,921.64 |
| 11/24/17 | CC Sales | $107.99 | | $107.99 | $13,029.63 |
| 11/24/17 | CC Sales | $410.98 | | $410.98 | $13,440.61 |
| 11/24/17 | CC Sales | $761.94 | | $761.94 | $14,202.55 |
| 11/24/17 | CC Sales | ($14.99) | | ($14.99) | $14,187.56 |
| 11/27/17 | CC Sales | $183.98 | | $183.98 | $14,371.54 |
| 11/27/17 | CC Sales | $200.99 | | $200.99 | $14,572.53 |
| 11/27/17 | CC Sales | $642.97 | | $642.97 | $15,215.50 |
| 11/27/17 | CC Sales | $781.93 | | $781.93 | $15,997.43 |
| 11/27/17 | WTB CC Pmt. | ($5,000.00) | | ($5,000.00) | $10,997.43 |
| 11/28/17 | CC Sales | $187.99 | | $187.99 | $11,185.42 |
| 11/28/17 | CC Sales | $460.96 | | $460.96 | $11,646.38 |
| 11/28/17 | WTB CC Pmt. | $16,548.51 | | $16,548.51 | $28,194.89 |
| 11/28/17 | WTB CC Pmt. | ($16,548.51) | | ($16,548.51) | $11,646.38 |
| 11/29/17 | CC Sales | $289.98 | | $289.98 | $11,936.36 |
| 11/29/17 | CC Sales | $373.96 | | $373.96 | $12,310.32 |
| 11/30/17 | CC Sales | $88.00 | | $88.00 | $12,398.32 |
| 11/30/17 | CC Sales | $556.99 | | $556.99 | $12,955.31 |
| 11/30/17 | Discount Bankcard | ($508.00) | | ($508.00) | $12,447.31 |
| | | ($35,976.32) | $3,260.18 | $45,163.45 | |