# EXHIBIT 7
# TO THE DECLARATION OF
# RONALD J. MARTINEZ

**TROUT LAW**

Boise
3778 Plantation River Dr., Suite 101
Boise, Idaho 83703

Ketchum
P.O. Box 2946
Ketchum, ID 83340

t (208) 577. 5755
f (208) 577. 5756
www.trout-law.com

December 22, 2017

**SENT VIA:    Fax & Email**

Smith & Wesson Corp.
c/o American Outdoor Brands Corporation
2100 Roosevelt Avenue
Springfield, MA 01104
Attention:  Jeffrey D. Buchanan
Email:  jbuchanan@aob.com

> Re:    Smith & Wesson/Gemini Technologies

Dear Mr. Buchanan:

Gemini Technologies, Incorporated ("Gemtech") is in receipt of Smith & Wesson's Claim Notice written, allegedly, pursuant to the Escrow Agreement dated August 7, 2017 by and among Smith & Wesson Corp., Gemini Technologies, Incorporated, and Washington Trust Bank (hereafter the "Escrow Agreement."), and the Asset Purchase Agreement.  As you can see from the enclosed Claim Response directed to Mr. Bethel at Washington Trust Bank, Gemtech disputes all but one claim of Smith & Wesson's.  Gemtech hereby considers Smith & Wesson in material breach of the APA and of the Escrow Agreement for, among other things, failing to comply with §1.5 of the APA and failing to comply with §6(a) of the Escrow Agreement, for failing to provide a reasonably detailed description.

Due to Smith & Wesson's failure to timely, and appropriately redirect credit card purchases and requiring Gemtech to write checks out of its operating account for Smith & Wesson purchases, there are funds in the amount of $45,163.45 in Gemtech's bank account which are properly directed to Smith & Wesson.  Gemtech attempted to hold a discussion with Ms. McPherson, but she did not desire to discuss this matter with Gemtech until January 3 or 4, 2018.  However, Gemtech has kept detailed records, provided those to Smith & Wesson, and the total due is $45,163.45.  Therefore, Gemtech reasonably proposes that we direct the Escrow Agent to disburse $45,163.45 to Smith & Wesson in full satisfaction of Items 2 and 3 of Smith & Wesson's Claim Notice.  Gemtech also demands that Smith & Wesson cease from comingling funds in this account by redirecting all website credit card purchases to a Smith & Wesson account and satisfy the vendors through a separate Smith & Wesson account.

Therefore, pursuant to the APA and the Escrow Agreement, Gemtech requests that Smith & Wesson execute the attached Joint Written Direction to the Escrow Agent disbursing $3,160,000.00 to Gemtech and $45,163.45 to Smith & Wesson.  This request shall not be considered a waiver of any and all claims which Gemtech holds, nor is it to be considered an acknowledgement that Smith & Wesson's Claim and withholding of funds is appropriate, as we have disputed the same in related correspondence of today's date.

In compliance with ¶4(a) of the Escrow Agreement, please find enclosed herein a Joint Written Direction pursuant to the Escrow Agreement.  By providing this document, Gemtech is not

December 22, 2017
Page 2

waiving any claims it may have as against Smith & Wesson for any and all remaining funds, or other amounts to which Gemtech may be legally entitled.  As you are aware, the Escrow Agent is required to disburse the funds on January 2, 2018.  Please execute the enclosed Joint Written Direction and return to my office by close of business December 27, 2017 for execution by Mr. Martinez.

Sincerely,

Kim J. Trout

CC:

Washington Trust Bank
945 West Bannock Street
Boise, ID 83702
Attention:  Zach Bethel
Facsimile:  (208) 385-5039
E-Mail:  ZBethel@watrust.com

American Outdoor Brands Corporation
2100 Roosevelt Avenue
Springfield, MA 01104
Attention:  Robert J. Cicero
Email:  rcicero@aob.com

Greenberg Traurig, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
Attention:  Brian H. Blainey
Email:  blaneyb@gtlaw.com

December 22, 2017

Washington Trust Bank
ATTN: Zach Bethel
945 West Bannock Street
Boise, ID 83702
ZBethel@watrust.com

Re:    **JOINT WRITTEN DIRECTION**

Dear Mr. Bethel:

These instructions are given to you pursuant to the Escrow Agreement by and among Smith & Wesson Corp., Gemini Technologies, Incorporated, and Washington Trust Bank. Subject to the terms set forth below, you are instructed to disburse $3,205,163.45 pursuant to ¶4(a) as follows:

**Disbursements to Gemini Technologies, Incorporated:**

1.      $3,160,000.00– pursuant to the following wire instructions:

Bank:                                        Washington Trust Bank
                                               945 West Bannock Street
                                               Boise, ID 83702
Account #:
Routing #:
Account Name:

**Disbursements to Smith & Wesson Corp:**

2.      $45,163.45– pursuant to the following wire instructions:

Bank:
Account #:
Routing #:
Account Name:

**[signature page to follow]**

Sincerely,

**GEMINI TECHNOLOGIES,
INCORPORATED**


By:    _____
Name:  Ronald J. Martinez
Title:    President and Chief Executive Officer

**SMITH & WESSON CORP.**


By:    _____
Name:  Jeffrey D. Buchanan
Title:    Executive Vice President, Chief Financial
Officer, and Treasurer