# EXHIBIT 10
# TO THE DECLARATION OF
# RONALD J. MARTINEZ

 **Smith&Wesson®**

2100 Roosevelt Avenue
PO Box 2208
Springfield, MA 01102-2208

January 18, 2018

**Via E-mail & FedEx**

Ronald Martinez
335 N. Edgewood Lane
Eagle, ID 83616
E-mail: ron@martinez.net

Dear Mr. Martinez:

    Reference is made to the Asset Purchase Agreement, dated as of June 29, 2017, by and among Smith & Wesson Corp., Gemini Technologies, Incorporated and the Stockholders named therein (the "Asset Purchase Agreement"). Capitalized terms used herein and not otherwise defined have the meanings assigned to them in the Asset Purchase Agreement.

    By letter dated October 20, 2017, Buyer submitted its Report pursuant to Section 1.4 of the Asset Purchase Agreement. Buyer's Report calculated the Working Capital and Purchase Price showing an adjustment to the Purchase Price in favor of Buyer of $358,821.58. Buyer's Report included the following adjustments:

1. **Decrease in Accounts Receivable**
   This decrease of $19,956.01 is due to billings and corrections that occurred from August 2, 2017 to August 7, 2017.
2. **Decrease in Inventory Valuation-Stillwood Ammunition**
   This decrease of $165,155.30 is due to quantity differences of finished goods and valuation issues of brass and projectiles located at Stillwood Ammunition.
3. **Decrease in Inventory Valuation-Physical Inventory Count**
   This decrease of $61,688.90is due to a quantity difference between what was physically counted at the Closing versus the quantity on the books of Seller as of that date.
4. **Decrease in Inventory Valuation-Demo, Employee Used, and R&D**
   This decrease of $218,274.93 was due to the fact that these are items that are slow moving and have been used, and therefore, cannot be sold as new to customers. The decrease represents the Buyer's best estimate of the reserve that is needed to bring that inventory to the lower of cost or market.
5. **Increase in Inventory Valuation-Abrams**
   This increase of $167,615.17 is for inventory that was counted at the Abrams facility in Arizona that was not properly accounted for on Seller's books.

smith-wesson.com    **Our Vision**
To be the leading provider of quality products for
the shooting and outdoor enthusiast           *NASDAQ:*
*AOBC*

Ronald Martinez                          Page 2                          January 18, 2018

6. **Increase in Accounts Payable**
   This increase of $61,361.61 (decrease in working capital) represents the accrual of
   invoices received subsequent to August 7, 2017 for goods received or services performed
   prior to the Closing.

Seller refutes all of Buyer's adjustments (except for items 1, 5, and 6 above) and asserts a
separate inventory adjustment (increase of $168,945.50) in its favor for a total Purchase Price
adjustment in Seller's favor of $82,839.61. For the reasons described below, Seller's arguments
are without merit. In addition, as described more fully below, Buyer asserts further adjustments
to accounts receivable and inventory. Based on the foregoing, the Purchase Price should be
adjusted in favor of Buyer in the revised amount of $505,547.56. (See attached Gemtech Net
Working Capital Calculation as of 1/17/18; New Inventory Adjustment Schedule; and Whelan
Inventory Dispute Schedule).

**Decrease in Inventory Valuation-Stillwood Ammunition (Item #2 above)**

Buyer has received correspondence from Joshua Kratky at Stillwood Ammunition
Systems subsequent to Buyer's Report dated October 20, 2017 calculating the original working
capital adjustment. In that correspondence, Mr. Kratky acknowledged that the remaining non-
finished goods inventory has a value of $40,600. Therefore, we are revising our adjustment from
a reduction of $165,155.30 to a reduction of $124,555.30. Seller has agreed to a reduction of
$63,011.06 from an adjustment to finished goods ammunition. The remaining reduction that
Buyer is asserting of $61,544.24 is for a reserve to bring the ammunition components to a market
value. In Seller's response dated December 4, 2017, Seller assumed that this reduction was
because Buyer would not be utilizing this inventory to manufacture ammunition. This is not the
case, and Buyer is asserting that this reserve is to bring the value to the lower of cost or market.
The Financial Accounting Standards Board has mandated certain standards in order for inventory
to be costed appropriately in accordance with Generally Accepted Accounting Principles. The
following pronouncements pertain specifically to the valuation procedures Buyer performed in
the working capital calculation:

