# EXHIBIT 12
# TO THE DECLARATION OF
# RONALD J. MARTINEZ

# TRADEMARK ASSIGNMENT

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, effective as of August 7, 2017, the undersigned Gemini Technologies, Incorporated, an Idaho corporation, with an address at 335 N. Edgewood Lane, Suite 150, Eagle, Idaho 83616 ("Assignor") hereby irrevocably sells, assigns, transfers and conveys unto Smith & Wesson Corp., a Delaware corporation, with an address at c/o American Outdoor Brands Corporation, 2100 Roosevelt Avenue, Springfield, Massachusetts 01104 ("Assignee"), all right, title and interest in and to:  (a) the trademarks listed on the attached Schedule A (the "Marks"); (b) any and all registrations of the Marks, whether state, federal or foreign; (c) any and all applications to register the Marks, whether state, federal or foreign; (d) all common law rights in, to and under the Marks; (e) all other rights in, to and under the Marks, together with the goodwill of the business symbolized by the Marks; (f) any and all rights to royalties, profits, compensation, license fees or other payments or remuneration of any kind relating to the Marks or the goodwill under the Marks; and (g) all claims or causes of action Assignor has or may have in connection with the Marks, including, but not limited to, the right to sue and recover damages for any and all past infringements of any of the Marks.

IN WITNESS WHEREOF, Assignor has caused this Trademark Assignment to be executed as of this **7th** day of **August, 2017**.

**GEMINI TECHNOLOGIES, INCORPORATED**

By: *Ron Martinez*
Name: Ronald J. Martinez
Title: President and Chief Executive Officer


**SMITH & WESSON CORP.**

By: _____
Name: Jeffrey D. Buchanan
Title: Executive Vice President, Chief Financial Officer, and Treasurer

IN WITNESS WHEREOF, Assignor has caused this Trademark Assignment to be executed as of this 7th day of August, 2017.

**GEMINI TECHNOLOGIES, INCORPORATED**

By: _____
Name: Ronald J. Martinez
Title: President and Chief Executive Officer

**SMITH & WESSON CORP.**

By: _____
Name: Jeffrey D. Buchanan
Title: Executive Vice President, Chief Financial Officer, and Treasurer

Signature Page to Trademark Assignment

**Schedule A**
Trademark Registrations

| # | US Trademark Title | US Trademark Date | Serial No. | US Registration No. |
|---|---|---|---|---|
| 1 | GEMTECH | 5/8/2012 | 85423071 | 4138980 |
| 2 | G-CORE | 1/5/2016 | 76715348 | 4881759 |
| 3 | INTEGRA | 6/27/2017 | 86969459 | 5233593 |
| 4 | THE PROFESSIONAL'S CHOICE FOR DECADES | | 87047740 | |
| 7 | HALO | 7/27/2010 | 77889102 | 3824451 |
| 8 | SILENCER SUBSONIC | 11/15/2016 | 76717477 | 5083856 |
| 9 | WORLD CLASS SILENCERS | 8/23/2016 | 86630202 | 5028771 |
| 10 | GEMTECH WORLD-CLASS SILENCERS | 2/28/2017 | 87102219 | 5150647 |

Common Law Trademarks

| # | US Trademark Title | US Trademark Date | US Serial No. |
|---|---|---|---|
| 1 | THE ART OF SCIENCE | | 76715662(Abandoned) |
| 2 | WORLD-CLASS AMMUNITION | | |
| 3 | THE SOUND OF SCIENCE | | |
| 4 | FUTURE OF SILENCE | | 76717272 (Abandoned) |
| 5 | THE ART OF SILENCE | | 76715661 (Abandoned) |
| 6 | GEMTECH | | 76520737 (Canceled) |
| 7 | THE SCIENCE OF SILENCE | | 76715660 (Abandoned) |
| 8 | PREDATOR PROJECTILE | | 76717476 (Abandoned) |
| 9 | T.E.R.I.S. TACTICAL EYE RELIEF INTERFACE SYSTEM | | 75447361 (Abandoned) |
| 10. | ARROW | | |

PHX 332470844v2

| | | | |
|---|---|---|---|
| 11. | DAGGER | | |
| 12. | TRILOGY | | |
| 13. | TRACKER | | |
| 14. | EXTREME | | |
| 15. | EXTREME DUTY | | |
| 16. | PATROLMAN | | |
| 17. | SHIELD | | |
| 18. | GMT HALO | | |
| 19. | GMT-300 BLACKOUT | | |
| 20. | GM-9 | | |
| 21. | GM-45 | | |
| 22. | GM-22 | | |
| 23. | MIST | | |
| 24. | IMPROVED OUTBACK UPGRADE (I.O.U.) | | |
| 25. | ALPINE | | |
| 26. | ULTIMATE | | |
| 27. | TREK | | |
| 28. | SAR | | |
| 29. | MOSSAD II | | |
| 30. | VIPER | | |
| 31. | RAPTOR | | |
| 32. | MK 9K | | |
| 33 | TRIAD | | |
| 34 | BLAST JACKET | | |
| 35. | MOLLE | | |
| 36. | AURORA II | | |
| 37. | BLACKSIDE-45 | | |
| 38. | G5 | | |
| 39. | G5-22 | | |
| 40. | G5-T | | |
| 41. | HMR | | |
| 42. | HVT QM | | |
| 43. | HVT THD | | |
| 44. | Lunar 45 | | |
| 45. | Mist 22 | | |
| 46. | Mist 22TD | | |
| 47. | Multimount | | |
| 48. | One | | |
| 49. | Outback IID | | |
| 50. | Quicksand | | |
| 51. | Raptor-II | | |

| | | | |
|---|---|---|---|
| 52. | Raptor-40 | | |
| 53. | Sandstorm | | |
| 54. | SAR-57 | | |
| 55. | SFN-57 | | |
| 56. | Trek-T | | |
| 57. | Tundra | | |
| 58. | WMR | | |

*PHX 332470844v2*