# EXHIBIT 13
# TO THE DECLARATION OF
# RONALD J. MARTINEZ

**Message**

| | |
|---|---|
| **From**: | Ron Martinez [ron@martinez.net] |
| **Sent**: | 8/22/2017 12:54:35 PM |
| **To**: | Champagne, Marlena [mchampagne@aob.com] |
| **Subject**: | Re: Gemtech assignment of trademarks |

Hi Marlena,

Yes, everything is domestic.

Thanks,

Ron

Ron Martinez
CEO
GEMTECH
208.991.6825
ron.martinez@gemtech.com



On Aug 22, 2017, at 11:15 AM, Champagne, Marlena <mchampagne@aob.com> wrote:

Hi Ron,

I just wanted to confirm there are only U.S. trademarks for Gemtech, no foreign. Is this correct?

Thanks!
Marlena

---

This message, including all attachments: (i) May contain technical data as defined in the International Traffic In Arms Regulations (ITAR) 22 CFR 120.10. Export of this material is restricted by the Arms Export Control Act (22 U.S.C. 2751 et seq.) and may not be exported or transferred to non-U.S. persons without prior written approval from the U.S. Department of State; and (ii) Is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If you have received this communication in error, please delete it and notify the sender immediately. Thank you.