KIM J. TROUT, ISB #2468
STEVEN F. SCHOSSBERGER, ISB #5358
TROUT LAW, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID  83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
ktrout@trout-law.com
sschossberger@trout-law.com

Attorneys for the Plaintiff.

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| GEMINI TECHNOLOGIES, INC., an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH & WESSON, CORP., an Delaware Corporation; and AMERICAN OUTDOOR BRANDS CORPORATION, a Massachusetts corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-CWD<br><br>**STIPULATED MOTION TO RESET DEPOSITION DEADLINES** |
| SMITH & WESSON CORP., a Delaware corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>GEMINI TECHNOLOGIES, INCORPORATED, an Idaho Corporation; RONALD J. MARTINEZ, an individual; and PHILIP H. DATER, an individual,<br><br>Counterdefendants. | |

   The Parties, by and through their counsel of record, hereby stipulate, subject to the Court's approval, that the following deadlines set forth in Dkt. 125 is amended as follows:

1. Fact witness depositions shall be completed by March 29, 2024.

2. Expert witness depositions shall be completed by March 29, 2024.

DATED November 2, 2023.

       TROUT LAW, PLLC

       */s/ Kim J. Trout*
       Kim J. Trout

DATED November 2, 2023.

       HOLLAND AND HART, LLP

       */s/ Erik F. Stidham*
       Erik F. Stidham

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2023, a true and correct copy of the above and foregoing document was filed through the CM/ECF system, which caused the following parties or counsel to be served by electronic means.

B. Newal Squyres
    NSquyres@hollandhart.com

Erik F. Stidham
    efstidham@hollandhart.com

Zachery J. McCraney
    zjmccraney@hollandhart.com

       */s/ Kim J. Trout*
       Kim J. Trout