UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>SMITH & WESSON, CORP., a Delaware corporation; and AMERICAN OUTDOOR BRANDS CORPORATION, a Massachusetts corporation,<br><br>      Defendants. | Case No. 1:18-CV-00035-CWD<br><br>**JUDGMENT DISMISSING CERTAIN CLAIMS WITH PREJUDICE** |
| SMITH & WESSON CORP., a Delaware corporation,<br><br>      Counterclaimant,<br><br>vs.<br><br>GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation; RONALD J. MARTINEZ, an individual; and PHILIP H. DATER, an individual,<br><br>      Counterdefendants. | |

  THIS MATTER, having come before the Court on the parties' Stipulation to Dismiss

Certain Claims with Prejudice (Dkt. 150), the Court hereby dismisses with prejudice Count 2 of

JUDGMENT DISMISSING CERTAIN CLAIMS WITH PREJUDICE

Plaintiff's First Amended Complaint and Demand for Jury Trial (Dkt. 54) and Defendants' Counterclaim (Dkt. 28) in its entirety, with both parties to bear their own fees and costs.

The Clerk is directed to amend the caption to remove the counterclaimant/counterdefendants.

Dated: December 18, 2023

Candy W. Dale
United States Magistrate Judge