UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>    Plaintiff,<br>vs.<br><br>SMITH & WESSON, CORP., a Delaware corporation; and AMERICAN OUTDOOR BRANDS CORPORATION, a Massachusetts corporation,<br><br>    Defendants. | Case No. 1:18-cv-00035-CWD<br><br>**ORDER AMENDING THE AMENDED SCHEDULING ORDER (DKT. 167)** |

WHEREAS, this matter having come before the Court on the parties' Stipulation to Amend the Amended Scheduling Order (Dkt. 167), and for good cause being shown,

IT IS HEREBY ORDERED that the parties' stipulation is **GRANTED**. The following pending deadlines regarding experts shall be extended by two and a half weeks, as follows:

1. Disclosure of Experts

   a. Defendants must disclose the experts intended to be called at trial on or before **August 9, 2024**.

   b. Plaintiff must disclose rebuttal experts intended to be called at trial on or before **August 30, 2024**.

   c. **ALL** discovery related to experts must be completed by: **September 30, 2024**.

IT IS SO ORDERED.

Dated: **July 22, 2024**

Candy W. Dale
United States Magistrate Judge

**ORDER - 1**