KIM J. TROUT, ISB #2468
TROUT LAW, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID  83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
ktrout@trout-law.com
Attorney for the Plaintiff.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br>vs.<br><br>SMITH & WESSON, CORP., a Delaware corporation; and AMERICAN OUTDOOR BRANDS CORPORATION, a Massachusetts corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-CWD<br><br>**STIPULATION TO STAY** |

COMES NOW, Plaintiff, by and through its counsel of record, Kim J. Trout, and the Defendants, by and through their counsel of record, Erik F. Stidham, and hereby stipulate and request the Court stay the matter for a period of 45 days from the date of this Stipulation.  Upon the expiration of the 45-days, the Parties shall meet and confer and provide a status report to the Court. The reason for this stipulation is that Plaintiff's representative has been involved in a major car accident and is unable to participate in the proceedings at this time.

**STIPULATION TO STAY - 1**

DATED August 7, 2024.

                HOLLAND AND HART, LLP

                By   */s/ Erik F. Stidham*
                      Erik F. Stidham
                Attorneys for Defendants

DATED August 7, 2024.

                TROUT LAW, PLLC

                By   */s/ Kim J. Trout*
                      Kim Trout
                Attorneys for Plaintiff