KIM J. TROUT, ISB #2468
TROUT LAW, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID  83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
ktrout@trout-law.com
Attorney for the Plaintiff.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br>vs.<br><br>SMITH & WESSON, CORP., a Delaware corporation; and AMERICAN OUTDOOR BRANDS CORPORATION, a Massachusetts corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-REP<br><br>**JOINT STATUS REPORT** |

COMES NOW, Plaintiff, by and through its counsel of record, Kim J. Trout, and the Defendants, by and through their counsel of record, Erik F. Stidham, and hereby advise the court of the following:

### A. Gemini Technologies, Incorporated's Report:

Ronald J. Martinez, the principal of Gemini Technologies, Incorporated, was involved in a significant car accident in Sun Valley, Idaho on July 20, 2024. As a result of that incident, Mr. Martinez suffered 54 broken bones, including all his ribs. In addition, he was in a medically induced coma for two weeks and suffered a brain bleed. Ron's right arm was also required to be reattached and he currently has 10% strength in his left arm. Ron received another surgery in September 2024, and now has 28 screws in the front of his pelvis and 8 screws in the back of his pelvis. Ron is on approximately 10 different medications and is bed bound. Ron has home physical therapy 4 times a week as well as he receives occupational therapy one to two times a week. In addition, Ron has on average, one doctor's appointment per week, sometimes more. Each appointment takes approximately 4-5 hours to attend, which requires medical transport and assistance as he is wheelchair bound. Mr. Martinez requires 24/7 support at home. In addition, Mr. Martinez tires easily and is unable to participate in

the prosecution of Plaintiff's claims. Mr. Martinez is critical to the prosecution of Plaintiff's claims, as he is the sole representative of Gemini Technologies, Incorporated.

Plaintiff certainly understands Defendants' desire to move this matter forward, including the taking of depositions and setting of deadlines. Plaintiff and Mr. Martinez also desires to move this matter forward, as it has been pending for an extended period of time, while the Parties dealt with discovery issues, which will need to be addressed by the Court at a future date. However, moving this matter forward without the participation of Mr. Martinez would be prejudicial to Plaintiff. Defendants' suggestion of taking expert depositions and "set[ting] some deadlines after the stay" without Mr. Martinez is untenable.

Plaintiff expects that Mr. Martinez may be walking as early as February 2026. As soon as Mr. Martinez is able to walk, it is expected that he may be able to meaningfully participate in the prosecution of this matter. Plaintiff requests a status conference with the Court.

**B.    Defendants' Report:**

Defendants are sympathetic to Mr. Martinez's condition and support granting him the necessary time to recover. Plaintiff has proposed an additional 60-day stay. Defendants request a limited carve out from the stay. Defendants respectfully request a limited exception to this stay to allow Defendants to depose Plaintiff's expert witnesses on the reports they provided before Mr. Martinez's accident.

Plaintiff served its Expert Witness Disclosures, including expert reports, on June 21, 2024. Defendants have always taken the position that they want to depose Plaintiff's expert witnesses before finalizing Defendants' own expert reports. Defendants hope that Mr. Martinez's presence will not be required for the expert depositions as the experts will be deposed regarding the reports that they have already provided. Allowing these depositions to move forward will allow the parties to advance the case while Mr. Martinez is recovering.

Defendants agree that a status conference would be helpful. In addition, Defendants request that, at the status conference, the Court and the parties discuss setting the remaining deadline.

DATED November 12, 2024.

HOLLAND AND HART, LLP

By  /s/ *Erik F. Stidham*
    Erik F. Stidham
Attorneys for Defendants

DATED November 12, 2024.

TROUT LAW, PLLC

By  /s/ *Kim J. Trout*
    Kim Trout
Attorneys for Plaintiff

**Joint Status Report - 3**