UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH & WESSON, CORP., a Delaware corporation; and AMERICAN OUTDOOR BRANDS CORPORATION, a Massachusetts corporation,<br><br>Defendants. | Case No.: 1:18-cv-00035-REP<br><br>**AMENDED SCHEDULING ORDER** |

Consistent with the stipulated pre-trial deadlines identified within the parties' Joint Status Report (Dkt. 186), IT IS HEREBY ORDERED that:

1. <u>Dispositive Motion Deadline</u>: All dispositive motions, including motions to add a claim for punitive damages, must be filed by **August 15, 2025**.

2. <u>Disclosure of Experts</u>:

    a. **Defendants** must disclose the experts intended to be called at trial on or before **May 15, 2025.**

    b. **Plaintiff** must disclose rebuttal experts intended to be called at trial on or before **July 17, 2025.**

    c. **ALL** discovery relevant to experts must be completed by **August 15, 2025.**

3. To the extent not modified herein, all other terms and conditions set forth in the Court's prior Scheduling Orders (Dkts. 94, 125, 167, 175) remain unchanged unless otherwise ordered by the Court.

**AMENDED SCHEDULING ORDER - 1**

4.  The Court will conduct a **telephonic status conference** with the parties **on June 12, 2025 at 11:30 a.m. Mountain Time** for the purpose of inquiring about the status of the action.  Counsel will receive a link to connect to the conference via separate email notification.  Additional status conferences may be set by the Court at a later time.



DATED:  April 16, 2025

_____
Honorable Raymond E. Patricco
Chief U.S. Magistrate Judge

**AMENDED SCHEDULING ORDER - 2**