Erik F. Stidham (ISB #5483)
Jennifer M. Aiko (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
Email: efstidham@hollandhart.com
jmaiko@hollandhart.com
zjmccraney@hollandhart.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH & WESSON SALES COMPANY, a Delaware corporation; and SMITH & WESSON BRANDS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-REP<br><br>**STIPULATION TO STRIKE NEW ALLEGATIONS AND EXHIBITS** |

Plaintiff Gemini Technologies, Incorporated ("GT" or "Plaintiff") and Defendants Smith & Wesson Sales Company and Smith & Wesson Brands, Inc. (collectively "Smith & Wesson" or "Defendants"), through their undersigned counsel, hereby stipulate and agree as follows:

**RECITALS**

1. On January 23, 2026, the Court entered its Memorandum Decision and Order allowing GT to file an amended complaint naming the successor-in-interest of American Outdoor Brands. Dkt. 211.

2. On February 20, 2026, GT filed its Third Amended Complaint and Demand for Jury Trial ("TAC"). Dkt. 213.

3. Defendants objected to GT that the TAC contained new factual allegations and exhibits beyond the scope of what was authorized by the Court.

4. The parties thereafter conferred in good faith regarding this issue, and GT agreed to withdraw the new allegations and exhibits identified herein.

**STIPULATION**

NOW, THEREFORE, in consideration of the foregoing, the parties hereby stipulate and agree as follows:

1. The following material in GT's TAC shall be stricken and deemed withdrawn (hereinafter, the "Stricken Material"):

a. The following portion of Paragraph 16 of the TAC that states "It was confirmed in Andrew Fulmer's deposition that this model was a discounted cash flow model, which 'takes a forecast over a period of time, discounting those – it calculates cash flows, expected cash flows going forward, and then discounts those cash flows back to today's, using a discount rate.' Exhibit 44."

b. Paragraph 69 of the TAC, in its entirety.

c. Paragraph 114 of the TAC, in its entirety; and

d. Exhibits 44-46 of the TAC, in their entirety.

2. The TAC as filed at Dkt. 213 shall remain the operative complaint in this action, except that the Stricken Material identified in Paragraph 1 above shall be of no force or effect. No amended or corrected complaint need be filed.

3. Defendants' Answer, filed on March 6, 2026, shall be deemed responsive to the TAC as modified by the striking of the Stricken Material. Defendants shall not be required to file an amended answer solely as a result of the striking of the Stricken Material.

DATED this 9th day of March, 2026.

HOLLAND AND HART, LLP

By *<u>/s/ Erik F. Stidham</u>*
Erik F. Stidham
Jennifer M. Aiko
Zachery J. McCraney
Attorneys for Defendants

TROUT & JONES, PLLC

By *<u>/s/ Alyssa R. Jones</u>*
Kim J. Trout
Alyssa R. Jones
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of March, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kim J. Trout
Alyssa R. Jones
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone: (208) 577-5755

*Attorneys for Plaintiff*

- ktrout@trout-law.com
- ajones@trout-law.com

*/s/Erik F. Stidham*
Erik F. Stidham
for HOLLAND & HART LLP

37220994_v1