**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| GEMINI TECHNOLOGIES, INC., an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH & WESSON SALES COMPANY, a Delaware corporation; and SMITH & WESSON BRANDS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 1:18-cv-00035-REP<br><br>**ORDER SETTING TRIAL** |

On **January 23, 2026,** the Court resolved all pending dispositive motions. Discovery is closed and the case is ready for trial.

IT IS HEREBY ORDERED that the following deadlines and procedures shall govern the remainder of this litigation:

1. TRIAL DATE: A seven-day bench trial is set for **Monday, January 11, 2027, beginning at 8:30 a.m. (Mountain) in Boise, Idaho.** Unless otherwise ordered, the Court will follow a compressed trial day, which shall begin at 8:30 a.m. and end at 3:00 p.m., with two 15-minute breaks.

2. PRE-TRIAL CONFERENCE DATE: A pre-trial conference is scheduled to take place at **10:00 a.m. (Mountain) on December 21, 2026,** to discuss and resolve insofar as possible (1) the legal issues remaining in the case, (2) evidentiary issues, (3) trial logistics, including exhibits and witness lists, and (4) any other matters pertaining to the trial. On or before **December 16, 2026**, the parties shall communicate and reach agreement on as many items as possible – including stipulations related to the parties' proposed exhibits. This should include stipulations

**ORDER SETTING TRIAL - 1**

on foundation or other evidentiary matters, even if there is disagreement as to whether a document should be admitted into evidence, based upon relevancy issues. The parties shall be prepared to discuss with the Court those items over which counsel disagrees. **The pretrial conference will be held via zoom. Counsel shall receive a video link via separate notification.** Persons granted remote access to proceedings are reminded of the general prohibition under federal law and Local Rule 83.1 against photographing, recording, and rebroadcasting of court proceedings.

3. DAUBERT MOTIONS: Rule 702 motions shall be filed with the Court by **September 28, 2026**. Responses to any Rule 702 motions shall be filed with the Court by **October 19, 2026 (or within twenty-one days of the filing of a Rule 702 motion, whichever is earlier)**. Replies to any Rule 702 motions shall be filed with the Court by **November 2, 2026 (or within fourteen days after the filing of any response to a Rule 702 motion, whichever is earlier).**

4. WITNESS LISTS:[1] The parties shall exchange witness lists and file copies of these lists with the Court on or before **November 16, 2026**. The witness lists shall contain the information listed in FRCP 26(a)(3)(A) & (B) and shall include a full summary, not just the subject, of the witnesses' expected testimony.

5. EXHIBIT LISTS AND EXHIBITS:[1] All exhibit lists shall be filed with the Court by **November 16, 2026**.  No later than that same date, the parties shall exchange all trial exhibits, but shall not provide them to the Court until the following dates. By **January 4, 2027**, the week before trial, counsel shall provide the Court with a copy of the exhibits, in electronic form, for the Court's personal use during the trial. On or before the morning of trial, counsel shall submit a set of original, pre-marked exhibits in a binder. The exhibit lists shall follow the

---

[1] Instructions for formatting the witness and exhibits lists can be found on the Court's website at: https://id.uscourts.gov/district/judges/patricco/Trial_Procedures.cfm

**ORDER SETTING TRIAL - 2**

guidelines set out in Local Rule 16.3(f) to the extent it is not inconsistent with this Order. The exhibit list shall be prepared on the form provided by the Deputy Clerk, with sufficient copies for the Judge, the Deputy Clerk, and the Staff Attorney.

    a. Exhibit numbers 1 through 499 shall be reserved for Plaintiff's exhibits. Exhibit numbers 500–999 shall be reserved for Defendants' exhibits. Exhibit numbers 1000+ shall be reserved for joint exhibits.

    b. Counsel shall review their exhibits, determine any duplication, and jointly mark and stipulate to the admission of those exhibits that both sides intend to offer and rely upon.

6. TRIAL BRIEF: Trial briefs shall be filed with the Court by **November 23, 2026**. Trial briefs shall follow the guidelines set out in Local Rule 16.3(b) to the extent it is not inconsistent with this Order.  Trial brief shall include a proposed statement of law, which sets forth the elements of each claim, the elements of any defenses, and any other relevant legal principles, including the law regarding damages.

7. MOTIONS IN LIMINE: Motions in limine shall be filed with the Court by **November 23, 2026**. Responses to any motions in limine shall be filed with the Court by **December 3, 2026.** Replies to any motions in limine shall be filed with the Court by **December 10, 2026**.

8. TRIAL PROCEDURES:

    a. Counsel shall exercise good faith in attempting to reach a stipulation on undisputed facts and admission of exhibits.

    b. During the time each witness is in the witness box, counsel should, to the extent possible, limit objections to one-sentence evidentiary objections, to preserve the flow of testimony. Almost all objections should be stated in one to three words ("hearsay", "asked & answered", "irrelevant", etc.). More involved objections should be brought to the Court's attention as soon as possible, and preferably prior to the issue arising

**ORDER SETTING TRIAL - 3**

during trial so that the Court can consider and decide upon such matters during a recess, or before or after the trial day begins or ends. Where the need for such a hearing cannot be anticipated, the Court may direct the examining counsel to avoid the objectionable subject and continue on a different line of questioning so that the objection can be argued between witness testimony. To avoid late-night sessions, counsel are advised to bring up all anticipated evidentiary questions in their pretrial briefs.

c.  Examples of improper objections: "I object to that question, Your Honor, because I am sure that Charlie Witness did not read that document very carefully before he signed it"; or, "I object, Your Honor, because Charlene Witness has already testified that she can't remember". These "speaking objections" would suggest an answer.

d.  Counsel shall have enough witnesses ready to ensure a full day of testimony and shall communicate with opposing counsel and the Court a list of the next day's anticipated witness(es). If witnesses are unavoidably delayed, counsel shall promptly notify the Court and opposing counsel.

e.  When counsel announces the name of a witness called to testify, the Court or the clerk will summon the witness forward to be sworn, the clerk will administer the oath and, after the witness is seated, ask the witness to state her or his name and spell her or his last name for the record. I will then indicate to counsel that she or he may inquire of the witness.

f.  Please do not address parties or witnesses (including your own) by her or his first name unless such familiarity is clearly appropriate, and is not likely to be offensive to the witness. In case of doubt, don't.

g.  Your clients and your witnesses should be instructed that they should always refer to you and opposing counsel by last names.

**ORDER SETTING TRIAL - 4**

9. <u>ON-THE-CLOCK</u>: As of now, Plaintiff is allocated 50% of the trial time and Defendant is allocated 50% of the trial time. The Court will keep track of the time each party uses, and will adjust the number of total hours expected for trial, based upon what happens at trial each day. The Court will provide reports to counsel at the end of each trial day, regarding counsel's use of time, and, where applicable, any adjustments to the total and allocated hours. The clock is running on a party conducting opening statement, direct, cross, objections that are unsuccessful, and closing argument.

10. <u>SETTLEMENT</u>: The parties are ordered to notify the Court on or before **December 16, 2026** that the case has either settled or will definitely go to trial.

SO ORDERED.



DATED:  May 12, 2026

_____
Honorable Raymond E. Patricco
Chief U.S. Magistrate Judge

**ORDER SETTING TRIAL - 5**