Erik F. Stidham (ISB #5483)
Jennifer M. Aiko (ISB #9275)
Zachery J. McCraney (ISB #11552)
Cameron L.McCue (ISB #12329)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone:  (208) 342-5000
Email:  efstidham@hollandhart.com
      jmaiko@hollandhart.com
      zjmccraney@hollandhart.com
      clmccue@hollandhart.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SMITH & WESSON SALES COMPANY, a Delaware corporation; and SMITH & WESSON BRANDS, INC., a Nevada corporation,<br><br>    Defendants. | Case No. 1:18-CV-00035-REP<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

COMES NOW Defendants Smith & Wesson Sales Company and Smith & Wesson Brands, Inc. ("Defendants"), by and through their counsel, and hereby provides NOTICE that:

1.    Cameron L. McCue of Holland & Hart LLP is hereby substituted as counsel of record for Defendants in the place and stead of Zachery J. McCraney.

2.    All future pleadings, notices, orders, and correspondence in this matter should be served upon:

NOTICE OF SUBSTITUTION OF COUNSEL - 1

Cameron L. McCue (ISB #12329)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
Email: clmccue@hollandhart.com

3.      Zachery J. McCraney consents to this substitution.

4.      Cameron L. McCue consents to act as counsel of record for Defendants in this matter.

5.      This substitution does not affect the status of Erik F. Stidham and Jennifer M. Aiko as counsel for Defendants in this matter.

DATED this 28th day of May, 2026.

HOLLAND AND HART, LLP

By      _/s/ Zachery J. McCraney_____
        Erik F. Stidham
        Jennifer M. Aiko
        Zachery J. McCraney
        Cameron L. McCue
Attorneys for Defendants

NOTICE OF SUBSTITUTION OF COUNSEL - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of May, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kim J. Trout
Alyssa R. Jones
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone: (208) 577-5755

- ktrout@trout-law.com
- ajones@trout-law.com

*Attorneys for Plaintiff*

/s/Zachery J. McCraney
Zachery J. McCraney
for HOLLAND & HART LLP

37971435_v1

NOTICE OF SUBSTITUTION OF COUNSEL - 3