Erik F. Stidham (ISB #5483)
Jennifer M. Aiko (ISB #9275)
Cameron L.McCue (ISB #12329)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
Email: efstidham@hollandhart.com
jmaiko@hollandhart.com
clmccue@hollandhart.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH & WESSON SALES COMPANY, a Delaware corporation; and SMITH & WESSON BRANDS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-REP<br><br>**DECLARATION OF ERIK F. STIDHAM IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE TESTIMONY OF THOMAS J. SOUTH, CPA, CFF** |

I, Erik F. Stidham, declare and state as follows:

1. I am counsel of record for Defendants Smith & Wesson Sales Company and Smith & Wesson Brands, Inc. (collectively "Smith & Wesson" or "Defendants") in this matter. I am familiar with the facts and proceedings in this matter and have personal knowledge of the matters stated in this Declaration.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Thomas J. South, CPA, CFF, titled “Report on Modeling,” dated June 20, 2024, produced by Plaintiff during the course of this lawsuit.

3. Attached hereto as **Exhibit B** is a true and correct copy of transcript excerpts from the deposition of Thomas J. South, CPA, CFF, which was taken on September 17, 2025.

4. Attached hereto as **Exhibit C** is a true and correct copy of transcript excerpts from the deposition of Andrew Fulmer, which was taken on June 5, 2024, which Smith & Wesson seeks to file under seal.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Expert Report of Jeffrey S. Pickett, CPA/ABV of Lone Peak Valuation Group, dated May 21, 2025, produced by Defendants during the course of this lawsuit, which Smith & Wesson seeks to file under seal.

6. Attached hereto as **Exhibit E** is a true and correct copy of Plaintiff’s Expert Witness Disclosures, served June 21, 2024.

7. Attached hereto as **Exhibit F** is a true and correct copy of transcript excerpts from the deposition of James Debney, which was taken on June 13, 2024, which Smith & Wesson seeks to file under seal.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED this 28th day of September, 2026.

By *<u>/s/ Erik F. Stidham</u>*
Erik F. Stidham

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of September, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kim J. Trout
Alyssa R. Jones
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone: (208) 577-5755

*Attorneys for Plaintiff*

- ktrout@trout-law.com
- ajones@trout-law.com

*/s/Erik F. Stidham*
Erik F. Stidham
of HOLLAND & HART LLP

37178100.v1