KIM J. TROUT

TROUT LAW, PLLC

GEMINI TECHNOLOGIES, Inc. vs SMITH & WESSON SALES COMPANY AND AMERICAN OUTDOOR BRANDS, INC.

# REPORT ON MODELING

Prepared By South Litigation Consulting. LLC

PO Box 1496
Boise, ID 83701

SOUTH
Litigation Consulting, LLC

+1 (208) 863-2820

June 20, 2024

Mr. Kim J. Trout
Trout Law, PLLC
3778 Plantation River Dr., Ste 101
Boise, ID 83703

RE: Gemini Technologies, Inc. (GT) vs. Smith & Wesson and American Outdoor Brands, Inc.(AOB)

Dear Mr. Trout:

Pursuant to your request, South Litigation Consulting, LLC (SLC) has performed an analysis of the Asset Purchase Agreement, by and Among Smith & Wesson Corp., Gemini Technologies, Incorporated, and the Stockholders dated June 29, 2017, including the Modeling performed throughout the disclosure period and the reliance on the Modeling by the respective parties to the transaction.

Attached as Schedule 4 is a copy of the KPMG Valuation of Certain Tangible and Identifiable Intangible Assets Acquired and Liabilities Assumed in Connection With the Acquisition of Gemini Technologies, Incorporated dated August 8, 2017. Attached as Schedule 5 is a Financial Model of the Project Stealth from the Board of Directors Presentation Template. Schedule 1 is a listing of Documents Reviewed. Schedule 2 is a current CV for myself and Schedule 3 is a listing of cases I have given testimony in the Last Five Years.

***Background***

The Background information was obtained, and included, from the Second Amended Complaint on file in this matter.

Up until August 7, 2017, GT was an industry leader in the design and manufacture of gun silencers, with sales in both domestic and foreign gun markets. GT's silencers were used in all branches of the U.S. Military and in many branches of U.S. Special Operations Forces. GT was in armed services use around the world. GT brand serviced many Soldiers, Sailors, Airmen, and Marines of the United States military, Intelligence Community, Federal Law Enforcement, state and local peace officers, wildlife and agricultural agencies, and friendly foreign military and police, along with service to tens of thousands of civilian shooters. From January 2016 to July 31, 2017, GT's sales were in excess of $15,000,000.

***Background- Continued***

In February 2015, AOB and Smith & Wesson prepared a financial model for a potential acquisition of GT's business. AOB and Smith & Wesson based the 2015 acquisition model on GT's 2013 financial information. According to AOB'S/Smith & Wesson' 2015 acquisition model GT was on track to make $54,070,000 in aggregate revenue in the years 2017 – 2020.

On June 16, 2016, Abigail Frasier of AOB and Smith & Wesson, who worked with Andrew Fulmer, who was a CPA, Vice President of Financial Planning and Analysis of AOB and of Smith & Wesson, created a GT acquisition model.

On January 2, 2017, AOB and Smith & Wesson, James Debney, CEO of AOB and CEO Smith & Wesson, and Matt Buckingham, Senior Vice President – Firearms of AOB, and President of Smith & Wesson, called Ron Martinez, President of GT, and expressed AOB's and Smith & Wesson's interest about purchasing GT's assets. Debney told Martinez that they were looking for stable good growth potential, that they want a good brand, and that there is interest in Gemtech now, that there is an immediate need to keep people around and keep talent, they already have plans for suppressors, strong manufacturing and production capability, and that the management team is the "secret sauce," and asked if Gemtech would be interested in an acquisition.

On January 24, 2017, Matt Buckingham had a telephone call with Martinez, and Buckingham told and represented to Martinez the following: that Andy Fulmer is head of acquisitions; there is interest in acquiring Gemtech;

On February 6, 2017, Martinez of GT emailed Andrew Fulmer and Matt Buckingham, and per Mr. Fulmer's request provided a comprehensive financial and operational information. Martinez provided Mr. Fulmer and Mr. Buckingham with GT's Profit & Loss by Year for the years 2013, 2014, 2015 and 2016.

