Erik F. Stidham (ISB #5483)
Jennifer M. Aiko (ISB #9275)
Cameron L.McCue (ISB #12329)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
Email: efstidham@hollandhart.com
jmaiko@hollandhart.com
clmccue@hollandhart.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH & WESSON SALES COMPANY, a Delaware corporation; and SMITH & WESSON BRANDS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-REP<br><br>**MOTION IN LIMINE TO EXCLUDE TESTIMONY OF RICK VASQUEZ** |

COME NOW Defendants Smith & Wesson Sales Company and Smith & Wesson Brands, Inc. (collectively “Smith & Wesson” or “Defendants”), by and through their undersigned counsel, and hereby respectfully move this Court pursuant to Federal Rules of Evidence 401, 402, 403, 602, and 702, and the Court's inherent authority to manage trial proceedings, for an Order in Limine excluding the testimony of Rick Vasquez at trial.

This Motion is supported by the accompanying Memorandum in Support and the Declaration of Erik F. Stidham filed contemporaneously herewith.

DATED this 28th day of September, 2026.

HOLLAND & HART LLP

By *\/s/Erik F. Stidham*
Erik F. Stidham
Jennifer M. Aiko
Cameron L. McCue
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of September, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kim J. Trout
Alyssa R. Jones
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone: (208) 577-5755

*Attorneys for Plaintiff*

- ktrout@trout-law.com
- ajones@trout-law.com

*/s/Erik F. Stidham*
Erik F. Stidham
of HOLLAND & HART LLP

36178842_v1