# EXHIBIT A
# filed under seal