Erik F. Stidham (ISB #5483)
Jennifer M. Aiko (ISB #9275)
Cameron L.McCue (ISB #12329)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
Email: efstidham@hollandhart.com
jmaiko@hollandhart.com
clmccue@hollandhart.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH & WESSON SALES COMPANY, a Delaware corporation; and SMITH & WESSON BRANDS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-REP<br><br>**DECLARATION OF ERIK F. STIDHAM IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE TESTIMONY OF NON-RETAINED EXPERTS** |

I, Erik F. Stidham, declare and state as follows:

1. I am counsel of record for Defendants Smith & Wesson Sales Company and Smith & Wesson Brands, Inc. (collectively "Smith & Wesson" or "Defendants") in this matter. I am familiar with the facts and proceedings in this matter and have personal knowledge of the matters stated in this Declaration.

2. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt from Plaintiff's Expert Witness Disclosures served on June 21, 2024.

3. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from Plaintiff's Rebuttal Expert Witness Disclosures, served July 22, 2025.

4. Attached hereto as **Exhibit C** is a true and correct copy of transcript excerpts from the deposition of Daniel Nakashima, which was taken on July 14, 2024.

5. Attached hereto as **Exhibit D** is a true and correct copy of transcript excerpts from the deposition of Jake Kunsky, which was taken on July 10, 2024.

6. Attached hereto as **Exhibit E** is a true and correct copy of transcript excerpts from the 30(b)(6) deposition of Gemini Technologies, which was taken on May 28, 2024.

7. Attached hereto as **Exhibit F** is a true and correct copy of transcript excerpts from the deposition of Ron Martinez, which was taken on June 3, 2024.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED this 28th day of September, 2026.

By */s/ Erik F. Stidham*
Erik F. Stidham

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of September, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kim J. Trout
Alyssa R. Jones
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone: (208) 577-5755

*Attorneys for Plaintiff*

- ktrout@trout-law.com
- ajones@trout-law.com

*/s/Erik F. Stidham*
Erik F. Stidham
of HOLLAND & HART LLP

37181708.v1