KIM J. TROUT, ISB #2468
TROUT LAW, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
ktrout@trout-law.com
Attorney for the Plaintiff.

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br>vs.<br><br>SMITH & WESSON CORP., a Delaware corporation, and AMERICAN OUTDOOR BRANDS CORPORATION, a Massachusetts corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-CWD<br><br>**PLAINTIFF'S EXPERT WITNESS DISCLOSURES**<br><br>F.R.C.P. 26(a)(2)(B) |

COMES NOW Plaintiff Gemini Technologies. Incorporated (GT), through its undersigned counsel of record, Kim J. Trout of Trout Law, PLLC, and pursuant to the Court's Scheduling Orders, and in accordance with the Federal Rules of Civil Procedure*,* Rule 26(a)(2)(B), hereby discloses its proposed testifying expert witnesses to be called to testify at the trial of this case.

These disclosures are not necessarily final because there are currently additional depositions to be taken of individuals directly involved in the events which form the subject matter of this litigation. While every effort has been expended to make these disclosures as complete as possible, it should be understood that Defendant intends to supplement these disclosures once further discovery is completed. See F.R.C.P. 26(e)(2).

**RETAINED TESTIFYING EXPERTS**

1. Matthew J. Murdock
The GEC Group
950 West Bannock St., Ste 1100
Boise, ID 83702
(312) 922-8001, ext. 101.

Mr. Murdoch is an expert in the areas of labor economics, finance, and actuarial science. He has extensive testifying and consulting experience and has led international teams on large consulting engagements as well as been retained and testified for both plaintiff and defense counsel as an expert regarding economic damages. He has conducted wage loss analyses for children and adults, across a variety of occupations and industries, from sole proprietorships to unions. Additionally, Mr. Murdock has extensive experience determining economic damages associated with commercial damage claims across a wide array of industries. For additional information, as required by F.R.C.P. 26(a)(2)(B), see attached expert report.

2. Thomas J. South
South Litigation Consulting, LLC
PO Box 1496
Boise, ID 83701
(208) 863-2820

Mr. South is a Certified Public Accountant and litigation consultant, with involvement and experience in over 220 litigation cases and dozens of expert witness court appearances. Mr. South is a member of the Idaho Society of Certified Public Accountants, the Idaho State Board of accountancy, the Client Assistance Fund Committee for the Idaho State Bar, and the American Institute of Certified Public Accountants, Forensic. For additional information, as required by F.R.C.P. 26(a)(2)(B), see attached expert report.

Dated: June 21, 2024 TROUT LAW, PLLC

*/s/ Kim J. Trout*
Kim J. Trout
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 21, 2024, a true and correct copy of the above and foregoing document was served by electronic means on the following:

B. Newal Squyres
NSquyres@hollandhart.com

Erik D. Stidham
efstidham@hollandhart.com

Zachary J. McCraney
zjmccraney@hollandhart.com

*/s/ Kim J. Trout*
Kim J. Trout