KIM J. TROUT, ISB #2468
ALYSSA R. JONES, ISB #12181
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
ktrout@trout-law.com
ajones@trout-law.com
Attorney for the Plaintiff.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br>vs.<br><br>SMITH & WESSON, CORP., a Delaware corporation; and AMERICAN OUTDOOR BRANDS CORPORATION, a Massachusetts corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-REP<br><br>**PLAINTIFF'S REBUTTAL EXPERT WITNESS DISCLOSURE** |

PLAINTIFF, pursuant to Fed. R. Civ. P. 26(a)(2), hereby designates their retained rebuttal expert witnesses, as follows:

1. **Rick Vasquez**
   Rick Vasquez Firearms, LLC
   102 Mulholland Place
   Jacksonville, NC 28540
   540-535-6633

**A. Complete statement opinions and the basis and reasons for them:**

Mr. Vasquez is an expert in the National Firearms Act and the Gun Control Act. With over 40 years' experience working on firearms and maintaining his own FFL, he also worked at ATF, including working in the Firearms Technology Branch for 12 years rising to the position of Acting Branch Chief of the Firearms Technology Branch and as the Acting Chief of the Firearms Training

Branch. In this capacity, Mr. Vasquez wrote the first formal Standard Operating Procedures for the Firearms Technology Branch. Mr. Vasquez has authored a report, a copy of which is attached hereto as **Exhibit 1**.

**B. Facts or data considered by the witness in forming the opinions:**

Mr. Vasquez reviewed Philip Milks of Orchid Advisors report, along with all documents produced by Smith & Wesson as having been reviewed and/or considered by Mr. Milks.

**C. Exhibits that will be used to summarize or support the opinions:**

Mr. Vasquez may utilize any of the emails produced by Smith & Wesson as having been reviewed by Mr. Milks, as these were also reviewed by Mr. Vasquez.

**D. Witness's qualifications, including a list of all publications authored in the previous 10 years:**

Mr. Vasquez's CV is attached hereto as **Exhibit 2**. In addition, Mr. Vasquez's authored articles are disclosed in Exhibit 1.

**E. List of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition:**

Mr. Vasquez's previous testimony is attached hereto as Exhibit 2.

**F. Compensation**

Mr. Vasquez has been paid a rate of $12,000 for his work. However, Mr. Vasquez will charge the rate of $300 per hour plus expenses for trial and preparation, and depositions are billed at $350 per hour. In addition, Mr. Vasquez bill travel time at $150 per hour plus out of pocket expenses.

**G. Misc.**

Discovery in this matter is ongoing. Mr. Vasquez reserves the right to supplement his opinion as new information becomes available. In addition, Mr. Vasquez reserves the right to observe the trial and supplement his opinion based on information elicited during the course of the trial.

**2. Matthew Murdock**
The GEC Group, Inc.
950 West Bannock Street, Ste. 1100
Boise, ID 83702
(312) 922-8001, ext. 101

**A. Complete statement opinions and the basis and reasons for them:**

Mr. Murdock is an expert in the areas of labor economics, finance, and actuarial science. He has extensive testifying and consulting experience and has led international teams on large consulting engagements as well as been retained and testified for both plaintiff and defense counsel as an expert witness regarding economic damages. He has conducted wage loss analysis for children and adults, across a variety of occupations and industries, from sole proprietorships to unions. Additionally, Mr. Murdock has extensive experience determining economic damages associated with commercia damage claims across a wide array of industries. Mr. Murdock has authored two rebuttal reports, copies of which are attached hereto as **Exhibits 3 and 4**.

**B. Facts or data considered by the witness in forming the opinions:**

Mr. Murdock reviewed, among other things, the reports of Mr. Yacek and Mr. Pickett, along with the following documents:

- SW354714-SW354722
- Exhibit 590 Email, SW354377-SW354379
- GT084257-GT084266
- ProFab Letter – A copy of which is being produced herewith.
- 2024 Firearms Commerce in the United States, Statistical Update 2024 – A copy of which is being produced herewith.

**C. Exhibits that will be used to summarize or support the opinions:**

Mr. Murdock may utilize any of the documents produced by Smith & Wesson as having been reviewed by Mr. Suber, Mr. Yacek, or Lone Peak Valuation Group, as well as any charts or other data relied upon.

**D. Witness's qualifications, including a list of all publications authored in the previous 10 years:**

Mr. Murdock's CV was previously produced. Mr. Murdock has not authored any publications in the previous 10 years.

**E. List of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition:**

Mr. Murdock's previous testimony is attached hereto as **Exhibit 5**.

**F. Compensation**

Mr. Murdock is paid at a rate of $385 per hour, while other members of The GEC Group staff are billed at $225 per hour for a senior consultant, and $90 per hour for the office assistant.

**G. Misc.**

Discovery in this matter is ongoing. Mr. Murdock reserves the right to supplement his opinion as new information becomes available. In addition, Mr. Murdock reserves the right to observe the trial and supplement his opinion based on information elicited during the course of the trial.

DATED July 22, 2025.

Trout & Jones, PLLC

By *_/s/ Alyssa R. Jones_*
Alyssa R. Jones
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 22, 2025, a true and correct copy of the above and foregoing document was forwarded via email to the following:

Erik F. Stidham
efstidham@hollandhart.com

Jennifer M. Jensen
jmjensen@hollandhart.com

Zachery J. McCraney
zjmccraney@hollandhart.com

*/s/ Alyssa R. Jonest*
Alyssa R. Jones