Erik F. Stidham (ISB #5483)
Jennifer M. Aiko (ISB #9275)
Cameron L.McCue (ISB #12329)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
Email: efstidham@hollandhart.com
jmaiko@hollandhart.com
clmccue@hollandhart.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH & WESSON SALES COMPANY, a Delaware corporation; and SMITH & WESSON BRANDS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-REP<br><br>**DECLARATION OF ERIK F. STIDHAM IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE TESTIMONY OF MATTHEW J. MURDOCK** |

I, Erik F. Stidham, declare and state as follows:

1. I am counsel of record for Defendants Smith & Wesson Sales Company and Smith & Wesson Brands, Inc. (collectively “Smith & Wesson” or “Defendants”) in this matter. I am familiar with the facts and proceedings in this matter and have personal knowledge of the matters stated in this Declaration.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the Deposition of Matthew Murdock, which Smith & Wesson seeks to file under seal.

3. Attached hereto as Exhibit B is a true and correct copy of the GEC expert report disclosed by Gemtech in discovery in this case.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the deposition of Mark Smith, which Smith & Wesson seeks to file under seal.

5. Attached hereto as Exhibit D is a true and correct copy of a document produced in discovery, beginning Bates No. SW135510, which Smith & Wesson seeks to file under seal.

6. Attached hereto as Exhibit E is a true and correct copy of the expert report from Lone Peak, disclosed by Smith & Wesson in discovery in this case, which Smith & Wesson seeks to file under seal.

7. Attached hereto as Exhibit F is a true and correct copy of the rebuttal report from GEC, disclosed by Gemtech in discovery in this case.

8. Attached hereto as Exhibit G is a true and correct copy of the expert report from Hank Yacek, disclosed by Smith & Wesson in discovery in this case, which Smith & Wesson seeks to file under seal.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED this 28th day of September, 2026.

By *<u>/s/ Erik F. Stidham</u>*
Erik F. Stidham

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of September, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kim J. Trout
Alyssa R. Jones
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone: (208) 577-5755

*Attorneys for Plaintiff*

- ktrout@trout-law.com
- ajones@trout-law.com

*/s/Erik F. Stidham*
Erik F. Stidham
of HOLLAND & HART LLP

37182244.v1