# EXHIBIT A
# filed under
# seal