THE GEC GROUP

# Analysis of Plaintiff's Economic Loss

***Gemini Technologies, Inc. v. Smith & Wesson***

**June 21, 2024**

Matthew J. Murdock

950 West Bannock Street, Suite 1100
Boise, ID 83702

## PURPOSE OF ANALYSIS

Gemini Technologies, Inc. (Gemtech) is a leader in the development and manufacturing of suppressors also known as silencers.[1] In the fourth quarter of 2015, Ron Martinez (Martinez) purchased a majority share in Gemtech effective January 1, 2016.

In 2017, Martinez was approached for a potential acquisition of Gemtech's assets by Smith & Wesson (S&W),[2] a company founded in 1852, which manufactures an array of firearms, firearm-related products and accessories for sale to a variety of customers, including collectors, hunters, sportsmen, law enforcement, security and military agencies in the United States and around the world.[3]

On August 7, 2017 (closing date), S&W completed a purchase of all of Gemtech's company assets.[4] It is alleged S&W made many misrepresentations and/or material omissions prior to closing on the purchase of Gemtech and/or did not fulfill their contractual obligations post-close.[5]

This analysis summarizes Gemtech's economic loss associated with these allegations in the matter of *Gemini Technologies, Inc. v. Smith & Wesson.*

## BACKGROUND AND SUMMARY OF ALLEGATIONS

The origins of Gemtech began in 1978 with Dr. Phil Dater (Dater), who obtained a manufacturing license and started an automatic weapons company.[6] Eventually in 1993, this company became Gemtech.[7] Gemtech is a recognized leader in the development and manufacturing of suppressors for firearms.[8] Gemtech's customers consist of individuals, law enforcement agencies, and military organizations.[9] Gemtech's suppressors are compatible with most pistols and rifles on the market.[10]

In 2015, Martinez negotiated the purchase of the majority shares in Gemtech. Gemtech's sales improved under Martinez's leadership and in 2016 Gemtech's total sales increased to $11.2 million of which $7.5 million were suppressors sales.[11]

---

[1] https://www.gemtech.com/
[2] As of January 2017, the name of the company was changed from Smith & Wesson Holding Company to American Outdoor Brands Corporation.
[3] IBIS World. Guns & Ammunition Manufacturing in the US. July 2019, page 31.
[4] Complaint. January 24, 2018. In the matter of Gemini Technologies v. Smith & Wesson, page 2.
[5] First Amended Complaint and Demand for Jury Trial. September 30, 2020. Page 7-16.
[6] https://smallarmsreview.com/industry-profile-interview-with-dr-phil-dater-greg-latka-and-richard-sleeva-of-gemtech/
[7] Complaint. January 24, 2018. In the matter of Gemini Technologies v. Smith & Wesson, page 2.
[8] https://www.gemtech.com/
[9] American Outdoor Brands Corporation April 2019 10-K.
[10] American Outdoor Brands Corporation April 2019 10-K.
[11] Gemtech P&L 2013, 2014, 2015, 2016.

S&W purchased Gemtech's assets on August 7, 2017 and Martinez joined S&W as a company executive.[12] S&W agreed to consult with Martinez before taking any action it knew would negatively impact Gemtech's product sales.[13]

However, Gemtech claims that S&W misrepresented in the Asset Purchase Agreement (APA) its promise to Gemtech that it would not take any action directly or indirectly, in bad faith that would have the specific purpose of avoiding or reducing the earn-out payment.[14] For example, soon after the closing date, S&W canceled all of Gemtech's pending international sales opportunities and terminated Martinez's employment. Martinez made a presentation to S&W executives on August 30, 2017, outlining international sales opportunities and other strategic plans for Gemtech. The termination and cancellations came soon after the presentation and were done without consulting Martinez and without providing any explanation.[15] It is my understanding that S&W never hired a replacement for Martinez.[16] Additionally, from October 2017 through 2018, S&W terminated most of Gemtech's former employees and significantly reduced and stopped the marketing of Gemtech products.[17]

In addition, S&W led Gemtech to believe that the earn-out threshold was achievable and an earn-out payment was a real possibility based on the fact that Gemtech was already achieving approximately $12M in annual sales and had strong revenue growth projections.[18] These representations were material to Gemtech and were relied upon by Gemtech in entering the APA. However, S&W's internal proforma models prior to the closing date, indicate that they did not expect Gemtech to achieve an earn-out as they projected a 55% decline in revenue in 2018 and no growth in 2019.[19] Gemtech claims that it would never have entered the APA had it known about S&W's intentions to cancel and/or forgo its international sales and terminate Martinez's employment. Likewise, Gemtech claims that it would never have entered the APA had it been aware of the information in S&W's 2017 Gemtech acquisition financial revenue model.[20]

**Company and Suppressor Industry Analysis**

Since 1978, Gemtech has built its core business around the manufacturing and distribution of suppressors. Gemtech has sold suppressors to a variety of customers including the United States military, state and local police officers, wildlife and agricultural agencies, friendly foreign military and police, civilians, etc.[21] In addition to suppressors, Gemtech sold ammunition, accessories, firearms, and apparel among other things.

---

[12] First Amended Complaint and Demand for Jury Trial. September 30, 2020. In the matter of Gemini Technologies v. Smith & Wesson. Page 6.
[13] First Amended Complaint and Demand for Jury Trial. September 30, 2020. In the matter of Gemini Technologies v. Smith & Wesson. Pages 5-6.
[14] Second Amended Complaint and Demand for Jury Trial, page 21.
[15] Gemtech Review of strategic growth for S&W and Thompson Center, Ron Martinez, August 15, 2017.
[16] Based on discussions with Ron Martinez.
[17] Second Amended Complaint and Demand for Jury Trial, page 23.
[18] Second Amended Complaint and Demand for Jury Trial, page 37.
[19] Second Amended Complaint and Demand for Jury Trial, page 15-18.
[20] Second Amended Complaint and Demand for Jury Trial, page 22-23, 38
[21] https://www.gemtech.com/

The suppressor industry is primarily regulated by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).[22] The ATF licenses the manufacture, sale, import and export of firearms and suppressors in the United States. Within the United States, suppressors are subject to the National Firearms Act (NFA), which includes items such as shotguns and rifles with barrels less than 18 inches, machine guns, firearm mufflers and suppressors and certain other firearms. The NFA requires a $200 tax along with a universal background check to obtain a suppressor,[23] where current processing times are averaging two to nine months.[24]

Every suppressor is required to be registered with the ATF. Once registered, any transfer of ownership of the suppressor is tracked by the ATF via various forms, depending on the entity that is assuming ownership of the suppressor. The ATF tracks transfers of an NFA firearm from one qualified federal firearms licensee to another qualified special occupational taxpayer (SOT) via ATF Form 3.[25] An SOT is an entity that pays a fee to the ATF for the ability to deal in or manufacture NFA items, like suppressors.[26] Since Gemtech was a manufacturer of suppressors and almost exclusively sold to independent dealers and distributors, the majority of their sales would require the submission of an ATF Form 3.[27] The ATF also tracks transfers of an NFA firearm to an individual or legal entity such as a trust via ATF Form 4.

The opportunity to increase Gemtech's sales of suppressors was available based on the growth of the market and the increased market share Gemtech was committed to capturing. When Martinez took over Gemtech, there were less than 902,805 total suppressors registered.[28] As of January 2023 there were 3,161,763 registered suppressors, or approximately three and a half times as many registered suppressors as February 2016.[29] Thus, approximately two and a half times as many suppressors were registered between February 2016 and January 2023 as had been registered in all prior years.

---

[22] American Outdoor Brands Corporation April 2019 10-K.
[23] https://www.atf.gov/rules-and-regulations/national-firearms-act
[24] Department of Justice. Bureau of Alcohol, Tobacco, Firearms and Explosives. Enforcement Programs and Services Processing Times. January 2, 2024.
[25] Form 3 - Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act) (ATF Form 5320.3).
[26] Special Tax Registration and Return National Firearms Act - National Firearms Act (ATF Form 5630.7).
[27] Based on discussions with Ron Martinez.
[28] United States Department of Justice. Bureau of Alcohol, Tobacco, Firearms and Explosives. Firearms Commerce in the United States. Annual Statistical Update. 2016. Exhibit 8.
[29] Number of Registered Suppressors in the NFRTR, BATFE. American Suppressor Association.




