# EXHIBIT C
# filed under
# seal