# EXHIBIT D
# filed under seal