# EXHIBIT E
# filed under
# seal