# EXHIBIT G
# filed under
# seal