Erik F. Stidham (ISB #5483)
Jennifer M. Aiko (ISB #9275)
Cameron L.McCue (ISB #12329)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
Email: efstidham@hollandhart.com
jmaiko@hollandhart.com
clmccue@hollandhart.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH & WESSON SALES COMPANY, a Delaware corporation; and SMITH & WESSON BRANDS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-REP<br><br>**MOTION TO SEAL** |

Pursuant to Federal Rule of Civil Procedure 5.2(d), Local Rule 5.3, and the Protective Order (Dkt. 64), Defendants Smith & Wesson Sales Company and Smith & Wesson Brands, Inc. (collectively "Smith & Wesson" or "Defendants"), hereby move for leave to file the following documents, under seal:

1. **Exhibit A** to the Declaration of Erik F. Stidham in Support of Motion in Limine to Exclude Testimony of Rick Vasquez.

2. **Exhibits C, D,** and **F** to the Declaration of Erik F. Stidham in Support of Motion in Limine to Exclude Testimony of Thomas J. South, CPA, CFF.

3. **Exhibits A, C, D, E,** and **G** to the Declaration of Erik F. Stidham in Support of Motion in Limine to Exclude Testimony of Matthew J. Murdock.

As set forth in the accompanying Memorandum in Support, these documents are either designated as Confidential by Gemini Technologies, Inc., or they are designated Confidential under the Protective Order by Smith & Wesson because they include among other things financial information and competitively sensitive business information.

This Motion is supported by a Memorandum in Support filed concurrently herewith.

DATED this 28th day of September, 2026.

HOLLAND & HART LLP

By *_/s/ Erik F. Stidham_*
Erik F. Stidham
Jennifer M. Aiko
Cameron L. McCue
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of September, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kim J. Trout
Alyssa R. Jones
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone: (208) 577-5755

- ktrout@trout-law.com
- ajones@trout-law.com

*Attorneys for Plaintiff*

*/s/Erik F. Stidham*
Erik F. Stidham
for HOLLAND & HART LLP

39731243.v1