Erik F. Stidham (ISB #5483)
Jennifer M. Aiko (ISB #9275)
Cameron L.McCue (ISB #12329)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
Email: efstidham@hollandhart.com
jmaiko@hollandhart.com
clmccue@hollandhart.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH & WESSON SALES COMPANY, a Delaware corporation; and SMITH & WESSON BRANDS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-REP<br><br>**MEMORANDUM IN SUPPORT OF MOTION TO SEAL** |

## I. INTRODUCTION

Defendants Smith & Wesson Sales Company and Smith & Wesson Brands, Inc. (collectively "Smith & Wesson" or "Defendants"), request that this Court seal the following:

1. **Exhibit A** to the Declaration of Erik F. Stidham in Support of Motion in Limine to Exclude Testimony of Rick Vasquez.

2. **Exhibits C, D,** and **F** to the Declaration of Erik F. Stidham in Support of Motion in Limine to Exclude Testimony of Thomas J. South, CPA, CFF.

3. **Exhibits A, D, C, E,** and **G** to the Declaration of Erik F. Stidham in Support of Motion in Limine to Exclude Testimony of Matthew J. Murdock.

## II. ARGUMENT

A party must present "compelling reasons" to seal documents related to dispositive motions and other filings that relate to the merits of the case. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1099 (9th Cir. 2016). There is a strong presumption in favor of public access to judicial records. *Kamakana*, 447 F.3d at 1178. However, the public interest must be weighed against the risk that disclosure of the material could result in improper use of the material for scandalous or libelous purposes or infringement upon trade secrets." *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 679 n.6 (9th Cir. 2010).

This Court entered a Protective Order in this matter on September 24, 2021. *See* Dkt. 64. That Protective Order defines certain financial and competitively sensitive business information as Confidential. *Id.* at 2. Pursuant to Section 4.4, counsel for Defendants sought to confer (after close of business) regarding whether the Confidential designation could be removed from Exhibits 4 and 25. Counsel for Defendants did not hear back from counsel for Plaintiff.

**Exhibit A** to the Declaration of Erik F. Stidham in Support of Motion in Limine to Exclude Testimony of Rick Vasquez is the confidential expert report of Philip D. Milks.

**Exhibit C** to the Declaration of Erik F. Stidham in Support of Motion in Limine to Exclude Testimony of Thomas J. South, CPA, CFF is confidential transcript excerpts of Andrew Fulmer.

**Exhibit D** to the Declaration of Erik F. Stidham in Support of Motion in Limine to Exclude Testimony of Thomas J. South, CPA, CFF is the confidential expert report of Jeffrey S. Pickett.

**Exhibit F** to the Declaration of Erik F. Stidham in Support of Motion in Limine to Exclude Testimony of Thomas J. South, CPA, CFF is confidential transcript excerpts of James Debney.

**Exhibit A** to the Declaration of Erik F. Stidham in Support of Motion in Limine to Exclude Testimony of Mathew J. Murdock is the confidential transcript excerpts of Matthew Murdock.

**Exhibit C** to the Declaration of Erik F. Stidham in Support of Motion in Limine to Exclude Testimony of Mathew J. Murdock is the confidential transcript excerpts of Mark Smith.

**Exhibit D** to the Declaration of Erik F. Stidham in Support of Motion in Limine to Exclude Testimony of Mathew J. Murdock is the confidential June 27, 2017 Gemtech Acquisition Overview.

**Exhibit E** to the Declaration of Erik F. Stidham in Support of Motion in Limine to Exclude Testimony of Mathew J. Murdock is the confidential expert report of Jeffrey S. Pickett.

**Exhibit G** to the Declaration of Erik F. Stidham in Support of Motion in Limine to Exclude Testimony of Mathew J. Murdock is the confidential expert report of Hank Yacek.

Each of the above was designated confidential because of sensitive financial information or competitively sensitive business information.

## III. CONCLUSION

For the reasons above, Defendants respectfully request that the Court grant their Motion to Seal.

DATED this 28th day of September, 2026.

HOLLAND & HART LLP

By *<u>/s/ Erik F. Stidham</u>*
Erik F. Stidham
Jennifer M. Aiko
Cameron L. McCue
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of September, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kim J. Trout
Alyssa R. Jones
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone: (208) 577-5755

*Attorneys for Plaintiff*

- ktrout@trout-law.com
- ajones@trout-law.com

*/s/Erik F. Stidham*
Erik F. Stidham
for HOLLAND & HART LLP

39731305.v1