KIM J. TROUT, ISB #2468
ALYSSA R. JONES, ISB #12181
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
ktrout@trout-law.com
ajones@trout-law.com
Attorney for the Plaintiff.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br>vs.<br><br>SMITH & WESSON SALES COMPANY, a Delaware Corporation; and SMITH & WESSON BRANDS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-REP<br><br>**DECLARATION OF COUNSEL DATED OCTOBER 19, 2026** |

I, Alyssa R. Jones, hereby declare and state as follows:

1. I am an attorney at Trout & Jones, PLLC, counsel of record for Gemini Technologies, Incorporated ("Gemtech") in the above captioned matter. I make this declaration based upon my personal knowledge and facts known to me as set forth below.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the deposition transcript of Matthew J. Murdock taken on September 16, 2025.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Rebuttal Report to Hank Yacek by the GEC Group, Mr. Matthew J. Murdock.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the deposition transcript of Ron Martinez taken on June 3, 2024.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the deposition transcript of Rick Vasquez taken on September 18, 2025.

I declare under the penalty of perjury and pursuant to the laws of the United States of America that the foregoing is true and correct.

DATED October 19, 2026.

Trout & Jones, PLLC

By *_/s/ Alyssa R. Jones_*
Alyssa R. Jones
Attorneys for Plaintiff

EXHIBIT 1
Filed Under Seal

# EXHIBIT 1

**Filed Under Seal**

EXHIBIT 2
Filed Under Seal

# EXHIBIT 2

**Filed Under Seal**

# EXHIBIT 3

**Filed Under Seal**

EXHIBIT 3

Filed Under Seal

# EXHIBIT 4

**Filed Under Seal**

EXHIBIT 4
Filed Under Seal