KIM J. TROUT, ISB #2468
ALYSSA R. JONES, ISB #12181
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
ktrout@trout-law.com
ajones@trout-law.com
Attorney for the Plaintiff.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br>vs.<br><br>SMITH & WESSON SALES COMPANY, a Delaware corporation; and SMITH & WESSON BRANDS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-REP<br><br>**DECLARATION OF MATTHEW J. MURDOCK DATED OCTOBER 19, 2026** |

I, Matthew J. Murdock, make the following declaration.

1. Attached hereto as **Exhibit 1** is a true and correct copy of my updated CV.

2. Attached hereto as **Exhibit 2** is a true and correct copy of my updated Economic Testimony.

I declare under penalty of perjury of the laws of the United States of America that the foregoing declaration is true and correct to the best of my knowledge.

DATED October 19, 2026

By *Matthew Murdock*
Matthew J. Murdock



Doc ID: e8aa67245a8ec1f1a680b3023e71ecc8d272c8a3

EXHIBIT 1

# EXHIBIT 1

Doc ID: e8aa67245a8ec1f1a680b3023e71ecc8d272c8a3

THE GEC GROUP

| | |
|---|---|
| **NAME:** | Matthew J. Murdock |
| **TITLE:** | GEC President<br>Economist and Actuary |
| **CREDENTIALS:** | FCAS - Fellow of the Casualty Actuarial Society<br>MAAA - Member of the American Academy of Actuaries |
| **EXPERTISE:** | Economics and Finance<br>Wages, Crops, Profits |
| **ADDRESS:** | Main address: www.thegecgroup.com<br>Main phone numbers: 312-922-8001<br>Secure document transfers: https://thegecgroup.wetransfer.com<br>Document transfers via email: documents@thegecgroup.com<br>Direct email address: matt@thegecgroup.com<br>Direct phone number: 312-922-8001 x 101 |
| **EDUCATION:** | University of Chicago<br>*MBA, Economics and Finance, with Honors*<br>Chicago, IL<br><br>Brigham Young University<br>*BS, Actuarial Science*<br>*Minor in Mathematics*<br>Provo, UT |

**EMPLOYMENT:**

The GEC Group
2017 to present
*President*

Provide a broad range of small business and labor economic consulting services to law firms in the context of litigation. Render expert opinions regarding economic damages and valuation issues across a wide variety of occupations and industries. Provide expert consulting services regarding interrogatories, depositions, and cross examinations.

Deloitte Consulting
2015-2017
*Manager*

Performed pricing analyses and reserving analyses for property and casualty insurance clients. Developed personal and commercial insurance products over multiple lines of business. Managed offshore and onshore teams that developed high level strategic directions for insurance carriers. Implemented policy administration systems. Developed models for investment firms to accurately price insurance linked securities in their portfolio. Performed and managed industry and market research.

Great American Insurance Company
2010-2015
*Associate Actuary*

Produced rate indications for multiple business units. Priced and developed products specific to professional liability coverage. Completed rate filings for multiple insurance products across multiple states. Performed reserving analysis and financial reporting associated with large acquisitions. Established forecasting methods to improve the accuracy of payment projections. Developed underwriting tools for pricing insurance coverage for leased and rented equipment. Developed stochastic methods for projecting unpaid claim amounts. Determined premium rates for workers' compensation, property, liability, and auto insurance products. Implemented actuarial software to enhance payment projections. Analyzed unpaid claim amounts for workers' compensation, commercial auto, general liability, commercial property, and excess and surplus lines of business. Ensured compliance with regulatory requirements for workers' compensation subsidiary. Performed predictive analytics, reserving, and finance analyses.



Doc ID: e8aa67245a8ec1f1a680b3023e71ecc8d272c8a3

**SELECTED EXPERIENCE:**

*Personal Injury:* Analyzed economic losses involving a police officer, including lost overtime earnings and retirement benefits. Evaluated collective bargaining agreements, compensation schedules, and actuarial retirement assumptions.

*Personal Injury:* Calculated economic losses involving an independent owner-operator in the trucking industry. Analyzed historical revenues, operating expenses, industry profit margins, future earning capacity, and alternative earnings scenarios.

