KIM J. TROUT, ISB #2468
ALYSSA R. JONES, ISB #12181
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
service@trout-law.com

Attorneys for the Plaintiff.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| GEMINI TECHNOLOGIES, INC., an Idaho corporation,<br><br>Plaintiff,<br>vs.<br><br>SMITH & WESSON SALES COMPANY, a a Delaware corporation; and SMITH & WESSON BRANDS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-REP<br><br>MOTION TO SEAL |

Pursuant to Federal Rules of Civil Procedure 5.2(d), Local Rule 5.3, and the Protective Order (Dkt. 64), Plaintiff hereby moves for leave to file the following documents, which are being submitted in conjunction with Plaintiff's Opposition to Defendants' Motions in Limine, under seal:

- Exhibits 1-4 to the Declaration of Counsel.

As set forth in the accompanying Memorandum in Support, portions of these documents have been claimed as confidential by the Defendants pursuant to the Protective Order.

This motion is supported by a Memorandum in Support filed concurrently herewith.

Dated October 19, 2026

TROUT & JONES, PLLC

/s/ Alyssa R. Jones
Alyssa R. Jones
Attorney for Plaintiff