KIM J. TROUT, ISB #2468
ALYSSA R. JONES, ISB #12181
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
service@trout-law.com

Attorneys for the Plaintiff.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| GEMINI TECHNOLOGIES, INC., an Idaho corporation,<br><br>Plaintiff,<br>vs.<br><br>SMITH & WESSON SALES COMPANY, a a Delaware corporation; and SMITH & WESSON BRANDS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-REP<br><br>MEMORANDUM IN SUPPORT OF MOTION TO SEAL |

Plaintiff, Gemini Technologies, Incorporated ("GT"), requests the Court seal Exhibits 1, 2, 3, and 4 to the Declaration of Counsel filed concurrently herewith, pursuant to the Protective Order entered as Dkt. 64.

**ARGUMENT**

This Court entered a Protective Order in this matter on September 24, 2021 at Dkt. 64. The Protective Order includes financial and certain business information as Confidential. Plaintiff has not attempted to meet and confer as previous meet and confer attempts have been unsuccessful in previous discussions. While GT finds it difficult to present a "compelling reason" to seal the documents, Defendants have asserted multiple portions of the depositions attached as Exhibits 1-4 of the Declaration of Counsel.

Here, and pursuant to the Protective Order, GT is complying with the Defendants' assertion under the Protective Order by requesting the Court to seal the exhibits referenced above as the Defendants claim the documents contain information which is asserted to be confidential, and should be protected from public disclosure.

Exhibit 1 to the Declaration of Counsel is the complete deposition of Matthew Murdock.

Exhibit 2 to the Declaration of Counsel is Mr. Murdock's Rebuttal Report to Hank Yacek.

Exhibit 3 to the Declaration of Counsel is the complete deposition of Ron Martinez.

Exhibit 4 to the Declaration of Counsel is the complete deposition of Rick Vasquez.

Plaintiff is providing these documents consistent with its response to its Memorandum in Opposition to the Motions in Limine and so the Court has a complete record of the depositions previously cited.

## CONCLUSION

Based on the foregoing, and based upon the Protective Order, GT requests that the Court to seal the above referenced documents.

Dated October 19, 2026

TROUT & JONES, PLLC

*/s/ Alyssa R. Jones*
Alyssa R. Jones
Attorney for Plaintiff