Erik F. Stidham (ISB #5483)
Jennifer M. Aiko (ISB #9275)
Cameron L.McCue (ISB #12329)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
Email: efstidham@hollandhart.com
jmaiko@hollandhart.com
clmccue@hollandhart.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH & WESSON SALES COMPANY, a Delaware corporation; and SMITH & WESSON BRANDS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-REP<br><br>**DEFENDANTS' NOTICE OF ERRATA** |

Defendants Smith & Wesson Sales Company and Smith & Wesson Brands, Inc., by and through their attorneys of record, hereby file this Errata to correct inadvertent errors contained in their Motions in Limine filed on September 28, 2026.

1. Doc. 220 Motion in Limine to Exclude Testimony of Thomas J. South, CPA, CFF.

   a. Page 10 reference to:

i. *Christiansen v. Siemens Corp.*, No. 1:18-cv-00068-REP, 2020 U.S. Dist. LEXIS 189737, at *9 (D. Idaho Oct. 13, 2020).

ii. should be corrected to: *Christiansen v. Syverson*, 3:19-cv-365-DWM, 2020 U.S. Dist. LEXIS 189737 (D. Idaho Oct. 13, 2020). Case can be found in Pacer under 3:2019cv00365; *Christiansen et al v. Syverson et al.*

2. Doc 223 Motion in Limine to Exclude Testimony of Matthew J. Murdock.

a. Page 3 reference to Murdock deposition testimony 14:12-18, should be corrected to 13:14-16.

b. Page 4 reference to Murdock deposition testimony 64:19-65:4, should be corrected to 63:19-21.

c. Page 5 reference to Murdock deposition testimony 126:21-24, should be corrected to 287:5-7.

d. Page 7 reference to:

i. *TB Holding Co. v. Hagemeyer N. Am., Inc.*, No.2:22-cv-00246-REP, 2025 U.S. Dist. LEXIS 146520, at *5–6, *8 (D. Idaho Aug. 15, 2025).

ii. should be corrected to: *TB Holding Co., LLC v. Siding*, No. 4:22-cv-00307-BLW, 2025 U.S. Dist. LEXIS 146520 (D. Idaho July 29, 2025). Case can be found in Pacer under 4:2022cv00307; *TB Holding Company LLC v. J&S Siding.*

DATED this 2nd day of November, 2026.

HOLLAND & HART LLP

By *_____/s/ Erik F. Stidham_____*
Erik F. Stidham
Jennifer M. Aiko
Cameron L. McCue
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of November, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kim J. Trout
Alyssa R. Jones
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone: (208) 577-5755

*Attorneys for Plaintiff*

- ktrout@trout-law.com
- ajones@trout-law.com

*/s/Erik F. Stidham*
Erik F. Stidham
for HOLLAND & HART LLP

40049411.v2