KIM J. TROUT, ISB #2468
ALYSSA R. BOLL, ISB #12181
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
ktrout@trout-law.com
aboll@trout-law.com

Attorneys for the Plaintiff.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br>vs.<br><br>SMITH & WESSON SALES COMPANY, a Delaware corporation; and SMITH & WESSON BRANDS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-REP<br><br>**PLAINTIFF'S EXHIBIT DISCLOSURE** |

COMES NOW Plaintiff, Gemini Technologies Inc., by and through its counsel of record, Kim J. Trout and Alyssa R. Boll of Trout & Jones, PLLC, and hereby submits its Exhibit Disclosure pursuant to the Court's scheduling order Dkt. 218. Plaintiff's Exhibit List is attached hereto as **Exhibit 1**. Plaintiff's Counsel and Defendants' Counsel have stipulated to exchange trial exhibits, that are not deposition exhibits, by Wednesday, November 18, 2026. Plaintiff and Defendants have agreed to meet and confer to review exhibits, stipulate to exhibits, and provide joint exhibits for the trial of this matter. Plaintiff reserves the right to amend this Exhibit List during trial, for rebuttal purposes, or for any other reasons as appropriate. Plaintiff reserves its right to withdraw any exhibit on the attached Exhibit List and/or object to the introduction and/or admissibility of any document at trial.

Plaintiff reserves the right to utilize any and all exhibits identified and/or used by the Defendants in this matter as well as the right to utilize any pleadings served and/or filed in this action, as well as any discovery responses, or documents produced in discovery in this matter.

Plaintiffs will provide its exhibits to the Court in electronic form by January 4, 2027, pursuant to the Court's scheduling order.

DATED November 16, 2026

Trout & Jones, PLLC

By *\/s/ Kim J. Trout*
Kim J. Trout
Attorneys for Plaintiff

# EXHIBIT 1

EXHIBIT 1

| UNITED STATES DISTRICT COURT — District of Idaho — Exhibit List | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case Name: | Gemini Technologies, Incorporated vs. Smith & Wesson Sales Company and Smith & Wesson Brands, Inc. | | | | Plaintiff's Attorney: | Kim J. Trout; Alyssa R. Boll (Trout & Jones, PLLC) | |
| Docket No.: | 1:18-cv-00035-REP | | | | Defendants' Attorney: | Erik F. Stidham; Jennifer M. Aiko; Cameron L. McCue | |
| Trial Dates: | Beginning January 11, 2027 (seven-day bench trial) | | | | Courtroom Deputy: | | |
| Presiding Judge: | Raymond E. Patricco, U.S. Magistrate Judge | | | | Court Reporter: | | |
| Party Offering Exhibits: | Plaintiff | | | | | | |
| **Exhibit Number** | **Date Offered** | **Stipulation** | **Objection** | **Ruling (for use by Court)** | **Description** | **Notes (for use by Court)** | **Bates Range** |
| 1 | | | | | (2016–2019) Ron Martinez handwritten notes of calls and meetings (GT085001–GT085162) | | GT085001–GT085162 |
| 2 | | | | | 2/8/2017 Email from Andrew Fulmer to Brian Murphy forwarding Ron Martinez's 2/6/2017 email re: "S&W documents requested," with attachments (9:12 a.m.) | | SW398169–SW398200 |
| 3 | | | | | 3/2017 American Outdoor Brands Corporation Investor Presentation, March 2017 | | GT090432–GT090487 |
| 4 | | | | | [c. 2016] Project Stealth Financial Model spreadsheet (2016 model) | | SW613095 |
| 5 | | | | | 6/21/2017 Email from Andrew Fulmer to James Debney, Jeff Buchanan and others re: "Updated BOD Presentation," with attached presentation (8:14 p.m.) | | SW141372–SW141403 |
| 6 | | | | | 3/10/2017 Email from Andrew Fulmer to Ron Martinez re: "Term Sheet & Exclusivity," with attached term sheet | | SW124255–SW124262 |
| 7 | | | | | 4/10/2017 Email from Andrew Fulmer to Ron Martinez and Mark Thompson re: "Revised Term Sheet," with attached revised term sheet | | SW124303–SW124306 |
| 8 | | | | | 8/7/2017 Employment Agreement, Execution Version | | GT000287-GT000306 |
| 9 | | | | | [c. 6/2017] Project Stealth financial model / summary income statements presented to AOB Board of Directors | | SW613094 |
| 10 | | | | | 3/19/2018 Email from Andrew Fulmer to Robert Cicero re: "Project Stealth BOD Presentation New Template V6," with attached presentation | | SW143784–SW143816 |
| 11 | | | | | 3/9/2017 Email chain, top email from James Debney to Jeff Buchanan re: "Dead Air" (3:01 p.m.) | | SW509770–SW509771 |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) | Bates Range |
|---|---|---|---|---|---|---|---|
| 12 | | | | | 6/23/2017 Email chain, top email from James Debney to Matt Buckingham re: "Catch-Up" | | SW397144–SW397146 |
