# UNITED STATES DISTRICT COURT
## District of Idaho

## Defendants' Exhibit List

| Case Name: GEMINI TECHNOLOGIES, INC. vs. SMITH & WESSON SALES COMPANY and SMITH & WESSON BRANDS, INC. | | Plaintiff's Attorney: Kim J. Trout, Alyssa R. Jones, TROUT & JONES, PLLC<br>Defendants' Attorney: Erik F. Stidham, Jennifer M. Aiko, Cameron L. McCue, HOLLAND & HART LLP |
|---|---|---|
| Docket No.: 1:18-CV-00035-REP | Trial Dates: January 11-19, 2027 | Courtroom Deputy: Brandi Fifer |
| Presiding Judge: Raymond E. Patricco | | Court Reporter: |
| Party Offering Exhibits: SMITH & WESSON SALES COMPANY and SMITH & WESSON BRANDS, INC. | | |

**Instructions**

% Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
% A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with AADM.@ A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, *e.g.* authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
% Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
% More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 500. | | | | | 2015-11-27 Stock Sale Agt_Exhibit 45A Martinez SW473345-9 | |
| 501. | | | | | 2016-01-18 M.Thompson Eml_Exhibit 56 Thompson SW322008-10 | |
| 502. | | | | | 2016-02-08 AM1130 R.Martinez Eml w Stock Sale Records_GT070261-73 | |
| 503. | | | | | 2016-04-21 AM0957 A.Crown Eml_Exhibit 19 GT 30(b)(6) SW195726-7 | |
| 504. | | | | | 2016-05-23 GT and the cliff of bankruptcy_GT083225 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 505. | | | | | 2016-10 Export Control Compliance Program & Manual_SW224671-715 | |
| 506. | | | | | 2016-10-13 HR-046 Corrective Action-Disiplinary Procedure_Exhibit 532 Debney SW769944-6 **CONFIDENTIAL** | |
| 507. | | | | | 2016-12-13 AM0850 D.Matheny Eml re HPA_GT037045-50 | |
| 508. | | | | | 2016-12-13 AM1246 R.Martinez Eml re HPA effect of sales_GT066032-34 | |
| 509. | | | | | 2016-2017 Martinez Notes_Exhibit 53 Martinez GT085001-162 | |
| 510. | | | | | 2016-2017 Martinez-Buckingham Texts_Exhibit 545 Buckingham GT083458-88 **CONFIDENTIAL** | |
| 511. | | | | | 2016-2017 Texts between R.Martinez & G.Abrams_GT082157-175 | |
| 512. | | | | | 2017-01-10 AM1015 R.Martinez Eml re Abrams months late_GT065672-83 | |
| 513. | | | | | 2017-01-26 AM0912 A.Fulmer Eml_Exhibit 546 Buckingham GT035222-4 | |
| 514. | | | | | 2017-01-30 0421PM M.Thompson Eml Ex F to RM Decl GT035082-4 | |
| 515. | | | | | 2017-02 Suppressor Manufacturing & Transfer Analysis_SW173172 | |
| 516. | | | | | 2017-02-01 M.Thompson Eml w S&W Executive Summary_GT035211-5 | |
| 517. | | | | | 2017-02-01 Texts re Silencerco & vendors hounding me_GT083315 **CONFIDENTIAL** | |
| 518. | | | | | 2017-02-06 AM0913 R.Martinez Eml_Exhibit 13 GT 30(b)(6) GT007930-8024 | |
| 519. | | | | | 2017-02-07 AM0844 J.Pace rant about Daniel and international orders_GT034764-5 | |
| 520. | | | | | 2017-02-07 PM0504 J.Pace Eml_Exhibit 28 Pace GT034809-10 | |
| 521. | | | | | 2017-02-08 AM0912 A.Fulmer Eml_Exhibit 505 Fulmer SW398169-200 Attachments **CONFIDENTIAL** | |
| 522. | | | | | 2017-02-08 AM1144 A.Fulmer Eml_Exhibit 507 Fulmer GT005871-3 | |
| 523. | | | | | 2017-02-08 PM0352 M.Thompson Eml_Exhibit 547 Buckingham GT005874-6 | |
| 524. | | | | | 2017-02-17 PM0202 R.Martinez Eml_Exhibit 548 Buckingham GT007928-9 | |
| 525. | | | | | 2017-02-17 PM1244 GT Profit & Loss GT085135-7 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 526. | | | | | 2017-02-20 PM1019 R.Martinez Eml w D.Shea re retail suppressor industry got screwed_GT064909-10 | |
| 527. | | | | | 2017-02-21 AM0741 R.Martinez Eml re HPA to CNN Money_GT120808-12 | |
| 528. | | | | | 2017-02-21 AM0742 A.Smith Eml re CNN Money silencer story_GT119036-40 | |
| 529. | | | | | 2017-02-21 AM0852 R.Martinez Eml re HPA and slow sales_GT064921-64923 | |
| 530. | | | | | 2017-02-26 PM0715 R.Martinez Eml_Exhibit 57 Thompson SW309007-9 | |
| 531. | | | | | 2017-02-27 AM0612 R.Martinez Eml re ASA-HPA is a mess and is killing sales_GT064806-7 | |
| 532. | | | | | 2017-02-27 PM0155 M.Thompson Eml re Doubts on the ASA_SW001372 | |
| 533. | | | | | 2017-03 AOB Investor Presentation_Exhibit 503 Debney GT090432-87 | |
| 534. | | | | | 2017-03-03 PM1245 P.Johnson Eml_Exhibit 58 Thompson GT114974 | |
| 535. | | | | | 2017-03-09 PM0301 J.Debney Eml_Exhibit 511 Fulmer SW509770-1 **CONFIDENTIAL** | |
| 536. | | | | | 2017-03-10 PM1213 A.Fulmer Eml_Exhibit 59 Thompson SW124255-62 | |
| 537. | | | | | 2017-03-15 PM0806 A.Fulmer Eml_Exhibit 606 Buchanan SW137861-2 **CONFIDENTIAL** | |
| 538. | | | | | 2017-03-23 PM0712 D.Smith Eml re Acusport on buying freeze_GT030536 | |
| 539. | | | | | 2017-03-27 AM0802 R.Martinez Eml re earnout in event of down year_GT007881-2 | |
| 540. | | | | | 2017-03-29 AM0822 M.Thompson Eml_Exhibit 60 Thompson SW124255-62 Attachment **CONFIDENTIAL** | |
| 541. | | | | | 2017-03-29 PM0617 M.Thompson Eml w GT Accounting Update_GT086184-6 | |
| 542. | | | | | 2017-03-31 Ron Martinez Handwritten Notes_Exhibit 17 GT085123-4 | |
| 543. | | | | | 2017-04-04 AM0746 A.Fulmer Eml_Exhibit 607 Buchanan SW505570-3 **CONFIDENTIAL** | |
| 544. | | | | | 2017-04-10 PM0228 A.Fulmer Eml_Exhibit 61 Thompson SW124303-6 | |
| 545. | | | | | 2017-04-19 PM0247 A.Fulmer Eml_Exhibit 47A Martinez SW509748-9 Attachment **CONFIDENTIAL** | |
| 546. | | | | | 2017-04-22 Trout Law Summary of Gemtech Ownership History_SW615414-6 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 547. | | | | | 2017-04-22 Trout Letter to R.Martinez re Due Diligence_SW309616-8 | |
| 548. | | | | | 2017-04-25 AM0709 R.Cicero Eml re Gemtech Tucson_SW536004-8 **CONFIDENTIAL** | |