*ASC 330-10-35-1B Inventory measured using any method other than LIFO or the retail
inventory method (for example, inventory measured using first-in, first-out (FIFO) or
average cost) shall be measured at the lower of cost and net realizable value. When
evidence exists that the net realizable value of inventory is lower than its cost, the
difference shall be recognized as a loss in earnings in the period in which it occurs. That
loss may be required, for example, due to damage, physical deterioration, obsolescence,
changes in price levels, or other causes.*

*ASC 330-10-35-1C A departure from the cost basis of pricing the inventory measured
using LIFO or the retail inventory method is required when the utility of the goods is no
longer as great as their cost. Where there is evidence that the utility of goods, in their
disposal in the ordinary course of business, will be less than cost, whether due to
damage, physical deterioration, obsolescence, changes in price levels, or other causes,*

Ronald Martinez                           Page 3                        January 18, 2018

*the 5 difference shall be recognized as a loss of the current period. This is generally*
*accomplished by stating such goods at a lower level commonly designated as market.*
*ASC 330-10-35-3 The rule of lower of cost or market is intended to provide a means of*
*measuring the residual usefulness of an inventory expenditure. The term market is*
*therefore to be interpreted as indicating utility on the inventory date and may be thought*
*of in terms of the equivalent expenditure which would have to be made in the ordinary*
*course at that date to procure corresponding utility.*

## Decrease in Inventory Valuation-Physical Inventory Count (Item #3 above)

The reduction of $61,688.90 from finished goods was due to differences Buyer noted performing the opening physical inventory. Buyer performed a full physical inventory count of all accessories, ammunition, and serialized products at the Closing date. The items amounting to $61,688.90 were physically not present at the date of the inventory count, and therefore were adjusted in the working capital adjustment. Seller was present during the physical inventory count, and was involved in the review of the quantity differences. Seller should have records of the shipments for these products, and therefore, Buyer should not be responsible for confirming that the products were actually shipped prior to the Closing date.

## Decrease in Inventory Valuation-Demo, Employee Used, and R&D (Item #4 above)

The decreases in these categories are to bring the inventory values to a lower of cost or market. All of the inventory in these categories have been used, and therefore, should not be accounted for at the full cost of the item. Seller claims that Buyer's reductions in values for used or slow moving suppressors is "unreasonable and unsubstantiated." Buyer disagrees and reaffirms its position to include a reserve of $218,274.93. This reserve is to bring the value per the books down to a market value of the products, as required by GAAP (see above).

The inventory represented by Seller is valued at a full cost amount, as evidenced in the inventory records. It is unreasonable to expect that used suppressors and other used finished goods should be valued at their full original cost. As finished goods are used for demonstrations and other purposes, the normal wear and tear on these items would diminish the value of these items to an amount below their original cost. As a common practice, Buyer places a 25% reserve against all used firearms, because the value of a used product is lower than its original cost. Therefore, Buyer applied the same consistent 25% reduction to all used finished goods in the working capital calculation. In fact, Buyer believes that the 25% reduction in value is a very conservative assumption, and that the true market value of many of these items would be less than 75% of their original cost. As such, we do not agree with the Seller's assertion that the 25% reduction is unreasonable and unsubstantiated, and we believe that an independent accounting firm would agree with our application of GAAP standards and our methodology for the reserve calculation.

Buyer also placed a 50% reserve on items that were in the R&D area, as they were products that were used more heavily in the development process. These items would be used in

a much greater manner than those in demonstrations noted above. Therefore, a 50% reserve was placed on these items. We believe that this reserve is also a conservative valuation, as historically many R&D items in the firearms industry would eventually be scrapped for no value.