On February 27, 2017, Matt Buckingham, Andy Fulmer and Ron Martinez had a telephone call during which they said that they would base an offer off of the correct business range of $6 to 10 million, plus a payout of future business, that the earnout would be .15cents to a dollar, that the earnout would be for the first couple of years, that there is a lot of upside for the earnout; that there would be a two year earnout; that the earnout would start at $12 million up to $84 million; and that Gemtech is the one we want.

***Background- Continued***

On, or about, March 2017, American Outdoor Brands Corporation, the parent of Smith & Wesson, did an Investor Presentation.

Prior to March 9, 2017, including in January and February of 2017, AOB'S/Smith & Wesson's acquisition financial model for GT showing a large decrease (first model showed a 70% decline and second model showed a 55% decline) in revenue in calendar year 2017, 0% percent revenue in calendar year 2018, and 80% revenue growth in calendar year 2019, was material information known by Andrew Fulmer and Matt Buckingham when they were conversing and negotiating with Martinez and Thompson, CFO of GT. AOB and Smith & Wesson, Buckingham and Fulmer, did not disclose their GT acquisition financial model information for Gemtech to GT.

On March 10, 2017, AOB and Smith & Wesson provided a TERM SHEET and exclusivity agreement to GT for the possible asset purchase of GT's assets. AOB and Smith & Wesson proposed "The purchase price will be (1) $10 million in cash payable at closing plus (b) up to $10.95 million in earn-out payments. The earn-out payments will based on revenue of the Company during the three 12-month periods after closing and will be paid in cash. The earn-out payment will be $0.15 for every $1.00 of revenue of the Company in excess of $12 million and for revenue up to $85 million, based on the revenue milestones we have previously discussed If revenue were to decline in any period, you would not be paid any earn-out and would be subject to repayment of previous earn-out payments to the extent of such decline.

On March 17, 2017, Martinez and Mark Thompson, CFO of GT, discussed the March 10, 2017 term sheet with Matt Buckingham and Andrew Fulmer, and Buckingham and Fulmer represented that they wanted to get the acquisition done.

On March 30, 2017, Martinez and Mark Thompson again discussed the March 10, 2017 term sheet with Matt Buckingham and Andrew Fulmer. During the March 30, 2017 phone call, Fulmer and Buckingham told Martinez and Thompson that $12 million a year during the earnout period is achievable and Martinez and Thompson agreed based upon GT's current 2017 financial performance, positive yearly growth trending and the targeted domestic and international growth opportunities.

On April 10, 2017, AOB and Smith & Wesson, Andrew Fulmer, provided Martinez and Thompson with a revised term sheet. The revised term sheet changed that the "purchase price will be (a) $10 million in cash payable at closing, plus (b) up to $17.1 million in earn-out payments

On or about June 27, 2017, AOB adopted the Resolutions of the Board of Directors of AOB to approve the proposed transaction indirectly through its subsidiary Smith & Wesson to acquire substantially all of the assets of GT.

***Background- Continued***

The minutes of the AOB Meeting of the Board of Directors dated June 27, 2017 reads that, "Messrs. Fulmer and Buckingham also reviewed the terms of the potential acquisition, including the structure, purchase price, and potential earnout amount. The directors approved the resolutions forming Schedule A to the minutes of the meeting.

On June 29, 2017, the parties signed the Asset Purchase Agreement ("APA").

On August 7, 2017, GT as Seller and Smith & Wesson as Buyer closed the APA.

As consideration for its purchase, Smith & Wesson promised to make two different kinds of payments to GT: (1) a cash payment; and (2) plus an earn-out payment. First, AOB and Smith & Wesson promised to make a cash payment to GT of ten million one hundred sixty thousand dollars ($10,160,000.00) for GT's assets, plus or minus an adjustment for the company's working capital as of the closing date. (APA Section 1.2). Smith & Wesson paid GT $5,735,284.25 of this amount on the sale closing date. Smith & Wesson put the balance of this amount ($10,160,000.00 less $5,735,284.25, less $250,000.00 = $4,174,715.75), minus a $250,000.00 hold-back amount which Smith & Wesson retained to cover specifically identified account receivables. (APA Sections 1.2(b) and 1.2(c)), into an escrow account with Washington Trust Bank. Second, AOB and Smith & Wesson promised "as additional consideration" to pay GT an earn-out payment based upon Smith & Wesson's 36-month post-purchase Gemtech sales revenue (the "earn-out period sales"), with the term "business" including the design, manufacturing, and sale of silencers and suppressors, silencer and suppressor accessories, and any company-branded ammunition. (APA Sections 1.6, 10.4).