Martinez positioned Gemtech to succeed in the suppressor market and proved he was able to grow revenue during his short tenure.

## ECONOMIC LOSS

This analysis presents economic damages based on two independent claims made by Gemtech: Defendants' fraud and Defendants' breach of contract and/or breach of implied covenant of good faith and fair dealing.[30]

*Fraud*
The economic loss for the claim of fraud is calculated based on rescissory damages, which are determined by assuming both parties are restored to their pre-contractual position, or in other words, the position they would have occupied had S&W not purchased Gemtech. For the purposes of this report, the damage period begins on August 7, 2017, the date S&W closed on the purchase of Gemtech, and ends on December 31, 2024.

[30] Plaintiff's First Amended Initial Disclosures: 12/1/2023.

*Breach of Contract and/or Breach of Implied Covenant of Good Faith and Fair Dealing*
The economic loss for the claim of breach of contract and/or breach of implied covenant of good faith and fair dealing is calculated based upon the reasonable expectations of the parties as it existed before or at the time of the breach. Part of the Asset Purchase Agreement (APA) between Gemtech and S&W included the potential for an earn-out payment to be paid by S&W to Gemtech based on Gemtech's gross cumulative sales of silencers and suppressors, silencer and suppressor accessories, and any company branded ammunition over a 36-month period after the closing date – August 7, 2017 to August 7, 2020 (earn-out period).[31] The earn-out is calculated across the life of the earn-out period and is equal to 15 cents on the dollar for each dollar of gross revenue in excess of $36 million, up to a maximum of $17.1 million. This analysis calculates the economic loss associated with the earn-out had the alleged breaches not occurred.

**Methodology**
When determining the economic loss in a case involving lost profits, various methodologies can be utilized to provide a comprehensive analysis. In short, lost profits are typically determined based on a determination of expected profits relative to actual profits. In order to determine this, there are a few generally accepted methodologies:[32]

1. Before-after Method. This method involves comparing the financial performance of the aggrieved party before and after the alleged wrongful act, utilizing plaintiff's own financial information.
2. Yardstick Method. This method is like a 'market model' and shows how similarly-situated firms fared in the same period of economic history.
3. Sales Projection Method. This method uses various techniques to make sales projections such as extrapolating past sales into future sales past some event and then contrasting projected sales with actual sales after that event and then this analysis is combined with an incremental cost analysis.
4. Market method. In this method, the expert considers market shares of the plaintiff and others before and after some event. Key issues involve measures of market, market shares, price erosion, price elasticity of demand, etc.

The methodology employed in a particular case is determined based on the specifics of the case, the industry in question, and the available information. The information needed for assessing lost profits are generally quantity, price and expenses. Other information that is considered when determining lost profits includes: nonfinancial information of each party in suit, financial information, external information (focus on markets of customers, supplies, laws, economic factors), industry data and financial benchmarking data.[33]

As will be described in further detail below, this analysis has utilized industry and market data and relevant economic factors, regression analysis, the actual financial performance of Gemtech prior to the claims of fraud and breach of contract and/or breach of implied covenant

---

[31] Asset Purchase Agreement. Smith & Wesson and Gemini Technologies. June 29, 2017.
[32] Determining Economic Damages. Stanley P. Stephenson. Costa Mesa, CA: James Publishing, 2019.
[33] Determining Economic Damages. Stanley P. Stephenson. Costa Mesa, CA: James Publishing, 2019.

of good faith and fair dealing, and a reasonable forecast of expected revenues and costs in determining economic damages. This information has been applied to the sales projection method in determining a reasonable projection of Gemtech's economic damages. Any methodology that was not utilized, was primarily due to the lack of information that was available and its inability to support an analysis. The suppressor industry is a niche market and data is difficult to obtain. There are no publicly traded suppressor companies and thus utilizing a yardstick method was not feasible, as no data on competitors could be obtained. However, as will be explained further below, there was sufficient data available to make a reasonable determination of Gemtech's alleged economic loss utilizing the sales projection method discussed above.

**Revenue**

This analysis focuses on Gemtech's revenue earned through suppressor, ammunition and accessory sales, which historically made up 95% to 99% of Gemtech's total revenue.




Gemtech's revenue reached over $11 million in 2016, under the first full year of Martinez's leadership. Martinez was focused on growing suppressor sales and was able to achieve success by using social media influencers, magazine ads and advertising on social media sites like Facebook and Instagram to increase brand awareness.[34] As demonstrated in Gemtech's financials, after acquiring Gemtech in 2015, Martinez quickly focused on increasing marketing and advertising. In 2015, marketing and advertising expenses were approximately 70% greater

[34] Plaintiff's and Counter Defendant's' Responses to Defendant's Second Set of Discover Responses, p. 11.

than they were in 2014. Gemtech maintained similar levels of marketing and advertising expenditures in 2016 relative to 2015.[35]

Suppressors

This analysis calculates Gemtech's expected suppressor revenue by utilizing an assumed Gemtech market share of total ATF Form 3 applications each year, and then multiplying the resulting units by an expected average price per unit.

*Market*

Since 2017, the suppressor industry has maintained strong growth as evidenced by the number of ATF Form 3 applications submitted each year. Additionally, ATF Form 4 applications, which are submitted when transferring an NFA firearm to an individual or legal entity such as a trust, tell a similar story.

**Table 1**

| Year | Form 3 Applications Received[36] | Form 4 Applications Received[37] |
|---|---|---|
| 2014 | 69,371 | 83,068 |
| 2015 | 98,711 | 119,792 |
| 2016 | 154,019 | 215,313 |
| 2017 | 87,731 | 98,423 |
| 2018 | 111,194 | 150,268 |
| 2019 | 123,210 | 167,871 |
| 2020 | 188,619[38] | 217,726[39] |

Given that Gemtech's business model as a manufacturer of suppressors was primarily focused on the production and sale of suppressors to independent dealers and distributors, the ATF Form 3 applications are reflective of Gemtech's market.

Since data is not available for Form 3 applications after 2020, but is available for Form 4 applications through 2022, a regression was performed on Form 3 and Form 4 applications

[35] Gemtech P&L 2013, 2014, 2015, 2016.

[36] Bureau of Alcohol, Tobacco, Firearms and Explosives response to Freedom of Information Act (FOIA) request, March 23, 2021. Silencer Only.

[37] Bureau of Alcohol, Tobacco, Firearms and Explosives response to Freedom of Information Act (FOIA) request, March 23, 2021. Silencer Only.

[38] BATFE notes that the count of Form 3s may not all be entered yet for 2020.

[39] BATFE notes that the count of Form 4s may not all be entered yet for 2020.

using data from 2014 through 2020, in order to determine expected Form 3 applications for 2021 through 2022.[40]




Given that it would be expected that Form 3 applications would be zero if Form 4 applications are 0, as this would imply no demand in the consumer market, this analysis assumes an intercept of 0.[41] The resulting regression analysis produces an R-squared value of 99.3% and a predictor coefficient for the independent variable that is significant at less than the 1 percent level. Furthermore, the F-test (a measurement of the overall fit of the regression model or a test of the hypothesis that all regression coefficients, excepting that of the constant are zero) is also significant at less than the 1 percent level.

The regression produces estimates of Form 3 applications for 2021 and 2022 of 245,416 and 419,757, respectively.[42] In order to maintain a conservative projection, this analysis assumes that there is no growth in Form 3 applications received in 2023 and 2024.