*Business Earnings and Enterprise Value:* Analyzed economic losses involving the death of a business owner in the e-commerce industry. Evaluated historical financial performance, executive compensation, excess business earnings, projected profitability, enterprise valuation, and the present value of future economic losses.

*Defamation:* Calculated economic losses associated with alleged impairment of a federal contractor's security clearance. Analyzed compensation differentials, employment opportunities, historical earnings, fringe benefits, and the present value of future lost earning capacity.

*Lost Profits:* Calculated lost profits associated with the termination of a contractual agreement for school-based childcare services of a non-profit. Analyzed historical revenues, operating expenses, cost allocations, mitigation efforts, and the present value of projected future profits.

*Personal Injury:* Analyzed economic losses involving a self-employed roofing contractor. Evaluated historical business income, operating expenses, profit margins, future earning capacity, worklife expectancy, mitigation, and projected medical care costs.

*Personal Injury – Future Medical Expenses:* Calculated the future value of anticipated medical expenses associated with a personal injury claim. Evaluated life care plan projections, historical medical inflation, and long-term healthcare cost trends derived from corporate and public-sector actuarial valuations.

*Personal Injury:* Analyzed economic losses involving a self-employed

**SELECTED EXPERIENCE:**
(continued)

consultant providing services under federal government contracts. Evaluated historical business income, contractual earnings, depreciation, business-specific risk, discount rates, and future earning capacity.

*Lost Profits:* Analyzed the alleged lost profits associated with a residential housing development when government authorities allegedly interfered with the development.

*Breach of Contract and Fraud in the inducement:* Quantified the economic loss of a Jerusalem Artichoke grower due to the alleged wrongful acts employed by the lessor.

*Economic Loss of Grower:* Evaluated the economic loss of a potato grower based on contractual agreements with a packer.

*Breach of Contract*: Quantified economic damages associated with a truck manufacturer who alleged that a supplier did not fulfill its contractual obligations.

*Personal Injury:* Evaluated the alleged economic loss associated with a self-employed government contractor due to an alleged injury.

*Lost Profits:* Quantified the lost profits of a real estate transaction that did not close where the buyer was intending to utilize the property for growing crops and operating a cattle feedlot.

*Wrongful Termination Lawsuit:* Quantified lost earnings of a commercial real estate broker.

*Legal Malpractice Lawsuit:* Analyzed the future earning capacity of an individual operating a vehicle that caused injuries to the passenger.

*Personal Injury Lawsuit:* Quantified the economic damages associated with the injury of a Local 1556 Union Carpenter. Including wages, annuity, vacation, pension, and future healthcare expenses.

*Personal Injury:* Calculated the present value of future healthcare expenses and lost household services associated with an injury caused by an automobile accident.



Doc ID: e8aa67245a8ec1f1a680b3023e71ecc8d272c8a3

**SELECTED EXPERIENCE:**
(continued)

*Wrongful Termination:* Analyzed the present value of economic loss associated with the alleged wrongful termination of a police captain.

*Personal Injury:* Quantified the economic loss associated with a Local Union 638B member who was electrocuted.

*Medical Malpractice:* Determined the economic damages of an infant due to ongoing issues resulting from lost oxygen during delivery.

*Personal Injury - Cattle Rancher*: Quantified the economic damages associated with the injury of a self-employed cattle rancher.

*Personal Injury - Carpenter:* Analyzed the economic loss of the injury of a Local 157 union carpenter, including wages, annuity, health insurance, and pension.

*Personal Injury Lawsuit:* Quantified the present value of future healthcare expenses associated with the injury of an individual.

*Personal Injury - Carpenter:* Calculated the economic damages associated with the injury of a carpenter.

*Personal Injury - Construction Laborer*: Analyzed the economic loss of a construction laborer, including alleged damages associated with wages and benefits.

*Medical Malpractice Lawsuit:* Determined the economic loss associated with alleged wrongful death of a married pilot with two minor children in the home; including wages, benefits, personal consumption, and lost household services.