| 13 | | | | | 7/10/2017 Email chain, top email from Jeff Buchanan to Andrew Fulmer re: "BOD Presentation" (4:48 a.m.) | | SW139424–SW139426 |
| 14 | | | | | 7/21/2017 Email from Matt Buckingham to James Debney re: "Weekly Update" | | SW391320 |
| 15 | | | | | 11/8/2017 Email chain, top email from Matt Buckingham to James Debney re: "Gemtech Notes" (responding to Debney's 11/7/2017 email) | | SW390598–SW390600 |
| 16 | | | | | 8/30/2017 Email from Hope Sholes to James Debney and others, with attached Business Ethics Committee (BEC) August 30, 2017 meeting materials | | SW137278–SW137308 |
| 17 | | | | | [c. 9/7/2017] Spreadsheet titled "Ron Martinez Concerns" | | SW804996 |
| 18 | | | | | 10/13/2016 Smith & Wesson Policy HR-046, Corrective Action - Disciplinary Procedure (effective 10/13/2016) | | SW769944–SW769946 |
| 19 | | | | | 9/7/2017 Email from Robert Cicero to Brian Murphy and others re: "Business Ethics Committee - Follow Up to August 30 Meeting" | | SW415383–SW415384 |
| 20 | | | | | 9/13/2017 Email chain, top email from Ron Martinez to Robert Cicero re: "Jason Pace International Objectives" | | GT005981–GT005983 |
| 21 | | | | | 9/11/2017 Email chain, top email from Robert Cicero to Daniel McDonough and James Debney re: "Ron overview" (8:17 a.m.) | | SW803743–SW803747 |
| 22 | | | | | 9/10/2017 Email chain, top email from Robert Cicero to Kathy Salvador and Daniel McDonough re: "Ron overview," with attached draft decision summary | | SW803596–SW803600 |
| 23 | | | | | 9/15/2017 Email chain, top email from Ron Martinez to James Debney re: "Jason Pace International Objectives" | | SW390794–SW390798 |
| 24 | | | | | 9/18/2017 Memorandum from James Debney to All Gemtech Employees re: "Organizational Changes" | | SW807902 |
| 25 | | | | | 6/29/2017 Asset Purchase Agreement by and among Smith & Wesson Corp., Gemini Technologies, Incorporated and others (execution version, with schedules) | | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) | Bates Range |
|---|---|---|---|---|---|---|---|
| 26 | | | | | 2/2/2015 Email from Andrew Fulmer to James Debney and others re: "Gemtech Financial Analysis," with attached financial analysis | | SW135789 |
| 27 | | | | | 9/15/2015 Gemini Technologies, Inc. 2014 U.S. Corporation Income Tax Return (Form 1120) | | |
| 28 | | | | | 11/27/2015 Stock Sale Agreement, Gemini Technologies, Incorporated (sale of shares to Ronald J. Martinez), effective November 27, 2015 | | SW473345–SW473349 |
| 29 | | | | | 1/18/2016 Email chain, top email from Mark Thompson to Jeff Agenbroad re: "Information," with attached 2016 Gemtech Projected P&L | | SW322008–SW322010 |
| 30 | | | | | 4/21/2016 Email chain, top email from Alexander Crown to Ron Martinez re: "Royal Armand police" | | SW195726–SW195727 |
| 31 | | | | | 7/22/2016 Email from Jason Pace to Ron Martinez re: "Jason Pace" | | GT045741 |
| 32 | | | | | 8/22/2016 Email from Lance Henning to Franklin Lerum re: "Jason our new outside sales acct manager starting in Sept" | | SW465864 |
| 33 | | | | | 9/14/2016 Gemini Technologies, Inc. 2015 U.S. Corporation Income Tax Return (Form 1120) | | |
| 34 | | | | | 10/11/2016 Email chain, top email from Frank Pinn (Caracal) to Jason Pace re: "Gemtech Update," with export permit attachments | | GT039739–GT039746 |
| 35 | | | | | 10/15/2016 Email chain, top email from James F. Todd to Jason Pace re: "UAE Purchase Order" | | GT039385–GT039389 |
| 36 | | | | | 11/7/2016 Email chain, top email from Jason Pace to Mark Thompson and Ron Martinez re: "Letter of Exclusivity" | | GT038019–GT038021 |
| 37 | | | | | 1/26/2017 Email from Andrew Fulmer to Ron Martinez, cc Matt Buckingham and Brian Murphy, re: "Request List," with attached Initial Information Request | | GT035222–GT035224 |
| 38 | | | | | 2/7/2017 Email from Ron Martinez to Jason Pace re: "International Deals" (11:05 a.m.) | | GT034771–GT034772 |
| 39 | | | | | 2/7/2017 Email from Jason Pace to Ron Martinez re: "MY Concern" (5:04 p.m.) | | GT034809–GT034810 |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) | Bates Range |
|---|---|---|---|---|---|---|---|
| 40 | | | | | 2/8/2017 Email chain, top email from Brian Murphy to Andrew Fulmer re: "S&W documents requested" (10:27 a.m.) | | SW398163–SW398165 |
| 41 | | | | | 2/8/2017 Email chain, top email from Andrew Fulmer to Ron Martinez and Mark Thompson re: "S&W documents requested" (11:44 a.m.) | | GT005871–GT005873 |
| 42 | | | | | 2/8/2017 Email chain, top email from Mark Thompson to Andrew Fulmer and Ron Martinez re: "S&W documents requested" (3:52 p.m.) | | GT005874–GT005876 |