| 549. | | | | | 2017-04-25 GemTech Financial Due Diligence Memo SW625370-625378 **CONFIDENTIAL** | |
| 550. | | | | | 2017-04-27 PM0757 R.Martinez Eml_Exhibit 72 Kunsky_SW070935 | |
| 551. | | | | | 2017-04-28 AM1000 R.Martinez Email noting Ruger & Daniel Defense suppressors entering market_GT063109 | |
| 552. | | | | | 2017-05-12 AM0806.1 M.Thompson Eml_Exhibit 62 Thompson GT026212-7 | |
| 553. | | | | | 2017-05-12 AM0806.2 M.Thompson Eml Attach_Exhibit 62 Thompson_GT026214.xlsx | |
| 554. | | | | | 2017-05-18 PM0243 R.Martinez Eml re Co problems_GT062805-6 | |
| 555. | | | | | 2017-05-18 PM0319 M.Thompson Eml re Recap of Call_SW047169-75 | |
| 556. | | | | | 2017-05-18 PM0333 R.Martinez Eml re divorce w Abrams already happening_GT062807 | |
| 557. | | | | | 2017-05-24 AM1004.1 M.Thompson Eml re My analysis & proposal_SW299190-1 | |
| 558. | | | | | 2017-05-24 AM1004.2 M.Thompson Eml Attach_SW299192.xlsx | |
| 559. | | | | | 2017-05-25 AM0606 A.Fulmer Eml_Exhibit 18 GT 30(b)(6) SW107715-6 | |
| 560. | | | | | 2017-05-26 Orchard Advisors SW AZ Stealth Diligence Memo_SW546608-10 **CONFIDENTIAL** | |
| 561. | | | | | 2017-05-30 PM0233 J.Rydberg Eml w Orchard Diligence Memo_SW546606-10 **CONFIDENTIAL** | |
| 562. | | | | | 2017-05-31 AM0929 R.Martinez Eml w Stock Purchase Agreement [Dater] MSJ Exhibit 26_SW310046-50 | |
| 563. | | | | | 2017-06 Report of Violations_GT013169-70 | |
| 564. | | | | | 2017-06-06 PM0516 C.Carpenter Eml re GT Owes Abrams 558K MSJ Exhibit 3_GT024681-6 | |
| 565. | | | | | 2017-06-08 AM1121 C.Jakobson Eml re HELOC approved_GT112738-9 **CONFIDENTIAL** | |
| 566. | | | | | 2017-06-09 AM0103 R.Martinez Eml re Cabelas trip_GT007143 | |
| 567. | | | | | 2017-06-09 AM0937 A.Fulmer Eml_Exhibit 549 Buckingham SW142103-5 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 568. | | | | | 2017-06-12 PM0830 A.Fulmer Eml re Draft Asset Purchase Agreement_GT005620-23 | |
| 569. | | | | | 2017-06-13 AM0338 D.McPherson Eml re Draft Asset Purchase Agreement_SW135874-7 | |
| 570. | | | | | 2017-06-13 AM0447 D.McPherson Eml re Assumption of Debt increases Price_SW135866-73 | |
| 571. | | | | | 2017-06-13 PM0233 R.Martinez Eml re Call, lists current GT Debts MSJ Exhibit 5_GT007091-3 | |
| 572. | | | | | 2017-06-14 AM0630 A.Fulmer Eml re Comms w Ron & Mark Notes_SW136557-63 | |
| 573. | | | | | 2017-06-14 AM0933 J.Banks Eml denying Bridge Loan Request MSJ Exhibit 6_GT118720 | |
| 574. | | | | | 2017-06-16 PM0812 D.McPherson Eml re GemTech Acquisition_SW365857-9 | |
| 575. | | | | | 2017-06-19 PM0728 R.Martinez Eml_Exhibit 558 Buckingham SW026830-5 | |
| 576. | | | | | 2017-06-20 AM0728 Project Stealth Financial Model_Exhibit 504 Fulmer (no bates) | |
| 577. | | | | | 2017-06-20 PM0254 Gemtech Acquisition_SW613096-126 **CONFIDENTIAL** | |
| 578. | | | | | 2017-06-21 PM0454 A.Fulmer Eml_Exhibit 550 Buckingham SW141404-30 Attachment **CONFIDENTIAL** | |
| 579. | | | | | 2017-06-21 PM0557 R.Martinez Eml re Industry data MSJ Exhibit 8_GT007088-90 | |
| 580. | | | | | 2017-06-21 PM0814 A.Fulmer Eml_Exhibit 551 Buckingham SW141372-403 Attachment **CONFIDENTIAL** | |
| 581. | | | | | 2017-06-22 PM0934 J.Debney Eml_Exhibit 552 Buckingham SW612075-6 | |
| 582. | | | | | 2017-06-23 PM1200 J.Debney Eml_ Exhibit 514 Fulmer SW397144-6 | |
| 583. | | | | | 2017-06-26 AM0717 BOD Presentation Project Stealth Template V4 See Internal Model Normal Tab_SW613094.xlsx | |
| 584. | | | | | 2017-06-26 AM0717 Summary Income Statements_Exhibit 515 Fulmer (no bates from SW613094) | |
| 585. | | | | | 2017-06-26 PM0305 Project Stealth BOD Presentation New Template V6_SW141997-2028 **CONFIDENTIAL** | |
| 586. | | | | | 2017-06-26 PM0315 A.Fulmer Eml to M.Buckingham w BOD Presentation re Gemtech_SW141996-142028_**CONFIDENTIAL** | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 587. | | | | | 2017-06-26 PM0427 A.Fulmer Eml re employment agts MSJ Exhibit 9_GT004041-2 | |
| 588. | | | | | 2017-06-27 Gemtech Acquisition MSJ Exhibit 10_SW135510-41_**CONFIDENTIAL** | |
| 589. | | | | | 2017-06-27 Gemtech Acquisition_SW139089 **CONFIDENTIAL** | |
| 590. | | | | | 2017-06-27 Meeting of the Board of Directors Minutes_SW795752-795759_**CONFIDENTIAL** | |
| 591. | | | | | 2017-06-27 Minutes_Exhibit 516 Fulmer SW807704-11 **CONFIDENTIAL** | |
| 592. | | | | | 2017-06-27 PM0340 R.Martinez Eml re S&W Schedules_GT088634-728 | |
| 593. | | | | | 2017-06-28 PM0342 GemTech 85947 allocation_D.McPherson_SW625288 **CONFIDENTIAL** | |
| 594. | | | | | 2017-06-29 AM0701 R.Martinez Eml re Confidential Salary Info_GT006978 | |
| 595. | | | | | 2017-06-29 APA_Exhibit 17 GT 30(b)(6) (no bates) | |
| 596. | | | | | 2017-06-30 L.Sharp Eml w announcement_SW510063 TOC Ex 45 SW510063-5 **CONFIDENTIAL** | |
| 597. | | | | | 2017-07-03 PM0606 J.Debney Eml re Recoil Magazine_SW137817-22 | |
| 598. | | | | | 2017-07-05 AM1129 R.Cicero Eml to SholesH re coordinate re Integration_SW809049-52 | |
| 599. | | | | | 2017-07-05 Announcement_SW405676-7 | |
| 600. | | | | | 2017-07-06 AM0545 D.McPherson Eml re Gemini Technologies Transaction_SW135865 | |
| 601. | | | | | 2017-07-10 AM0448 J.Buchanan Eml_Exhibit 519 Fulmer SW139424-6 **CONFIDENTIAL** | |
| 602. | | | | | 2017-07-11 PM0243 D.McPherson Eml re Strategy Mtg_SW361741 | |
| 603. | | | | | 2017-07-12 PM0414 D.McPherson Eml_Exhibit 521 Fulmer SW142065 | |
| 604. | | | | | 2017-07-13 AM0702 M.Buckingham Eml re AZ finished goods only_SW405647 | |
| 605. | | | | | 2017-07-13 PM0303 H.Sholes Eml list of compliance items_SW137194-277 | |
| 606. | | | | | 2017-07-13 PM0512 R.Martinez Eml_Exhibit 576 Smith SW027092-103 | |