With respect to the "garage sale" items, these products are items with little to no movement that our current employees (and former employees of Seller) agree will not be sold under current market conditions, regardless of what the Seller deems their "retail" value to be. The garage sale prices used were amounts that each product could be sold for in the current condition and the current state of the market. Market value is not dictated by the suggested price that an independent retailer would charge. It is dictated by what the customer will actually pay. Our employees (who were former employees of Seller), who are experts in the industry, reviewed the listing, and noted what price could be charged in order to sell the products, and that price was used as the "market" value. Therefore, our reserve brought the value of these inventory items down to the lower of cost or market.

**R&D Parts Inventory Increase of $168,945.50**

Seller asserts **after the Closing** that the value of 11,632 R&D items should be **increased** by $168,945.50. The $168,945.50 was expensed by the Seller prior to the Closing. By expensing these parts, the Seller has represented that these parts have no future value; otherwise, they would have been capitalized as inventory. Furthermore, if these items should have truly been included in inventory, the value of these parts should have been included in the beginning working capital inventory calculation. Including them now would be contrary to the provisions of the Asset Purchase Agreement methodology of calculating the working capital adjustment.

Set forth below are additional adjustments to working capital.

**Additional Adjustments to Working Capital**

**Accounts Receivable decrease of $237,759.15**

Additional adjustments to accounts receivable are based on information obtained from customers and Mark Thompson (Seller's former CFO and Buyer's current employee) subsequent to October 20, 2017 as follows:

- AcuSport Corporation - $23,703.06 due to show discounts and fees that were earned prior to the Closing that the customer took as credits.
- Battle Arms Development Inc. - $1,599.00 due to a credit issued on an August 2nd invoice as the customer never ordered the product.
- Caracal USA - $44,750.00 to reverse the invoice for product not actually shipped to the customer. The value of inventory has been adjusted in the inventory report.
- Detroit Tactical - $133.00 due to a credit issued for product returned.

- FTF Industries Inc. - $4,067.40 due to customer being charged for product that never shipped. The customer's credit card was refunded prior to the acquisition but the invoice was never reversed.
- Hill Country Class 3 - $92,050.00 due to sales promotions and dealer kiosk credits that were generated prior to the acquisition but were not recorded in Seller's financial statements.
- JVP Firearms – $1,347.30 due to a refund of an outstanding credit balance for product returned prior to the Closing.
- Mr. Silencer - $4,000.00 due to Silent Partner Program points earned and credited to the customer prior to the Closing but not recorded in Seller's financial statements.
- MRKAS Company Ltd - $44,217.00 due to customer being charged for product that never shipped.
- RSR Group, Inc. - $10,586.02 due to disputed pricing.
- Tactical Solutions - $5,737.50 due to a credit issued for an April 27th invoice for returned unused 22LR ammunition. The value of inventory has been adjusted in the inventory report.
- Titan Arms - $19,905.00 due to a credit issued for product returned. The value of inventory has been adjusted in the inventory report.
- As the Closing of the sale of the Gemtech business occurred effective at 12:01 a.m. on August 7, 2017, cash received on that date should have been the property of the Buyer, with an offsetting increase in accounts receivable. Based on review of the bank statements and the financial records, payments totaling $14,336.13 were received on August 7, 2017, which should be added back to the accounts receivable report.

**Inventory Increase (net) of $50,433.17**

In order to correctly account for several of the accounts receivable credits noted above, we need to also increase the inventory cost for the items that were returned related to those credits. The credits relating to M3 (included in the Accounts Receivable holdback), Titan Arms, Caracal USA, and Tactical Solutions have corresponding inventory cost to be returned of $56,209.67, resulting in an increase in working capital. In addition, we have been contacted by Kel Whelan who claims that $5,776.50 of inventory included in the ending inventory listing is owned by him, and should not have been included in the working capital calculation. Therefore, the net increase for these two items increases inventory by $50,433.17 (See attached New Inventory Adjustment Schedule and Whelan Inventory Dispute Schedule).