This earn-out was calculated at fifteen cents ($0.15) for each dollar of total sales above thirty-six million dollars ($36,000,000.00) during the earn-out period. For instance, if the company grossed eighty million dollars ($80,000,000.00) in earn-out period sales, it would have to pay Gemtech six million six hundred thousand dollars ($6,600,000.00).

AOB and Smith & Wesson terminated Martinez's employment on September 18, 2017 within 41 days of the closing on August 7, 2017, terminated Pace's employment ten days later on September 28, 2017, and in October 2017 through the year 2018 terminated nearly all of GT's former employees, significantly reduced and stopped the marketing of Gemtech products, disallowed Gemtech representatives attendance at trade shows and events, discontinued and reduced the sales of Gemtech products, significantly reduced manufacturing and manufacturing capabilities of Gemtech products, and completely closed Gemtech Idaho by the second quarter of 2019.

***Background- Continued***

On August 29, 2017, unbeknownst to GT, Martinez and Pace and Nakashima, AOB's/Smith & Wesson's General Counsel and Compliance Director, Robert Cicero, put a hold on all current licenses including Bahrain, MRKAS, and UK MOD so that the product which was ready for shipment and export for international demonstrations and sales would not ship. AOB and Smith & Wesson did not consult Martinez in this decision.

***Modeling by Smith & Wesson / American Outdoor Brands, Incorporated***

Business Combinations require modeling, or forecasting of future revenue streams, to determine a target price. Once forecasting is complete and the target price is determined, the acquiring company can calculate the rate of return on the investment. Accordingly, forecasting is a critical component of any business combination.

In February 2015, AOB and Smith & Wesson prepared a financial model for a potential acquisition of GT's business. AOB and Smith & Wesson based the 2015 acquisition model on GT's 2013 financial information. According to AOB/Smith & Wesson' 2015 acquisition model GT was on track to make $54,070,000 in aggregate revenue in the years 2017 – 2020.

Throughout the due diligence from February 2017 to the close of the acquisition on August 7, 2017, Smith & Wesson/AOB personnel prepared the forecast for future operations of GT. The forecasting drives all metrics for the acquisition, purchase price, terms and earn-outs. From reviewing the Board of Directors Project Stealth Financial Model in determining Actual Rate of Return, the line item for Earnout payments has no amounts which would indicate Smith & Wesson/AOB was not projecting earn-out payments to GT. In an email from James Debney, CEO to Matt Buckingham, dated June 23, 2017, line 9 states "Not a single acquisition we have made has hit the revenue number in their respective model".

In my professional opinion, as a matter of professional business accounting, it would be highly unlikely, and moreover, highly irregular to place a revenue forecast in a model presentation to Management, including a Board of Directors, if the modeling was not the true expectation of the CFO, and staff, of what the business would actually seek to achieve with the assets being acquired. To the contrary, it would be financial officer negligence to present revenue modeling for management decision making that did not reflect operating management's most accurate projection of real world results, for purposes of Board decision making. In addition, I think it would be a violation of the Professional Standards of the AICPA (American Institute of Certified Public Accountants) regarding Ethics for not disclosing accurate information.

***Modeling by Smith & Wesson / American Outdoor Brands, Incorporated - Continued***

As an example, within the June 27, 2017 Board presentation, the CFO, and staff, presented an example, of the revenues required for any earnout to become payable. In the example, in 2018, revenues were consistent with the model, at approximately $4.9M. However, the example then presents an absurd approximately 645% increase for 2019 revenues, resulting in an earnout payment. The absurdity of this example, from a professional financial management perspective, demonstrates that as of June 27, 2017, Smith & Wesson operational management (CEO/CFO) and staff, were in effect projecting no probability of an earnout to the Board, and hence no risk of any earnout payment becoming due.