---

[40] Bureau of Alcohol, Tobacco, Firearms and Explosives response to Freedom of Information Act (FOIA) request, March 23, 2021.
[41] The resulting regression equation is Form 3 Applications = 0.7856 x Form 4 Applications.
[42] Based on 2021 and 2022 Form 4 applications received. American Suppressor Association, Form 1 & 4 Received - Silencer Only (2019-2022), Source: BATFE.

| Table 2 | | |
|---|---|---|
| Year | Form 4 Applications Received[43] | Form 3 Expected Applications Received |
| 2021 | 312,393 | 245,416 |
| 2022 | 419,757 | 329,762 |

*Market Share*
In 2016, ATF Form 3 applications submitted increased by 56% from the previous year.[44] On July 13, 2016, a new rule took effect that was introduced by the ATF known as the ATF Rule 41F, which required all applications by a trust or legal entity to fill out forms for each responsible person of the trust or legal entity. Thus, a large influx of filings occurred in the early part of 2016 to preempt the introduction of this rule.[45]

In the first months of 2016, Gemtech was encountering issues with its manufacturing capabilities that reduced their ability to fully capitalize on the increased demand in early 2016. After ATF Rule 41F was implemented in mid-2016, there was a slowdown in the market in the latter part of 2016 that continued into 2017. However, despite the market slowdown, Gemtech suppressor units sold in the second half of 2016 were 8% higher than in the first half of 2016.[46] During this time, and prior to joining S&W, Martinez had discussions and executed test runs with a large manufacturer, Alexandria Pro-Fab, to manufacture Gemtech's products.[47] Had Gemtech worked with Alexandria Pro-Fab, it would have significantly increased its production capacity and ability to fulfill orders for products moving forward and for products that were back-ordered during 2016 and 2017.[48]

As mentioned previously, Gemtech's business operations primarily focused on the manufacture and sale of suppressors, accessories, and ammunition to independent dealers and other distributors. Relative to the ATF Form 3 submitted applications, Gemtech held a market share of approximately 12% of suppressors from 2015 through 2017.

---

[43] Bureau of Alcohol, Tobacco, Firearms and Explosives response to Freedom of Information Act (FOIA) request, 2024. Silencer Only.
[44] American Suppressor Association. Consumer Demand was "Normal" for Suppressors in 2017. March 27, 2018.
[45] American Suppressor Association. Consumer Demand was "Normal" for Suppressors in 2017. March 27, 2018.
[46] Gemtech Financials.
[47] SW207953 and SW308933.
[48] As of February 2017 Gemtech had approximately $8 million in backorders, $3 million which were suppressor backorders (Gemtech Accounting Update: 2/17/2017).

| Table 3 | | | |
|---|---|---|---|
| Year | Form 3 Applications Submitted[49] | Gemtech Suppressors Sold[50] | Gemtech Market Share |
| 2015 | 98,711 | 11,768 | 11.9% |
| 2016 | 154,019 | 18,486 | 12.0% |
| 2017 | 87,731 | 10,070[51] | 11.5% |

As of February 17, 2017, Gemtech had 5,087 suppressors on backorder, due to manufacturing constraints.[52] If Gemtech had the capacity to fulfill this demand of orders in 2016, it would have held a market share of approximately 15% in 2016.

As of the closing date, Martinez had identified and had been actively pursuing opportunities that would contribute to Gemtech gaining market share.

One such opportunity was placing Gemtech products in big box stores such as Cabela's, Gander Mountain, and Scheels. Martinez had experience with selling firearm accessory products to these stores prior to Gemtech, and had established relationships with their buyers, which is often the biggest hurdle to getting products on the shelves in these stores.[53] In August 2017, Gemtech exchanged a Proposed Product Listing (PPL) with Cabela's that included 43 SKU's of Gemtech products.[54] Had Cabella's submitted a purchase order, Gemtech would have been the first and only suppressor manufacturer carried by Cabela's at the time. Martinez believes that in its initial order with Gemtech, Cabelas would have purchased 4 to 5 of every SKU, and that Cabelas would have pushed these products to most of its stores, which at the time was a little over 70 stores.[55]

Another opportunity Gemtech was pursuing involved partnerships with firearms manufacturers to replace current flash hiders on rifles with Gemtech Quickmounts (Bi-Lock). This would allow firearms to come pre-fabricated with the ability to simply "click-in" Gemtech suppressors, and it would allow Gemtech to market its products to individuals with guns already equipped to handle them, eliminating the need for the consumer to add additional accessories to their firearm which could cost upwards of $150.

---

[49] Bureau of Alcohol, Tobacco, Firearms and Explosives response to Freedom of Information Act (FOIA) request, March 23, 2021.
[50] Gemtech Suppressor Sales 2015 and Gemtech Suppressor Sales 2016. 2020-01-23 Transaction Detail by Account Accrual - 2017 (2017-05-31).xlsx.
[51] 4,196 units were sold from January 1, 2017 through May 31, 2017. This is the annualized amount.
[52] Gemtech Accounting Update: 2/17/2017.
[53] The Business Journals. How to get your products onto the shelves of big-box stores. December 31, 2013.
[54] Cabela's Current/Proposed Product Listing. August 17, 2017.
[55] Based on discussions with Ron Martinez.

These opportunities were in addition to other efforts mentioned previously of using social media influencers, magazine ads and advertising on social media sites like Facebook and Instagram to increase brand awareness, generate additional revenues, and expand Gemtech's market share.

*Average Unit Price*

Gemtech averaged approximately $405 in revenue per unit during 2015 and 2016.[56] In the first five months of 2017, the composition of Gemtech's suppressor sales shifted to more expensive suppressors such as the Integra. This was a strategic shift that was expected to continue. This increased Gemtech's average price per unit to $612 for the first five months in 2017.[57]

| Table 4 | | | |
|---|---|---|---|
| **Year (Monthly Average)** | **Revenue** | **Units Sold** | **Price Per Unit** |
| 2015 | $396,746 | 980 | $405 |
| 2016 | $624,006 | 1,536 | $406 |
| 2017[58] | $513,578 | 839 | $612 |

This analysis assumes an average price per unit of $612 for the remainder of 2017 and then adjusts that price based on the Producer Price Index (PPI) for manufacturing industries to obtain a price per unit estimate for 2018 through 2024.[59]

| Table 5 | | |
|---|---|---|
| **Year** | **PPI Growth Rate** | **Price per Unit** |
| 2018 | 4.51% | $640 |
| 2019 | 0.00% | $640 |
| 2020 | -2.08% | $626 |
| 2021 | 12.19% | $703 |
| 2022 | 15.43% | $811 |
| 2023 | -0.62% | $806 |
| 2024 | 0.21% | $808 |

[56] 2020-01-23 Transaction Detail by Account Accrual - 2015 and 2020-01-23 Transaction Detail by Account Accrual - 2016.
[57] 2020-01-23 Transaction Detail by Account Accrual - 2017 (2017-05-31).xlsx.
[58] Data only available from January 1, 2017 through May 31, 2021.
[59] Bureau of Labor Statistics. Producer Price Index. Total Manufacturing Industries. 2024 growth is based on year-to-date growth through May.

*Summary*
This analysis projects suppressor revenues based on three scenarios. Scenario 1 assumes Gemtech maintains a market share of 12% during the damage period. Scenario 2 assumes that Gemtech begins with a market share of 12% and subsequently improves their manufacturing capacity to obtain a 15% market share beginning in 2018, based on the implied market share in 2016 had backorders been able to be fulfilled. And Scenario 3 assumes that Gemtech is able to grow market share to 20% in 2020. Thus, Scenario 3 assumes Getmtech's market share is 12% in 2017, 15% in 2018, 18% in 2019, and 20% in 2020, in-line with and in part due to the additional efforts and opportunities described above.

Ammunition
The revenue that Gemtech was receiving from their ammunition business grew rapidly from 2013 through 2015.

| Table 6 | |
|---|---|
| **Year** | **Revenue** |
| 2013 | $18,777 |
| 2014 | $2,662,474 |
| 2015 | $3,104,349 |
| 2016 | $1,781,967 |
| 2017 | $1,834,054[60] |

Prior to the closing date, Martinez had found a manufacturer that would be able to provide better margins for ammunition. However, his focus was on growing the suppressors and accessories segments of the business, leading to a decline in ammunition revenue in 2016 and 2017.[61] Gemtech was on pace to generate $1.834 million in ammunition revenue during 2017.[62] Thus, the 2017 annualized revenues for ammunition are representative of Gemtech's expected ammunition revenue going forward.