*Wrongful Death Lawsuits:* Quantified the loss associated with the death of two brothers killed in a car accident, including lost household services.

*Personal Injury Lawsuit:* Calculated the economic loss associated with the injury of a construction laborer.



Doc ID: e8aa67245a8ec1f1a680b3023e71ecc8d272c8a3

**SELECTED EXPERIENCE:**
(continued)

*Medical Malpractice Lawsuit:* Determined the present value of future healthcare expenses associated with the alleged wrongful in-home care of an individual with multiple sclerosis, leading to severe ulcers. Additionally, provided an analysis of the financial position of two different entities; one public and one private.

*Personal Injury Lawsuit:* Quantified the economic loss associated with the injury of a truck driver, accounting for wages, benefits, social security retirement income, and mitigating employment.

*Medical Malpractice Lawsuit:* Calculated the lost wages and benefits of a potato sorter who alleged her physician prescribed medications that resulted in significant and lasting injuries.

*Wrongful Termination Lawsuit:* Determined the lost wages and benefits of a retail clerk that was allegedly wrongfully terminated.

*Wrongful Death Lawsuit*: Quantified the lost wages and benefits, personal consumption, and lost household services associated with the death of a retail salesperson.

*Personal Injury - Operating Engineer:* Analyzed the lost wages and benefits of a Local 399 operating engineer.

*Personal Injury - Electrical Worker:* Determined the economic loss of a Local 164 electrical worker and quantified wages, annuity, pension, etc.

*Personal Injury - Electrical Worker:* Quantified the economic loss associated with the injury of an electrical worker who was a member of Local 3.

*Personal Injury - Carpenter:* Calculated the economic damages associated with the injury of a carpenter.

*Personal Injury - Sheet Metal Worker:* Determined the economic loss associated with the injury of a Laborer in Excavators Union Local 731, including wages, annuity, and pension.

*Wrongful Death Lawsuit:* Quantified the economic loss associated with the death of a co-owner of an excavation, plumbing, and HVAC

**SELECTED EXPERIENCE:**
(continued)

company.

*Wrongful Termination Lawsuit:* Established the economic loss associated with the alleged wrongful termination of an engineering 3D visualization specialist.

*Crop Loss*: Quantified the economic loss of a seed potato operation due to Tordon contamination on areas of the farm operation.

*Personal Injury - Carpenter:* Quantified the economic damages associated with the injury of a Local 1556 carpenter.

*Estate Loss* - Calculated the lost value of four trusts due to the alleged mismanagement of funds and the trusts in general.

*Personal Injury - Metal Lather:* Quantified lost wages, benefits and future healthcare costs associated with the injury of a Sheet Metal Worker in Local Union 46.

*Personal Injury Lawsuit:* Quantified the present value of future healthcare expenses.

*Personal Injury - Sheet Metal Worker:* Computed the economic loss associated with the injury of a Sheet Metal Worker in Local Union 28.

*Personal Injury Lawsuit:* Evaluated the claims of a husband and wife who were both injured in a car accident. Quantified the economic loss of both individuals due to the injuries they sustained.

*Personal Injury - Truck Driver:* Quantified the economic loss of an over-the-road truck driver.

*Personal Injury - Ironworker:* Quantified the economic damages associated with a Local 40 ironworker.

*Wrongful Termination Lawsuit:* Established the economic loss associated with the alleged wrongful termination of a field supervisor at a construction company.

*Wrongful Termination Lawsuit:* Calculated the lost money earnings,



Doc ID: e8aa67245a8ec1f1a680b3023e71ecc8d272c8a3

**SELECTED EXPERIENCE:**
(continued)

benefits, pension, dividends, etc. associated with alleged wrongful termination of a management level employee at a package delivery company.

*Personal Injury - Electrical Worker:* Ascertained the economic damages associated with an International Brotherhood of Electrical Workers - Local 3 worker. Evaluated the lost wages, pension, welfare, etc.

*Personal Injury Lawsuit:* Opined on the economic loss of a laborer who was a member of the Mason Tenders' Local 79 union. Analyzed the claim and determined the loss associated with wages, pension, welfare, etc.