| 43 | | | | | 2/13/2017 Email from Jason Pace to Ron Martinez re: "General Operations" | | GT034277 |
| 44 | | | | | 2/16/2017 Email chain, top email from Andrew Fulmer to Ron Martinez re: "S&W documents requested" | | GT005862–GT005864 |
| 45 | | | | | 2/17/2017 Email from Ron Martinez to Andrew Fulmer and Matt Buckingham re: "Follow up LE/Military sales" | | GT007928–GT007929 |
| 46 | | | | | 2/21/2017 Email chain, top email from Jason Pace to Mohammed Smimih (MRKAS) re: "G36C Suppressors Project / MoI / KSA" | | GT033330–GT033338 |
| 47 | | | | | 2/22/2017 Email from Ron Martinez to Blake Young, Jake Kunsky and others re: "Machine gun silencer" | | GT007919 |
| 48 | | | | | 2/26/2017 Email chain, top email from Ron Martinez to Mark Thompson re: "Weekly Update 02/24/17" | | SW309007–SW309009 |
| 49 | | | | | 2/27/2017 Email chain, top email from Jerry Hurd (Ohio Ordnance) to Daniel Nakashima and Jason Pace re: UPS ship notification | | GT032666–GT032668 |
| 50 | | | | | 2/28/2017 Email from Mohammed Smimih to Jason Pace re: "FW: Quote," with attached Gemtech estimate | | SW040628–SW040631 |
| 51 | | | | | 3/3/2017 Email from Peter Johnson (Archway) to Ron Martinez re: "Fwd: Invoices" | | GT114974 |
| 52 | | | | | 3/6/2017 Email chain, top email from Andrew Pike to Jason Pace re: "Gemtec" | | GT032548–GT032556 |
| 53 | | | | | 3/7/2017 Email chain, top email from Jason Pace to Andrew Pike re: "International Tracker," with attached tracker | | GT032191–GT032204 |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) | Bates Range |
|---|---|---|---|---|---|---|---|
| 54 | | | | | 3/7/2017 Email chain, top email from Andrew Pike to Jason Pace and Ron Martinez re: "New Project / MoI" | | GT114959–GT114963 |
| 55 | | | | | 3/9/2017 Email chain, top email from Ron Martinez to Andrew Fulmer re: "Term Sheet & Exclusivity" (8:26 a.m.) | | GT007899–GT007900 |
| 56 | | | | | 3/9/2017 Email from James Debney to Jeff Buchanan re: "Dead Air" | | SW140673-SW140675 |
| 57 | | | | | 3/10/2017 Email chain, top email from Jeff Buchanan to Andrew Fulmer re: "Project Stealth Term Sheet & Exclusivity" | | SW776187 |
| 58 | | | | | 3/14/2017 Email chain, top email from Andrew Pike to Jason Pace re: "International Tracker" | | GT031601–GT031602 |
| 59 | | | | | 3/15/2017 Email from Andrew Fulmer to Liz Sharp, Deana McPherson, Daniel McDonough, Jeff Buchanan and others re: "FP&A Update" | | SW137861–SW137862 |
| 60 | | | | | 3/29/2017 Email from Mark Thompson to Kim J. Trout re: "Gemtech Financials," with attached January 31, 2017 financial statements | | SW473398–SW473399 |
| 61 | | | | | 4/4/2017 Email from Andrew Fulmer to Jeff Buchanan and Robert Cicero re: "Dead Air Term Sheet," with attached term sheet | | SW505570–SW505573 |
| 62 | | | | | 4/19/2017 Email from Andrew Fulmer to James Debney, Jeff Buchanan and others re: "Stealth Financials," with attached Gemtech financial statements (3/31/2017) | | SW509748–SW509749 |
| 63 | | | | | 4/26/2017 Group text/Facebook messages among Gemtech personnel | | GT082188–GT082192 |
| 64 | | | | | 4/27/2017 Email chain, top email from Ron Martinez to Derek Smith re: "Ruger Silent-SR 10/22 integrated suppressed ISB" | | SW070935 |
| 65 | | | | | 5/12/2017 Email from Mark Thompson to Ron Martinez re: "Perspective," with attached Gemtech scenarios | | GT026212–GT026217 |
| 66 | | | | | 5/25/2017 Email from Andrew Fulmer to Jeff Buchanan, Mark Smith, Matt Buckingham and others re: "Project Stealth Discussion" | | SW813960 |
| 67 | | | | | 5/31/2017 Email from Ron Martinez to Kim Trout and Kevin Kluckhohn re: "dater shares," with attached signed share documents | | SW310046–SW310050 |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) | Bates Range |
|---|---|---|---|---|---|---|---|
| 68 | | | | | 6/9/2017 Email chain, top email from Andrew Fulmer to Matt Buckingham re: "FW: Question" | | SW142103–SW142105 |
| 69 | | | | | 6/19/2017 Email from Ron Martinez to Matt Buckingham and Andrew Fulmer re: "SWOT," with attached SWOT presentation | | SW026830–SW026835 |
| 70 | | | | | 6/20/2017 Memorandum from Andrew Fulmer to File, cc Jeffrey Buchanan, re: "Project Stealth Due Diligence — P&L Analysis" | | SW616591–SW616597 |
| 71 | | | | | 6/21/2017 Email from Andrew Fulmer to James Debney, Jeff Buchanan and others re: "Stealth BOD Presentation," with attached presentation (4:54 p.m.) | | SW141404–SW141430 |
| 72 | | | | | 6/22/2017 Email chain, top email from James Debney to Matt Buckingham, cc Andrew Fulmer and Jeff Buchanan, re: "Stealth Sign off" | | SW612075–SW612076 |