| 607. | | | | | 2017-07-14 AM0851 D.McPherson Eml re Gemtech Customer Listing_SW365834 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 608. | | | | | 2017-07-18 AM0652 D.McPherson Eml re Gemini Transaction_SW136253-7 | |
| 609. | | | | | 2017-07-18 AM0749 D.McPherson Eml re Gemini Transaction_SW136258-63 | |
| 610. | | | | | 2017-07-21 AM0700 M.Buckingham Eml re getting alarmed w Martinez_SW397474 **CONFIDENTIAL** | |
| 611. | | | | | 2017-07-21 AM0841 J.Buchanan Eml_Exhibit 553 Buckingham SW398077 | |
| 612. | | | | | 2017-07-21 AM0953 D.McPherson Eml re Gemini Transaction_SW135857-64 | |
| 613. | | | | | 2017-07-21 PM0106 T.Knapp Eml re Abrams Inventory_GT006800 | |
| 614. | | | | | 2017-07-21 PM1228 R.Martinez Eml re manufacturability_GT006796-7 | |
| 615. | | | | | 2017-07-21 PM1229 H.Sholes Eml re Gemtech-Abrams Agreement_SW438912-3 | |
| 616. | | | | | 2017-07-21 PM1241 M.Buckingham Eml_Exhibit 523 Fulmer SW391320 **CONFIDENTIAL** | |
| 617. | | | | | 2017-07-26 AM1030 H.Sholes Call to Discuss INTL customers_GT003801 | |
| 618. | | | | | 2017-07-27 AM1007 M.Thompson Eml re concerning_GT112195-203 | |
| 619. | | | | | 2017-07-28 Texts between Jason Pace and RM MSJ Exhibit 25__GT082594_**CONFIDENTIAL** | |
| 620. | | | | | 2017-08-02 Employment Offer_Exhibit 54 Thompson SW641349-50 **CONFIDENTIAL** | |
| 621. | | | | | 2017-08-03 PM0648 M.Thompson Eml_Exhibit 46A Martinez SW124106-15 Attachments **CONFIDENTIAL** | |
| 622. | | | | | 2017-08-07 AM1034 S.Rowley Eml_Exhibit 577 Smith SW518327-8 **CONFIDENTIAL** | |
| 623. | | | | | 2017-08-07 Employment Agt-Martinez_Exhibit 531 Fulmer GT000287-306 | |
| 624. | | | | | 2017-08-08 AM0557 A.Fulmer Eml re Integration Plan-no products to ship from ID_GT111987 | |
| 625. | | | | | 2017-08-08 AM0722 A.Fulmer Eml re Macshouse Accessories Plan Call_GT111991 | |
| 626. | | | | | 2017-08-08 AM0900 Project Plan Call_GT111990 | |
| 627. | | | | | 2017-08-08 AM0945 C.Whalen Eml w Integration Schedule_GT014028-40 | |
| 628. | | | | | 2017-08-08 AM1000 Integration Call_GT003552 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 629. | | | | | 2017-08-08 KPMG Draft Gemtech Valuation Schedules_SW136309-18 **CONFIDENTIAL** | |
| 630. | | | | | 2017-08-08 PM0313 D.McPherson Eml re Notification Ltr_SW361748-9 | |
| 631. | | | | | 2017-08-09 PM0130 A.Fulmer Integration Call_SW391309 | |
| 632. | | | | | 2017-08-09 PM0243 A.Fulmer Appt for weekly control meeting_GT111968 | |
| 633. | | | | | 2017-08-09 PM1048 H.Sholes Eml questioning inventory values_SW137175-6 | |
| 634. | | | | | 2017-08-09 PM1048 Inventory 8-2-17 v2_SW137177_CONFIDENTIAL.xlsx | |
| 635. | | | | | 2017-08-11 PM0616 M.Thompson Eml to team re transition_GT111860-1 | |
| 636. | | | | | 2017-08-12 PM0131 J.Bergeron Eml re legal & compliance are concerned_GT111611-2 | |
| 637. | | | | | 2017-08-14 AM0807 R.Martinez Executive Review of Int'l Sales Potential_GT006264-78 | |
| 638. | | | | | 2017-08-14 AM1030 D.Nakashima Eml re Gemtech Freeze_GT003417-8 | |
| 639. | | | | | 2017-08-14 AM1102 D.Nakashima Eml w ROV_SW225358-60 | |
| 640. | | | | | 2017-08-14 PM0233 D.Nakashima Eml re continue operations_SW145876-8 | |
| 641. | | | | | 2017-08-14 PM0320 Pace.J Eml re My guy will get anything signed_GT013139-42 | |
| 642. | | | | | 2017-08-14 PM0533 D.Nakashima Eml_Exhibit 134 Nakashima GT013163-6 | |
| 643. | | | | | 2017-08-14 PM0923 H.Sholes Eml re Not diagnosing issues_SW379733 | |
| 644. | | | | | 2017-08-14 PM0936 H.Sholes Eml re Gemtech Freeze_SW379730-1 | |
| 645. | | | | | 2017-08-15 AM0655 J.Johnson Eml w Meetings Agenda_GT012946-7 | |
| 646. | | | | | 2017-08-15 AM0730 H.Sholes Eml the EO would be D.Nakashima_SW144216 | |
| 647. | | | | | 2017-08-15 AM1104 A.Fulmer Meeting Invite_show Martinez products_GT111787 | |
| 648. | | | | | 2017-08-15 PM0134 A.Fulmer Eml_Exhibit 578 Smith SW518323 **CONFIDENTIAL** | |
| 649. | | | | | 2017-08-15 PM0213 Buckingham Org Chart_SW612768 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 650. | | | | | 2017-08-15 PM0230 Mtg w D.McPherson_GT111864 | |
| 651. | | | | | 2017-08-15 PM0457 H.Sholes Eml re Reconciliation_SW379700-2 | |
| 652. | | | | | 2017-08-15 PM1008 M.Thompson Open Sales Order List_SW026182-6 | |
| 653. | | | | | 2017-08-15 PM1008 OpenSalesOrders_SW026187.xlsx | |
| 654. | | | | | 2017-08-15 S&W Org Chart & tour schedule_GT084999-85000 | |
| 655. | | | | | 2017-08-16 AM0631 R.Martinez Eml to J.Debney w Gemtech Presentations_ SW391273-308_Attachment **CONFIDENTIAL** | |
| 656. | | | | | 2017-08-16 AM0859 A.Fulmer Eml re Mtg Schedule_GT111753 | |
| 657. | | | | | 2017-08-16 AM1036 R.Martinez_Pace is in the Middle East right now_GT006574-5 | |
| 658. | | | | | 2017-08-16 AM1151 J.Pace Eml re Tunisia_SW086218 | |
| 659. | | | | | 2017-08-16 PM0109 H.Sholes Eml re Tunisia_SW495619-43 **CONFIDENTIAL** | |
| 660. | | | | | 2017-08-16 PM0335 R.Cicero Eml re moving BEC Meeting_SW135732 | |
| 661. | | | | | 2017-08-16 PM0547 R.Cicero Eml re BEC Mtg_GT111781-2 | |
| 662. | | | | | 2017-08-16 PM1212 H.Sholes Eml re Tunisia_SW380281-7 | |
| 663. | | | | | 2017-08-16 PM1212 R.Cicero Eml re Int'l_SW415364-5 | |
| 664. | | | | | 2017-08-16 PM1214 H.Sholes Eml re diligence process_GT003243 | |
| 665. | | | | | 2017-08-16 PM1238 R.Cicero Eml re International_SW378463-5 | |
| 666. | | | | | 2017-08-17 PM0430 H.Sholes Eml re Tunisia-Pace unavailable until Sep 5_SW495500-2 **CONFIDENTIAL** | |
| 667. | | | | | 2017-08-17 PM0753 R.Cicero Eml requesting Pace Contact info_SW495013-5 **CONFIDENTIAL** | |
| 668. | | | | | 2017-08-17 PM0855 R.Cicero Eml re Compliance Training_GT003201 | |