**Conclusion**

For the reasons described above, the Purchase Price should be adjusted in favor of Buyer in the sum of $505,547.56 (See attached Gemtech Net Working Capital Calculation as of 1/17/18). Please be advised that Buyer expressly reserves its rights under the Asset Purchase Agreement, including its rights under Section 9.1 of the Asset Purchase Agreement.

Ronald Martinez                          Page 6                          January 18, 2018


Sincerely,


Deana L. McPherson, CPA, CGMA
Chief Accounting Officer and
Corporate Controller


CC:    Kim J. Trout
       Trout Law, PLLC
       3778 Plantation River Drive, Suite 101
       Boise, ID 83703
       E-mail: ktrout@trout-law.com

       Brian H. Blaney
       Greenberg Traurig, LLP
       2375 E. Camelback Road, Suite 700
       Phoenix, AZ 85016
       E-mail: blaneyb@gtlaw.com

**Gemini Technologies, Incorporated**
**Net Working Capital Calculation**

| | 12/31/2016 (APA) | 8/2/2017 (funds flow) | Adjustments | New Adjustments | Updated 8/6/17 (Close) | Change |
|---|---|---|---|---|---|---|
| A/R | 1,413,241.14 | 1,136,645.19 | (19,956.01) | (237,759.15) | 878,930.03 | 257,715.16 |
| Allowance for Bad Debts | (41,201.00) | (41,201.00) | - | | (41,201.00) | - |
| Total A/R | 1,372,040.14 | 1,095,444.19 | (19,956.01) | (237,759.15) | 837,729.03 | 257,715.16 |
| | | | | | | |
| Inventory:Inventory-Eval/Demo Suppressors | 146,157.56 | 146,157.56 | (36,539.39) | | 109,618.17 | 36,539.39 |
| Inventory:Inventory-Suppressors for sale | 673,276.69 | 1,193,248.38 | (232,615.84) | 36,276.47 | 996,909.01 | 196,339.37 |
| Inventory:Inventory - Ammo Components:Brass - Bulk @ Eagle | - | - | - | | | - |
| Inventory:Inventory - Ammo Components:Brass @ Jageman | - | - | - | | | - |
| Inventory:Inventory - Ammo Components:Brass @ Stillwood | 127,726.20 | 100,315.43 | (100,315.43) | 40,600.00 | 40,600.00 | 59,715.43 |
| Inventory:Inventory - Ammo Components:Components @ PNW | 27,000.00 | - | - | | - | - |
| Inventory:Inventory - Ammo Components:Components @ Trajetech | - | - | - | | - | - |
| Inventory:Inventory - Ammo Components:Packaging @ Stillwood | 5,180.19 | 149.60 | (149.60) | | - | 149.60 |
| Inventory:Inventory - Ammo Components:Powder @ Stillwood | 9,603.57 | 277.33 | (277.33) | | - | 277.33 |
| Inventory:Inventory - Ammo Components:Projectiles @ Stillwood | 31,707.83 | 1,401.88 | (1,401.88) | | - | 1,401.88 |
| Inventory:Inventory - Ammo Finished Goods | - | - | - | | - | - |
| Inventory:Inventory - Ammo Finished Goods:FGI @ Eagle | - | - | - | | - | - |
| Inventory:Inventory - Ammo Finished Goods:FGI @ Eagle:22 LR | - | - | - | 3,656.70 | 3,656.70 | (3,656.70) |
| Inventory:Inventory - Ammo Finished Goods:FGI @ Eagle:300 Blackout | 55,081.92 | 52,667.90 | 6,870.40 | | 59,538.30 | (6,870.40) |
| Inventory:Inventory - Ammo Finished Goods:FGI @ Stillwood:187gr 300 BLK | 146,292.72 | 98,862.59 | (63,011.06) | | 35,851.53 | 63,011.06 |
| Inventory:Inventory - Apparel | 9,481.90 | - | - | | | - |
| Inventory:Inventory - Fire Arms for sale | 72,607.55 | 335,733.90 | - | | 335,733.90 | - |
| Inventory:Inventory - Raw Materials MI | - | - | - | | | - |
| Inventory:Inventory Accessories | 395,435.23 | 896,835.44 | (17,679.00) | 10,500.00 | 889,656.44 | 7,179.00 |
| Inventory - Integra | 137,102.67 | 63,252.04 | 167,615.17 | | 230,867.21 | (167,615.17) |
| Inventory - Lunar | - | 120,957.60 | - | | 120,957.60 | - |
| Inventory - Raw Mat. Metals | - | 6,680.20 | - | | 6,680.20 | - |
| Total Inventory | 1,836,654.03 | 3,016,539.85 | (277,503.96) | 91,033.17 | 2,830,069.06 | 186,470.79 |
| | | | | | | |
| Accounts Payable | (1,301,877.41) | (1,187,700.10) | (61,361.61) | - | (1,249,061.71) | 61,361.61 |
| Customer deposits | (217,464.47) | - | - | | - | - |
| | (1,519,341.88) | (1,187,700.10) | (61,361.61) | - | (1,249,061.71) | 61,361.61 |
| | | | | | | |
| Net Working Capital | 1,689,352.29 | 2,924,283.94 | (358,821.58) | | 2,418,736.38 | |
| Minimum NWC | 1,689,352.29 | 1,689,000.00 | | | 1,689,000.00 | |
| | | 1,235,283.94 1 | | | 729,736.38 | 505,547.56 2 |