From the records reviewed, in my professional opinion, Smith & Wesson operational management (CEO/CFO), their staff, and the Board of Directors were fully aware that the probability of an earnout payment risk, was zero.

***KPMG Valuation Services***

KPMG was engaged on August 22, 2017, approximately two weeks after the Asset Purchase Agreement was executed and closed between GT and Smith & Wesson Corp., to prepare a Valuation of Certain Tangible and Identifiable Intangible Assets Acquired and Liabilities Assumed in Connection With the Acquisition of Gemini Technologies, Incorporated. A Copy of the KPMG report is attached as Schedule 4.

The same revenue projection modeling that was presented by Smith & Wesson operational management (CEO/CFO), and staff, to the Smith & Wesson Board, was transmitted to KPMG for its use in its engagement with Smith& Wesson.

The KPMG Valuation Summary values the GT Earn Out at $100,000 as of August 8, 2017, the valuation date. AOB/ Smith & Wesson then utilized that valuation to file form 10Q on December 7, 2017 stating: "Based on current forecasted revenue projections, we believe it is unlikely that the acquired business will achieve the performance metrics. Therefore, as of October 31, 2017, the contingent liability was recorded at a fair value of $100,000 in non-current liabilities." This same statement appeared in the April, June, September and December 2018 form 10K's and the June 19, 2019 form 10K.

The revenue projection model provided to KPMG, was utilized by KPMG in its Valuation Summary. That Valuation Summary was then incorporated into the Smith & Wesson Form 10-Q, submitted to the Securities and Exchange Commission ("SEC") on or about December, 2017. That submission is signed by the then CEO, James Debney, and the then CFO, James Buchanan.

***KPMG Valuation Services – Continued***

The Form 10-Q is intended to be an accurate, truthful statement of the company's financial condition, relied on by the public, by Shareholders of Smith & Wesson, and by the SEC. As of the date of filing, and importantly, as of October 31, 2017, it is self-evident from the evidence trail, that Smith & Wesson operational management (CEO/CFO), and staff, and the Company itself, understood, believed, and represented to the SEC that the projected revenue modeling was in fact, "current forecasted revenue projections" for the Gemtech Assets.

***Professional Fee Arrangement***

My consulting and economic services are charged at the rate of $325 per hour. My fees are based solely on the time spent on a matter and bear no relationship to the ultimate outcome of a trial or my final opinions.

***Summary of Conclusions and Opinions***

In my opinion, based on the data I was provided, as early as June of 2016, and continuing into March and April of 2017, and up to and including the date of the APA, Smith & Wesson operational management (CEO/CFO), and staff including, Mr. Fulmer and Mr. Buckingham, knew that based upon revenue projections being utilized for the basis of financial and operational management decision making, that there was no probability, or a zero probability that the Gemtech Assets would achieve any earnout payment.

The opinions and conclusions expressed herein are those which I have developed as of the date of this writing, based on the documents and information provided to me to date. This report may be supplemented if subsequent discovery leads to the revision or updating of my opinions or conclusions.

Very truly yours,

Thomas J. South, CPA, CFF
Principal
TJS/bfm

GEMINI TECHNOLOGIES, INC. VS. SMITH WESSON SALES COMPANY AND AMERICAN OUTDOOR BRANDS, INC.
LISTING OF DOCUMENTS REVIEWED
SCHEDULE 1