This analysis assumes that Gemtech's ammunition revenue would grow at the same rate as the annual revenue of small arms ammunition manufacturing in the United States through 2021 and assumes no growth from 2022 through 2024.[63]

---

[60] This is the annualized revenue based on sales from January 1, 2017 through May 31, 2017.
[61] Based on discussions with Ron Martinez.
[62] Gemtech reported $764,189 in ammunition revenue on their P&L through May 31, 2017. As of February 17, 2017, Gemtech had $4.64 million dollars of ammunition backorders (Gemtech Accounting Update: 2/17/2017).
[63] United States Census Bureau. NAICS code 332992 - Small arms ammunition manufacturing.

| Table 7 | | |
|---|---|---|
| Year | Sales of Small Arms Ammunition Manufacturers ($1,000) | Growth Rate |
| 2017 | $4,235,836 | |
| 2018 | $3,959,592 | (6.5%) |
| 2019 | $4,248,008 | 7.3% |
| 2020 | $4,975,843 | 17.1% |
| 2021 | $5,682,188 | 14.2% |

Accessories

Accessories are often sold when suppressors are purchased and as such, they have a strong relationship with suppressor sales. The average ratio of the revenue of accessories to suppressors from 2013 to 2016 for Gemtech is 29.8%.[64] This value was utilized in determining Gemtech's expected accessories revenue as a function of expected suppressor revenue.[65]

### I. Fraud

In order to determine the economic loss associated with the claim of Fraud, a calculation must be performed to calculate Gemtech's expected profits had S&W never acquired Gemtech, or in other words restoring the parties to their pre-contractual positions. In order to accomplish this, an analysis of expected revenues and costs must be performed.

### Costs

When a company expands or contracts its operations, the profits gained or lost by the expansion or contraction are measured through an incremental cost analysis. Costs can be fixed or variable with respect to changes in production levels. Variable costs vary directly with sales whereas overhead and other fixed costs are relatively unchanged in the short-run.[66]

In this analysis, operating costs are assumed to be variable costs and are adjusted in accordance with revenue. Cost of Goods Sold (COGS) are considered separately from other operating costs, and are also assumed to be variable costs.

[64] Gemtech P&L 2013, 2014, 2015, 2016.

[65] This analysis excludes revenue from Firearm and Apparel, Repair Parts, Services, Shipping due minimal amounts of gross margin being derived from their overall revenue.

[66] Determining Economic Damages. Stanley P. Stephenson. Costa Mesa, CA: James Publishing, 2019.

<u>Cost of Goods Sold</u>
Gemtech had three primary categories of revenue: suppressors, ammunition and accessories. This analysis focuses on the cost of goods sold as a percent of revenue for each category due to each experiencing differing gross margins. For example, the cost of goods sold as a percentage of revenue for suppressors is lower than that of ammunition. Each category is discussed separately below.

*Suppressors*
Gemtech's cost of goods sold for suppressors ranged from 40.8% percent of revenue to 49.5% percent of revenue from 2014 through 2017. In 2016, the first full year Gemtech was under Martinez's leadership, the cost of goods sold as a percent of revenue for suppressors was 46.4%.

This analysis assumes that Gemtech would maintain a cost of goods sold for suppressors of 46.4% of revenue for all future years.[67]

| Table 8 | | |
|---|---|---|
| | **Fiscal Year 2016** | **% of Revenue** |
| Revenue | $7,526,076 | |
| Cost of Goods Sold | $3,488,395 | 46.4% |
| Gross Margin | $4,037,681 | 53.6% |

*Ammunition*
Gemtech's cost of goods sold for ammunition ranged from 66.7% percent of revenue to 95.2% percent of revenue from 2014 through 2017. In 2016, the first full year under Martinez's leadership, the cost of goods sold as a percent of revenue for ammunition was 72.6%.

This analysis assumes that Gemtech would maintain a cost of goods sold for ammunition of 72.6% of revenue for all future years.

| Table 9 | | |
|---|---|---|
| | **Fiscal Year 2016** | **% of Revenue** |
| Revenue | $1,781,967 | |
| Cost of Goods Sold | $1,293,001 | 72.6% |
| Gross Margin | $488,966 | 27.4% |

[67] This margin could have been even further improved if Gemtech was able to vertically integrate and bring manufacturing "in house" as Martinez had planned.

*Accessories*
Gemtech's cost of goods sold for accessories ranged from 53.6% percent of revenue to 77.8% percent of revenue from 2014 through 2017. In 2016, the first full year under Martinez's leadership, the cost of goods sold as a percent of revenue for accessories was 62.8%.

This analysis assumes that Gemtech would maintain a cost of goods sold for accessories of 62.8% of revenue for all future years.

| Table 10 | | |
|---|---|---|
| | **Fiscal Year 2016** | **% of Revenue** |
| Revenue | $1,910,419 | |
| Cost of Goods Sold | $1,200,196 | 62.8% |
| Gross Margin | $710,223 | 37.2% |

Operating Expenses

Operating cost categories, excluding costs of goods sold, include freight and delivery, payroll, marketing and advertising, professional fees/legal/accounting, travel, office expenses, bank charges, business insurance, research and development, and interest[68]

Gemtech's operating costs ranged from 33.6% to 42.0% as a percent of total revenue from 2014 through 2017. In 2016, the first full year under Martinez's leadership, the operating costs excluding cost of goods sold were 36.7%. An adjustment needs to be made in 2016 to account for one-time legal expenses relating to the Latka/GSL lawsuit equating to $248,279.[69]

After this one-time legal expense is removed for 2016, operating costs, excluding cost of goods sold, decrease to 34.5% of revenue.

This analysis assumes that Gemtech would maintain operating expenses at 34.5% of revenue for all future years.

**Lost Profits**

Using the methodology described above, from August 7, 2017 through December 31, 2024, lost profits are summarized in the following tables for the 3 scenarios described above.[70]

[68] Gemini Technologies, Incorporated. Profit and Loss.
[69] Gemtech. Transaction Detail by Account. January through December 2016.
[70] This analysis assumes there are no lost profits associated with the sale of products that are not suppressors, ammunition, and accessories, which include items such as firearms and apparel, due to profit margins historically being minimal.

**SCENARIO 1**

| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | |
| Suppressors | $2,577,122 | $8,534,500 | $9,456,767 | $14,175,514 | $20,691,982 | $32,093,156 | $31,893,169 | $31,961,074 | $151,383,284 |
| Ammunition | $733,621 | $1,714,444 | $1,839,324 | $2,154,466 | $2,460,302 | $2,460,302 | $2,460,302 | $2,460,302 | $16,283,064 |
| Accesories | $768,107 | $2,543,692 | $2,818,572 | $4,224,986 | $6,167,207 | $9,565,306 | $9,505,700 | $9,525,939 | $45,119,509 |
| Total Revenue | $4,078,850 | $12,792,636 | $14,114,663 | $20,554,965 | $29,319,491 | $44,118,764 | $43,859,171 | $43,947,316 | $212,785,858 |
| **Cost of Goods Sold** | | | | | | | | | |
| Suppressors | $1,194,516 | $3,955,808 | $4,383,285 | $6,570,461 | $9,590,895 | $14,875,428 | $14,782,733 | $14,814,208 | $70,167,334 |
| Ammunition | $532,318 | $1,244,006 | $1,334,619 | $1,563,287 | $1,785,203 | $1,785,203 | $1,785,203 | $1,785,203 | $11,815,044 |
| Accesories | $482,553 | $1,598,042 | $1,770,731 | $2,654,293 | $3,874,468 | $6,009,280 | $5,971,833 | $5,984,548 | $28,345,747 |
| Total Cost of Goods Sold | $2,209,387 | $6,797,855 | $7,488,636 | $10,788,041 | $15,250,566 | $22,669,911 | $22,539,769 | $22,583,959 | $110,328,126 |
| **Operating Expenses** | $1,408,809 | $4,418,495 | $4,875,114 | $7,099,553 | $10,126,765 | $15,238,339 | $15,148,677 | $15,179,122 | $73,494,873 |
| **Total Expenses** | $3,618,196 | $11,216,350 | $12,363,751 | $17,887,594 | $25,377,331 | $37,908,250 | $37,688,446 | $37,763,081 | $183,822,999 |
| **Lost Profits** | $460,654 | $1,576,286 | $1,750,913 | $2,667,371 | $3,942,160 | $6,210,514 | $6,170,725 | $6,184,235 | **$28,962,859** |