*Wrongful Termination Lawsuit:* Quantified the economic loss associated with a bank executive who claimed he was wrongfully terminated and discriminated against. Determined the loss of wages, pension and retirement, stock options, etc.

*Breach of Contract Lawsuit:* Quantified the economic damages associated with the alleged wrongful acts of the sellers of an insurance agency toward the buyer.

*Personal Injury - Operating Engineer:* Determined the economic damages associated with the injury of an Operating Engineer who was a member of the Local 158 Operating Engineers Union. Analyzed actuarial labor data, union census data, etc. to determine the lost wages, pension, welfare, etc. associated with the injury.

*Lost Profits:* Analyzed the claim of lost profits of a hydroelectric dam, due to alleged engineering defects incurred during the construction of the project.

*Wrongful Death Lawsuit:* Quantified the economic loss associated with the death of a man who was married with three children.

*Breach of Contract Lawsuit:* Determined the economic damages associated with a construction company who had the right of first refusal on land containing gravel resources that was sold to another party allegedly without first consulting the construction company.

*Medical Malpractice Lawsuit:* Determined the economic damages of the owner of a potato brokerage business that passed away,

**SELECTED EXPERIENCE:**
(continued)

allegedly due to certain drugs that were prescribed to him. Calculated the lost wages and household services associated with the claim.

*Personal Injury Lawsuit:* Calculated the lost wages, benefits, household services, and future medical care costs associated with the injury of an individual involved in an automobile accident.

*Medical Malpractice Lawsuit:* Determined the economic damages associated with a delivery truck driver who suffered a herniated disk while in an emergency room resulting in paraplegia. Calculated the loss associated with wages and benefits. Additionally, analyzed the future medical care costs associated with the injury and determined the present value of those costs.

*Age Discrimination Lawsuit:* Calculated the lost wages, welfare, and retirement associated with the alleged wrongful termination of an Engineering Technician.

*Personal Injury Lawsuit:* Determined the economic damages associated with an injured Water Resource Agent. Calculated lost wages, welfare, and retirement (based on the Idaho PERSI retirement plan) associated with the claim.

*Whistleblower Litigation:* Determined the economic loss associated with the employment termination of the President of a quasi-governmental agency after she reported alleged improper use of funds.

*Lost Profits - Professional Liability:* Calculated a machine shop's lost profits and extraordinary mitigation expenses due to a fire that damaged property and equipment. The economic liability was a result of the insurance agency's alleged omission of binding coverage.

*Whistleblower Litigation:* Calculated the lost wages and retirement benefits associated with the alleged wrongful termination of a lawyer subsequent to reporting alleged improper actions in the workplace.

*Defamation and Breach of Contract Lawsuit:* Calculated the lost earnings and extraordinary mitigation costs associated with the employment termination of a physician.



Doc ID: e8aa67245a8ec1f1a680b3023e71ecc8d272c8a3

**SELECTED EXPERIENCE:**
(continued)

*Personal Injury Lawsuit:* Determined the economic damages associated with an injured Certified Nursing Assistant. Calculated lost wages and future medical care costs associated with the claim.

*Personal Injury - Laborer:* Used Local 1298 union census data and actuarial labor data to determine the employment patterns of laborers in the aforementioned union. Measured economic damages associated with wages, vacation, annuity, welfare, pension, etc.

*Personal Injury - Steamfitter:* Determined economic damages associated with the injury of a steamfitter worker who was a member of the Local 638 Steamfitters Union including wages, vacation, annuity, pension, etc. Used Local 638 Steamfitters Union data and actuarial labor data to determine employment patterns of steamfitters.

*Wrongful Death - Elevator Construction Worker:* Determined the economic loss associated with the injury and subsequent death of a unionized elevator construction worker. Utilized Local 1 International Union of Elevator Constructors data and actuarial labor data to determine employment patterns of elevator construction workers. Calculated non-market services and personal consumption pre- and post-retirement.
*Construction Injury - Cement Worker:* Used Local 11 Area 161 union census data and actuarial labor data to determine the employment patterns of cement workers in the aforementioned union. Measured economic losses associated with wages, vacation, annuity, welfare, pension, etc.