| 73 | | | | | 6/27/2017 Minutes of the Meeting of the Board of Directors of American Outdoor Brands Corporation, June 27, 2017 | | SW807704–SW807711 |
| 74 | | | | | 6/29/2017 Non-Competition, Non-Solicitation, Confidentiality and Inventions Agreement (Jake Kunsky) | | SW578093–SW578104 |
| 75 | | | | | 6/30/2017 Email chain, top email from Liz Sharp to Jeff Buchanan and others re: "Firearms Division Acquires Gemtech" | | SW510063–SW510065 |
| 76 | | | | | 7/5/2017 Email from Liz Sharp to Jeff Buchanan, Matt Buckingham and others forwarding "Smith & Wesson Acquires Idaho Company Specializing in Suppressors" | | SW511477–SW511479 |
| 77 | | | | | 7/10/2017 Email chain, top email from James Debney to Jeff Buchanan re: "BOD Presentation" (5:34 a.m.) | | SW137788–SW137790 |
| 78 | | | | | 7/12/2017 Email from Deana McPherson to Andrew Fulmer, Matt Buckingham and others re: "'Journaling' GemTech sales" | | SW142065 |
| 79 | | | | | 7/13/2017 Email chain, top email from Ron Martinez to Andrew Fulmer and others re: "Operations Integration" | | SW027092–SW027103 |
| 80 | | | | | 7/24/2017 Email from Jeff Buchanan to Andrew Fulmer re: "Gemtech" | | SW398077 |
| 81 | | | | | 8/2/2017 Letter from Daniel McDonough (Smith & Wesson) to Mark Thompson re: offer of employment | | SW641349–SW641350 |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) | Bates Range |
|---|---|---|---|---|---|---|---|
| 82 | | | | | 8/3/2017 Email chain, top email from Mark Thompson to Andrew Fulmer re: "Financials," with attached Gemtech P&L and balance sheet | | SW124106–SW124115 |
| 83 | | | | | 8/3/2017 Letter from Taylor Law Offices, PLLC to Gemini Technologies, Inc. | | SW311927–SW311931 |
| 84 | | | | | 8/7/2017 Email from Steve Rowley to Mark Smith and Dan Fontaine re: "Gemtech Inventory Analysis" | | SW518327–SW518328 |
| 85 | | | | | 8/14/2017 Email chain, top email from Daniel Nakashima to Jason Pace re: "EUC - DSP83" | | GT013163–GT013166 |
| 86 | | | | | 8/15/2017 Email chain, top email from Robert Cicero to Andrew Fulmer re: "BEC meeting - Gemtech" | | SW137027–SW137028 |
| 87 | | | | | 8/15/2017 Email chain, top email from Andrew Fulmer to Luc Hardyn re: "Gemtech Fun Facts" | | SW518323 |
| 88 | | | | | 8/15/2017 Email from Daniel Nakashima to Mark Thompson re: "Approved Not Shipped" | | GT012964 |
| 89 | | | | | 8/16/2017 Email from Robert Cicero to Ron Martinez re: "FW: International" | | GT003258-GT003260 |
| 90 | | | | | 8/18/2017 Email chain, top email from Kathy Salvador to Daniel McDonough and others re: "Fwd: Gemtech Issues" | | SW360257–SW360258 |
| 91 | | | | | 8/19/2017 Email chain, top email from Jason Pace to Robert Cicero re: "Compliance Training" | | GT003192–GT003193 |
| 92 | | | | | 8/21/2017 Email from Ron Martinez to Jason Pace and Daniel Nakashima re: "S&W International powerpoint," with attachment | | GT060535–GT060570 |
| 93 | | | | | 8/21/2017 Email from Daniel Nakashima to Jason Pace and Ron Martinez re: "Re: Danish Representation" | | GT012339-GT012340 |
| 94 | | | | | 8/23/2017 Email chain, top email from James Debney to Danielle Sanville re: "New Zealand hunt 2018" | | SW391529–SW391532 |
| 95 | | | | | 8/24/2017 Email from Andrew Fulmer to multiple recipients, regarding "Gemtech discussion - Shipment of Suppressor orders" | | SW135843 |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) | Bates Range |
|---|---|---|---|---|---|---|---|
| 96 | | | | | 8/26/2017 Email chain, top email from Deana McPherson to Jeff Buchanan re: "GemTech DOA" | | SW135848–SW135851 |
| 97 | | | | | 8/29/2017 Email chain, top email from Ron Martinez to Jason Pace re: "FCPA Training" | | GT006192–GT006194 |
| 98 | | | | | 8/29/2017 Email chain, top email from Hope Sholes to Daniel Nakashima re: "Exports" | | SW379294 |
| 99 | | | | | 8/29/2017 Email from Ron Martinez to Hope Sholes re: "BEC Meeting presentation," with attached presentation | | SW085742–SW085768 |
| 100 | | | | | 8/31/2017 Email from Kathy Salvador to Daniel McDonough re: "FW: letter with additions," with attachments | | SW507701 |
| 101 | | | | | 9/1/2017 Email from Ron Martinez to Robert Cicero re: "Fwd: Letter of Exclusivity" | | SW107708–SW107714 |
| 102 | | | | | 9/2/2017 Email chain, top email from Jason Pace to Kevin Quirino (Century Arms) re: "Need a job." | | SW151109–SW151113 |
| 103 | | | | | 9/6/2017 Email chain, top email from Daniel McDonough to Robert Cicero re: "Gemtech Plan" | | SW803631–SW803632 |