| 669. | | | | | 2017-08-18 AM0119 R.Martinez Eml asking Pace to connect with Cicero_GT060784 | |
| 670. | | | | | 2017-08-18 AM0201 J.Pace Eml rather work for you personally_GT111734-5 | |
| 671. | | | | | 2017-08-18 AM0553 A.Fulmer Eml re GT Weekly Mtg_GT003204 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 672. | | | | | 2017-08-18 AM0554 A.Fulmer Eml re Weekly Gemtch Update Meeting Invite_GT003205 | |
| 673. | | | | | 2017-08-18 AM0707 R.Martinez Eml re Customer Repairs_GT006318-20 | |
| 674. | | | | | 2017-08-18 AM0758 H.Sholes Eml re Gemtech Storage_SW379675 | |
| 675. | | | | | 2017-08-18 AM0820 D.McPherson Eml w topics for mtg_GT003210-1 | |
| 676. | | | | | 2017-08-18 AM0824 J.Dineen Eml re mtg topics_GT003212-3 | |
| 677. | | | | | 2017-08-18 AM0841 R.Cicero Eml re Compliance Training_GT003216-8 | |
| 678. | | | | | 2017-08-18 AM1014 H.Sholes Eml re mtg re BEC mtg_GT003178 | |
| 679. | | | | | 2017-08-18 AM1030 R.Cicero Call w R.Martinez_SW423543 | |
| 680. | | | | | 2017-08-18 AM1047 H.Sholes Eml re mtg re BEC mtg_GT003179 | |
| 681. | | | | | 2017-08-18 AM1147 R.Cicero Eml re Compliance Training_GT003186-9 | |
| 682. | | | | | 2017-08-18 AM1234 K.Salvador Eml_Exhibit 620 McDonough SW360257-8 | |
| 683. | | | | | 2017-08-18 PM0238 H.Sholes Eml re Order Management_SW137143 | |
| 684. | | | | | 2017-08-18 PM0258 R.Cicero Eml re Wkly Review_SW137002-4 | |
| 685. | | | | | 2017-08-18 PM0300 H.Sholes Eml re product transfer topic_SW137140 | |
| 686. | | | | | 2017-08-18 PM1224 D.McDonough Eml re mtg topic_SW361280-1 | |
| 687. | | | | | 2017-08-19 AM1157 R.Cicero Eml re Compliance Training_GT003147-50 | |
| 688. | | | | | 2017-08-19 PM1204 R.Cicero Eml re Int'l sales & pre-approval of markets_GT003151-4 | |
| 689. | | | | | 2017-08-19 PM1232 R.Cicero Eml re Compliance Training_SW536290-4 **CONFIDENTIAL** | |
| 690. | | | | | 2017-08-20 AM0835 R.Cicero Eml Should Pace be at BEC_GT111643 | |
| 691. | | | | | 2017-08-20 PM0207 H.Sholes Eml w Training Materials_SW379468-549 | |
| 692. | | | | | 2017-08-20 PM0256 R.Martinez Eml re Pace at BEC Mtg_GT006333 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 693. | | | | | 2017-08-21 AM0600 H.Sholes mtg re FCPA training_SW144256 | |
| 694. | | | | | 2017-08-21 AM0749 A.Fulmer Eml to R.Cicero w R.Martinez Presentations_SW416726-62_**CONFIDENTIAL** | |
| 695. | | | | | 2017-08-21 AM0853 A.Fulmer Eml re GT Mtg today_GT003162-3 | |
| 696. | | | | | 2017-08-21 AM1139 R.Martinez Eml re not reschedule mtg_GT006373-4 | |
| 697. | | | | | 2017-08-21 AM1144 R.Cicero Eml re Pace end trip today_GT003171 | |
| 698. | | | | | 2017-08-21 AM1150 R.Cicero Eml_SW391235 SW391235-6 | |
| 699. | | | | | 2017-08-21 PM0537 R.Martinez Eml re Follow from our call_SW107719-20 | |
| 700. | | | | | 2017-08-21 PM0538 R.Cicero Eml re no further sales_GT003131-2 | |
| 701. | | | | | 2017-08-22 AM0220 J.Pace Eml re International Orders_GT012198-201 | |
| 702. | | | | | 2017-08-22 PM0131 J.Bergeron Eml re Legal & Compliance concerned_GT111611-2 | |
| 703. | | | | | 2017-08-22 PM0349 R.Martinez Executive Review of Int'l Sales Potential_GT012071-93 | |
| 704. | | | | | 2017-08-23 PM0207 R.Martinez Eml re BEC presentation_SW378301-26 | |
| 705. | | | | | 2017-08-23 PM0226 R.Cicero Eml re Info for BEC_SW391188, SW391192-214 Attachment **CONFIDENTIAL** | |
| 706. | | | | | 2017-08-23 PM0605 R.Martinez Eml re At S&W next week_GT006310 | |
| 707. | | | | | 2017-08-24 PM0200 Accessories Mtg_GT111594 | |
| 708. | | | | | 2017-08-24 PM0555 J.Debney Eml re Hornady_SW546707 **CONFIDENTIAL** | |
| 709. | | | | | 2017-08-25 AM0700 A.Fulmer Mtg re shipping inventory not currently on forms_SW135843 | |
| 710. | | | | | 2017-08-25 PM0126 R.Martinez Eml asking if Bergeron recommends more info_GT006123-46 | |
| 711. | | | | | 2017-08-26 AM0925 D.McPherson Eml_Exhibit 613 Buchanan SW135848-51 | |
| 712. | | | | | 2017-08-28 AM0557 A.Fulmer Eml re mtg topics_SW142259-60 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 713. | | | | | 2017-08-28 AM1101 A.Fulmer Appt. Invite Weekly Gemtech Mtg_SW141191 | |
| 714. | | | | | 2017-08-29 PM0303 D.Nakashima_Transactions need to be real_GT011583 | |
| 715. | | | | | 2017-08-29 Stealth Gantt Chart_GT002154-64 | |
| 716. | | | | | 2017-08-30 AM0618 R.Martinez Eml requesting review of ppt_SW388452-78 | |
| 717. | | | | | 2017-08-30 AM0932 H.Sholes Eml_Exhibit 554 Buckingham SW137278-308 | |
| 718. | | | | | 2017-08-30 AM0956 H.Sholes Eml w BEC Agenda_SW137075-105 | |
| 719. | | | | | 2017-08-30 Executive Review_Exhibit 14 GT 30(b)(6) SW137078-103 | |
| 720. | | | | | 2017-08-31 AM0727 P.Hall-Cloutier Eml re Gemtech Licenses_SW144176 | |
| 721. | | | | | 2017-08-31 PM0219 K.Salvador Eml_Exhibit 622 McDonough SW507701-10 | |
| 722. | | | | | 2017-08-31 PM0437 D.Nakashima Eml re Saudi-One Docs_GT002537-60 | |
| 723. | | | | | 2017-08-31 PM0438 D.Nakashima Eml re Saudi-Two Docs_GT002582-605 | |
| 724. | | | | | 2017-09-05 AM0928 R.Martinez Eml re Training Schedule_GT006003-5 | |
| 725. | | | | | 2017-09-05 PM0130 A.Fulmer Weekly GT Update Mtg_SW133138 | |
| 726. | | | | | 2017-09-06 AM0812 D.McDonough Eml_Exhibit 624 McDonough SW803631-2 **CONFIDENTIAL** | |
| 727. | | | | | 2017-09-07 AM0913 A.Fulmer Appt. Invite_GT001824 | |
| 728. | | | | | 2017-09-07 AM1040 K.Salvador Eml_Exhibit 559 Debney SW803657-8 **CONFIDENTIAL** | |
| 729. | | | | | 2017-09-07 AM1040 K.Salvador Martinez concerns September 2017_SW805526.xlsx | |
| 730. | | | | | 2017-09-07 AM1040 Ron Martinez Concerns_Exhibit 560 Debney (no bates) | |