Note: Per calculation specified in Asset Purchase Agreement on page 9 & 159

1 - Amount paid at closing
2 - Amount due Smith & Wesson Corp. per agreement

New Adjustments - Inventory

| Customer | Credit # | Description | Quantity | Price | Credit | Inv Cost | Total Inv | |
|---|---|---|---|---|---|---|---|---|
| M3 | 105447 | Compact 16oz Titanium 7.62mm Quickmount | 4 | 625.00 | 2,500.00 | 345.00 | 1,380.00 | ONE |
| | 105448 | G5 Titanium | 6 | 900.00 | 5,400.00 | 150.00 | 900.00 | G5-T |
| | 105449 | Discount on G5 | | (1,050.00) | (1,050.00) | | - | |
| | 105449 | G5 | 4 | 650.00 | 2,600.00 | 150.00 | 600.00 | |
| | 105450 | M249/M16/M4 with NATO standard flash hider | 7 | 500.00 | 3,500.00 | 279.58 | 1,957.06 | HALO-GM |
| | 105451 | HALO | 4 | 500.00 | 2,000.00 | 300.00 | 1,200.00 | |
| | 105452 | SANDSTORM 7.62 | 1 | 780.00 | 780.00 | 314.59 | 314.59 | |
| | 105453 | VIPER 9mm | 2 | 450.00 | 900.00 | 198.99 | 397.98 | |
| | 105454 | VIPER 9mm | 3 | 475.00 | 1,425.00 | 198.99 | 596.97 | |
| | 105455 | DAGGER | 2 | 650.00 | 1,300.00 | 364.75 | 729.50 | |
| | 105456 | GMT-300 BLK | 1 | 710.00 | 710.00 | 268.00 | 268.00 | |
| | 105457 | GMT-300 BLK | 11 | 710.00 | 7,810.00 | 268.00 | 2,948.00 | |
| | 105458 | GMT-300 BLK | 15 | 565.00 | 8,475.00 | 268.00 | 4,020.00 | |
| | 105459 | MIST-22 | 12 | 315.00 | 3,780.00 | 245.00 | 2,940.00 | |
| | 105460 | GMT-HALO | 8 | 615.00 | 4,920.00 | 378.00 | 3,024.00 | |
| | 105462 | GM-45 | 3 | 385.00 | 1,155.00 | 122.71 | 368.13 | |
| | 105463 | GM-9 | 2 | 385.00 | 770.00 | 134.91 | 269.82 | |
| | 105464 | .338 Lapua Mag Titanium Tri-lock Quickmount | 3 | 1,125.00 | 3,375.00 | 521.25 | 1,563.75 | ARROW |
| | 105467 | GM-45 | 2 | 385.00 | 770.00 | 122.71 | 245.42 | |
| | | | | | 51,120.00 | | 23,723.22 | |
| Titan Arms | | | | | | | | |
| | 104344 | Compact 16oz Titanium | 20 | 799.00 | 15,980.00 | 345.00 | 6,900.00 | |
| | 104347 | DAGGER | 5 | 785.00 | 3,925.00 | 364.75 | 1,823.75 | |
| | | | | | 19,905.00 | | 8,723.75 | |
| Caracal | | | | | | | | |
| | 100560 | Shield | 30 | 675.00 | 20,250.00 | 320.20 | 9,606.00 | |
| | (invoice #) | Flash hider | 350 | 70.00 | 24,500.00 | 30.00 | 10,500.00 | |
| | | | | | 44,750.00 | | 20,106.00 | |
| Tactical Solutions | | | | | | | | |
| | 104501 | .22LR Subsonic Ammo | 1530 | 3.75 | 5,737.50 | 2.39 | 3,656.70 | |
| Total Inventory Add-back | | | | | | | 56,209.67 | |