| ITEM | DESCRIPTION |
|---|---|
| 1 | Second Amended Complaint and Demand for Jury Trial Dated February 1, 2024 |
| 2 | Gemtech Executive Summary |
| 3 | American Outdoor Investor Presentation March 2017 |
| 4 | Smith & Wesson Term Sheet |
| 5 | Various Emails between Ron Martinez and American Brands/Smith & Wesson staff |
| 6 | Various Hand written notes of Ron Martinez |
| 7 | American Outdoor Brands Corporation Meeting of Board of Directors dated June 27, 2017 |
| 8 | Asset Purchase Agreement dated June 29, 2017 |
| 9 | American Outdoor Brands Corporation ASC 805: Business Combinations |
| 10 | American Outdoor Brands Corporation Valuation of the Gemini Technologies, Incorporated Earn-Out dated August 8, 2017 |
| 11 | KPMG Valuation of Certain Tangible and Identifiable Intangible Assets Acquired and Liabilities Assumed in Connection With the Acquisition of Gemini Technologies, Incorporated dated August 8, 2017 |
| 12 | Various Board of Directors Presentation Spreadsheets |
| 13 | Various Quarterly 10Q and 10K Reports for Smith & Wesson Brands, Inc. |
| 14 | Electronic Files listed on the following page of Schedule 1. |

At the trial of this matter, or at any hearing, I intend to utilize any document provided to me by Plaintiff or Plaintiff's counsel. Said documents can be downloaded here:

In addition, I reserve the right to utilize any chart or table in my report as an exhibit at the trial or at a hearing in this matter.

https://troutlaw.egnyte.com/fl/ZJKva2FliW

Tom South

Shared by Kevin Kluckhohn

Schedule 1

Download Folder Log in

| ITEM NAME | SIZE | DATE MODIFIED |
|---|---|---|
| 2017-02-08 SW398169 | - | Jun 17, 2024 09:54 PM |
| 2017-09-13 SW365939 | - | Jun 17, 2024 09:54 PM |
| 2017-11-07 SW136274 | - | Jun 17, 2024 10:32 PM |
| 2017-11-27 SW365870 | - | Jun 17, 2024 10:30 PM |
| 2018-06-20 SW364995 | - | Jun 17, 2024 10:34 PM |
| BOD Presentations | - | Jun 17, 2024 09:53 PM |
| Form 10Q's | - | Jun 21, 2024 01:57 PM |
| !2024-02-02 163 Second Ame... | 82.5 MB | Feb 2, 2024 09:47 AM |
| 2017-02-08 GT005871.pdf | 1.4 MB | Jun 17, 2024 08:52 PM |
| 2017-02-16 GT005862.pdf | 1.3 MB | Jun 17, 2024 08:52 PM |
| 2017-03-09 SW509770.pdf | 1.4 MB | Jun 17, 2024 08:52 PM |
| 2017-03-10 SW124255.pdf | 2.8 MB | Jun 17, 2024 09:52 PM |
| 2017-04-10 SW124303.pdf | 1.3 MB | Jun 17, 2024 09:53 PM |
| 2017-06-27 SW807704.pdf | 535 KB | Jun 17, 2024 09:55 PM |
| 2018-01-24 SW638638.pdf | 1.8 MB | Jun 17, 2024 10:00 PM |
| 2018-03-19 SW143784.pdf | 10 MB | Jun 17, 2024 09:57 PM |
| 2018-06-20 SW364802.pdf | 18.2 MB | Jun 17, 2024 10:02 PM |
| 2019-06-15 SW139087.pdf | 10.8 MB | Jun 17, 2024 09:56 PM |

Powered by EGNYTE

**THOMAS JAY SOUTH, CPA, CFF**
**Principal**
**South Litigation Consulting, LLC**
**P.O. Box 1496**
**Boise, Idaho 83701**
**Schedule 2**

**LITIGATION SUPPORT SERVICES AND BUSINESS VALUATIONS**

Involved with over three hundred fifty cases since 1985 including divorce, bankruptcy, court appointed receivership, voluntary/involuntary disposition of business interest, antitrust, malpractice, personal injury, wrongful termination\employment, wrongful death, fraud, breach of contract and related damage calculations. Testified fifty times and prepared thirty-five business valuations.