**SCENARIO 2**

| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | |
| Suppressors | $2,577,122 | $10,668,125 | $11,820,959 | $17,719,392 | $25,864,977 | $40,116,445 | $39,866,461 | $39,951,343 | $188,584,824 |
| Ammunition | $733,621 | $1,714,444 | $1,839,324 | $2,154,466 | $2,460,302 | $2,460,302 | $2,460,302 | $2,460,302 | $16,283,064 |
| Accesories | $768,107 | $3,179,615 | $3,523,215 | $5,281,232 | $7,709,009 | $11,956,633 | $11,882,125 | $11,907,424 | $56,207,360 |
| Total Revenue | $4,078,850 | $15,562,185 | $17,183,498 | $25,155,090 | $36,034,288 | $54,533,380 | $54,208,888 | $54,319,069 | $261,075,249 |
| **Cost of Goods Sold:** | | | | | | | | | |
| Suppressors | $1,194,516 | $4,944,759 | $5,479,107 | $8,213,077 | $11,988,619 | $18,594,286 | $18,478,416 | $18,517,759 | $87,410,539 |
| Ammunition | $532,318 | $1,244,006 | $1,334,619 | $1,563,287 | $1,785,203 | $1,785,203 | $1,785,203 | $1,785,203 | $11,815,044 |
| Accesories | $482,553 | $1,997,552 | $2,213,414 | $3,317,866 | $4,843,085 | $7,511,600 | $7,464,791 | $7,480,685 | $35,311,546 |
| Total Cost of Goods Sold | $2,209,387 | $8,186,318 | $9,027,140 | $13,094,229 | $18,616,907 | $27,891,088 | $27,728,411 | $27,783,648 | $134,537,129 |
| **Operating Expenses:** | $1,408,809 | $5,375,079 | $5,935,070 | $8,688,407 | $12,446,013 | $18,835,480 | $18,723,403 | $18,761,459 | $90,173,720 |
| **Total Expenses** | $3,618,196 | $13,561,396 | $14,962,211 | $21,782,636 | $31,062,920 | $46,726,569 | $46,451,814 | $46,545,107 | $224,710,849 |
| **Lost Profits** | $460,654 | $2,000,788 | $2,221,287 | $3,372,453 | $4,971,369 | $7,806,811 | $7,757,075 | $7,773,963 | **$36,364,400** |

**SCENARIO 3**

| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | |
| Suppressors | $2,577,122 | $10,668,125 | $14,185,151 | $23,625,856 | $34,486,636 | $53,488,593 | $53,155,281 | $53,268,457 | $245,455,222 |
| Ammunition | $733,621 | $1,714,444 | $1,839,324 | $2,154,466 | $2,460,302 | $2,460,302 | $2,460,302 | $2,460,302 | $16,283,064 |
| Accesories | $768,107 | $3,179,615 | $4,227,858 | $7,041,643 | $10,278,678 | $15,942,177 | $15,842,834 | $15,876,566 | $73,157,477 |
| Total Revenue | $4,078,850 | $15,562,185 | $20,252,333 | $32,821,964 | $47,225,617 | $71,891,073 | $71,458,417 | $71,605,325 | $334,895,764 |
| **Cost of Goods Sold:** | | | | | | | | | |
| Suppressors | $1,194,516 | $4,944,759 | $6,574,928 | $10,950,769 | $15,984,825 | $24,792,381 | $24,637,888 | $24,690,346 | $113,770,412 |
| Ammunition | $532,318 | $1,244,006 | $1,334,619 | $1,563,287 | $1,785,203 | $1,785,203 | $1,785,203 | $1,785,203 | $11,815,044 |
| Accesories | $482,553 | $1,997,552 | $2,656,097 | $4,423,821 | $6,457,447 | $10,015,466 | $9,953,055 | $9,974,247 | $45,960,238 |
| Total Cost of Goods Sold | $2,209,387 | $8,186,318 | $10,565,645 | $16,937,877 | $24,227,475 | $36,593,050 | $36,376,146 | $36,449,796 | $171,545,694 |
| **Operating Expenses:** | $1,408,809 | $5,375,079 | $6,995,026 | $11,336,496 | $16,311,426 | $24,830,716 | $24,681,280 | $24,732,021 | $115,670,853 |
| **Total Expenses** | $3,618,196 | $13,561,396 | $17,560,671 | $28,274,373 | $40,538,901 | $61,423,766 | $61,057,426 | $61,181,817 | $287,216,547 |
| **Lost Profits** | $460,654 | $2,000,788 | $2,691,662 | $4,547,591 | $6,686,716 | $10,467,306 | $10,400,991 | $10,423,508 | **$47,679,217** |

The lost profits associated with the claim of fraud are calculated within a reasonable degree of economic certainty and are $28,962,859 for Scenario 1, $36,364,400 for Scenario 2, and $47,679,217 for Scenario 3.

If damages continue past December 31, 2024, each additional day would equate to $16,943, $21,299, and $28,558 per day in additional damages for Scenario 1, Scenario 2, and Scenario 3 respectively.

## II. Breach of Contract and/or Breach of Implied Covenant of Good Faith and Fair Dealing

In order to determine the economic loss associated with the claim of breach of contract and/or breach of implied covenant of good faith and fair dealing, a calculation must be performed to calculate the expected earn-out had the alleged breach not occurred.

Included in the Asset Purchase Agreement (APA) was the potential for Martinez to obtain an earn-out based on the revenue performance of Gemtech over a 3-year period post-closing (August 7, 2017 to August 7, 2020). The APA indicates that the earn-out would be determined based on the cumulative revenue earned by Gemtech over the earn-out period and is calculated as (Earn-out revenue - $36,000,000) x (0.15), up to a maximum of $17,100,000.

The following table is based on the analysis presented above and summarizes the total revenues during the earn-out period, estimated within a reasonable degree of economic certainty, for Scenario 1, Scenario 2, and Scenario 3. This analysis uses these revenues to determine the lost earn-out.

| | 2017 | 2018 | 2019 | 2020 | Total |
|---|---|---|---|---|---|
| **Total Revenue** | | | | | |
| Scenario 1 | $4,078,850 | $12,792,636 | $14,114,663 | $12,332,979 | **$43,319,129** |
| Scenario 2 | $4,078,850 | $15,562,185 | $17,183,498 | $15,093,054 | **$51,917,587** |
| Scenario 3 | $4,078,850 | $15,562,185 | $20,252,333 | $19,693,179 | **$59,586,546** |

The economic loss associated with the breach of contract and/or breach of implied covenant of good faith and fair dealing claim are calculated within a reasonable degree of economic certainty as follows: $1,097,869 for Scenario 1, $2,387,638 for Scenario 2, and $3,537,982 for Scenario 3.

## CONCLUSION

The economic loss discussed above and summarized below is expressed within a reasonable degree of economic certainty.