*Product Liability Claim:* Determined reasonable claim amounts associated with multiple production plants being shut down due to valves contaminated with silicone, which caused paint to crater when sprayed through the valves and applied to various automobile parts. Analyzed lost wages for approximately 900 workers over four days at the Ford Production Plant utilizing union agreements with United Auto Workers as well as over five employees at the paint production plant for claimant.

*Personal Injury Lawsuit:* Analyzed the economic loss of a young boy who was allegedly subjected to lead causing a permanent effect on his cognitive abilities. Calculated lost wages while accounting for worklife expectancy and probabilities of obtaining various levels of education.



Doc ID: e8aa67245a8ec1f1a680b3023e71ecc8d272c8a3

**SELECTED EXPERIENCE:**
(continued)

*Personal Injury Lawsuit*: Determined economic damages associated with an injured truck driver. Calculated the present value of lost wages associated with the claim.

*Medical Malpractice / Wrongful Death Lawsuit:* Valued the economic loss associated with the alleged premature death of an electrical engineer. Calculated lost earnings, fringe benefits and household services.

*Enterprise Risk Management*: Fortune 500 enterprise risk quantification analyses associated with the exposure to various risks including interest rate risk, catastrophe risk and liquidity risk.

*Insurance Linked-Securities Pricing Model*: Developed and implemented a financial model to price insurance-linked securities for a global investment firm accounting for probabilities of trigger events.

*Calendar Year Payment Projections*: Projected payment patterns of insurance company reserves and estimated the amount to be paid in subsequent calendar periods for various insurance lines of business.

*Written Premium Impact Studies*: Measured the financial impact of implementing a new policy administration system focusing on the top line of a multi-line and multi-state insurer.

*Insurance Agent Predictive Analytics Study:* Analyzed the financial performance of agents and developed econometric predictive models to forecast agent profitability.

*Merger and Acquisition Valuation:* Performed a discounted cash flow analysis to determine the capital asset value of a workers' compensation multi-state insurer for acquisition purposes.

*Workers' Compensation Insurance Rate Indications:* Statistical analyses of the economic impact of injuries on workers' wages across multiple states to develop rate indications for workers' compensation insurance.

*Product Liability Reserve Projections:* Performed multidimensional probability analyses to determine the economic liability associated with the production, sale and use of medical devices. Determined

**SELECTED EXPERIENCE:**
(continued)

the present value of economic reserves needed to pay expected future liability claims.

*Warranty Reserve Projections:* Completed statistical analyses of a material moving equipment manufacturer's production error rates, sales, and product usage. Determined the present value of reserves necessary to pay expected future warranty claims.

*Workers' Compensation Medical Payment Reserve Projections:* Analyzed the frequency, magnitude and cost of medical treatment associated with workforce injuries across a vast array of occupations. Performed statistical regression analyses to measure the expected future medical costs associated with workforce injuries. Calculated the present value of funds required to be held in reserve to pay the future medical claims associated with injuries.

*Workers' Compensation Lost Wage Reserve Projections:* Researched and analyzed the employment patterns of workers across a wide variety of industries and occupations. Performed econometric analyses to quantify the economic association between work injuries and earnings. Measured the present value of funds required to be held in reserve to pay the lost earnings associated with future injuries under the workers' compensation programs of multiple states.

**LECTURES/PRESENTATIONS:**

"Actuarial Analyses and Econometrics: Measuring Economic Impact"
*Columbia University*
*Department of Economics*
New York, NY

"Practical Applications of Statistical Methodologies in Measuring Business Performance"
*DePaul University*
*Department of Mathematical Sciences*
Chicago, IL

"Lost Profit Analyses and Applications of Actuarial Science in Finance"
*DePaul University*
*Department of Finance*
Chicago, IL

**LECTURES/PRESENTATIONS:** (continued)

"Economic Analyses in the Context of Litigation"
*University of Chicago*
*Department of Economics*
Chicago, IL

"Analyzing and Valuing Businesses"
*Idaho State University*
*College of Business*
Pocatello, ID