| 104 | | | | | 9/7/2017 Email chain, top email from Kathy Salvador to Daniel McDonough re: "Ron overview," with attached "Martinez concerns September 2017" spreadsheet | | SW803657–SW803658 |
| 105 | | | | | 9/7/2017 Email chain, top email from Ron Martinez to Joe Bergeron re: "Milipol Show Paris France" | | GT006040–GT006041 |
| 106 | | | | | 9/8/2017 Email from Robert Cicero to Kathy Salvador re: "Review and Ron" (production copy SW789790) | | SW789790–SW789792 |
| 107 | | | | | 9/8/2017 Email chain re: "Re: Review and Ron" between Robert Cicero and Kathy Salvador (production copy SW803618) | | SW803618–SW803620 |
| 108 | | | | | 9/8/2017 Robert Cicero's Factors regarding Martinez Termination | | SW803606-SW803607 |
| 109 | | | | | 9/11/2017 Email from Daniel McDonough to James Debney re: "FW: Ron overview," with attached Martinez Decision Summary draft and separation steps/timeline (8:10 a.m.) | | SW552108–SW552111 |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) | Bates Range |
|---|---|---|---|---|---|---|---|
| 110 | | | | | 9/11/2017 Email from Jason Pace to Joshua Kratky forwarding "Business Ethics Committee - Follow Up to August 30 Meeting" email | | SW041575–SW041578 |
| 111 | | | | | 9/11/2017 Email from Jason Pace to Jim Todd forwarding "Business Ethics Committee - Follow Up to August 30 Meeting" email chain | | SW068537–SW068539 |
| 112 | | | | | 9/11/2017 Email chain, top email from Mark Smith to Jeff Buchanan and Robert Cicero re: "Business Ethics Committee - Follow Up to August 30 Meeting" | | SW003028–SW003030 |
| 113 | | | | | 9/12/2017 Email from Eileen Hafford to Robert Cicero, Daniel McDonough and others re: "Call to discuss GEMTECH" | | SW135713 |
| 114 | | | | | 9/12/2017 Email from Jason Pace to Ron Martinez re: "Ability to sell" | | GT072920–GT072921 |
| 115 | | | | | 9/12/2017 Email from Robert Cicero to Daniel McDonough regarding Martinez Separation | | SW803680-SW803710 |
| 116 | | | | | 9/13/2017 Email chain, top email from Ron Martinez to Tony Miele and others re: "Engineers visit" | | GT005998–GT005999 |
| 117 | | | | | 9/13/2017 Email from Andrew Fulmer to Theodore Hollo (KPMG) and others re: "Gemtech files," with attachments (Board presentation, financial models, APA) | | SW365939–SW366112 |
| 118 | | | | | 9/13/2017 Gemini Technologies, Inc. 2015 Amended U.S. Corporation Income Tax Return, with transmittal letter from Jeffrey A. Beebe, CPA | | |
| 119 | | | | | 9/13/2017 Gemini Technologies, Inc. 2016 U.S. Corporation Income Tax Return (Form 1120) | | |
| 120 | | | | | 9/13/2017 Email from Daniel McDonough to Robert Cicero re: "Message to GT Team Delivered by Mark or me" (announcing Ron Martinez departure) | | SW803627 |
| 121 | | | | | 9/15/2017 Email chain, top email from Hope Sholes to Daniel Nakashima re: "Transfer Process" | | GT001278–GT001279 |
| 122 | | | | | 9/15/2017 Email from Jeremy Beu to Blake Young, Jake Kunsky, and Ron Martinez re: "Gemtech meeting agenda September 19th" | | SW201496-SW201498 |
| 123 | | | | | 9/18/2017 Email from Daniel McDonough to Ron Martinez re: "Documents," with attached separation agreement and Employment Agreement | | SW361166–SW361200 |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) | Bates Range |
|---|---|---|---|---|---|---|---|
| 124 | | | | | 9/18/2017 Email from Andrew Fulmer to Mark Smith, Robert Cicero and others re: "Weekly Gemtech Update Meeting" (8:11 a.m.) | | GT001260 |
| 125 | | | | | 9/18/2017 Email from Robert Cicero to Andrew Fulmer re: "Weekly Gemtech Update Meeting" (1:38 p.m.) | | SW542748 |
| 126 | | | | | 9/18/2017 Meeting cancellation from Andrew Fulmer to James Debney and others: "Canceled: Weekly Gemtech Update Meeting" (1:46 p.m.) | | SW133141 |
| 127 | | | | | 9/18/2017 Email from Daniel McDonough to Matt Buckingham, Mark Smith and others re: "Organizational Announcement," with attached internal memo | | SW399682–SW399683 |
| 128 | | | | | 9/19/2017 Qualitative Discussions | | SW637919-SW637923 |
| 129 | | | | | 9/20/2017 Email chain, top email from Robert Cicero to James Debney re: "Fwd: Existing Export Licenses" | | SW107703–SW107707 |
| 130 | | | | | 9/20/2017 Project Stealth Update Number 11 | | SW613058–SW613080 |
| 131 | | | | | 9/21/2017 Email from Paul Levitsky to Ron Martinez re: "AntiTrust Training Class" | | SW001846 |
| 132 | | | | | 9/25/2017 Email from James Debney to Dan Fontaine and Mark Smith re: "Fwd: Existing Export Licenses" | | SW391139–SW391144 |
| 133 | | | | | 9/25/2017 Email from Hope Sholes to Robert Cicero re: "Listing," with attachments | | SW144178–SW144208 |