| 731. | | | | | 2017-09-07 PM0100 R.Cicero Eml_Exhibit 555 Buckingham SW415383-4 | |
| 732. | | | | | 2017-09-07 PM1256 R.Martinez Eml re accessories shipping_SW124981 | |
| 733. | | | | | 2017-09-07 Ron Martinez_Employment Agt_SW578236-578255 | |
| 734. | | | | | 2017-09-08 Stealth Project Update Form_GT001923 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 735. | | | | | 2017-09-10 PM0611 R.Cicero Eml_Exhibit 561 Debney SW803596-600 **CONFIDENTIAL** | |
| 736. | | | | | 2017-09-11 AM0810 D.McDonough Eml re Ron overview_SW804604-7; SW805452-SW805453; **CONFIDENTIAL** | |
| 737. | | | | | 2017-09-11 AM0817 R.Cicero Eml_Exhibit 563 Debney SW803743-7 **CONFIDENTIAL** | |
| 738. | | | | | 2017-09-11 PM0231 J.Pace Eml to Trust IG w proprietary S&W Eml_SW068537-9 | |
| 739. | | | | | 2017-09-11 PM0248 R.Cicero Eml re Travel_GT001662-3 | |
| 740. | | | | | 2017-09-11 PM0803 M.Smith Eml_Exhibit 579 Smith SW003028-30 | |
| 741. | | | | | 2017-09-11 PM1229 H.Sholes Eml re BEC Meeting & diligence_SW802022-49 Attachment **CONFIDENTIAL** | |
| 742. | | | | | 2017-09-11 PM1231 J.Pace Eml to Stillwood Ammo Eml_SW041575-8 | |
| 743. | | | | | 2017-09-12 AM0831 E.Hafford Eml_Exhibit 626 McDonough SW135713 | |
| 744. | | | | | 2017-09-13 PM0359 D.McDonough Eml re Martinez left the co_SW803627 **CONFIDENTIAL** | |
| 745. | | | | | 2017-09-13 PM0650 A.Fulmer Eml_Exhibit 526 Fulmer SW365939-6112 | |
| 746. | | | | | 2017-09-13 PM0900 J.Pace Eml re Int'l Objectives_GT009746-7 | |
| 747. | | | | | 2017-09-13 PM0953 R.Martinez Eml re Engineers_GT059826 | |
| 748. | | | | | 2017-09-13 PM1013 R.Martinez Eml re Weekly meetings_SW546684 **CONFIDENTIAL** | |
| 749. | | | | | 2017-09-13 PM1018 R.Cicero Eml re Int'l Objectives_GT110733-5 | |
| 750. | | | | | 2017-09-13 PM1023 R.Martinez Eml_Exhibit 565 Debney GT005981-3 | |
| 751. | | | | | 2017-09-13 PM1217 R.Martinez Eml re Springfield Mtgs_GT005998-9 | |
| 752. | | | | | 2017-09-14 AM0644 M.Thompson Eml re Backlog Sales to Invoice Days_SW300009 | |
| 753. | | | | | 2017-09-14 AM0644 SW300011.xlsx | |
| 754. | | | | | 2017-09-14 AM1027 D.Fontaine Eml re visitors_GT110750-1 | |
| 755. | | | | | 2017-09-15 AM0908 AOB Strategic Update_Exhibit 614 Buchanan SW800956-69 **CONFIDENTIAL** | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 756. | | | | | 2017-09-15 AM1032 R.Martinez Eml re Iowa opportunity_GT115793 | |
| 757. | | | | | 2017-09-15 AM1037 J.Debney Eml re Iowa opportunity_SW391152 | |
| 758. | | | | | 2017-09-15 AM1102 J.Beu Eml w Agenda_GT009546-8 | |
| 759. | | | | | 2017-09-15 PM0149 J.Debney Eml re Pace Int'l Objectives_GT001280-2 | |
| 760. | | | | | 2017-09-15 PM0343 R.Martinez Eml re 6.75_GT119252 | |
| 761. | | | | | 2017-09-15 PM0451 R.Martinez Eml_Exhibit 569 Debney SW390794-8 | |
| 762. | | | | | 2017-09-15 PM0457 J.Debney Eml re BEC Mtg Minutes_SW391145-8 | |
| 763. | | | | | 2017-09-15 Stealth Project Update Form_GT001690 | |
| 764. | | | | | 2017-09-18 AM0809 D.McDonough Eml_Exhibit 52 Martinez SW361174-1200 | |
| 765. | | | | | 2017-09-18 AM0811 A.Fulmer Eml_Exhibit 527 Fulmer GT001260 | |
| 766. | | | | | 2017-09-18 Memo_Exhibit 530 Fulmer SW807902 **CONFIDENTIAL** | |
| 767. | | | | | 2017-09-18 PM0200 J.Beu Eml re GT Mtg Agenda Sept 19_SW201676-8 | |
| 768. | | | | | 2017-09-19 Meeting Minutes MSJ Exhibit 12_SW637919-23_**CONFIDENTIAL** | |
| 769. | | | | | 2017-09-20 AM1005 R.Martinez Eml re Pace Int'l Objectives_GT059259-63 | |
| 770. | | | | | 2017-09-20 AOB Stealth Update #11_Exhibit 533 Fulmer SW613058-80 **CONFIDENTIAL** | |
| 771. | | | | | 2017-09-20 PM0107 CiceroR Eml re Export Licenses_SW107703 | |
| 772. | | | | | 2017-09-20 PM0107 R.Cicero Eml_Exhibit 15 GT 30(b)(6) SW107703-7 | |
| 773. | | | | | 2017-09-22 PM1232 M.Thompson Eml re gift certs & shady compliance_SW220919-20 | |
| 774. | | | | | 2017-09-25 AM0717 J.Debney Eml_Exhibit 45 Pace SW391139-44 | |
| 775. | | | | | 2017-09-25 PM0152 J.Pace Eml_Exhibit 44 Pace SW068402-4 | |
| 776. | | | | | 2017-09-26 AM0953 J.Pace Eml_Exhibit 63 Thompson SW150915-7 **CONFIDENTIAL** | |
| 777. | | | | | 2017-09-27 PM0447 M.Thompson Eml_Exhibit 64 Thompson SW201580-2 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 778. | | | | | 2017-09-27 PM1210 A.Fulmer Eml_Exhibit 65 Thompson SW125166-8 | |
| 779. | | | | | 2017-09-28 AM0517 J.Pace Eml_Exhibit 47 Pace SW390777-8 | |
| 780. | | | | | 2017-09-28 AM0521 J.Debney Eml re Jason Pace_SW085769-71 | |
| 781. | | | | | 2017-09-28 AM0521 J.Debney Eml_Exhibit 621 McDonough SW801793-5 | |
| 782. | | | | | 2017-09-28 AM0853 K.Osborne Eml re Notification Termination of Pace, Jason_SW371127 | |
| 783. | | | | | 2017-10-02 Employment Offer_Exhibit 55 Thompson SW625254-5 | |
| 784. | | | | | 2017-10-03 AM1013 J.Buchanan Eml_SW511480-2 **CONFIDENTIAL** | |
| 785. | | | | | 2017-10-03 AM1113 D.Fontaine Eml_Exhibit 66 Thompson SW397805-6 | |
| 786. | | | | | 2017-10-03 AM1131 M.Buckingham Eml re Gemtech Assembly_SW405575-7 | |
| 787. | | | | | 2017-10-03 J.Buchanan Eml Exhibit 534 Fulmer SW511480-2 **CONFIDENTIAL** | |
| 788. | | | | | 2017-10-06 AM0621 S.Smith Eml re 2 mo delay of info from Thompson_SW300331-3 | |
| 789. | | | | | 2017-10-06 AM0659 D.Fontaine Eml_Exhibit 67 Thompson SW509949 **CONFIDENTIAL** | |
| 790. | | | | | 2017-10-06 AM0755 L.LaGue Eml re Meridian Move_SW604684 **CONFIDENTIAL** | |
| 791. | | | | | 2017-10-09 AM0643 A.Fulmer Eml re GT Assembly-lack of response_SW397800-2 | |
| 792. | | | | | 2017-10-11 Stealth Update #14_SW552252-75 | |
| 793. | | | | | 2017-10-12 PM0220 J.Debney Eml_Exhibit 79 Kunsky SW405573-4 | |