| | | | |
|---|---|---|---|
| Suppressors | | Above | 42,052.97 |
| Accessories | | Above | 10,500.00 |
| Ammo | | Above | 3,656.70 |
| Total inventory add-back from above | | | 56,209.67 |
| Inventory owned by Kel Whelan | | Separate Schedule | (5,776.50) |
| Net Inventory add-back | | | $ 50,433.17 |

| Description | Net Value in Buyer's Report |
|---|---|
| **Items in Kel Whelan's Possession** | |
| Manufacturer: Smith & Wesson (NFA registered as SBR by Gemtech)<br>Model: M&P15-22<br>Serial: DTB3364<br>Short Barreled Rifle<br>Ownership: Kel Whelan, purchased from Cabela's, Boise, ID 10-05-2009 | $0.00 |
| Manufacturer: Gemtech<br>Model: Sandstorm<br>Serial: S11-49645<br>Silencer<br>Ownership: Kel Whelan, factory second/blem signed out in 2011 | $0.00 |
| Manufacturer: PWS (NFA registered as SBR by Gemtech)<br>Model: MK1<br>Serial: MK1-00334<br>Short Barreled Rifle<br>Ownership: Kel Whelan | $0.00 |
| **Items in Gemtech's Possession** | |
| Manufacturer: AAC<br>Model: Titan-QD<br>Serial: TIQD00025<br>Silencer | $1,386.75 |
| Manufacturer: AAC<br>Model: MPW<br>Serial: MPX00691<br>Short Barreled Rifle, NEW IN BOX | $1,199.25 |
| Manufacturer: Gemtech<br>Model: SOS<br>Serial: S95-3016<br>Silencer | $595.00 |
| Manufacturer: Gemtech<br>Model: G5-T<br>Serial: S10-37822<br>Silencer | $50.00 |
| Manufacturer: Gemtech<br>Model: Oasis-K<br>Serial: S08-28240<br>Silencer | $100.00 |
| Manufacturer: PAWS<br>Model: ZX16A1<br>Serial: PO062A<br>Machinegun | $0.00 |
| Manufacturer: SNS Industries (NFA registered as SBR by Gemtech)<br>Model: HDR-15<br>Serial: FNRL 0002 | $1,400.00 |

| | |
|---|---|
| **Short Barreled Rifle** | |
| **Manufacturer: AAC**<br>**Model: SPR-M4**<br>**Serial: Unknown (It is the lower of the two AAC SPR-M4 serial numbers in the vault, the one with its paint undamaged. Paint was removed from the other one for metallurgy testing.)  S0123 or S0196**<br>**Silencer** | $596.25 |
| **Manufacturer: Gemtech**<br>**Model: MULTIMOUNT**<br>**Model: S12-53260**<br>**Silencer** | $449.25 |
| **TOTAL** | $5,776.50 |