**PROFESSIONAL & EDUCATIONAL EXPERIENCE**

- Bachelor of Business Administration, Accounting; December 1979, University of Idaho
- Certified Public Accountant, November 1982
- Certified in Financial Forensics, 2009
- Stratton & Teutsch, Certified Public Accountants, Boise, Idaho, January 1980-October 1983
- Ripley, Doom, & Company, Certified Public Accountants, Boise, Idaho, October 1983-October 1987
- CliftonLarsonAllen/LeMaster Daniels/South, Johnson & Company, P.A., Certified Public Accountants, Boise, Idaho, October 1987- December 2018.
- South Litigation Consulting, LLC, Boise, Idaho, May 2019—Present
- Adjunct Accounting Professor, George Fox University, Boise, Idaho 2002

***Related Continuing Professional Education***

- Arthur Crandall's Valuation of Business and Professional Practices 1988 and 1990 (includes litigation support services)
- AICPA National Advanced Litigation Services Conference 1996, 2000, 2003, 2004
- Forensic & Fraud Accounting 2007, 2008
- AICPA National Advanced Business Valuation Services Conference 2009
- AICPA National Forensic & Valuation Services Conference 2012, 2014, 2015, 2016, 2017, 2018, 2021, 2022

**PROFESSIONAL & PUBLIC AFFILIATIONS**

- American Institute of Certified Public Accountants
- Member, National Associate of Certified Valuators and Analysts
- Member, Idaho Society of Certified Public Accountants
- Member, Idaho State Board of Accountancy
- Member, Client Assistance Fund Committee for the Idaho State Bar
- Arid Club Board of Directors
- Treasurer, Feed the Gap Board
- Finance Committee Member of Crane Creek Country Club

Thomas J. South CPA CFF
List of Cases I Have Given Recorded Testimony in Last Five Years
SCHEDULE 3

1 Withers v. Parks & Western Waste Services
Trial Testimony - Twin Falls, ID July 2017

2 Weimer et. al. v. Robins et.al.
Case # 16:18-00337
Deposition - Boise ID
February 2019

3 Lind v. Ware
Case # CV 42-15-4575
Deposition - Boise, ID
July 2019

4 Smith v. Glenns Ferry Highway District
Trial Testimony - Mountain Home, ID
September 2018

5 Brook L. Putra & Arthur Lopez v. Chasan & St. Lukes Regional Medical Center et.al.
Case # CV01-19-00574
Deposition - Boise, ID
March 2020

6 Griffin v. Albertsons et.al.
Case # CV07-17-00779
Deposition - Boise, ID
May 2019

7 Stiefel V. St. Lukes Regioal Medical Center et. al.
Case # CV01-18-04857
Deposition - Boise, ID
August 2019
Trial Testimony - Boise, ID
January 2023

8 Berlum Development Co. vs. Kate Kennedy
Case # CV01-19-19512
Deposition - Boise, ID
April 2021

9 Idaho Lighting Solutions, LLC vs. Katie Smith
Case # CV01-21-00718
Deposition - Boise, ID
December 2022

10 The 1987 Ranck Living Trust - Trust Accounting
Case # CV01-22-04227
Deposition - Boise, ID
October 2023

Schedule 4

KPMG

*cutting through complexity™*

ECONOMIC & VALUATION SERVICES

# American Outdoor Brands Corporation

Valuation of Certain Tangible and Identifiable Intangible Assets Acquired and Liabilities Assumed in Connection With the Acquisition of Gemini Technologies, Incorporated

As of August 8, 2017

KPMG LLP
Two Financial Center
60 South Street
Boston, MA 02111

Telephone: (617) 988-1000
Fax: (617) 507-8321
Internet: www.home.kpmg.com

June 20, 2018

Schedule 4

PRIVATE

Ms. Deana L. McPherson
Vice President and Corporate Controller
American Outdoor Brands Corporation
2100 Roosevelt Avenue
Springfield, MA 01104

Dear Ms. McPherson:

KPMG LLP's ("KPMG") Economic & Valuation Services practice ("EVS") has completed its valuation engagement to assist American Outdoor Brands Corporation ("AOBC" or the "Client") with the valuation of certain intangible assets acquired (the "Subject Assets") and liabilities assumed (the "Subject Liabilities") in connection with the acquisition of Gemini Technologies, Incorporated ("Gemtech" or the "Company") as of August 8, 2017 (the "Valuation Date").