*Fraud*
It is my understanding that Gemtech has been paid a total of $9,672,153.97 by S&W for the purchase of its assets since the closing date. This amount is reflected as an offset to economic damages in the table below.[71]

The following table summarizes Gemtech's economic loss associated with its claim of fraud.

| | Scenario 1 | Scenario 2 | Scenario 3 |
|---|---|---|---|
| Lost Profits | $28,962,859 | $36,364,400 | $47,679,217 |
| Payments Made to Gemtech | -$9,672,154 | -$9,672,154 | -$9,672,154 |
| Net Economic Loss | $19,290,705 | $26,692,246 | $38,007,063 |

*Breach of Contract and/or Breach of Implied Covenant of Good Faith and Fair Dealing*
The following table summarizes Gemtech's economic loss associated with the claim of breach of contract and/or breach of implied covenant of good faith and fair dealing.[72]

| | Scenario 1 | Scenario 2 | Scenario 3 |
|---|---|---|---|
| Earn-Out Period Revenue | $43,319,129 | $51,917,587 | $59,586,546 |
| Earn-Out Payment | $1,097,869 | $2,387,638 | $3,537,982 |

As of the date of this report, The GEC Group has invoiced a total of $70,699.45 over the course of this litigation.

I reserve the right to update my report if any new or relevant information emerges.

[71] Based on Escrow_Reconciliation.xlsx and the Funds Flow Memorandum between Smith & Wesson Corp. and Gemini Technologies, Incorporated.
[72] Earn-Out Payment = (Earn-Out Period Revenue - $36,000,000) * ($0.15)

## Bibliography

Complaint: 1/24/2018.

Exhibit A - Asset Purchase Agreement.

Exhibit B - Escrow Agreement.

Exhibit C - Correspondence Between Zach Bethel and Smith & Wesson: 12/22/2017.

Martinez Employment Agreement.

Opinion of Sellers' Counsel Regarding Asset Purchase: 7/2017.

Temporary License Agreement.

GEMTECH Schedules and Documents.

Presentation by Ron Martinez - Strategic Growth between Gemtech & S&W: 8/15/2017.

Presentation by Ron Martinez - Executive Review of Partnership Companies: 8/15/2017.

Presentation by Ron Martinez - Executive Review of International Sales Potential: 8/15/2017.

Presentation by Ron Martinez - SWOT Analysis.

GEMTECH Export Control Compliance Program & Manual.

Trust Documents and Correspondence.

List of Active Exports.

Correspondence between Andrew Fulmer & Ron Martinez: 2/16/2017.

Correspondence between Andrew Fulmer & Ron Martinez: 2/8/2017.

Correspondence between Andrew Fulmer & Ron Martinez: 2/6/2017.

GEMTECH Executive Summary.

GEMTECH Financial Documents.

GEMTECH Revenue Source Projections.

Tax Return Documents for Gemini Technologies: 1993-1994, 1997-2009, 2011-2017.

Gemini Technologies Profit and Loss Statements: 2013-2016.

Gemini Technologies Financial Analysis Model: 2015.

Correspondence Regarding Financial Models.

GEMTECH Executive Summary.

Correspondence Regarding Gemtech Acquisition.

Asset Purchase Agreement.

Funds Flow Memorandum.

Estimated Purchase Price Acknowledgement.

Firearms Commerce in the United States Annual Statistical Update: 2011-2021.

Number of NFA Forms Processed by Fiscal Year.

Annual Firearms Manufacturing and Export Reports: 2007-2021.

Emails Regarding Gemini Technologies Sales: 6/17/2019.

First Amended Complaint: 9/30/2020.

Escrow Reconciliation.xlsx

Gemtech Accounting Update: 2/17/2017.

Gemtech Accounting Update: 7/25/2016.

Second Amended Complaint.

Plaintiff's First Amended Initial Disclosures: 12/1/2023.

Plaintiff's and Counter Defendants' Responses to Defendant's Second Set of Discovery Responses: 10/2/2023.

Final Response Packet: 3/23/2021.

Form 1 & 4 Received - Silencer Only: 2019-2022.

Form 4 NFA Applications: 2011-2022.

Number of Registered Suppressors in the NFRTR.

Gemini Technologies Profit and Loss Statements with Notes: 2013-2016.

Gemini Technologies Legal Fees Transactions: 2016.

Gemini Technologies Bill Payments for Antares Technologies: 2016.

SW546815 CONFIDENTIAL – Produced for the Purposes of Litigation.XLSX

SW546816 CONFIDENTIAL – Produced for the Purposes of Litigation.XLSX

SW546817 CONFIDENTIAL – Produced for the Purposes of Litigation.XLSX

Gemtech-ManufactureATFBook-FINAL.xlsx

SW547519.XLSX

SW547520.XLSX

Afmer_2020_final_web_report_03102022_508.xlsx

Cabela's  Gemtech PPL.xlsm

SW135790 Gemtech Financial Analysis.xlsx

SW365940 BOD Presentation Project Stealth Template V4.xlsx

SW613092 BOD Presentation Project Stelath Template V2.XLSX

SW613093 BOD Presentation Project Stealth Template V3.xlsx

SW613094 BOD Presentation Project Stealth Template V4.xlsx

SW613095 BOD Presentation Project Stealh Template.xlsx

SW802078 BOD Presentation Project Stealth Template V4.xlsx

SW365940.xlsx

Weekly Accounting Update - 07-25-16.xlsx

2020-01-22 Suppressor Sales.csv

2020-01-23 P&L Accrual 2013-2016.csv

2020-01-23 P&L Cash 2013-2016.csv

2020-01-23 Sales by Item Detail Accrual (All Inventory).csv

2020-01-23 Sales by Item Detail Cash (All Inventory).csv

2020-01-23 Transaction Detail by Account Accrual.csv

2020-01-23 Transaction Detail by Account Cash.csv

Gemtech All Sales by Customer-Cash.CSV

Gemtech All Sales by Item Detail - Cash.csv

2020-01-23 Transaction Detail by Account Accrual - 2013.csv

2020-01-23 Transaction Detail by Account Accrual - 2014.csv

2020-01-23 Transaction Detail by Account Accrual - 2015.csv

2020-01-23 Transaction Detail by Account Accrual - 2015.xlsx

2020-01-23 Transaction Detail by Account Accrual - 2016.csv

2020-01-23 Transaction Detail by Account Accrual - 2016.xlsx

2020-01-23 Transaction Detail by Account Accrual - 2017 (2017-05-31).xlsx

U.S. Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives, FOIA Request, Form 4 and Form 3.

Management Certificate System, Alexandria Profab.

E-mails between Alexandria Profab and Gemtech, February 2017.

## EXHIBITS

At the trial of this matter, or at any hearing, I intend to utilize any document provided to me by Plaintiff or Plaintiff's counsel, including any report that can be generated from the QuickBooks file. Said documents can be downloaded here:

https://troutlaw.egnyte.com/fl/oiV3wK0T7T/_Expert_Witness_Documents_.

In addition, I reserve the right to utilize any chart or table in my report as an exhibit at the trial or at a hearing in this matter.

## APPENDIX A

The analysis above and projection of lost profits, does not account for the full picture of Gemtech's potential loss, and is strictly focused on Gemtech's market share and its associated lost profits of ATF Form 3's processed. ATF Form 3's or ATF Form 4's do not include suppressors that are sold to domestic and international police and militaries (DIPM).

There were multiple strategic growth opportunities that Gemtech was pursuing involving DIPM at the time of the closing date of the Asset Purchase Agreement (APA) with S&W.

United States Military and Law Enforcement

Gemtech had many opportunities to sell their products to the U.S. military and police. There are approximately 1.3 million active duty military in the U.S. with another 865,000 in reserve.[73] The U.S. Military has approximately 4.5 million guns.[74] Additionally, there are 750 thousand[75] sworn police officers in the U.S. and state and local police have just over 1 million guns.[76] Gemtech had specifically identified opportunities with the United States Special Operations Command (SOCOM) and U.S. Military that could lead to multi-year projects of $20 million annually over four years, $30 million annually over four years, and $57.1 million annually over seven years resulting in annual sales of $107.1 million per year.[77] For example, Gemtech had been working on closing a deal with the U.S. Marine Corps in 2017 for 8,000 to 10,000 units. The 10,000 units alone would likely amount to approximately $7,000,000 in sales.

According to Martinez, all of these opportunities were terminated by S&W without explanation.