"Labor Economics and Econometrics"
*University of Kentucky*
*Department of Economics*
Lexington, KY

**PROFESSIONAL ASSOCIATIONS:**

Casualty Actuarial Society

American Academy of Actuaries

American Academy of Economic and Financial Experts

International Atlantic Economic Society

Illinois Economics Association

National Association of Forensic Economics

Western Economic Association

**HONORS, AWARDS, NOTABLE EVENTS:**

Attained the Fellow of the Casualty Actuarial Society (FCAS) designation in 4 years, one of the quickest to complete the designation in the society's history.

Attained the Associate of the Casualty Actuarial Society (ACAS) and the Member of the American Academy of Actuaries (MAAA) designations in 3 years, which requires 6 exams, where each has an average pass rate of 30% to 40%.

Received the Outstanding Performance Award at Deloitte Consulting LLP, for exceptional client and firm contributions

Selected to Great American Insurance Company's Early Career Leadership Development Program

| | |
|---|---|
| **HONORS, AWARDS, NOTABLE EVENTS:** (continued) | Served on the Enterprise Risk Management Committee for Great American Insurance Company |
| | University of Chicago's Dean's List |
| | Graduated with Honors<br>University of Chicago Booth School of Business |
| | Member of Beta Gamma Sigma |
| | Eagle Scout |
| **SERVICE ACTIVITIES:** | Served as finance officer for a non-profit organization |
| | Organized and led a forum for underwriting executives while at Deloitte Consulting LLP |
| | Led a Boy Scout troop of over 10 youth, many from underprivileged backgrounds |
| | Organized monthly meals and activities at the Madisonville Education and Assistance Center (MEAC) located in Cincinnati, Ohio |
| | Volunteer full-time missionary for two years for The Church of Jesus Christ of Latter-day Saints |



Doc ID: e8aa67245a8ec1f1a680b3023e71ecc8d272c8a3

# EXHIBIT 2

EXHIBIT 2

THE GEC GROUP

The GEC Group is GREEN

You can email us documents, or for larger and more secure transfers, you can use our e-transfer service located at https://thegecgroup.wetransfer.com.
If unavoidable exigencies require the use of paper, please contact us for a mailing address at 312-922-8001.

# Economic Testimony Given By Matthew J. Murdock

| Year | Client | Case | Case Number | Court | Location | Type |
|---|---|---|---|---|---|---|
| 2017 | Brian Monico<br>Burke Wise Morrissey and Kaveny<br>161 N Clark St., Suite 3250<br>Chicago, IL 60601 | Johnson-Young v. Northshore | 2014L006816 | State - IL - Cook County | Chicago, IL | Deposition |
| 2017 | Dan Terlekyj<br>Joseph Klest Law Firm<br>1701 E Woodfield Road Ste. 909<br>Schaumburg, IL 60173 | Hotak v. Hamidi | 2014L007009 | State - IL - Cook County | Chicago, IL | Deposition |
| 2017 | Scott Britton<br>Ford & Britton, PC<br>120 N. LaSalle St. Ste. 950<br>Chicago, IL 60602 | Olszewski v. Powers and Sons | 14 L 008462 | State - IL - Cook County | Chicago, IL | Deposition |
| 2018 | Brian Monico<br>Burke Wise Morrissey and Kaveny<br>161 N Clark St #3250<br>Chicago, IL 60601 | Johnson-Young v. Northshore | 2014L006816 | State - IL - Cook County | Chicago, IL | Trial |
| 2018 | Jarom Whitehead<br>Pedersen and Whitehead<br>199 N. Capitol Blvd., Suite 500<br>Boise, ID 83702 | Ackerschott v. Mountain View Hospital | CV-16-4723 | State - ID - Bonneville County | Idaho Falls, ID | Trial |
| 2018 | Cory Mattson<br>EVN Law<br>801 N 500 W #150<br>Bountiful, UT 84010 | Seastrand v. US Bank, et al. | 2:17-cv-00214 | Federal - UT - Central Division | Provo, UT | Deposition |
| 2019 | Walter Bithell<br>Bithell Law Offices<br>199 N Capitol Blvd #500<br>Boise, ID 83702 | Rex Baum Farms, et al. v. Fremont County Weed Department, et al. | cv-2017-433 | State - ID - Fremont County | Boise, ID | Deposition |
| 2019 | Amir Tahmassebi<br>Konicek & Dillon<br>70 West Madison Street, Suite 2060<br>Chicago, IL 60602 | Peter Smith Ely, et al. v. Ruth Pivar, et al. | 15L8387 | State - IL - Cook County | Chicago, IL | Deposition |
| 2019 | Jarom Whitehead<br>Pedersen and Whitehead<br>199 N. Capitol Blvd., Suite 500<br>Boise, ID 83702 | Julie Jackson, et. al. v. Kirt M. McKinlay, et. al. | CV - 2016 - 1076 | State - ID - County of Bingham | Boise, ID | Deposition |
| 2019 | Jarom Whitehead<br>Pedersen and Whitehead<br>199 N. Capitol Blvd., Suite 500<br>Boise, ID 83702 | Julie Jackson, et. al. v. Kirt M. McKinlay, et. al. | CV - 2016 - 1076 | State - ID - County of Bingham | Blackfoot, ID | Trial |
| 2019 | Gary Cooper<br>Cooper & Larsen<br>151 N 3rd Ave # 210<br>Pocatello, ID 83201 | Steve Briggs and Teresa Briggs v. North Idaho Home Health, et. al. | CV28-18-7096 | State - ID - County of Kootenai | Boise, ID | Deposition |