| 134 | | | | | 9/25/2017 Email from Jake Kunsky to Dan Fontaine re: "Shop Equipment List Current / Needs" | | SW254685–SW254686 |
| 135 | | | | | 9/25/2017 Email chain, top email from Jason Pace to Hope Sholes re: "LEI" | | SW068402–SW068404 |
| 136 | | | | | 9/26/2017 Email chain, top email from Jason Pace to Mark Thompson re: "Middle East Sales Schedule (October)" | | SW150915–SW150917 |
| 137 | | | | | 9/27/2017 Email chain, top email from Andrew Fulmer to Mark Thompson re: "Gemtech Marketing question regarding pre-production item" (12:10 p.m.) | | SW125166–SW125168 |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) | Bates Range |
|---|---|---|---|---|---|---|---|
| 138 | | | | | 9/27/2017 Email chain, top email from Mark Thompson to Jake Kunsky and Blake Young re: "Gemtech Marketing question regarding pre-production item" (4:47 p.m.) | | SW201580–SW201582 |
| 139 | | | | | 9/28/2017 Email from James Debney to Daniel McDonough and Robert Cicero forwarding Jason Pace's 9/28/2017 email re: "Jason Pace" | | SW801793–SW801795 |
| 140 | | | | | 9/28/2017 Email from Jeremy Beu to Blake Young and Jake Kunsky re: "Mark 39 Charter & Victory 22 Charter For Reference," with attachment | | SW201724–SW201730 |
| 141 | | | | | 9/28/2017 Email from Krista Osborne to Multiple Recipients re: "FW: NOTIFICATION: Termination of Pace, Jason" | | SW371127 |
| 142 | | | | | 9/30/2017 Stealth Project Update Form spreadsheet (activities scheduled 9/30/2017–10/13/2017) | | SW803860 |
| 143 | | | | | 10/2/2017 Letter from Daniel McDonough (Smith & Wesson) to Mark Thompson | | SW625254–SW625255 |
| 144 | | | | | 10/3/2017 Email chain, top email from Jeff Buchanan to Liz Sharp, Matt Buckingham and others re: "Media - Suppressors - WSJ" | | SW511480–SW511482 |
| 145 | | | | | 10/3/2017 Email chain, top email from Dan Fontaine to Matt Buckingham re: "Gemtech Assembly" | | SW397805–SW397806 |
| 146 | | | | | 10/5/2017 Email from Kathy Zilaro to Mark Thompson re: "FW: MRKAS CO" | | SW313403-SW313405 |
| 147 | | | | | 10/6/2017 Email from Dan Fontaine to Matt Buckingham re: "Gemtech Stage Gate Review" | | SW509949 |
| 148 | | | | | 10/10/2017 Email from Jeremy Beu to Matt Buckingham and others re: "Gemtech Mark 39 Stage 0 Review," with attached MK39 Product Plan | | SW322841–SW322845 |
| 149 | | | | | 10/12/2017 Email chain, top email from James Debney to Dan Fontaine and Daniel McDonough re: "FW: Jake Kunsky" | | SW405573–SW405574 |
| 150 | | | | | 10/16/2017 Email from Andrew Fulmer to James Debney, Mark Smith, Daniel McDonough, and others re: "Gemtech Business Integration - Follow Up" | | SW137397-SW137398 |
| 151 | | | | | 10/25/2017 Email from Kathy Zilaro to Mark Thompson re: "FW: Gemtech Weekly Status Memo-Lines of Credit" | | SW549623-SW549687 |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) | Bates Range |
|---|---|---|---|---|---|---|---|
| 152 | | | | | 10/26/2017 Email chain, top email from Daniel McDonough to Kathy Salvador and others re: "Lance Henning Resignation and exit information" | | SW393196–SW393198 |
| 153 | | | | | 10/31/2017 Email from Hope Sholes to Daniel Nakashima re: "Gemtech FFL Transition," with attached transition tracker | | SW606568–SW606569 |
| 154 | | | | | 11/1/2017 Project Stealth Update Number 17 | | SW813236–SW813255 |
| 155 | | | | | 11/7/2017 Email from Gina Drocz (KPMG) to Kyle Carter re: "GemTech ASC 805 Draft Analysis," with attached draft valuation schedules | | SW136274–SW136323 |
| 156 | | | | | 11/7/2017 Email from Matt Buckingham to James Debney re: "Gemtech Notes," with attachments | | SW390601–SW390616 |
| 157 | | | | | 11/27/2017 Email from Gina Drocz (KPMG) to Kyle Carter and others re: "GemTech ASC 805 Draft Report," with attached draft narrative report and schedules (draft 11/27/2017) | | SW365870–SW365935 |
| 158 | | | | | 12/7/2017 American Outdoor Brands Corporation Form 10-Q for the quarter ended October 31, 2017 | | |
| 159 | | | | | 12/20/2017 Email from Daniel McDonough to Andrew Fulmer re: "RE: Can you send me Thompson's updated severance agreement?" | | SW360804-SW360805 |
| 160 | | | | | 1/8/2018 Email from Andrew Fulmer to James Debney, Mark Smith and others re: "Gemtech Updated Org Chart - Confidential," with attached org chart (11:45 a.m.) | | SW137383 |
| 161 | | | | | 1/8/2018 Email from James Debney to Jeff Buchanan forwarding "Updated Org Chart - Confidential," with attachment (1:48 p.m.) | | SW506517 |
| 162 | | | | | 1/12/2018 Human Resources Termination Checklist | | SW577786–SW577788 |
| 163 | | | | | 1/12/2018 Email from Mark Thompson to Daniel McDonough, Robert Cicero, and others re: "RE: Reminder - FY19 Budgets due January 12th" | | SW130513-SW130519 |