| 794. | | | | | 2017-10-13 PM1253 August 2017 Sales_SW321942.xlsx | |
| 795. | | | | | 2017-10-13 PM1253 M.Thompson Eml w August Sales_SW321937 | |
| 796. | | | | | 2017-10-23 AM0639 K.Carter Eml to M.Thompson re data for earnout calculations_SW128517-8 | |
| 797. | | | | | 2017-10-25 AM0914 M.Thompson Eml re Int'l Update_SW000313-27 | |
| 798. | | | | | 2017-10-26 AM0522.1 M.Thompson Eml w Budget_SW132754-5 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 799. | | | | | 2017-10-26 AM0522.2 Gemtech Budget FY2018_SW132756_**CONFIDENTIAL**.xlsx | |
| 800. | | | | | 2017-10-27 PM0252 K.Carter Appt re valuation input by Thompson_SW781754 | |
| 801. | | | | | 2017-10-31 10-Q Exhibit 46 (no bates) | |
| 802. | | | | | 2017-10-31 AM0800 H.Sholes Eml re FFL Transition_SW610262 | |
| 803. | | | | | 2017-11-01 AOB Stealth Update #17_Exhibit 535 Fulmer SW813236-55 **CONFIDENTIAL** | |
| 804. | | | | | 2017-11-07 PM0117 G.Drocz Eml_Exhibit 615 Buchanan SW136274-323 Attachment **CONFIDENTIAL** | |
| 805. | | | | | 2017-11-07 PM0610 M.Buckingham Eml_Exhibit 556 Buckingham SW390601-16 | |
| 806. | | | | | 2017-11-08 AM0807 M.Buckingham Eml_Exhibit 557 Buckingham SW390598-600 | |
| 807. | | | | | 2017-11-09 M.Thompson S&W Brand Manager_SW361048-50 | |
| 808. | | | | | 2017-11-10 PM0235 D.Simard Capital Planning - move to Meridian_SW128222-57 Attachment **CONFIDENTIAL** | |
| 809. | | | | | 2017-11-15 AM0626 M.Buckingham Eml re Denzil to work with cabelas_SW390593 | |
| 810. | | | | | 2017-11-15 M.Thompson Text Living the nightmare_GT083398 **CONFIDENTIAL** | |
| 811. | | | | | 2017-11-16 PM0116.1 M.Thompson Eml w Sales by Customer_SW480998 **CONFIDENTIAL** | |
| 812. | | | | | 2017-11-16 PM0116.2 Sales by Customer_SW480999 **CONFIDENTIAL**.xlsx | |
| 813. | | | | | 2017-11-16 PM0116.3 2018 Pricing SW481000 **CONFIDENTIAL**.xlsx | |
| 814. | | | | | 2017-11-20 PM1258 M.Buckingham Eml re Integra IP issues_SW399429-30 | |
| 815. | | | | | 2017-11-21 PM1242 M.Thompson Eml re Issues w Order process_SW119852 | |
| 816. | | | | | 2017-11-24 M.Thompson Text Buckingham resigned_I am hosed_GT083399 **CONFIDENTIAL** | |
| 817. | | | | | 2017-11-27 AM0952 G.Drocz Eml w GT 805 Draft Report Exhibit 35 SW365870-935 | |
| 818. | | | | | 2017-11-27 AOBC-Gemini PPA Report&Schedules (8.8.17) Draft (11.27.17)_SW491903-67 **CONFIDENTIAL** | |
| 819. | | | | | 2017-11-29 PM0142 M.Thompson Eml re not Ron's Money_SW321425-6 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 820. | | | | | 2017-12-07 AOB 10Q_Exhibit 571 Debney (no bates) | |
| 821. | | | | | 2017-12-07 AOB Form 10-Q_Exhibit 593 Buchanan (no bates) | |
| 822. | | | | | 2017-12-08 PM0332 B.Young Eml re GT Suppressors Status_SW046299-303; Attachment **CONFIDENTIAL** | |
| 823. | | | | | 2017-12-15 PM0241 M.Thompson Eml re mtg w Ron re cash_SW321353-6 | |
| 824. | | | | | 2017-12-18 AM0805 D.McPherson Eml re Ron mtg to discuss removal of funds_SW492156-7 | |
| 825. | | | | | 2017-12-18 AM1114 D.McPherson Eml re Caracal USA_SW775713-5 **CONFIDENTIAL** | |
| 826. | | | | | 2017-12-20 PM0106 Open Sales_SW115739_**CONFIDENTIAL**.xlsx | |
| 827. | | | | | 2017-12-20 PM1223 2016-2017 Sales SW481544_**CONFIDENTIAL**.xlsx | |
| 828. | | | | | 2017-12-20 PM1223 2017 Sales SW481545_**CONFIDENTIAL**.xlsx | |
| 829. | | | | | 2017-12-20 PM1223 M.Thompson w Gemtech Sales 2016-2017_SW481542-3 **CONFIDENTIAL** | |
| 830. | | | | | 2017-12-27 AM0628 J.Debney Eml re M.Thompson Data Review_SW135563-4 | |
| 831. | | | | | 2017-12-27 AM0741 M.Thompson Eml re less exasperation_SW321155-8 | |
| 832. | | | | | 2018-01-02 PM0149 J.Debney Eml re M.Thompson dropbox usage_SW137674-5 | |
| 833. | | | | | 2018-01-04 AM0835 M.Thompson Eml re MRKAS quality control issue_SW321047-8 | |
| 834. | | | | | 2018-01-04 AM0851 D.McPherson Eml re Saudi-MRKAS-AR_SW317242-4 | |
| 835. | | | | | 2018-01-04 AM0857 M.Thompson Eml re background for AR adjustments_SW321055-7 | |
| 836. | | | | | 2018-01-04 AM0920 M.Thompson Eml re confusion over AR_SW321052-4 | |
| 837. | | | | | 2018-01-05 BEC Meeting Minutes for Aug 30 Mtg_SW423730-1_**CONFIDENTIAL** | |
| 838. | | | | | 2018-01-12 PM0954.1 M.Thompson Eml w Budgets_SW130513-5 | |
| 839. | | | | | 2018-01-12 PM0954.2 G&A Budget_SW130516_**CONFIDENTIAL**.xlsx | |
| 840. | | | | | 2018-01-12 PM0954.3 RD Budget_**CONFIDENTIAL**_SW130517.xlsx | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 841. | | | | | 2018-01-12 PM0954.4 Marketing Budget_**CONFIDENTIAL**_SW130518.xlsx | |
| 842. | | | | | 2018-01-12 PM0954.5 Sales Budget_**CONFIDENTIAL**_SW130519.xlsx | |
| 843. | | | | | 2018-01-16 AM0802 M.Smith Eml_Exhibit 583 Smith SW405683-4 | |
| 844. | | | | | 2018-01-17 AM0740 J.Buchanan Eml re GT Exhibit 37 SW389123 | |
| 845. | | | | | 2018-01-18 PM0908 M.Thompson Eml re December Sales_SW320838 | |
| 846. | | | | | 2018-01-19 AOBC-Gemini PPA Report & Schedules (1.19.18 draft)_SW638083-147 **CONFIDENTIAL** | |
| 847. | | | | | 2018-01-24 AM1045 M.Smith Eml_Exhibit 584 Smith SW518352-3 **CONFIDENTIAL** | |
| 848. | | | | | 2018-01-24 Complaint_Exhibit 51 Martinez (no bates) | |
| 849. | | | | | 2018-01-24 Memo_Exhibit 539 Fulmer SW638638-9 **CONFIDENTIAL** | |
| 850. | | | | | 2018-01-28 AM0850 J.Pace Eml_Exhibit 49 Martinez GT008509-10 | |
| 851. | | | | | 2018-01-28 AM0936 J.Pace Eml_Exhibit 50 Martinez GT008513-4 | |
| 852. | | | | | 2018-01-29 AM0816 Gemtech Earnout Call_SW638653-72 **CONFIDENTIAL** | |
| 853. | | | | | 2018-01-30 PM0235 GT RIF Plan Exhibit 39 SW552125-7 | |
| 854. | | | | | 2018-02-01 AM1055 D.McDonough Eml_Exhibit 585 Smith SW137379-80 | |