The valuation was performed in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 805: *Business Combinations* ("ASC 805") and other appropriate accounting and valuation guidelines. We understand that AOBC's management ("Management") will use our report for financial reporting purposes to assist in its allocation of the purchase price in accordance with ASC 805. No other use is intended or should be inferred.

The attached report describes the Company, the Subject Assets acquired and Subject Liabilities assumed, the valuation approaches applied, the key assumptions utilized and our value conclusions as of the Valuation Date. The limiting assumptions that apply to our opinions of value are included in Appendix A of this report.

Fair value ("FV") is the standard of value for financial reporting and is defined under FASB ASC Topic 820, *Fair Value Measurement* (formerly SFAS 157, Fair Value Measurements) as: *"the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date."*

Our opinions and conclusions are set forth on the following pages. Our work paper files contain the documentation that accompanies our analysis and supports our conclusions.

© 2017 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Schedule 4

Based on our analysis, the fair values of the Subject Assets and Subject Liabilities, as of the Valuation Date, are as follows:

| Valuation Summary | Fair Value (*$US in Thousands*) |
|---|---|
| **Subject Liabilities** | |
| Earn Out | $100 |
| **Subject Assets** | |
| Inventory | $3,880 |
| Technology | 200 |
| Trade Name | 2,100 |
| Backlog | De minimis |
| Customer Relationships | De minimis |

This report is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

This report is subject to the terms and conditions set forth in our engagement letter signed August 22, 2017, and the attached Limiting Assumptions. This valuation is not supporting a "listed" or "principal purpose transaction." We appreciate the opportunity to perform this engagement and to be of service to AOBC. If you have any questions, please feel free to contact Ted Hollo (*Managing Director*) at (703) 343-2854 (*thollo@kpmg.com*) or Gina Drocz (*Senior Manager*) at (617) 988-5894 (*ginadrocz@kpmg.com*).

Very truly yours,

KPMG LLP

© 2017 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Schedule 5

**Project Stealth**
**Financial Model**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Value | | | 1.3125 | | $ 11,000 | | | | | | | | | |
| Multiple | | | | | 8.200 | TTM Mult @ 12/31/16 | | -5.0 | Forward Mult of 2017 | | | | | |
| Hurdle Rate & NPV | | | | 9.42% | | 11,087 | | | | | | | | |
| Actual rate of return | | | | 9.94% | | $ (980) | | | | | | | | |
| | | | | | 4,782 | 4,782 | 9,564 | 13,390 | 14,461 | 15,618 | 16,867 | 18,216 | 19,673 | 21,247 |
| | | | | | 5% | | | | | | | | | |
| | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** | **2025** | **2026** | **2027** |
| **Revenue** | | | | | | | | | | | | | | |
| Suppressor | | | | | -55.0% | 0.0% | 100.0% | 40.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% |
| Ammo | | | | | -55.0% | 0.0% | 100.0% | 40.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% |
| Accessories | | | | | -55.0% | 0.0% | 100.0% | 40.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% |
| Firearm | | | | | -55.0% | 0.0% | 100.0% | 40.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% |
| Other | | | | | -55.0% | 0.0% | 100.0% | 40.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% |
| Revenue reduction | | | | | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | | | | | | |
| Suppressor | | | | | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% |
| Ammo | | | | | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% |
| Accessories | | | | | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% |
| Firearm | | | | | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% |
| Other | | | | | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% |
| Selling exp | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Marketing exp | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| G&A | 0.0% | 0.0% | 0.0% | 0.0% | 2.0% | 2.0% | 5.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Capex | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| D&A | $ 38 | $ 118 | $ 7 | $ 10 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 |
| Earnout | | | | | $ - | $ - | | | | | | | | |
| Avg Working capital as % of Revenue | | | | | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| Working Change | | | | | $ (877) | $ - | $ 717 | $ 574 | $ 161 | $ 174 | $ 187 | $ 202 | $ 219 | $ 236 |