For example, in November of 2017, SureFire was awarded a $10 million contract by the United States Special Operations Command (SOCOM) for the supply of muzzle brakes and suppressors.[78] Then in 2018, Sig Sauer was awarded a five-year, $48 million contract to supply SOCOM to upgrade its arsenal of M4A1 carbines with suppressed upper receivers.[79]

Furthermore, additional opportunities have emerged since 2018. The Marine Corps began fielding 30,000 rifle suppressors to their combat units from 2021 through 2023 in an effort to better coordinate in combat and lead to fewer cases of hearing loss.[80]

---

[73] New York Times. Is America's Military Big Enough? March 22, 2017.
[74] Military Firearms Holdings. Small Arms Survey. 2017.
[75] U.S. Department of Justice. National Sources of Law Enforcement Employment Data. October 4, 2016.
[76] American Military News. US civilians own 400 million guns compared to the military's 4.5 million, survey shows. June 22, 2018.
[77] Gemtech Revenue Source Projections for 2017 and Post - 2017.
[78] https://www.thefirearmblog.com/blog/2017/11/07/surefire-awarded-socom-suppressor-contract/
[79] https://www.businessinsider.com/us-special-operations-forces-getting-suppressor-upgrade-for-weapons-2018-8
[80] https://www.popularmechanics.com/military/weapons/a35099495/marines-issuing-suppressors-to-troops

International

After Martinez took control of Gemtech, he recruited and hired a former U.S. Navy Seal and graduate of the U.S. Naval Academy, Jason Pace (Pace), to oversee Gemtech's international sales.[81] At the time, Gemtech had a suppressor that featured a flash hider that no other manufacturer in the market produced.[82] There are distinct practical advantages for militaries and police in the use of a product like this, including flash and sound reduction[83] to mask your position and the ability for better communication on a battlefield.[84] Gemtech offers suppressors for a wide variety of pistols, rifles, and machine guns.[85]

After the acquisition of Gemtech, S&W hired Pace as a new company sales employee. Both before and after the purchase, Gemtech had been contacted by multiple foreign governments about purchasing its suppressors. Martinez and Pace then arranged for live product demonstrations of Gemtech's suppressors in the United Arab Emirates and Bahrain. By August 15, 2017, Gemtech had already obtained approval from the State Department of the United States and the Bureau of Alcohol, Tobacco, and Firearms, to ship the product for these prearranged demonstrations and sales.[86]

Gemtech had previously sold their products internationally, but they had never stationed a sales representative overseas to sell their product until Pace was hired.[87] Gemtech had successfully imported products to the United Arab Emirates (UAE), Denmark, Canada, and the United Kingdom (UK) in 2016 and 2017. Gemtech was also in the process of scheduling demonstrations of Gemtech's products to Saudi Arabia, Jordan, Bahrain, Poland, Turkey, Tunisia, Lithuania, and Latvia for late 2017 and 2018.[88]

Martinez presented his plan for international sales to the S&W executives in August of 2017. Gemtech had identified thirteen countries that were considered highly likely to purchase Gemtech's products within the next three years. Gemtech was able to identify these opportunities through discussions with country representatives and strategic partners based on the number of guns they were soon purchasing or currently possessed and their needs for suppressors. Countries such as the UK and Jordan were considered potential customers, but had a lower probability of a sale being completed at the time of the presentation, and were therefore not included.

---

[81] Complaint. January 24, 2018. In the matter of Gemini Technologies v. Smith & Wesson. Page 3.
[82] Based on discussions with Jason Pace.
[83] Yankaskas K Prelude: noise-induced tinnitus and hearing loss in the military. Hear. Res. 2013; 295: 3–8. (Estimates approached $1.2 billion of entitlement for compensation and care of hearing loss and auditory system injuries in over 1.8 million Veterans in 2012).
[84] Military Times. The new stealth infantry: How suppressors will change battlefield tactics. June 26, 2017.
[85] https://www.gemtech.com/silencers-do-more
[86] First Amended Complaint and Demand for Jury Trial. September 30, 2020. In the matter of Gemini Technologies v. Smith & Wesson. Pages 10-11.
[87] Based on discussions with Ron Martinez
[88] Executive Review of International Sales Potential, Ron Martinez, August 15, 2017 and Active Exports for Gemtech.

In order for Gemtech to export their products they must first obtain a license from the U.S. Department of State (DOS).[89] The process to obtain licensing to export suppressors is extensive and drawn out, taking months to complete. In order to obtain a license from the DOS, Gemtech must submit the following: 1) a Form DSP-83 that requires two signatures from the foreign government along with the pricing of the exported items, 2) a letter that declares whether or not import letters are required to bring in items, 3) an End User Certificate (EUC) that declares who the end user is, 4) a letter of security that certifies where the items will be held when not in use and the specified use for these items and 5) a purchase order which outlines pricing and products for the end user.[90] After the DOS approves the license, Gemtech would complete a Form 9 to be filed with the ATF and then could export the products to their destination.[91]

The DOS has discretion as to whether to grant a license, and approval depends on the foreign policies and national security interests of the United States. In addition, Congress may take action to block a proposed sale of firearms for export valued at $1 million or higher. Consequently, companies may not be able to obtain export licenses, or to complete profitable contracts as a result of political or other reasons that are outside their control.[92] Thus, an issued license is very valuable to its holder and signals a strong agreement between the two parties.

Gemtech had successfully been through the licensing process described above with Saudi Arabia, Bahrain, Denmark, United Arab Emirates, Turkey, and Canada.

The United States is the world's leading exporting country of arms, with 40% of the global arms market from 2018 to 2022,[93] and is likely to maintain that position for years to come.[94] Global tensions and conflict are projected to keep exports at a relatively high level and the majority of foreign sales are expected to be to law enforcement and government agencies.[95] In 2018, The request for firearms, valued at $1 million or higher, to be exported from the United States was $759 million.[96] The countries with the most U.S. commercial firearms offers, which include suppressors, in 2018 were: Saudi Arabia ($580M), Philippines ($100M), United Arab Emirates ($32M), Canada ($19M), and Bahrain ($6M). All of which Gemtech had exported products to or were scheduled to export products to in the near future.[97]

Based on the discussions with Martinez and Gemtech's Executive Review of International Sales Potential, Gemtech estimated gross sales potential by country as follows.

---

[89] The U.S. Munitions List (USML) contains 21 categories. Gemtech's silencer and suppressor products fall under USML Category I subsection e.
[90] GT000335-GT000336.
[91] GT000337.
[92] American Outdoor Brands Corporation April 2019 10-K.
[93] Stockholm International Peace Research Institute. Trends In International Arms Transfers, 2022.
[94] Trends in Major U.S. Arms Sales in 2018. Page 3.
[95] IBIS World. Guns & Ammunition Manufacturing in the US. July 2019. Pages 5 and 25.
[96] Trends in Major U.S. Arms Sales in 2018. Page 1.
[97] Executive Review of International Sales Potential, Ron Martinez, August 15, 2017.

| Country | Units | Cost Per Unit | Gross Sales |
|---|---|---|---|
| Saudi Arabia | 25,000 machine guns<br>100,000 rifles<br>50,000 pistols | $1,400<br>$700<br>$500 | $130,000,000 |
| Bahrain | | | TBD |
| Denmark | | | $350,000 |
| Poland | 10,000 rifles<br>10,000 pistols | $700<br>$350 | $10,500,000 |
| United Arab Emirates | 15,000 machine guns<br>700 GM-9's<br>350 arrows<br>2,000 gemtech shields | $1,400<br>$350<br>$1,000<br>$700 | $22,995,000 |
| Turkey | 25,000 machine guns | $1,400 | $35,000,000 |
| Philippines | 800 The ONE | $695 | $556,000 |
| Belgium | 5,000 INTEGRAs | $1,400 | $7,000,000 |
| Indonesia | 395 machine guns<br>500 pistols | $1,400<br>$350 | $728,000[98] |
| Tunisia | 18,000 rifles<br>10,000 machine guns | $650<br>$150 | $13,200,000 |
| Lithuania | 350 daggers | $700 | $245,000 |
| Latvia | 550 daggers | $700 | $385,000 |
| South Africa | 160 sub machine guns<br>5000 INTEGRAs | $350<br>$1,400 | $7,056,000 |

Martinez presented his plan to the S&W executives on August 30, 2017. Unbeknownst to Martinez and Pace, S&W's general counsel and compliance director had already canceled the licensing to permit the shipment of the products for international demonstrations and sales.[99]

Since leaving Gemtech, Martinez and Pace have been notified of two purchases from the United Arab Emirates (UAE) involving machine gun suppressors and pistol suppressors. Gemtech anticipated that they could sell 700 units of their GM-9's to the UAE and Pace confirmed a purchase was made with another manufacturer shortly after S&W decided to not pursue a sale of suppressors to the UAE. Additionally, Martinez was notified that the UAE purchased 1,400 suppressors for their machine guns where Gemtech had identified a sales potential of 1,000 units during the last quarter of 2017. The confirmation of these sales provides merit to Gemtech's ability to identify international sales that were likely to materialize if S&W had not intervened.