THE GEC GROUP

The GEC Group is GREEN

You can email us documents, or for larger and more secure transfers, you can use our e-transfer service located at https://thegecgroup.wetransfer.com.
If unavoidable exigencies require the use of paper, please contact us for a mailing address at 312-922-8001.

# Economic Testimony Given By Matthew J. Murdock

| Year | Client | Case | Case Number | Court | Location | Type |
|---|---|---|---|---|---|---|
| 2020 | Jerome Bowen<br>Bowen Law Offices<br>9960 W. Cheyenne Ave Suite 250<br>Las Vegas, NV 89129 | Jermaine L. Asher, et. al. v. Willie F. Worthams, Jr., et. al. | A-17-764364-C | State - NV - Clark County | Las Vegas, NV | Deposition |
| 2021 | James Farnan<br>Ridge & Downes<br>230 West Monroe Street, Suite 2330<br>Chicago, IL 60606 | Catherine Overstreet v. Roy Strom Refuse Removal Service, Inc., et. al. | 18L5539 | State - Illinois - Cook County | Chicago, IL | Deposition |
| 2022 | Jerome Bowen<br>Bowen Law Offices<br>9960 W. Cheyenne Ave Suite 250<br>Las Vegas, NV 89129 | Margaret Thayer v. Los Prados Community Association, Inc,. et. al. | A-19-787856-C | State - NV - Clark County | Las Vegas, NV | Trial |
| 2022 | Scott Britton<br>Ford & Britton, PC<br>120 N. LaSalle St. Ste. 950<br>Chicago, IL 60602 | Robert Harris v. Northeastern Illinois Regional Commuter Railroad Corporation, et. al. | 2018 L 010353 | State - IL - Cook County | Chicago, IL | Deposition |
| 2022 | Paul Festenstein<br>Condon & Cook<br>55 W. Monroe Street, Suite 3430<br>Chicago, IL 60603 | Candice Chavez and Jared Meister v. 1st Choice Lawn Service, Inc., et. al. | 2019 L 005209 | State - IL - Cook County | Chicago, IL | Deposition |
| 2022 | Robert Bingle<br>Wise Morrissey<br>161 N Clark St., Suite 3250<br>Chicago, IL 60601 | Angela Balfanz v. Daniel Friday | 19 L 009641 | State - IL - Cook County | Chicago, IL | Deposition |
| 2023 | Jerome Bowen<br>Bowen Law Offices<br>9960 W. Cheyenne Ave Suite 250<br>Las Vegas, NV 89129 | Jermaine L. Asher, et. al. v. Willie F. Worthams, Jr., et. al. | A-17-764364-C | State - NV - Clark County | Las Vegas, NV | Hearing |
| 2023 | Paul Festenstein<br>Condon & Cook<br>55 W. Monroe Street, Suite 3430<br>Chicago, IL 60603 | Candice Chavez and Jared Meister v. 1st Choice Lawn Service, Inc., et. al. | 2019 L 005209 | State - IL - Cook County | Chicago, IL | Trial |
| 2023 | Kevin Paule<br>Hill Ward Henderson<br>101 E. Kennedy Blvd., Suite 3700<br>Tampa, FL 33602 | Peter Nicoletti v. Jones Lang LaSalle Americas, Inc. | 1:21-cv-01454 | Federal - IL - Northern District | Chicago, IL | Deposition |
| 2023 | David Comstock<br>Law Offices of Comstock & Bush<br>199 N. Capitol Blvd., Ste. 500<br>Boise, ID 83701 | Marcia Lane, et. al. v. Bryan Anderson M.D., et. al. | CV01-19-20921 | State - ID - Ada County | Boise, ID | Trial |
| 2023 | Andrea Camacho<br>Camacho Mauro, LLP<br>40 Wall Street, 41st Floor<br>New York, NY 10005 | Ronald Valerio v. Eaton Electric, Inc. | 306522/2014 | State - New York - County of Bronx | New York, NY | Hearing |