| 164 | | | | | 1/15/2018 Email chain, top email from Hope Sholes to Daniel Nakashima re: "eForms Application Status Change Notification" | | SW046392–SW046398 |
| 165 | | | | | 1/16/2018 Email from Mark Smith to James Debney re: "Follow up" | | SW405683–SW405684 |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) | Bates Range |
|---|---|---|---|---|---|---|---|
| 166 | | | | | 1/17/2018 Email chain, top email from Jeff Buchanan to Liz Sharp re: "Did I miss something on Gemtech?" ("Probably going to shut down Idaho entirely in a month or two. Confidential.") | | SW389123 |
| 167 | | | | | 1/23/2018 Email chain, top email from Brenden Boucher to Deana McPherson re: "Noncompete for Gemtech" | | SW491714–SW491717 |
| 168 | | | | | 1/24/2018 Email chain, top email from Mark Smith to Robert Cicero re: "Gemtech Integra[tion]" | | SW518352–SW518353 |
| 169 | | | | | 1/24/2018 Complaint and Demand for Jury Trial (Dkt. 1) | | |
| 170 | | | | | 1/24/2018 American Outdoor Brands Corporation memorandum to file re: "Gemtech Purchase Valuation Schedules" | | SW638638–SW638639 |
| 171 | | | | | 1/24/2018 Email from Kathleen Salvador to Shaun Phelan, Sue Cupero, Hope Sholes, and Jeremy Beu re: "Gemtech" and RIF Planning Process | | SW507304-SW507331 |
| 172 | | | | | 1/28/2018 Email chain, top email from Jason Pace to Philip H. Dater re: "Initial Question" (8:50 a.m.) | | GT008509–GT008510 |
| 173 | | | | | 1/28/2018 Email chain, top email from Jason Pace to Philip H. Dater re: "Initial Question" (9:36 a.m.) | | GT008513–GT008514 |
| 174 | | | | | 2/1/2018 Email chain, top email from Daniel McDonough to Andrew Fulmer, Dan Fontaine and others re: "Gemtech" | | SW137379–SW137380 |
| 175 | | | | | 3/1/2018 American Outdoor Brands Corporation Form 10-Q for the quarter ended January 31, 2018 | | |
| 176 | | | | | 3/16/2018 Gemini Technologies, Inc. 2017 U.S. Corporation Income Tax Return (Form 1120) | | |
| 177 | | | | | 4/13/2018 Email from Dan Fontaine to Shaun Phelan and CC to Mark Smith re: "Gemtech Discontinued SKU's" | | SW406306 |
| 178 | | | | | 5/15/2018 Memorandum from James Debney to All Employees re: "Organizational Announcement: Firearms Division - Gemtech" | | SW360676 |
| 179 | | | | | 6/13/2018 Email from Daniel McDonough to Andrew Fulmer re: "Retention program" | | SW135680-SW135685 |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) | Bates Range |
|---|---|---|---|---|---|---|---|
| 180 | | | | | 6/20/2018 Email chain, top email from Gina Drocz (KPMG) to Brenden Boucher re: "Final Valuation Reports - Bubba Blade, Gemtech, Goodwill 2018," with attached final valuation reports | | SW364802–SW364991 |
| 181 | | | | | 6/20/2018 American Outdoor Brands Corporation Form 10-K for the fiscal year ended April 30, 2018 | | |
| 182 | | | | | 6/20/2018 Email from Daniel McDonough to Deana McPherson re: "GT - meeting with all employees" attaching a termination script | | SW490887-SW490888 |
| 183 | | | | | 6/27/2018 Email from Daniel McDonough to Andrew Fulmer, Dan Fontaine, Tony Miele and others, cc James Debney, Mark Smith and others, re: "Gemtech Meetings" | | SW406281 |
| 184 | | | | | 6/27/2018 Retention Letter re Mark Weiss | | SW423651-SW423654 |
| 185 | | | | | 6/27/2018 Retention Letter re Anthony Carlson | | SW423669-SW423672 |
| 186 | | | | | 6/29/2018 Email from Liz Sharp to Daniel McDonough re: "Draft" | | SW406272 |
| 187 | | | | | 7/3/2018 Email from Mark Thompson to Gemtech Employees re: "FW: Follow up" | | SW549831-SW549832 |
| 188 | | | | | 7/7/2018 Email from Philip H. Dater to Ron Martinez re: "s&w" | | GT008193 |
| 189 | | | | | 7/24/2018 Email from Hope Sholes to James Debney, Mark Smith, and others re: "BEC Approval Requested" for "Brazil Suppressors" | | SW438347-SW438350 |
| 190 | | | | | 8/30/2018 American Outdoor Brands Corporation Form 10-Q for the quarter ended July 31, 2018 | | |
| 191 | | | | | 9/27/2018 Email from Robert Cicero to Mark Thompson re: "Re: My departure from Gemtech/S&W" | | SW313464-SW313465 |
| 192 | | | | | 12/6/2018 American Outdoor Brands Corporation Form 10-Q for the quarter ended October 31, 2018 | | |
| 193 | | | | | 3/4/2019 Gemtech Closure Date Metrics Report | | SW803844-SW803845 |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) | Bates Range |
|---|---|---|---|---|---|---|---|
| 194 | | | | | 3/7/2019 American Outdoor Brands Corporation Form 10-Q for the quarter ended January 31, 2019 | | |