| 855. | | | | | 2018-03-01 AOB Form 10-Q_Exhibit 594 Buchanan (no bates) | |
| 856. | | | | | 2018-03-06 PM0120 Open Orders 2017-2018_**CONFIDENTIAL** SW119820.xlsx | |
| 857. | | | | | 2018-03-19 AM0920 P.Dater Eml re IWA LEI & S&W_GT008490 | |
| 858. | | | | | 2018-03-19 PM1243 A.Fulmer Eml_Exhibit 540 Fulmer SW143784-816 Attachment **CONFIDENTIAL** | |
| 859. | | | | | 2018-04-04 PM0302 R.Cicero Eml w MT Offer Ltr_SW492029-31 **CONFIDENTIAL** | |
| 860. | | | | | 2018-04-13 PM0726 M.Thompson Eml re Back orders for international_SW481425-36 **CONFIDENTIAL** | |
| 861. | | | | | 2018-04-23 AM0327 R.Cicero Eml re MK-39 testing begins in June_SW416105 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 862. | | | | | 2018-05-09 AM1103 A.Crown Eml re Product Sheets_SW177696 | |
| 863. | | | | | 2018-05-10 AM0927 D.Simard Eml w CEP for GT Relocation_SW125892-946 | |
| 864. | | | | | 2018-05-14 PM0340 H.Sholes Eml re keep Gail until closure of ID license_SW493727-8 **CONFIDENTIAL** | |
| 865. | | | | | 2018-05-15 Memo re Tony Miele Manager of GT Brand_TOC Exhibit 41 SW360676 | |
| 866. | | | | | 2018-06-12 PM0328 M.Thompson Eml re rough-downturn_SW306320-3 | |
| 867. | | | | | 2018-06-19 AOBC-Gemini PPA Report and Schedules (8.8.2017) FINAL_SW638148-212 **CONFIDENTIAL** | |
| 868. | | | | | 2018-06-20 AM1126 G.Drocz Eml_Exhibit 541 Fulmer SW364802-991 | |
| 869. | | | | | 2018-06-20 AM1143 K.Salvador Eml re Meeting w GT Employees re closure_SW359691-2 | |
| 870. | | | | | 2018-06-20 AOB Form 10-K_Exhibit 595 Buchanan (no bates) | |
| 871. | | | | | 2018-06-20 PM1247 D.McDonough Eml w script to GT employees_SW490887-8 | |
| 872. | | | | | 2018-06-26 AM1100 D.McDonough Eml to MT re announcement_SW490875-8 **CONFIDENTIAL** | |
| 873. | | | | | 2018-06-27 AM0621 D.McDonough Eml w GT Retention Ltrs_SW437192-200 Attachments **CONFIDENTIAL** | |
| 874. | | | | | 2018-06-27 AM1113 D.McDonough Eml re GT Mtgs_Exhibit 42 SW406281 | |
| 875. | | | | | 2018-06-27 Anthony Carlson_RIF Ltr_SW423669 **CONFIDENTIAL** | |
| 876. | | | | | 2018-06-27 Gail Albrecht_Term Ltr_SW314114 | |
| 877. | | | | | 2018-06-29 PM0353 D.McDonough re GT emp Announcement_SW490873-4 **CONFIDENTIAL** | |
| 878. | | | | | 2018-06-29 PM0433 L.Sharp Eml_Exhibit 589 Smith SW406272 | |
| 879. | | | | | 2018-08-02 PM0415 M.Fehmel Eml re may scrap MK39_SW061931 | |
| 880. | | | | | 2018-08-30 AOB Form 10-Q_Exhibit 596 Buchanan (no bates) | |
| 881. | | | | | 2018-09-20 R.Cicero Eml re Thompson resignation_SW492652-3 **CONFIDENTIAL** | |
| 882. | | | | | 2018-09-21 PM0131 A.Fulmer Eml re M.Thompson work for RM_SW135946-7 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 883. | | | | | 2018-09-27 AM0717 T.Miele Eml re Gemtech Status Meeting_SW169239-40 Attachment **CONFIDENTIAL** | |
| 884. | | | | | 2018-09-27 AM0721 M.Thompson Eml re wished things better w cos_SW319080-1 | |
| 885. | | | | | 2018-10-30 AM1049 T.Knapp Eml re Meridian Close Down_SW344407-8 | |
| 886. | | | | | 2018-12-06 AOB Form 10-Q_Exhibit 597 Buchanan (no bates) | |
| 887. | | | | | 2019-01-24 AM1037 L.LaGue Eml re Gemtech Closure Project Plan_SW436109, SW550816-39 | |
| 888. | | | | | 2019-02-05 PM0253 L.LaGue Eml re Gemtech Closure Status Memo_SW436092-106 | |
| 889. | | | | | 2019-02-12 PM0759 L.LaGue Eml re Gemtech Closure Status Memo_SW063911-45 | |
| 890. | | | | | 2019-02-19 AM0800 L.LaGue Eml re Gemtech Closure Status Memo_SW436062-72, SW550712-34 | |
| 891. | | | | | 2019-03-07 AOB Form 10-Q_Exhibit 598 Buchanan (no bates) | |
| 892. | | | | | 2019-03-21 PM0344 Q3 2019 CEO Presentation_SW440805-944 **CONFIDENTIAL** | |
| 893. | | | | | 2019-03-21 PM0345 A.Fulmer Eml w Q3 Presentation-Monday Board Meeting_SW805576, SW811683-822; Attachment **CONFIDENTIAL** | |
| 894. | | | | | 2019-03-22 PM0415 D.McDonough Eml re Close of Meridian Site_SW330280-1 | |
| 895. | | | | | 2019-03-25 AM1134 A.Fulmer Eml attaching Q3 Presentation_SW805904-5, SW812910-3049; Attachment **CONFIDENTIAL** | |
| 896. | | | | | 2019-03-26 AM1034 L.LaGue Eml re Gemtech Closure_SW435990-6013 | |
| 897. | | | | | 2019-03-26 PM0213 K.Salvador Eml re Gemtech Closure_SW437266-437267 | |
| 898. | | | | | 2019-03-26 PM0228 D.McDonough Eml re Close Meridian Site_SW330278-9 | |
| 899. | | | | | 2019-04-01 AM1024 L.LaGue Eml re Gemtech Closure-Final Update_SW134858-9 | |
| 900. | | | | | 2019-06-14 PM1224 J.Buchanan Eml_Exhibit 517 Fulmer SW139087-119 Attachment **CONFIDENTIAL** | |
| 901. | | | | | 2019-06-18 PM0742 P.Milks Eml re ATF_SW380947-51 | |
| 902. | | | | | 2019-06-19 AOB Form 10-K_Exhibit 599 Buchanan (no bates) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 903. | | | | | 2019-08-29 AOB Form 10-Q_Exhibit 600 Buchanan (no bates) | |
| 904. | | | | | 2019-11-16 M.Thompson text re collections_GT083436 **CONFIDENTIAL** | |
| 905. | | | | | 2019-12-05 AOB Form 10-Q_Exhibit 601 Buchanan (no bates) | |
| 906. | | | | | 2020-03-05 AOB Form 10-Q_Exhibit 602 Buchanan (no bates) | |
| 907. | | | | | 2020-04-28 L.Hardyn Eml_Exhibit 590 Smith SW354377-9 | |
| 908. | | | | | 2020-06-19 AOB Form 10-K_Exhibit 603 Buchanan (no bates) | |
| 909. | | | | | 2020-06-22 AM1132 A.Proto Eml_Exhibit 591 Smith SW355575-83 **CONFIDENTIAL** | |
| 910. | | | | | 2021 Gemtech Sales & Gross Profit FY21 MSJ Exhibit 21_SW803337 **CONFIDENTIAL** | |
| 911. | | | | | 2022 Gemtech Sales & Gross Profit FY22 MSJ Exhibit 22_SW803338 **CONFIDENTIAL** | |
| 912. | | | | | 2023 Gemtech Sales & Gross Profit FY23 MSJ Exhibit 23_SW803339 **CONFIDENTIAL** | |
| 913. | | | | | 2023-05-26 Gemini Employee spreadsheet_Exhibit 618 McDonough (no bates from SW770069) | |