[98] In the Executive Review of International Sales Potential, Ron Martinez, August 15, 2017, the gross sales potential for Indonesia is $1,285,792 but complete units and pricing details are unavailable.
[99] First Amended Complaint and Demand for Jury Trial. September 30, 2020. In the matter of Gemini Technologies v. Smith & Wesson. Page 11.

The following indicates the number of active military personnel and total military firearms for the 13 countries identified above:

| Country | Military Expenditures[100] | Active Military Personnel[101] | Total Military Firearms[102] |
|---|---|---|---|
| Saudi Arabia | $67.6 billion | 478,000 | 481,350 |
| Bahrain | $1.4 billion | 8,200 | 25,796 |
| Denmark | $4.2 billion | 16,000 | 124,120 |
| Poland | $11.6 billion | 118,000 | 307,200 |
| United Arab Emirates | $24.6 billion[103] | 64,000 | 163,800 |
| Turkey | $19 billion | 355,000 | 1,390,180 |
| Philippines | $3.8 billion | 125,000 | 454,700 |
| Belgium | $5.0 billion | 30,000 | 80,880 |
| Indonesia | $7.4 billion | 400,000 | 1,711,450 |
| Tunisia | $844 million | 36,000 | 68,020 |
| Lithuania | $1 billion | 18,500 | 81,240 |
| Latvia | $680 million | 5,300 | 27,936 |
| South Africa | $3.6 billion | 66,300 | 350,636 |

It is worth noting, Gemtech had also identified potential international sales that were less likely to go through than those mentioned above which included, Korea ($60,000,000), Columbia ($8,500,000), Malaysia ($940,000), and the UK ($150,000).

In 2017, Gemtech had completed licenses and products that were in the process of being shipped to Saudi Arabia and Bahrain. S&W canceled the licenses that would allow shipment of the products which led to unfulfilled orders.[104]

**Domestic and International Police and Military (DIPM) Lost Profits**

If it is determined that Gemtech could have realized revenue associated with these additional opportunities involving DIPM suppressor sales that it was pursuing as of the closing date, economic losses should be increased accordingly.

[100] Military expenditure by country, 2018 prices, 1988-2019. SIPRI 2019.
[101] Global Fire Power. Active Military Manpower (2020).
[102] Military Firearms Holdings. Small Arms Survey. 2017.
[103] This is the SIPRI estimate for military expenditures in 2014. There have been no further estimates of the UAE's military expenditure after 2014.
[104] Complaint. January 24, 2018. In the matter of Gemini Technologies v. Smith & Wesson. Page 6.

*Fraud*
This loss is presented on a profit per $1 million in revenue basis. For each $1 million in DIPM lost revenue, DIPM lost profits are $130,826 for Scenario 1, $134,021 for Scenario 2, and $136,410 for Scenario 3.[105]

For example, if it is determined that Gemtech would have earned additional revenue of $10 million from DIPM efforts during the damage period, the DIPM lost profits would be calculated by multiplying the profit per $1 million by 10, and the total DIPM lost profit would be $1,308,260 for Scenario 1, $1,340,210 for Scenario 2, and $1,364,100 for Scenario 3. These values would then be added to the Net Economic Loss indicated in the report. For example, continuing with the assumption that Gemtech would have earned additional revenue of $10 million from DIPM efforts during the damage period, the following table outlines the total economic loss.

| | Scenario 1 | Scenario 2 | Scenario 3 |
|---|---|---|---|
| Lost Profits | $28,962,859 | $36,364,400 | $47,679,217 |
| Payments Made to Gemtech | -$9,672,154 | -$9,672,154 | -$9,672,154 |
| Net Economic Loss | $19,290,705 | $26,692,246 | $38,007,063 |
| DIPM Lost Revenue | $10,000,000 | $10,000,000 | $10,000,000 |
| DIPM Lost Profits | $1,308,260 | $1,340,210 | $1,364,100 |
| Total Economic Loss | $20,598,965 | $28,032,456 | $39,371,163 |

*Breach of Contract and/or Breach of Implied Covenant of Good Faith and Fair Dealing*
If it is determined that DIPM revenue would have been earned over the earn-out period (August 7, 2017 to August 7, 2020), then the loss associated with the earn-out should be increased in accordance with the calculation provided for the earn-out in the APA.

For example, if it is determined an additional $10 million in revenue from DIPM efforts over the earn-out period would have been realized by Gemtech, then this would be added to the revenue determined in the analysis above and the formula from the APA applied to determine the total economic loss. The following table calculates the damages associated with this example.

[105] Based on the average projected profit per $1 million from 2017 to 2024.

| | Scenario 1 | Scenario 2 | Scenario 3 |
|---|---|---|---|
| Earn-Out Period Revenue | $43,319,129 | $51,917,587 | $59,586,546 |
| DIPM Earn-Out Period Revenue | $10,000,000 | $10,000,000 | $10,000,000 |
| Total Earn-Out Period Revenue | $53,319,129 | $61,917,587 | $69,586,546 |
| Earn-Out Payment | $2,597,869 | $3,887,638 | $5,037,982 |

## APPENDIX B

The following statement outlines invoices GEC has billed to Gemtech for GEC's work on this matter.

**GEC Gemtech Billing**

| Invoice | Date | Amount | Balance |
|---|---|---|---|
| 3676 | 12/31/2019 | $5,347.90 | $0.00 |
| 3687 | 1/31/2020 | $26,480.20 | $0.00 |
| 3711 | 4/30/2020 | $795.95 | $0.00 |
| 3754 | 11/30/2020 | $411.05 | $0.00 |
| 3761 | 12/31/2020 | $3,150.90 | $0.00 |
| 3768 | 1/31/2021 | $616.85 | $0.00 |
| 3773 | 2/28/2021 | $695.60 | $0.00 |
| 3922 | 1/31/2023 | $6,223.72 | $0.00 |
| 3925 | 2/28/2023 | $10,776.28 | $0.00 |
| 3994 | 12/31/2023 | $6,287.75 | $6,287.75 |
| 3999 | 1/31/2024 | $9,913.25 | $9,913.25 |
| Total | | $70,699.45 | $16,201.00 |

Any future work on this matter will be billed in accordance with the fee schedule below.

THE GEC GROUP

**FEE SCHEDULE**

| Description | Cost | |
|---|---|---|
| Hourly fees | Expert | $385 |
| | Senior Consultant | $225 |
| | Consultant | $140 |
| | Research Assistant | $105 |
| | Office Assistant | $90 |
| Out-of-pocket costs | At cost | |
| Deposition or Trial fees | Per half day or part thereof | $1,540 |
| | Exceeding half day | Hourly |
| Retainer fee | Case specific | |

Invoices are payable upon presentation and any payment not received within 30 days of the invoice date will be billed monthly with interest compounded at 1.5% per month. In addition, you will be responsible for all attorney fees, court costs, and any other charges associated with the collection of any past due balance.

Rates and fees are subject to change at any time.