THE GEC GROUP

The GEC Group is GREEN

You can email us documents, or for larger and more secure transfers, you can use our e-transfer service located at https://thegecgroup.wetransfer.com.
If unavoidable exigencies require the use of paper, please contact us for a mailing address at 312-922-8001.

# Economic Testimony Given By Matthew J. Murdock

| Year | Client | Case | Case Number | Court | Location | Type |
|---|---|---|---|---|---|---|
| 2024 | Kim Trout<br>Trout Law PLLC<br>3778 Plantation River Dr., Ste. 101<br>Boise, ID 83703 | Black Butte Ranch, LLC v. Bootjack Dairy M&D LLC et al. | CV32-23-00003 | State - ID - Lincoln County | Shoshone, ID | Trial |
| 2024 | Amir Tahmassebi<br>Konicek & Dillon<br>70 West Madison Street, Suite 2060<br>Chicago, IL 60602 | Peter Smith Ely, et al. v. Ruth Pivar, et al. | 15L8387 | State - IL - Cook County | Chicago, IL | Trial |
| 2024 | Brian Hetzer<br>Duncan Law Group<br>161 N. Clark St,, Ste 2550A<br>Chicago, IL 60601 | Lindsay Starwalt, et al. v. Christie Clinic, PLLC, et al. | 2022L9124 | State - IL - Cook County | Chicago, IL | Deposition |
| 2025 | Kim Trout<br>Trout Law PLLC<br>3778 Plantation River Dr., Ste. 101<br>Boise, ID 83703 | Gemini Technologies, Inc. v. Smith & Wesson, Corp., et. al. | 1:18-cv-00035-CWD | Federal - ID - Idaho District | Boise, ID | Deposition |
| 2026 | Brian Brophy<br>Brophy Law Office<br>P.O. Box 660<br>Mancos, CO 81328 | Timothy Wells, et. al. v. Marshfield Clinic, et. al. | 2023 CV 78 | State - WI - Eau Claire County | Eau Claire, WI | Deposition |
| 2026 | Steven Bracci<br>The Law Offices of Steven J. Bracci, PA<br>9015 Strada Stell Court, Suite 102<br>Naples, FL 34109 | Sports Camp, Inc. v. School Board of Collier County | 25-CA-1747 | State - FL - Collier County | Naples, FL | Deposition |
| 2026 | Steven Bracci<br>The Law Offices of Steven J. Bracci, PA<br>9015 Strada Stell Court, Suite 102<br>Naples, FL 34109 | Sports Camp, Inc. v. School Board of Collier County | 25-CA-1747 | State - FL - Collier County | Naples, FL | Trial |