| 195 | | | | | 6/14/2019 Email from Jeff Buchanan to Tony Miele forwarding "Updated BOD Presentation Gemtech," with attached Project Stealth Board presentation | | SW139087–SW139119 |
| 196 | | | | | 6/19/2019 American Outdoor Brands Corporation Form 10-K for the fiscal year ended April 30, 2019 | | |
| 197 | | | | | 8/29/2019 American Outdoor Brands Corporation Form 10-Q for the quarter ended July 31, 2019 | | |
| 198 | | | | | 11/20/2019 Email from Joe DeJessa to Anthony Proto and others re: "Plan for Discontinued Gemtech Product" | | SW356947-SW356948 |
| 199 | | | | | 12/5/2019 American Outdoor Brands Corporation Form 10-Q for the quarter ended October 31, 2019 | | |
| 200 | | | | | 1/28/2020 Email from Derek Topulos to Richard Brohman regarding "RE: FW: S&W / Gemtech open orders" | | SW721484-SW721494 |
| 201 | | | | | 3/5/2020 Smith & Wesson Brands, Inc. Form 10-Q for the quarter ended January 31, 2020 | | |
| 202 | | | | | 4/28/2020 Email chain, top email from Luc Hardyn to Tony Miele re: "Concerns regarding 12118 ONE production" | | SW354377–SW354379 |
| 203 | | | | | 5/4/2020 Email chain, top email from Jeff Buchanan to Deana McPherson re: "Bad Debt Approvals-Arsenal" | | SW791861–SW791865 |
| 204 | | | | | 6/19/2020 Smith & Wesson Brands, Inc. Form 10-K for the fiscal year ended April 30, 2020 | | |
| 205 | | | | | 6/22/2020 Email chain, top email from Anthony Proto to Scott Ignachuck re: "Aurora-11 production" | | SW355575–SW355583 |
| 206 | | | | | 9/30/2020 First Amended Complaint and Demand for Jury Trial (Dkt. 54) | | |
| 207 | | | | | 1/19/2024 Plaintiff's First Amended Initial Disclosures | | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) | Bates Range |
|---|---|---|---|---|---|---|---|
| 208 | | | | | 2/2/2024 Second Amended Complaint and Demand for Jury Trial (Dkt. 163) | | |
| 209 | | | | | 6/20/2024 Email chain, top email from Daniel Nakashima to Zachery McCraney re: "Subpoena to Testify" | | |
| 210 | | | | | 6/20/2024 South Litigation Consulting, LLC (Thomas J. South), Report on Modeling | | |
| 211 | | | | | 6/21/2024 The GEC Group (Matthew J. Murdock), Analysis of Plaintiff's Economic Loss | | |
| 212 | | | | | 7/17/2025 Letter from Alexandria Pro-Fab | | GT122129 |
| 213 | | | | | 7/22/2025 The GEC Group (Matthew J. Murdock), Rebuttal Report to Jeffrey S. Pickett | | |
| 214 | | | | | 7/22/2025 The GEC Group (Matthew J. Murdock), Rebuttal Report to Hank Yacek | | |
| 215 | | | | | [c. 1/2018] "GT RIF Plan" spreadsheet (January 2018) and Gemtech reduction-in-force communication/FAQ script | | SW552125–SW552127 |
| 216 | | | | | [c. 1/8/2018] Gemtech organizational chart | | SW386332 |
| 217 | | | | | [c. 2018] Spreadsheet: Gemtech employee roster (employee ID, hire dates, status) | | SW770069 |
| 218 | | | | | [c. 8/30/2017] "Executive Review of International Sales Potential" PowerPoint presentation (printed) | | SW137078–SW137103 |
| 219 | | | | | [c. 9/2017] "Strategic Update" presentation slides for September Board meeting (incl. "Acquisition Models versus Actual Results") | | SW800956–SW800969 |
| 220 | | | | | 1/24/2019–3/26/2019 American Outdoor Brands "GemTech Closure Precedence Listing" schedules (January–March 2019) | | Various SW (see TAC Ex. 43) |
| 221 | | | | | 10/9/2016–12/7/2017 Text messages between Ron Martinez and Matt Buckingham | | GT083458–GT083488 |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) | Bates Range |
|---|---|---|---|---|---|---|---|
| 222 | | | | | 11/2009–1/2020 James Debney personnel file | | SW801353–SW801423 |
| 223 | | | | | n.d. Small Arms Review magazine interview of Dr. Philip H. Dater | | |
| 224 | | | | | n.d. Rick Vasquez Firearms, LLC, Consulting Services Report (Richard Vasquez) | | |
| 225 | | | | | Various Employee records for Jake Kunsky | | SW576874–SW576890 |
| 226 | | | | | Deposition of Andrew Fulmer dated June 5, 2024 | | |
| 227 | | | | | Deposition of Matt Buckingham dated June 11, 2024 | | |
| 228 | | | | | Deposition of James Debney dated June 13, 2024 | | |
| 229 | | | | | Deposition of Mark Smith dated June 14, 2024 | | |
| 230 | | | | | Deposition of Jeffrey D. Buchanan dated June 28, 2024 | | |
| 231 | | | | | Deposition of Daniel McDonough dated July 11 and July 12, 2024 | | |
| 232 | | | | | Deposition of Philip Dater dated September 8, 2023 | | |
| 233 | | | | | Deposition of Jason Pace dated May 30, 2024 | | |
| 234 | | | | | Deposition of Mark Thompson dated June 26, 2024 | | |
| 235 | | | | | Deposition of Jake Kunsky dated July 10, 2024 | | |
| 236 | | | | | Deposition of Daniel Nakashima dated July 14, 2024 | | |