| 914. | | | | | 2024-02-01 2nd Amended Complaint_Exhibit 20 GT 30(b)(6) (no bates) | |
| 915. | | | | | 2025-09-05 R.Martinez Decl Ex A_Gemtech P&L by Year_GT007937 | |
| 916. | | | | | 2025-09-05no200 R.Martinez Declaration ISO Motion for Summary Judgment | |
| 917. | | | | | 2026-02-20 Exhibit 43 - AOB GemTech Closure_SW801610-24, SW801595-609, SW550769-77, SW801832-9, SW550704-11, SW807643-50, SW807622-5, SW807567-71, SW801591-4 | |
| 918. | | | | | Gemtech Sales & Gross Profit FY18_SW546815 CONFIDENTIAL.XLSX | |
| 919. | | | | | Gemtech Sales & Gross Profit FY19_SW546816 CONFIDENTIAL.XLSX | |
| 920. | | | | | Gemtech Sales & Gross Profit FY20_SW546817 CONFIDENTIAL.XLSX | |
| 921. | | | | | Gemtech Sales & Gross Profit FY21_SW803337 CONFIDENTIAL | |
| 922. | | | | | Gemtech Sales & Gross Profit FY22_SW803338 CONFIDENTIAL.XLSX | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 923. | | | | | Gemtech Sales & Gross Profit FY23_SW803339 CONFIDENTIAL.XLSX | |
| 924. | | | | | Gemtech Sales & Gross Profit FY24 Q1_SW803340 CONFIDENTIAL.XLSX | |
| 925. | | | | | Gemtech Sales & Gross Profit May - Aug 2020_SW803336 CONFIDENTIAL | |
| 926. | | | | | SEC_aobc-20170131-10q.htm | |
| 927. | | | | | SEC_aobc-20170430-10k.htm | |
| 928. | | | | | SEC_aobc-20170731-10q.htm | |
| 929. | | | | | SEC_aobc-20171031-10q.htm | |
| 930. | | | | | SEC_aobc-20180131-10q.htm | |
| 931. | | | | | SEC_aobc-20180430-10k.htm | |
| 932. | | | | | SEC_aobc-20180731-10q.htm | |
| 933. | | | | | SEC_aobc-20181031-10q.htm | |
| 934. | | | | | SEC_aobc-20190131-10q.htm | |
| 935. | | | | | SEC_aobc-20190430-10k.htm | |
| 936. | | | | | SEC_aobc-20190731-10q.htm | |
| 937. | | | | | SEC_aobc-20191031-10q.htm | |
| 938. | | | | | SEC_aobc-20200131-10q.htm | |
| 939. | | | | | SEC_swbi-20200430-10k.htm | |
| 940. | | | | | SEC_swbi-20200731-10q.htm | |
| 941. | | | | | SEC_swbi-20201031-10q.htm | |
| 942. | | | | | SEC_swbi-2021013110q.htm | |
| 943. | | | | | SEC_swbi-20220131-10q.htm | |
| 944. | | | | | SEC_swbi-20220430-10k.htm | |
| 945. | | | | | SEC_swbi-20220731-10q.htm | |
| 946. | | | | | SEC_swbi-20221031-10q.htm | |
| 947. | | | | | SEC_swbi-20230430-10k.htm | |
| 948. | | | | | SEC_swbi-20230731-10q.htm | |
| 949. | | | | | SEC_swbi-20231031-10q.htm | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 950. | | | | | SEC_swbi-20240131-10q.htm | |
| 951. | | | | | SEC_swbi-20240430-10k.htm | |
| 952. | | | | | SEC_swbi-20240731-10q.htm | |
| 953. | | | | | SEC_swbi-20241031-10q.htm | |
| 954. | | | | | SEC_swbi-20250131-10q.htm | |
| 955. | | | | | SEC_swbi-20250430-10k.htm | |
| 956. | | | | | SEC_swbi-20250731-10q.htm | |
| 957. | | | | | SEC_swbi-20251031-10q.htm | |
| 958. | | | | | SEC_swbi-20260131-10q.htm | |
| 959. | | | | | SEC_swbi-20260430-10k.htm | |
| 960. | | | | | SEC_swbi-20260731-10q.htm | |
| 961. | | | | | SEC_swhc-20160131-10q.htm | |
| 962. | | | | | SEC_swhc-20160430-10k.htm | |
| 963. | | | | | SEC_swhc-20160731-10q.htm | |
| 964. | | | | | SEC_swhc-20161031-10q.htm | |
| 965. | | | | | 2018 Comparative P&Ls: SW534314, SW549340, SW549336, SW143689, SW549363, SW534327, SW549357, SW549354, SW534321, SW534312, SW549351 | |
| 966. | | | | | 2018 Summary Exhibit of P&Ls FRE 1006 | |
| 967. | | | | | 2019 Comparative P&Ls: SW534290, SW549327, SW534304, SW549333, SW534285, SW549330, SW549344, SW534299, SW549360, SW413766, SW534297, SW549348, SW534376, SW549341, SW549337, SW534386, SW534363, SW549325, SW413781, SW549358, SW534381, SW534371, SW549355, SW534351, SW549352 | |
| 968. | | | | | 2019 Summary Exhibit of P&Ls FRE 1006 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 969. | | | | | 2020 Comparative P&Ls: SW534346, SW549328, SW534359, SW549334, SW534344, SW549331, SW549345, SW53433, SW549342, SW657563, SW657566, SW657560, SW657565, SW549338, SW657562, SW549326, SW549359, SW549356, SW549353 | |
| 970. | | | | | 2020 Summary Exhibit of P&Ls FRE 1006 | |
| 971. | | | | | 2021 Comparative P&Ls: SW549329, SW549335, SW549332, SW549346, SW549362, SW657620, SW657621, SW657619, SW657622 | |
| 972. | | | | | 2021 Summary Exhibit of P&Ls FRE 1006 | |
| 973. | | | | | Summary Exhibit 2018-2021 Comparative P&Ls FRE 1006 | |
| 974. | | | | | LonePeak Report | |
| 975. | | | | | LonePeak Demonstratives including Schedules 1-8.4 | |
| 976. | | | | | Orchid Report | |
| 977. | | | | | Orchid Demonstratives | |
| 978. | | | | | Suber Report | |
| 979. | | | | | Suber Demonstratives | |
| 980. | | | | | Yacek Report | |
| 981. | | | | | Yacek Demonstratives_2017-2024 Gemtech products market share data | |
| 982. | | | | | Pleadings filed in this case. | |
| 983. | | | | | Gemtech responses to discovery | |
| 984. | | | | | 30(b)(6) Deposition of Gemini Technologies Transcript/Exhibits. | |
| | | | | | | |

**Reservations**:

Defendants may present any and all pleadings, affidavits, briefs, discovery responses, any document(s) identified or produced during the course of discovery in this matter, etc. as trial exhibits in this matter.

Defendants may present charts, graphs, diagrams, and other demonstrative or illustrative exhibits.

Defendants may present any exhibit identified by other parties.

Defendants reserve the right to use all other physical evidence identified by other parties to this litigation.

Defendants may present any exhibit necessary for impeachment or rebuttal.

Defendants reserve the right to use rebuttal exhibits or other unidentified exhibits for purposes of impeachment.

Defendants may present any additional exhibits identified after the date of this initial exhibit list.

38366029_v3