KIM J. TROUT, ISB #2468
ALYSSA R. BOLL, ISB #12181
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
ktrout@trout-law.com
aboll@trout-law.com
Attorney for the Plaintiff.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br>vs.<br><br>SMITH & WESSON SALES COMPANY., a Delaware corporation; and SMITH & WESSON BRANDS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-REP<br><br>**PLAINTIFF'S TRIAL BRIEF** |

Plaintiff, Gemini Technologies Inc. ("Gemtech"), hereby submits its Trial Brief pursuant to Local Rule 16.3(b) and this Court's Order Setting Trial as follows:

**<u>STATEMENT OF LAW</u>**

Plaintiff states a claim for breach of contract of the APA, section 1.6(c) under Delaware law. To state a claim for breach of contract, Plaintiff must establish the following to succeed: "(1) the existence of a contract, whether express or implied; (2) breach of one or more of the contract's obligations; and (3) damages resulting from the breach." *Geico Gen. Ins. Co. v. Green*, 308 A.3d 132, 139 (Del. 2022). When determining the scope of a contractual obligation, "the role of a court is to effectuate the parties' intent." *Lorillard Tobacco Co. v. Am. Legacy Found.*, 903 A.2d 728, 739 (Del. 2006). The Court must give priority to the parties' intentions, absent ambiguity. *In re Viking Pump, Inc.*, 148

A. 3d 633, 648 (Del. 2016) ("A contract is unambiguous if the language it uses has 'a definite and precise meaning, unattended by danger of misconception in the purport of the [agreement] itself, and concerning which there is no reasonable basis for a difference of opinion.'" *Selective Ins. Co. of Am. V. Cnty. Of Rensselaer*, 26 N.Y.3d 649, 27 N.Y.S.3d 458, 461 (2016) (internal citation omitted)).

> [W]hen a trial court is addressing an express contractual provision requiring the exercise of good faith, it must focus the breach inquiry on whether the party bound by the provision had acted in subjective bad faith based on the circumstances existing at the time of its alleged breach, within the context defined by the terms of the parties' contractual bargain. Accordingly, when a contract's express terms incorporate a good faith requirement, the trial court should focus on the meaning of that express contractual duty.

ev3, Inc. v. Lesh, 114 A.3d 527, 539 (Del. 2014) (citing DV Realty Advisors LLC v. Policemen's Annuity and Benefit Fund of Chicago, 75 A.3d 101 (Del. 2013).

*DV Realty* explicitly stated that when the contract does not define good or bad faith, the court may apply the common law definition of the business judgment rule; construe the overall scheme and view the provision in the context that the contract sought to protect. 75 A.3d at 110. Most importantly, under the business judgment rule, bad faith exists where the judgment is "so far beyond the bounds of reasonable judgment that it seems essentially inexplicable on any ground other than bad faith." *Brinckerhoff v. Enbridge Energy Co.*, 67 A.3d 369, 373 (Del. 2013), abrogated by *Brinkerhoff v. Enbridge Energy Co., Inc.*, 159 A.3d 242 (Del. 2017). However, and just as importantly, the abrogation must be noted as the court departed from its earlier decision regarding good faith: Plaintiff must plead facts supporting an inference that Defendant did not *reasonably* act in the best interests of the deal. *Brinkerhoff*, 159 A.3d at 260. "[T]he use of the qualifier 'reasonably' imposes an objective standard of good faith." *Id.*

**<u>PLAINTIFF'S POSITION</u>**

Smith & Wesson breached section 1.6(c) of the APA, which states:

> Subject to the terms and conditions set forth in this Agreement and the Collateral Agreements, subsequent to the Closing, Buyer shall have sole discretion with regard

> to all matters relating to the operation of the Business; provided, that *Buyer shall not, directly or indirectly*, take any actions in bad faith that would have the *specific purpose of avoiding or reducing the Earn-Out Payment hereunder*. In addition, Buyer agrees to *consult with Ronald J. Martinez in advance of any decision* made relating to the operation of the Business only if Buyer has knowledge that such decision will negatively impact the Earn-Out Payment.

Dkt. 1, pp. 22-23 (underline in original) (emphasis added).

The APA specifically contracted for a bad faith provision due to what had occurred with Remington/AAC; Mr. Martinez feared that Gemtech would be assumed and then dismantled. Unfortunately, that is exactly what occurred.

Defendants' actions, whether directly or indirectly, led to an avoidance of the earn-out payment; it became impossible for the assets of Gemtech to even attempt to obtain the earn-out. First, Defendants internally projected a significant reduction in Gemtech's revenue during the earn-out period. Dkt. 214-5, Ex. 21. (June 23, 2017, email: "The financial model assumes a significant down turn year one, flat two and three, and then normal growth. We wanted to justify $10 million [purchase price for Gemtech] without HPA [Hearing Protection Act] passing . . . Not a single acquisition we have made has hit the revenue number in their respective model."). Defendants then reported to the SEC that "[b]ased on current forecasted revenue projections, we believe it is unlikely that the acquired business will achieve the performance metrics" and only allocated $100,000 as a prospective contingent liability for the earn-out payment. Dkt. 191-9, Ex. 46 at 10. Unequivocally, and demonstrably, this evidence shows that Defendants did not believe, or intend, for the Gemtech assets and brand to achieve the earn-out.

Second, Defendants did not consult with Ron Martinez regarding decisions, nor was there any intent to do so. This is evidenced by the Buckingham July 21, 2017, email to Debney, which describes the closing process as "very messy" and that he was "getting alarmed with Ron Martinez staying with [them] post close." Dkt. 214-5 Ex. 27. This precursor, led to the termination of Mr. Martinez only 41 days after closing, due to an alleged "loss of trust and confidence in his ability to lead the business."

Dkt. 194-20, p. 3. However, it is nearly impossible to believe that this could have occurred in only 41 days when taken in tandem with the employment contract that stated Mr. Martinez was to be an executive to grow the company's goodwill. Dkt. 194-30. Defendants had even called Mr. Martinez the "secret sauce." Dkt. 201-1, p.9. Defendants not only terminated Martinez, the key employee, but the Defendants then terminated multiple other key employees and failed to replace them with qualified employees. Dkt. 201-6, p. 82; Dkt. 214, ¶¶ 115-23. Defendants never replaced Martinez with anyone having his qualitative skills. This further nullified the consultation clause with Martinez, and left Defendants to operate without any check on decisions that did negatively impact the Gemtech assets and brand's ability to achieve the earn-out.

Third, Defendants redirected all manufacturing away from the silencer division, did not sell Gemtech products, and halted shipping and order fulfillment. Dkt. 214, ¶ 92. These actions led to the Gemtech assets and brand being dismantled within 18 months. Dkt. 201-6, p. 70, 72; Dkt. 214, ¶¶ 124-26. The sheer haste that led to Gemtech being wholly dismantled and shuttered, makes it clear that Defendants acted in bad faith, had no intention of the Gemtech assets and brand achieving the earn-out, and acted within the *heightened* standard of *Brinkerhoff*: so far beyond the bounds of reasonable judgment that it cannot be anything other than bad faith. Defendants' plan was simple: induce the sale of Gemtech, assume it completely, then dismantle the company in its entirety. Their actions led to Gemtech's hands being tied behind its back without a way to stop it.

Fourth, Defendants have raised a multitude of affirmative defenses. However, no further information has been provided, as they are simple stock defenses to a breach of contract claim. Despite discovery requests for "the complete factual basis for each of your affirmative defenses," Defendants objected and later stated that it would require pages of narrative and provided no additional supplemental responses. Defendants' discovery conduct is enough, by itself, to bar evidentiary support of the affirmative defenses.

Plaintiff expects that Defendants will argue failure to mitigate and other defenses, however all defenses should be viewed from the lens that Smith and Wesson purchased the assets of Plaintiff, excluded and terminated Plaintiff's owners and managers and former employees within an 18-month period, and as a result, Plaintiff was incapable of any mitigation efforts with respect to the earn-out. Given Defendants did not respond to properly propounded discovery, treat the affirmative defenses as waived.

Finally, an issue must still be resolved before trial commences. Defendants' employees have failed to produce and/or preserve their text messages as admitted to by Defendants and multiple deponents. On September 6, 2023, Mr. Stidham sent correspondence to then Trout Law firm, affirming that multiple individuals conducted business via text communication. See, Exhibit 1. These individuals include James Debney, Dan McDonough, and others. Mr. Stidham represented that Mr. Debney utilized text messages to "communicate regarding Gemtech business. Mr. McDonough affirmed that he "received some texts from James Debney regarding Ron Martinez termination." None of these messages were preserved pursuant to the Stipulation amongst the parties on February 5, 2020. See, Dkt. 38. In Sanders v. Univ. of Idaho, Coll. of L., the United States District Court, D. Idaho held that a party seeking sanctions for spoliation of evidence must prove: (1) the party having control over the evidence had an obligation to preserve it when it was destroyed or altered; (2) the destruction or loss was accompanied by a culpable state of mind; and (3) the evidence that was destroyed or altered was relevant to the claims or defenses of the party that sought the discovery of the spoliated evidence. Sanders v. Univ. of Idaho, Coll. of L., 634 F. Supp. 3d 936, 940 (D. Idaho 2022). *Sanders* further stated that a culpable state of mind did not require bad faith; "sanctions for spoliation may be imposed upon a showing that there was notice of the potential relevance of the evidence to litigation." *Id.* (citing *Glover v. BIC Corp.*, 6 F.3d 1317, 1329 (9th Cir. 1993).

Here, the text messages regarding the termination of Ron Martinez is directly relevant. This raises a presumption that the destroyed evidence goes to the merits of the case, and that such evidence was adverse to the party that destroyed it. And, as there is no way to re-create text messages that have been destroyed, no additional discovery could have been ordered to cure the issue. The Court, on May 1, 2023, presumed that Defendants complied with the agreement to preserve all messages, and that failure to do so may be cause for imposition of sanctions, specifically FRCP 37(e)(2)(C). Dkt. 124, n. 3. This issue has not yet been resolved.

**DAMAGES**

"Under Delaware law, the standard remedy for breach of contract is based on the reasonable expectations of the parties that existed before or at the time of the breach." *Shareholder Representative Services, LLC v. Alexion Pharmaceuticals, Inc.*, 341 A.3d 513, 524 (Del. 2025) (quoting PharmAthene, Inc. v. Siga Techs., Inc. *("Siga I")*, No. 2627-VCP, 2014 WL 3974167, at *7 (Del. Ch. Aug. 8, 2014), *aff'd*, 132 A.3d 1108 (Del. 2015)). "This principle of expectation damages is measured by the amount of money that would put the promise in the same position as if the promisor had performed the contract." *Id.* (quoting *Duncan v. Theratx, Inc.*, 775 A.2d 1019, 1022 (Del. 2001)). The plaintiff must prove that the breached caused the injury to a reasonable certainty and estimate the amount of damages. *Id.* "The measure of expectation damages is informed by the nature of the contractual right." *Id.*

**A. Injury**

"If a breach is of a promise conditioned on a fortuitous event and it is uncertain whether the event would have occurred had there been no breach, the injured party may recover damages based on the value of the conditional right at the time of breach." *Id.* (quoting Restatement (Second) of Contracts § 348(3)). The *Alexion* court considered *Fortis Advisors LLC v. Johnson & Johnson*, which had recently held that earnout provisions were contingent in nature: "they require the buyer to pay

additional consideration if the buyer or target achieves specified goals, buttressed by a standard to which the buyer must perform." *Id.* at 525 (citing Fortis Advisors LLC v. Johnson & Johnson, No. 2020-0881-LWW, 2024 WL 4048060, at *21-23 (Del. Ch. Sept. 4, 2024). The Alexion court continued:

> In *Fortis*, the buyer's breach of its efforts obligation to pursue earnout milestones made it impossible to achieve certain milestones. *Fortis* identified a cognizable, and compensable, injury in the decreased expected value of the right to earnout payments, reasoning damages based on that injury would "put the promise in the same position as if the promisor had performed the contract." *Fortis* calculated expected value at the time of breach by weighting each milestone by the proven likelihood it would be achieved."

*Id.* at 525 (citing *Fortis*, 2024 WL 4048060, at *21-23.

Also, "an expected value approach reflects the theory behind expectation damages, which aim to put 'the nonbreaching party in as good a position as he would have been in had the contract been performed, and no better.'" *Id.* To prove injury from the breach, Plaintiff must show that the earn-out probability was greater than zero at the time of the breach. *Id.* at 542.

Here, Mr. Murdock has calculated an expected value. First, Gemtech's sales improved under Martinez's leadership, and in 2016, the total sales of Gemtech had risen to $11.2 million which included $7.5 million in suppressor sales. Dkt. 223-4, p. 2. The earn-out threshold was very real and achievable based on the fact that Gemtech was already achieving $12 million in annual sales, which strong growth projections. *Id.* at 3, 7. Mr. Murdock opined:

> The economic loss for the claim of breach of contract . . . is calculated based upon the reasonable expectations of the parties as it existed before or at the time of the breach. Part of the Asset Purchase Agreement (APA) between Gemtech and S&W included the potential for an earn-out payment to be paid by S&W to Gemtech based on Gemtech's gross cumulative sales of silencers and suppressors, silencer and suppressor accessories, and any company branded ammunition over a 36-month period after the closing date – August 7, 2017 to August 7, 2020 (earn-out period). The earn-out is calculated across the life of the earn-out period and is equal to 15 cents on the dollar for each dollar of gross revenue in excess of $36 million, up to a maximum of $17.1 million. This analysis calculates the economic loss associated with the earn-out had the alleged breaches not occurred.

*Id.* at 6.

Under a market share analysis, Mr. Murdock was able to analyze the ATF Form 3 and Form 4 applications between 2014 and 2022. *Id.* at 8-9. "Relative to the ATF Form 3 submitted applications, Gemtech held a market share of approximately 12% of suppressors from 2015 through 2017." *Id.* at 10. In the first half of 2017, Gemtech's suppressor sales shifted which increased the average price per unit to $612. *Id.* at 12. By adjusting the priced based on the Producer Price Index, Mr. Murdock determined the following price per unit estimate through 2024:

| **Table 5** | | |
|---|---|---|
| **Year** | **PPI Growth Rate** | **Price per Unit** |
| 2018 | 4.51% | $640 |
| 2019 | 0.00% | $640 |
| 2020 | -2.08% | $626 |
| 2021 | 12.19% | $703 |
| 2022 | 15.43% | $811 |
| 2023 | -0.26% | $806 |
| 2024 | 0.21% | $808 |

*Id.*

Therefore, Mr. Murdock concluded:

> This analysis projects suppressor revenues based on three scenarios. Scenario 1 assumes Gemtech maintains a market share of 12% during the damage period. Scenario 2 assumes that Gemtech begins with a market share of 12% and subsequently improves their manufacturing capacity to obtain a 15% market share beginning in 2018, based on the implied market share in 2016 had backorders been able to be fulfilled. And Scenario 3 assumes that Gemtech is able to grow market share to 20% in 2020. Thus, Scenario 3 assumes Getmtech's market share is 12% in 2017, 15% in 2018, 18% in 2019, and 20% in 2020, in-line with and in part due to the additional efforts and opportunities described above.

*Id.* at 13.

Regarding ammunition sales, and the consideration that Gemtech was on pace to generate $1.834 million in 2017, the following was determined:

| **Table 7** | | |
|---|---|---|
| **Year** | **Sales of Small Arms Ammunition Manufacturers ($1,000)** | **Growth Rate** |
| 2017 | $4,235,836 | |
| 2018 | $3,959,592 | (6.5%) |

| | | |
|---|---|---|
| 2019 | $4,248,008 | 7.3% |
| 2020 | $4,975,843 | 17.1% |
| 2021 | $5,682,188 | 14.2% |

*Id.* at 13-14. Further, the "average ratio of the revenue of accessories to suppressors from 2013 to 2016 for Gemtech is 29.8%. This value was utilized in determining Gemtech's expected accessories revenue as a function of expected suppressor revenue." *Id.* at 14.

Therefore, Plaintiff will prove by a preponderance of the evidence that the probability of achieving the earn-out was greater than zero at the time of the breach. There is a proven injury from Defendants' breach.

**B. Causation**

Plaintiff must prove that the defendant's breach was the but-for cause of the injury. *SIGA Techs., Inc. v. PharmAthene, Inc.*, 67 A.3d 330, 350-51 (Del. 2013). In *Alexion*, they terminated the ALXN1830 program, which then eliminated all expected value in any milestones after the breach. *Alexion*, 341 A.3d at 542.

Here, multiple actions taken by Defendants were the "but-for" cause of Gemtech's inability to achieve the earn-out as argued *supra*: (1) the termination of Mr. Martinez and all key Gemtech employees, which started only 41 days after the APA was signed; (2) the failure to consult with Mr. Martinez at all; (3) redirecting all manufacturing and focus to other portions of Smith & Wesson, to include a failure to market, sell, or ship Gemtech product; and (4) the complete and total dismantlement of Gemtech within 18 months. These actions directly caused the inability to achieve the earn-out.

**C. Estimate of Damages**

"'The *amount* of damages can be an estimate,' provided 'the court has a basis to make a responsible estimate of damages.'" *Alexion*, 341 A.3d at 542 (quoting *Siga II*, 132 A.3d at 1111) (then quoting Del. Exp. Shuttle, Inc. v. Older, No. Civ.A. 19596, 2002 WL 31458243, at *15 (Del. Ch. Oct.

23, 2002) (emphasis in original)). Delaware law grants the court flexibility to use conscience and reason to determine whether the estimate is reasonable under the circumstances. *Id.* (citing *Siga II*, 132 A.3d at 1130). The wrongdoer rule establishes the estimate:

> Doubts [about the extent of the damages] are generally resolved against the party in breach. A party who has, by his breach, forced the injured party to seek compensation in damages should not be allowed to profit from his breach where it is established that a significant loss has occurred. *A court may take into account all the circumstances of the breach, including willfulness, in deciding whether to require a lesser degree of certainty, giving greater discretion to the trier of the facts.* Damages need not be calculable with mathematical accuracy and are often at best approximate.

*Id.* (citing Cura Fin. Servs. N.V. v. Elec. Payment Exch., Inc., No. CIV.A. 18278, 2001 WL 1334188, at *20 (Del. Ch. Oct. 22, 2001) (quoting Restatement (Second) of Contracts § 352 cmt. A (1981) (emphasis in original).

Here, a calculation must be performed to calculate the expected earn-out had the breach not occurred: "The APA indicates that the earn-out would be determined based on the cumulative revenue earned by Gemtech over the earn-out period and is calculated as (Earn-out revenue - $36,000,000) x (0.15), up to a maximum of $17,100,000." Dkt. 223-4, p. 18. Based on the scenarios described *supra*, Mr. Murdock was able to calculate the total revenue as follows:

| | 2017 | 2018 | 2019 | 2020 | Total |
|---|---|---|---|---|---|
| **Total Revenue** | | | | | |
| Scenario 1 | $4,078,850 | $12,792,636 | $14,114,663 | $12,332,979 | $43,319,129 |
| Scenario 2 | $4,078,850 | $15,562,185 | $17,183,498 | $15,093,054 | $51,917,587 |
| Scenario 3 | $4,078,850 | $15,562,185 | $20,252,333 | $19,693,179 | $59,586,546 |

*Id.* at 18.

Using the formula, Mr. Murdock calculates the economic loss associated with breach of contract for pre-interest expectation damages as follows: $1,097,869 for Scenario 1, $2,387,638 for Scenario 2, and $3,537,982 for Scenario 3. *Id.*

Additionally, Mr. Murdock states that if the Court determines that additional revenue would have been earned from domestic or international police and military during the earnout period (August

2017 to August 2020), then the damages should be increased in accordance with the calculation provided for the earn-out in the APA. *Id.* at pp. 30-31. Gemtech intends to present evidence of international opportunities that would have occurred during the earn-out period, which would then increase Mr. Murdock's damages calculations accordingly.

**REPORT REGARDING DEFENDANTS' PROPOSED EXHIBITS**

Defendant identified Exhibits 500-984. Pursuant to a stipulation between the parties, the parties did not produce trial ready exhibits. Pursuant to this Court's Scheduling Order Plaintiff has reviewed the Defendants' proposed exhibits and have identified exhibits that are located on both parties' exhibit lists (joint exhibits), stipulated exhibits, conditional exhibits, and objected to exhibits. Attached hereto as **Exhibit 2** is a listing of each category of exhibits identified by Plaintiff. Multiple exhibits were objected to as duplicative or cumulative, as multiple exhibits contained the same documents within them. Plaintiff notes for the Court that the relevancy objection applies equally to all cumulative or duplicated exhibits. For example, exhibits 676, 683-686 are five emails that are all contained within 685. Therefore, the objection made to Exhibit 685 applies equally to exhibits 676 and 683-686. Another note of import: Defendants submitted Exhibits 966, 968, 970, 972, and 973 allegedly pursuant to FRE 1006. However, none of these documents have been previously produced, and therefore Plaintiff objects, as this would constitute trial by surprise.

## CONCLUSION

Based on the foregoing, Plaintiff requests the Court consider the issue of sanctions as referenced in Dkt. 124, and with respect to the Defense motions in limine. Plaintiff also requests this Court consider the arguments laid out *supra* as the parties prepare to finalize this matter for trial.

DATED November 23, 2026.

Trout & Jones, PLLC

By *_/s/ Alyssa R. Boll_*
Alyssa R. Boll
Attorneys for Plaintiff

# EXHIBIT 1

EXHIBIT 1

Holland & Hart

**Erik F. Stidham**
**Partner**
**Phone** 208.383.3934
efstidham@hollandhart.com

September 6, 2023

**VIA EMAIL – sschossberger@trout-law.com**

Steven F. Schossberger, Esq.
TROUT LAW
3778 Plantation River Dr., Suite 101
Boise, Idaho 83703

**Re: Gemini Technologies, Inc. v. Smith & Wesson Corp.**
**Case No. 1:18-CV-00035-CWD**

Dear Steven:

This letter serves as a follow-up to the Meet & Confer conference we held with you and Kim Trout on August 18, 2023. To that end, please see below the chart for each of the eight custodians. The chart reflects the responses my office received from the eight custodians regarding (i) whether they conducted business relating to Gemtech and/or Ron Martinez via text during their employment by S&W and (ii) whether they preserved any text messages regarding Gemtech and/or Ron Martinez.

| Custodian | Did you conduct business for S&W relating to Gemtech and/or Ron Martinez via text? | Did you preserve any text messages regarding Gemtech and/or Ron Martinez? |
|---|---|---|
| Joe Bergeron | I do not recall conducting any business relating to Gemtech/Martinez via text. This would have been handled via email. | No, I do not have any text messages relating to these topics. |
| Jeff Buchanan | I doubt I conducted any substantive business via text. I was not overly involved in that transaction—before or after it. Text messages would have consisted of logistical (e.g., coordinating meeting times) or general notifications (e.g., received notice that Jason Pace was terminated). | Yes, I preserved my messages. |

| | | |
|---|---|---|
| Matt Buckingham | I would prefer to not speculate on what I may or may not have done. I should also point out I was hospitalized for most of August 2017 and during that time I did not have access to my email or business accounts. I was involved in the negotiation to acquire Gemtech, but I was in the hospital and in recovery when Mr Martinez's employment was terminated and have no knowledge of what transpired or led to that event. I have had some personal correspondence with Mr. Martinez after leaving Smith and Wesson employment but no business transactions and nothing on behalf of Smith and Wesson | I did not retain my phone number, phone, or text messages after leaving Smith and Wesson. |
| Rob Cicero | I do not recall any instance where I conducted substantive business relating to Gemtech or relating to Mr. Martinez via text. | Yes. I can say that I do not recall deleting any text messages regarding Smith & Wesson, Gemtech and/or Ron Martinez, and I am certain I have not deleted any such messages since the hold was issued. |
| Alexander Crown | I believe text messages were used for logistical parts of work. Texts were used for things like "hey will you come to this meeting" or "I'm going to be late today." | No. |
| James Debney | Yes. I sometimes used texts to communicate regarding Gemtech business. | I reviewed the texts on my phone. My oldest text message is dated 11/26/20, which is nothing to do with |

Holland & Hart



| | | |
|---|---|---|
| | | S&W, Gemtech, Ron etc and is almost a year after I left the employment of AOB (S&W). |
| Andy Fulmer | To the best of my knowledge, any text messages relating to Gemtech/Ron Martinez were related to logistics of due diligence, etc. Examples would include texts to coordinate travel to the Gemtech site, etc. | I looked on my phone and I do not have any text messages to or from Ron Martinez or others that worked at Gemtech. |
| Dan McDonough | Yes. I received some texts from James Debney regarding Ron Martinez termination. | I didn't delete any messages, but the messages appear to have been deleted automatically by my carrier. |

Very truly yours,

*/s/Erik F. Stidham*

Erik F. Stidham
of Holland & Hart LLP

EXHIBIT 2

# EXHIBIT 2

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 504 | 05/23/2016 | 2016-05-23 GT and the cliff of bankruptcy_GT083225 | GT083225 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 505 | 10/01/2016 | 2016-10 Export Control Compliance Program & Manual_SW224671-715 | SW224671-SW2246715 | Object | | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 507 | 12/13/2016 | 2016-12-13 AM0850 D.Matheny Eml re HPA_GT037045-50 | GT037045-GT037050 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 805 - Hearsay within hearsay | FRE 402 - Relevance |
| 508 | 12/13/2016 | 2016-12-13 AM1246 R.Martinez Eml re HPA effect of sales_GT066032-34 | GT066032-GT066034 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 805 - Hearsay within hearsay | |
| 511 | | 2016-2017 Texts between R.Martinez & G.Abrams_GT082157-175 | GT082157-GT082175 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 512 | 01/10/2017 | 2017-01-10 AM1015 R.Martinez Eml re Abrams months late_GT065672-83 | GT065672-GT065683 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 514 | 01/30/2017 | 2017-01-30 0421PM M.Thompson Eml Ex F to RM Decl GT035082-4 | GT035082-GT035084 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 515 | 02/01/2017 | 2017-02 Suppressor Manufacturing & Transfer Analysis_SW173172 | SW173172-SW173174 | Object | | FRE 802 - Hearsay | FRE 702 / Rule 26(a)(2) - Expert | FRE 803(6) - Business-record foundation |
| 516 | 02/01/2017 | 2017-02-01 M.Thompson Eml w S&W Executive Summary_GT035211-5 | GT035211-GT035215 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 517 | 02/01/2017 | 2017-02-01 Texts re Silencerco & vendors hounding me_GT083315 CONFIDENTIAL | GT083315 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 519 | 02/07/2017 | 2017-02-07 AM0844 J.Pace rant about Daniel and international orders_GT034764-5 | GT034764-GT034765 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 526 | 02/20/2017 | 2017-02-20 PM1019 R.Martinez Eml w D.Shea re retail suppressor industry got screwed_GT064909-10 | GT064909-GT064910 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 527 | 02/21/2017 | 2017-02-21 AM0741 R.Martinez Eml re HPA to CNN Money_GT120808-12 | GT120808-GT120812 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 528 | 02/21/2017 | 2017-02-21 AM0742 A.Smith Eml re CNN Money silencer story_GT119036-40 | GT119036-GT119040 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 402 - Relevance | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 529 | 02/21/2017 | 2017-02-21 AM0852 R.Martinez Eml re HPA and slow sales_GT064921-64923 | GT064921-GT064923 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 531 | 02/27/2017 | 2017-02-27 AM0612 R.Martinez Eml re ASA-HPA is a mess and is killing sales_GT064806-7 | GT064806 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 532 | 02/27/2017 | 2017-02-27 PM0155 M.Thompson Eml re Doubts on the ASA_SW001372 | SW001372 | Object | | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 538 | 03/23/2017 | 2017-03-23 PM0712 D.Smith Eml re Acusport on buying freeze_GT030536 | GT030536-GT030537 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 539 | 03/27/2017 | 2017-03-27 AM0802 R.Martinez Eml re earnout in event of down year_GT007881-2 | GT007881-GT007882 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 541 | 03/29/2017 | 2017-03-29 PM0617 M.Thompson Eml w GT Accounting Update_GT086184-6 | GT086184-GT086186 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 546 | 04/22/2017 | 2017-04-22 Trout Law Summary of Gemtech Ownership History_SW615414-6 | SW615414-SW615416 | Object | | FRE 402 - Relevance | Other (explain in notes) | FRE 803(6) - Business-record foundation |
| 547 | 04/22/2017 | 2017-04-22 Trout Letter to R.Martinez re Due Diligence_SW309616-8 | SW309616-SW309618 | Object | | FRE 402 - Relevance | Other (explain in notes) | FRE 803(6) - Business-record foundation |
| 548 | 04/25/2017 | 2017-04-25 AM0709 R.Cicero Eml re Gemtech Tucson_SW536004-8 CONFIDENTIAL | SW536004-SW536008 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 549 | 04/25/2017 | 2017-04-25 GemTech Financial Due Diligence Memo SW625370-625378 CONFIDENTIAL | SW625370-SW625378 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | FRE 803(6) - Business-record foundation |
| 550 | 04/27/2017 | 2017-04-27 PM0757 R.Martinez Eml_Exhibit 72 Kunsky_SW070935 | SW070935 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | FRE 403 - Prejudice/confusion/cumulative |
| 551 | 04/28/2017 | 2017-04-28 AM1000 R.Martinez Email noting Ruger & Daniel Defense suppressors entering market_GT063109 | GT063109 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 402 - Relevance | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 554 | 05/18/2017 | 2017-05-18 PM0243 R.Martinez Eml re Co problems_GT062805-6 | GT062805-GT062806 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 555 | 05/18/2017 | 2017-05-18 PM0319 M.Thompson Eml re Recap of Call_SW047169-75 | SW047169-SW047175 | Object | | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 556 | 05/18/2017 | 2017-05-18 PM0333 R.Martinez Eml re divorce w Abrams already happening_GT062807 | GT062807 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 557 | 05/24/2017 | 2017-05-24 AM1004.1 M.Thompson Eml re My analysis & proposal_SW299190-1 | SW299190-SW299091 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 558 | 05/24/2017 | 2017-05-24 AM1004.2 M.Thompson Eml Attach_SW299192.xlsx | SW299192 | Object | | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 559 | 05/25/2017 | 2017-05-25 AM0606 A.Fulmer Eml_Exhibit 18 GT 30(b)(6) SW107715-6 | SW107715-SW107716 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 560 | 05/26/2017 | 2017-05-26 Orchard Advisors SW AZ Stealth Diligence Memo_SW546608-10 CONFIDENTIAL | SW546608-SW546610 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | FRE 702 / Rule 26(a)(2) - Expert |
| 561 | 05/30/2017 | 2017-05-30 PM0233 J.Rydberg Eml w Orchard Diligence Memo_SW546606-10 CONFIDENTIAL | SW546606-SW546610 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | FRE 702 / Rule 26(a)(2) - Expert |
| 563 | 06/01/2017 | 2017-06 Report of Violations_GT013169-70 | GT013169-GT013170 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | FRE 702 / Rule 26(a)(2) - Expert |
| 564 | 06/06/2017 | 2017-06-06 PM0516 C.Carpenter Eml re GT Owes Abrams 558K MSJ Exhibit 3_GT024681-6 | GT024681-GT024686 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 565 | 06/08/2017 | 2017-06-08 AM1121 C.Jakobson Eml re HELOC approved_GT112738-9 CONFIDENTIAL | GT112738-GT112739 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 566 | 06/09/2017 | 2017-06-09 AM0103 R.Martinez Eml re Cabelas trip_GT007143 | GT007143 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 568 | 06/12/2017 | 2017-06-12 PM0830 A.Fulmer Eml re Draft Asset Purchase Agreement_GT005620-23 | GT005620-GT005623 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 569 | 06/13/2017 | 2017-06-13 AM0338 D.McPherson Eml re Draft Asset Purchase Agreement_SW135874-7 | SW135874-SW135877 | Object | | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 570 | 06/13/2017 | 2017-06-13 AM0447 D.McPherson Eml re Assumption of Debt increases Price_SW135866-73 | SW135866-SW135873 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 571 | 06/13/2017 | 2017-06-13 PM0233 R.Martinez Eml re Call, lists current GT Debts MSJ Exhibit 5_GT007091-3 | GT007091-GT007093 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 572 | 06/14/2017 | 2017-06-14 AM0630 A.Fulmer Eml re Comms w Ron & Mark Notes_SW136557-63 | SW136557-SW136563 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 573 | 06/14/2017 | 2017-06-14 AM0933 J.Banks Eml denying Bridge Loan Request MSJ Exhibit 6_GT118720 | GT118720 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 574 | 06/16/2017 | 2017-06-16 PM0812 D.McPherson Eml re GemTech Acquisition_SW365857-9 | SW365857-SW365859 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 579 | 06/21/2017 | 2017-06-21 PM0557 R.Martinez Eml re Industry data MSJ Exhibit 8_GT007088-90 | GT007088-GT007090 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 585 | 06/26/2017 | 2017-06-26 PM0305 Project Stealth BOD Presentation New Template V6_SW141997-2028 CONFIDENTIAL | SW141997-SW142028 | Object | | Cumulative/duplicate of DX 586/588 | | |
| 586 | 06/26/2017 | 2017-06-26 PM0315 A.Fulmer Eml to M.Buckingham w BOD Presentation re Gemtech_SW141996-142028_CONFIDENTIAL | SW141996-SW142028 | Object | | Cumulative/duplicate of DX 586/588 | | |
| 587 | 06/26/2017 | 2017-06-26 PM0427 A.Fulmer Eml re employment agts MSJ Exhibit 9_GT004041-2 | GT004041-GT004042 | Object | Stip to Authenticity | FRE 802 - Hearsay | | |
| 588 | 06/27/2017 | 2017-06-27 Gemtech Acquisition MSJ Exhibit 10_SW135510-41_CONFIDENTIAL | SW135510-SW135541 | Object | | Cumulative/duplicate of DX 586/588 | | |
| 590 | 06/27/2017 | 2017-06-27 Meeting of the Board of Directors Minutes_SW795752-795759_CONFIDENTIAL | SW795752-SW795759 | Object | | FRE 106 - Completeness | FRE 802 - Hearsay | FRE 402 - Relevance |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 592 | 06/27/2017 | 2017-06-27 PM0340 R.Martinez Eml re S&W Schedules_GT088634-728 | GT088637-GT088728 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 593 | 06/28/2017 | 2017-06-28 PM0342 GemTech 85947 allocation_D.McPherson_SW625288 CONFIDENTIAL | SW625288 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 594 | 06/29/2017 | 2017-06-29 AM0701 R.Martinez Eml re Confidential Salary Info_GT006978 | GT006978-GT006979 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 597 | 07/03/2017 | 2017-07-03 PM0606 J.Debney Eml re Recoil Magazine_SW137817-22 | SW137817-SW137822 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 598 | 07/05/2017 | 2017-07-05 AM1129 R.Cicero Eml to SholesH re coordinate re Integration_SW809049-52 | SW809049-SW809052 | Object | | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 604 | 07/13/2017 | 2017-07-13 AM0702 M.Buckingham Eml re AZ finished goods only_SW405647 | SW405647 | Object | | FRE 802 - Hearsay | FRE 805 - Hearsay within hearsay | FRE 402 - Relevance |
| 605 | 07/13/2017 | 2017-07-13 PM0303 H.Sholes Eml list of compliance items_SW137194-277 | SW137194-SW137277 | Object | | FRE 802 - Hearsay | FRE 805 - Hearsay within hearsay | FRE 402 - Relevance |
| 607 | 07/14/2017 | 2017-07-14 AM0851 D.McPherson Eml re Gemtech Customer Listing_SW365834 | SW365834 | Object | | FRE 402 - Relevance | | |
| 608 | 07/18/2017 | 2017-07-18 AM0652 D.McPherson Eml re Gemini Transaction_SW136253-7 | SW136253-SW136257 | Object | | FRE 402 - Relevance | | |
| 609 | 07/18/2017 | 2017-07-18 AM0749 D.McPherson Eml re Gemini Transaction_SW136258-63 | SW136258-SW136263 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 612 | 07/21/2017 | 2017-07-21 AM0953 D.McPherson Eml re Gemini Transaction_SW135857-64 | SW135857-SW135864 | Object | | FRE 402 - Relevance | | |
| 614 | 07/21/2017 | 2017-07-21 PM1228 R.Martinez Eml re manufacturability_GT006796-7 | GT006796-GT006797 | Object | Stip to Authenticity | FRE 402 - Relevance | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 615 | 07/21/2017 | 2017-07-21 PM1229 H.Sholes Eml re Gemtech-Abrams Agreement_SW438912-3 | SW438912-SW438913 | Object | | Cumulative/duplicate of DX 614 | FRE 402 - Relevance | FRE 802 - Hearsay |
| 617 | 07/26/2017 | 2017-07-26 AM1030 H.Sholes Call to Discuss INTL customers_GT003801 | GT003801 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 618 | 07/27/2017 | 2017-07-27 AM1007 M.Thompson Eml re concerning_GT112195-203 | GT112195-GT112203 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 619 | 07/28/2017 | 2017-07-28 Texts between Jason Pace and RM MSJ Exhibit 25__GT082594_CONFIDENTIAL | GT082594 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 624 | 08/08/2017 | 2017-08-08 AM0557 A.Fulmer Eml re Integration Plan-no products to ship from ID_GT111987 | GT111987 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 625 | 08/08/2017 | 2017-08-08 AM0722 A.Fulmer Eml re Macshouse Accessories Plan Call_GT111991 | GT111911 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 626 | 08/08/2017 | 2017-08-08 AM0900 Project Plan Call_GT111990 | GT111990 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 627 | 08/08/2017 | 2017-08-08 AM0945 C.Whalen Eml w Integration Schedule_GT014028-40 | GT014028-GT014040 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 628 | 08/08/2017 | 2017-08-08 AM1000 Integration Call_GT003552 | GT003552 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 631 | 08/09/2017 | 2017-08-09 PM0130 A.Fulmer Integration Call_SW391309 | SW391309 | Object | | FRE 402 - Relevance | | |
| 632 | 08/09/2017 | 2017-08-09 PM0243 A.Fulmer Appt for weekly control meeting_GT111968 | GT111968 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 633 | 08/09/2017 | 2017-08-09 PM1048 H.Sholes Eml questioning inventory values_SW137175-6 | SW137175-SW137176 | Object | | FRE 802 - Hearsay | | |
| 634 | 08/09/2017 | 2017-08-09 PM1048 Inventory 8-2-17 v2_SW137177_CONFIDENTIAL.xlsx | SW137177 | Object | | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 635 | 08/11/2017 | 2017-08-11 PM0616 M.Thompson Eml to team re transition_GT111860-1 | GT111860-GT111861 | Object | Stip to Authenticity | FRE 402 - Relevance | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 636 | 08/12/2017 | 2017-08-12 PM0131 J.Bergeron Eml re legal & compliance are concerned_GT111611-2 | GT111611-GT111612 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 637 | 08/14/2017 | 2017-08-14 AM0807 R.Martinez Executive Review of Int'l Sales Potential_GT006264-78 | GT006264-GT006278 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 639 | 08/14/2017 | 2017-08-14 AM1102 D.Nakashima Eml w ROV_SW225358-60 | SW225358-SW225360 | Object | | FRE 802 - Hearsay | FRE 805 - Hearsay within hearsay | FRE 702 / Rule 26(a)(2) - Expert |
| 641 | 08/14/2017 | 2017-08-14 PM0320 Pace.J Eml re My guy will get anything signed_GT013139-42 | GT013139-GT013142 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 643 | 08/14/2017 | 2017-08-14 PM0923 H.Sholes Eml re Not diagnosing issues_SW379733 | SW379733-SW379734 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 644 | 08/14/2017 | 2017-08-14 PM0936 H.Sholes Eml re Gemtech Freeze_SW379730-1 | SW379730-SW379731 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 645 | 08/15/2017 | 2017-08-15 AM0655 J.Johnson Eml w Meetings Agenda_GT012946-7 | GT012946-GT012947 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 646 | 08/15/2017 | 2017-08-15 AM0730 H.Sholes Eml the EO would be D.Nakashima_SW144216 | SW144216 | Object | | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 647 | 08/15/2017 | 2017-08-15 AM1104 A.Fulmer Meeting Invite_show Martinez products_GT111787 | GT111787 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 650 | 08/15/2017 | 2017-08-15 PM0230 Mtg w D.McPherson_GT111864 | GT111864 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 651 | 08/15/2017 | 2017-08-15 PM0457 H.Sholes Eml re Reconciliation_SW379700-2 | SW379700-SW379702 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 652 | 08/15/2017 | 2017-08-15 PM1008 M.Thompson Open Sales Order List_SW026182-6 | SW026182-SW026186 | Object | | FRE 402 - Relevance | | |
| 653 | 08/15/2017 | 2017-08-15 PM1008 OpenSalesOrders_SW026187.xlsx | SW026187 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 654 | 08/15/2017 | 2017-08-15 S&W Org Chart & tour schedule_GT084999-85000 | GT084999-GT085000 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 655 | 08/16/2017 | 2017-08-16 AM0631 R.Martinez Eml to J.Debney w Gemtech Presentations_ SW391273-308_Attachment CONFIDENTIAL | SW391273-SW391308 | Object | | Cumulative/duplicate of DX 694 | FRE 402 - Relevance | |
| 656 | 08/16/2017 | 2017-08-16 AM0859 A.Fulmer Eml re Mtg Schedule_GT111753 | GT111753 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 657 | 08/16/2017 | 2017-08-16 AM1036 R.Martinez_Pace is in the Middle East right now_GT006574-5 | GT006574-GT006575 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 658 | 08/16/2017 | 2017-08-16 AM1151 J.Pace Eml re Tunisia_SW086218 | SW086218 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 659 | 08/16/2017 | 2017-08-16 PM0109 H.Sholes Eml re Tunisia_SW495619-43 CONFIDENTIAL | SW495619-SW495643 | Object | | FRE 402 - Relevance | | |
| 660 | 08/16/2017 | 2017-08-16 PM0335 R.Cicero Eml re moving BEC Meeting_SW135732 | SW135732 | Object | | FRE 402 - Relevance | | |
| 661 | 08/16/2017 | 2017-08-16 PM0547 R.Cicero Eml re BEC Mtg_GT111781-2 | GT111781-GT111782 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 662 | 08/16/2017 | 2017-08-16 PM1212 H.Sholes Eml re Tunisia_SW380281-7 | SW380281-SW380287 | Object | | FRE 402 - Relevance | | |
| 663 | 08/16/2017 | 2017-08-16 PM1212 R.Cicero Eml re Int'l_SW415364-5 | SW415364-SW415365 | Object | | FRE 402 - Relevance | | |
| 664 | 08/16/2017 | 2017-08-16 PM1214 H.Sholes Eml re diligence process_GT003243 | GT003243 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 665 | 08/16/2017 | 2017-08-16 PM1238 R.Cicero Eml re International_SW378463-5 | SW378463-SW378465 | Object | | FRE 402 - Relevance | | |
| 666 | 08/17/2017 | 2017-08-17 PM0430 H.Sholes Eml re Tunisia-Pace unavailable until Sep 5_SW495500-2 CONFIDENTIAL | SW4955500-SW495502 | Object | | Cumulative/duplicate of DX 667 | FRE 402 - Relevance | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 667 | 08/17/2017 | 2017-08-17 PM0753 R.Cicero Eml requesting Pace Contact info_SW495013-5 CONFIDENTIAL | SW495013-SW495015 | Object | | FRE 402 - Relevance | | |
| 668 | 08/17/2017 | 2017-08-17 PM0855 R.Cicero Eml re Compliance Training_GT003201 | GT003201 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 669 | 08/18/2017 | 2017-08-18 AM0119 R.Martinez Eml asking Pace to connect with Cicero_GT060784 | GT060784 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 670 | 08/18/2017 | 2017-08-18 AM0201 J.Pace Eml rather work for you personally_GT111734-5 | GT111734-GT111735 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 671 | 08/18/2017 | 2017-08-18 AM0553 A.Fulmer Eml re GT Weekly Mtg_GT003204 | GT003204 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 672 | 08/18/2017 | 2017-08-18 AM0554 A.Fulmer Eml re Weekly Gemtch Update Meeting Invite_GT003205 | GT003205 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 673 | 08/18/2017 | 2017-08-18 AM0707 R.Martinez Eml re Customer Repairs_GT006318-20 | GT006318-GT006320 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 674 | 08/18/2017 | 2017-08-18 AM0758 H.Sholes Eml re Gemtech Storage_SW379675 | SW379675 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 675 | 08/18/2017 | 2017-08-18 AM0820 D.McPherson Eml w topics for mtg_GT003210-1 | GT003210-GT003211 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 676 | 08/18/2017 | 2017-08-18 AM0824 J.Dineen Eml re mtg topics_GT003212-3 | GT003212-GT003213 | Object | Stip to Authenticity | FRE 402 - Relevance | Cumulative/duplicate of DX 685 | |
| 677 | 08/18/2017 | 2017-08-18 AM0841 R.Cicero Eml re Compliance Training_GT003216-8 | GT003216-GT003218 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 678 | 08/18/2017 | 2017-08-18 AM1014 H.Sholes Eml re mtg re BEC mtg_GT003178 | GT003178 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 679 | 08/18/2017 | 2017-08-18 AM1030 R.Cicero Call w R.Martinez_SW423543 | SW423543 | Object | | FRE 402 - Relevance | | |
| 680 | 08/18/2017 | 2017-08-18 AM1047 H.Sholes Eml re mtg re BEC mtg_GT003179 | GT003179-GT003180 | Object | Stip to Authenticity | FRE 402 - Relevance | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 681 | 08/18/2017 | 2017-08-18 AM1147 R.Cicero Eml re Compliance Training_GT003186-9 | GT003186-GT003189 | Object | Strip to Authenticity | FRE 402 - Relevance | | |
| 682 | 08/18/2017 | 2017-08-18 AM1234 K.Salvador Eml_Exhibit 620 McDonough SW360257-8 | SW360257-SW360258 | Object | | FRE 402 - Relevance | | |
| 683 | 08/18/2017 | 2017-08-18 PM0238 H.Sholes Eml re Order Management_SW137143 | SW137143-SW137145 | Object | | Cumulative/duplicate of DX 685 | FRE 402 - Relevance | |
| 684 | 08/18/2017 | 2017-08-18 PM0258 R.Cicero Eml re Wkly Review_SW137002-4 | SW137002-SW137004 | Object | | Cumulative/duplicate of DX 685 | FRE 402 - Relevance | |
| 685 | 08/18/2017 | 2017-08-18 PM0300 H.Sholes Eml re product transfer topic_SW137140 | SW137140-SW137142 | Object | | FRE 402 - Relevance | | |
| 686 | 08/18/2017 | 2017-08-18 PM1224 D.McDonough Eml re mtg topic_SW361280-1 | SW361280-SW361281 | Object | | Cumulative/duplicate of DX 685 | FRE 402 - Relevance | |
| 687 | 08/19/2017 | 2017-08-19 AM1157 R.Cicero Eml re Compliance Training_GT003147-50 | GT003147-GT003150 | Object | Stip to Authenticity | FRE 402 - Relevance | Cumulative/duplicate of DX 689 | |
| 688 | 08/19/2017 | 2017-08-19 PM1204 R.Cicero Eml re Int'l sales & pre-approval of markets_GT003151-4 | GT003151-GT003154 | Object | Stip to Authenticity | FRE 402 - Relevance | Cumulative/duplicate of DX 689 | |
| 689 | 08/19/2017 | 2017-08-19 PM1232 R.Cicero Eml re Compliance Training_SW536290-4 CONFIDENTIAL | SW536290-SW536294 | Object | | FRE 402 - Relevance | | |
| 690 | 08/20/2017 | 2017-08-20 AM0835 R.Cicero Eml Should Pace be at BEC_GT111643 | GT111643 | Object | Stip to Authenticity | FRE 402 - Relevance | Cumulative/duplicate of DX 692 | |
| 691 | 08/20/2017 | 2017-08-20 PM0207 H.Sholes Eml w Training Materials_SW379468-549 | SW379468-SW379549 | Object | | FRE 402 - Relevance | | |
| 692 | 08/20/2017 | 2017-08-20 PM0256 R.Martinez Eml re Pace at BEC Mtg_GT006333 | GT006333 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 693 | 08/21/2017 | 2017-08-21 AM0600 H.Sholes mtg re FCPA training_SW144256 | SW144256 | Object | | FRE 402 - Relevance | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 694 | 08/21/2017 | 2017-08-21 AM0749 A.Fulmer Eml to R.Cicero w R.Martinez Presentations_SW416726-62_CONFIDENTIAL | SW416726-SW416762 | Object | | FRE 402 - Relevance | | |
| 695 | 08/21/2017 | 2017-08-21 AM0853 A.Fulmer Eml re GT Mtg today_GT003162-3 | GT003162-GT003163 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 696 | 08/21/2017 | 2017-08-21 AM1139 R.Martinez Eml re not reschedule mtg_GT006373-4 | GT006373-GT006374 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 702 | 08/22/2017 | 2017-08-22 PM0131 J.Bergeron Eml re Legal & Compliance concerned_GT111611-2 | GT111611-GT111612 | Object | Stip to Authenticity | Cumulative/duplicate of DX 636 | | |
| 703 | 08/22/2017 | 2017-08-22 PM0349 R.Martinez Executive Review of Int'l Sales Potential_GT012071-93 | GT012071-GT012093 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 704 | 08/23/2017 | 2017-08-23 PM0207 R.Martinez Eml re BEC presentation_SW378301-26 | SW378301-SW378326 | Object | | FRE 402 - Relevance | | |
| 705 | 08/23/2017 | 2017-08-23 PM0226 R.Cicero Eml re Info for BEC_SW391188, SW391192-214 Attachment CONFIDENTIAL | SW391188<br>SW391192-SW391214 | Object | | FRE 402 - Relevance | | |
| 706 | 08/23/2017 | 2017-08-23 PM0605 R.Martinez Eml re At S&W next week_GT006310 | GT006310 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 707 | 08/24/2017 | 2017-08-24 PM0200 Accessories Mtg_GT111594 | GT111594 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 708 | 08/24/2017 | 2017-08-24 PM0555 J.Debney Eml re Hornady_SW546707 CONFIDENTIAL | SW546707 | Object | | FRE 402 - Relevance | | |
| 710 | 08/25/2017 | 2017-08-25 PM0126 R.Martinez Eml asking if Bergeron recommends more info_GT006123-46 | GT006123-GT006146 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 712 | 08/28/2017 | 2017-08-28 AM0557 A.Fulmer Eml re mtg topics_SW142259-60 | SW142259-SW142260 | Object | | FRE 402 - Relevance | | |
| 713 | 08/28/2017 | 2017-08-28 AM1101 A.Fulmer Appt. Invite Weekly Gemtech Mtg_SW141191 | SW141191 | Object | | FRE 402 - Relevance | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 714 | 08/29/2017 | 2017-08-29 PM0303 D.Nakashima_Transactions need to be real_GT011583 | GT011583 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 715 | 08/29/2017 | 2017-08-29 Stealth Gantt Chart_GT002154-64 | GT002154-GT002164 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 716 | 08/30/2017 | 2017-08-30 AM0618 R.Martinez Eml requesting review of ppt_SW388452-78 | SW388452-SW388478 | Object | | FRE 402 - Relevance | | |
| 720 | 08/31/2017 | 2017-08-31 AM0727 P.Hall-Cloutier Eml re Gemtech Licenses_SW144176 | SW144176 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 721 | 08/31/2017 | 2017-08-31 PM0219 K.Salvador Eml_Exhibit 622 McDonough SW507701-10 | SW507701-SW507710 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 722 | 08/31/2017 | 2017-08-31 PM0437 D.Nakashima Eml re Saudi-One Docs_GT002537-60 | GT002537-GT002560 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 723 | 08/31/2017 | 2017-08-31 PM0438 D.Nakashima Eml re Saudi-Two Docs_GT002582-605 | GT002582-GT002605 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 724 | 09/05/2017 | 2017-09-05 AM0928 R.Martinez Eml re Training Schedule_GT006003-5 | GT006003-GT006005 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 725 | 09/05/2017 | 2017-09-05 PM0130 A.Fulmer Weekly GT Update Mtg_SW133138 | SW133138 | Object | | FRE 402 - Relevance | | |
| 727 | 09/07/2017 | 2017-09-07 AM0913 A.Fulmer Appt. Invite_GT001824 | GT001824 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 729 | 09/07/2017 | 2017-09-07 AM1040 K.Salvador Martinez concerns September 2017_SW805526.xlsx | SW805526 | Object | | FRE 802 - Hearsay | FRE 901 - Authentication | FRE 803(6) - Business-record foundation |
| 732 | 09/07/2017 | 2017-09-07 PM1256 R.Martinez Eml re accessories shipping_SW124981 | SW124981 | Object | | FRE 402 - Relevance | | |
| 734 | 09/08/2017 | 2017-09-08 Stealth Project Update Form_GT001923 | GT001923-GT001927 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 739 | 09/11/2017 | 2017-09-11 PM0248 R.Cicero Eml re Travel_GT001662-3 | GT001662-GT001663 | Object | Stip to Authenticity | FRE 402 - Relevance | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 741 | 09/11/2017 | 2017-09-11 PM1229 H.Sholes Eml re BEC Meeting & diligence_SW802022-49 Attachment CONFIDENTIAL | SW802022-SW802049 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 746 | 09/13/2017 | 2017-09-13 PM0900 J.Pace Eml re Int'l Objectives_GT009746-7 | GT009746-GT009747 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 749 | 09/13/2017 | 2017-09-13 PM1018 R.Cicero Eml re Int'l Objectives_GT110733-5 | GT110733-GT110735 | Object | Stip to Authenticity | Cumulative/duplicate of DX 761 | | |
| 752 | 09/14/2017 | 2017-09-14 AM0644 M.Thompson Eml re Backlog Sales to Invoice Days_SW300009 | SW300009-SW300010 | Object | | FRE 402 - Relevance | | |
| 753 | 09/14/2017 | 2017-09-14 AM0644 SW300011.xlsx | SW300011 | Object | | FRE 402 - Relevance | | |
| 754 | 09/14/2017 | 2017-09-14 AM1027 D.Fontaine Eml re visitors_GT110750-1 | GT110750-GT110751 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 757 | 09/15/2017 | 2017-09-15 AM1037 J.Debney Eml re Iowa opportunity_SW391152 | SW391152 | Object | | Cumulative/duplicate of DX 757 | | |
| 758 | 09/15/2017 | 2017-09-15 AM1102 J.Beu Eml w Agenda_GT009546-8 | GT009546-GT009548 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 759 | 09/15/2017 | 2017-09-15 PM0149 J.Debney Eml re Pace Int'l Objectives_GT001280-2 | GT001280-GT001282 | Object | Stip to Authenticity | Cumulative/duplicate of DX 761 | | |
| 760 | 09/15/2017 | 2017-09-15 PM0343 R.Martinez Eml re 6.75_GT119252 | GT119252 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 767 | 09/18/2017 | 2017-09-18 PM0200 J.Beu Eml re GT Mtg Agenda Sept 19_SW201676-8 | SW201676-SW201678 | Object | | FRE 402 - Relevance | | |
| 769 | 09/20/2017 | 2017-09-20 AM1005 R.Martinez Eml re Pace Int'l Objectives_GT059259-63 | GT059259-GT059263 | Object | Stip to Authenticity | FRE 402 - Relevance | | |
| 779 | 09/28/2017 | 2017-09-28 AM0517 J.Pace Eml_Exhibit 47 Pace SW390777-8 | SW390777-SW390778 | Object | | Cumulative/duplicate of DX 781 | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 780 | 09/28/2017 | 2017-09-28 AM0521 J.Debney Eml re Jason Pace_SW085769-71 | SW085769-SW085771 | Object | | Cumulative/duplicate of DX 781 | | |
| 786 | 10/03/2017 | 2017-10-03 AM1131 M.Buckingham Eml re Gemtech Assembly_SW405575-7 | SW405575-SW405577 | Object | | FRE 402 - Relevance | | |
| 788 | 10/06/2017 | 2017-10-06 AM0621 S.Smith Eml re 2 mo delay of info from Thompson_SW300331-3 | SW300331-SW300333 | Object | | FRE 402 - Relevance | | |
| 791 | 10/09/2017 | 2017-10-09 AM0643 A.Fulmer Eml re GT Assembly-lack of response_SW397800-2 | SW397800-SW397802 | Object | | FRE 402 - Relevance | | |
| 794 | 10/13/2017 | 2017-10-13 PM1253 August 2017 Sales_SW321942.xlsx | SW321942 | Object | | FRE 402 - Relevance | | |
| 795 | 10/13/2017 | 2017-10-13 PM1253 M.Thompson Eml w August Sales_SW321937 | SW321937-SW321941 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 796 | 10/23/2017 | 2017-10-23 AM0639 K.Carter Eml to M.Thompson re data for earnout calculations_SW128517-8 | SW128517-SW128518 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 797 | 10/25/2017 | 2017-10-25 AM0914 M.Thompson Eml re Int'l Update_SW000313-27 | SW000313-SW000327 | Object | | FRE 402 - Relevance | | |
| 798 | 10/26/2017 | 2017-10-26 AM0522.1 M.Thompson Eml w Budget_SW132754-5 | SW132754-SW132755 | Object | | FRE 402 - Relevance | | |
| 799 | 10/26/2017 | 2017-10-26 AM0522.2 Gemtech Budget FY2018_SW132756_CONFIDENTIAL.xlsx | SW132756 | Object | | FRE 402 - Relevance | | |
| 800 | 10/27/2017 | 2017-10-27 PM0252 K.Carter Appt re valuation input by Thompson_SW781754 | SW451754 | Object | | FRE 402 - Relevance | | |
| 802 | 10/31/2017 | 2017-10-31 AM0800 H.Sholes Eml re FFL Transition_SW610262 | SW610262 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 809 | 11/15/2017 | 2017-11-15 AM0626 M.Buckingham Eml re Denzil to work with cabelas_SW390593 | SW390593 | Object | | FRE 402 - Relevance | | |
| 810 | 11/15/2017 | 2017-11-15 M.Thompson Text Living the nightmare_GT083398 CONFIDENTIAL | GT083398 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 811 | 11/16/2017 | 2017-11-16 PM0116.1 M.Thompson Eml w Sales by Customer_SW480998 CONFIDENTIAL | SW480998 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 812 | 11/16/2017 | 2017-11-16 PM0116.2 Sales by Customer_SW480999 CONFIDENTIAL.xlsx | SW480999 | Object | | FRE 402 - Relevance | | |
| 813 | 11/16/2017 | 2017-11-16 PM0116.3 2018 Pricing SW481000 CONFIDENTIAL.xlsx | SW481000 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 814 | 11/20/2017 | 2017-11-20 PM1258 M.Buckingham Eml re Integra IP issues_SW399429-30 | SW399429-SW399430 | Object | | FRE 402 - Relevance | | |
| 816 | 11/24/2017 | 2017-11-24 M.Thompson Text Buckingham resigned_I am hosed_GT083399 CONFIDENTIAL | GT083399 | Object | Stip to Authenticity | FRE 802 - Hearsay | FRE 402 - Relevance | |
| 819 | 11/29/2017 | 2017-11-29 PM0142 M.Thompson Eml re not Ron's Money_SW321425-6 | SW321425-SW321426 | Object | | FRE 402 - Relevance | | |
| 822 | 12/08/2017 | 2017-12-08 PM0332 B.Young Eml re GT Suppressors Status_SW046299-303; Attachment CONFIDENTIAL | SW046299-SW046303 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 823 | 12/15/2017 | 2017-12-15 PM0241 M.Thompson Eml re mtg w Ron re cash_SW321353-6 | SW321353-SW321356 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 824 | 12/18/2017 | 2017-12-18 AM0805 D.McPherson Eml re Ron mtg to discuss removal of funds_SW492156-7 | SW492156-SW492157 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 825 | 12/18/2017 | 2017-12-18 AM1114 D.McPherson Eml re Caracal USA_SW775713-5 CONFIDENTIAL | SW775713-SW775715 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 826 | 12/20/2017 | 2017-12-20 PM0106 Open Sales_SW115739_CONFIDENTIAL.xlsx | SW115739 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 827 | 12/20/2017 | 2017-12-20 PM1223 2016-2017 Sales SW481544_CONFIDENTIAL.xlsx | SW481544 | Object | | FRE 402 - Relevance | | |
| 828 | 12/20/2017 | 2017-12-20 PM1223 2017 Sales SW481545_CONFIDENTIAL.xlsx | SW481545 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 829 | 12/20/2017 | 2017-12-20 PM1223 M.Thompson w Gemtech Sales 2016-2017_SW481542-3 CONFIDENTIAL | SW481542-SW481543 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 833 | 01/04/2018 | 2018-01-04 AM0835 M.Thompson Eml re MRKAS quality control issue_SW321047-8 | SW321047-SW321048 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 834 | 01/04/2018 | 2018-01-04 AM0851 D.McPherson Eml re Saudi-MRKAS-AR_SW317242-4 | SW317242-SW317244 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 835 | 01/04/2018 | 2018-01-04 AM0857 M.Thompson Eml re background for AR adjustments_SW321055-7 | SW321055-SW321057 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 838 | 01/12/2018 | 2018-01-12 PM0954.1 M.Thompson Eml w Budgets_SW130513-5 | SW130513-SW130515 | Object | | FRE 402 - Relevance | | |
| 839 | 01/12/2018 | 2018-01-12 PM0954.2 G&A Budget_SW130516_CONFIDENTIAL.xlsx | SW130516 | Object | | FRE 402 - Relevance | | |
| 840 | 01/12/2018 | 2018-01-12 PM0954.3 RD Budget_CONFIDENTIAL_SW130517.xlsx | SW130517 | Object | | FRE 402 - Relevance | | |
| 841 | 01/12/2018 | 2018-01-12 PM0954.4 Marketing Budget_CONFIDENTIAL_SW130518.xlsx | SW130518 | Object | | FRE 402 - Relevance | | |
| 842 | 01/12/2018 | 2018-01-12 PM0954.5 Sales Budget_CONFIDENTIAL_SW130519.xlsx | SW130519 | Object | | FRE 402 - Relevance | | |
| 845 | 01/18/2018 | 2018-01-18 PM0908 M.Thompson Eml re December Sales_SW320838 | SW320838-SW320839 | Object | | FRE 402 - Relevance | | |
| 856 | 03/06/2018 | 2018-03-06 PM0120 Open Orders 2017-2018_CONFIDENTIAL SW119820.xlsx | SW119820 | Object | | FRE 402 - Relevance | | |
| 857 | 03/19/2018 | 2018-03-19 AM0920 P.Dater Eml re IWA LEI & S&W_GT008490 | GT008490 | Object | Stip to Authenticity | FRE 402 - Relevance | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 860 | 04/13/2018 | 2018-04-13 PM0726 M.Thompson Eml re Back orders for international_SW481425-36 CONFIDENTIAL | SW481425-SW481436 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 861 | 04/23/2018 | 2018-04-23 AM0327 R.Cicero Eml re MK-39 testing begins in June_SW416105 | SW416105-SW416116 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 862 | 05/09/2018 | 2018-05-09 AM1103 A.Crown Eml re Product Sheets_SW177696 | SW177696-SW177699 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 863 | 05/10/2018 | 2018-05-10 AM0927 D.Simard Eml w CEP for GT Relocation_SW125892-946 | SW125892-SW125946 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 864 | 05/14/2018 | 2018-05-14 PM0340 H.Sholes Eml re keep Gail until closure of ID license_SW493727-8 CONFIDENTIAL | SW493727-SW493728 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 867 | 06/19/2018 | 2018-06-19 AOBC-Gemini PPA Report and Schedules (8.8.2017) FINAL_SW638148-212 CONFIDENTIAL | SW638148-SW638212 | Object | | FRE 106 - Completeness | | |
| 879 | 08/02/2018 | 2018-08-02 PM0415 M.Fehmel Eml re may scrap MK39_SW061931 | SW061931-SW061953 | Object | | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 882 | 09/21/2018 | 2018-09-21 PM0131 A.Fulmer Eml re M.Thompson work for RM_SW135946-7 | SW135946-SW135947 | Object | | FRE 402 - Relevance | | |
| 892 | 03/21/2019 | 2019-03-21 PM0344 Q3 2019 CEO Presentation_SW440805-944 CONFIDENTIAL | SW440805-SW440944 | Object | | Cumulative/duplicate of DX 893/892 | FRE 402 - Relevance | |
| 893 | 03/21/2019 | 2019-03-21 PM0345 A.Fulmer Eml w Q3 Presentation-Monday Board Meeting_SW805576, SW811683-822; Attachment CONFIDENTIAL | SW805576, SW811683-SW811822 | Object | | Cumulative/duplicate of DX 893/892 | | |
| 895 | 03/25/2019 | 2019-03-25 AM1134 A.Fulmer Eml attaching Q3 Presentation_SW805904-5, SW812910-3049; Attachment CONFIDENTIAL | SW805904-SW805905 SW812910-SW813049 | Object | | Cumulative/duplicate of DX 893/892 | | |
| 901 | 06/18/2019 | 2019-06-18 PM0742 P.Milks Eml re ATF_SW380947-51 | SW380947-SW380951 | Object | | FRE 402 - Relevance | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 904 | 11/16/2019 | 2019-11-16 M.Thompson text re collections_GT083436 CONFIDENTIAL | GT083436 | Object | Stip to Authenticity | FRE 402 - Relevance | FRE 802 - Hearsay | |
| 910 | | 2021 Gemtech Sales & Gross Profit FY21 MSJ Exhibit 21_SW803337 CONFIDENTIAL | SW803337 | Object | | FRE 402 - Relevance | FRE 803(6) - Business-record foundation | |
| 911 | | 2022 Gemtech Sales & Gross Profit FY22 MSJ Exhibit 22_SW803338 CONFIDENTIAL | SW803338 | Object | | FRE 402 - Relevance | FRE 803(6) - Business-record foundation | |
| 912 | | 2023 Gemtech Sales & Gross Profit FY23 MSJ Exhibit 23_SW803339 CONFIDENTIAL | SW803339 | Object | | FRE 402 - Relevance | FRE 803(6) - Business-record foundation | |
| 917 | 02/20/2026 | 2026-02-20 Exhibit 43 - AOB GemTech Closure_SW801610-24, SW801595-609, SW550769-77, SW801832-9, SW550704-11, SW807643-50, SW807622-5, SW807567-71, SW801591-4 | SW801610-SW801624, SW801595-SW801609, SW550769-SW550777, SW801832-SW801839, SW550704-SW550711, SW807643-SW807650, SW807622-SW807625, SW807567-SW807671, SW801591-SW801594 | Object | | FRE 402 - Relevance | | |
| 918 | | Gemtech Sales & Gross Profit FY18_SW546815 CONFIDENTIAL.XLSX | SW546815 | Object | | FRE 402 - Relevance | | |
| 919 | | Gemtech Sales & Gross Profit FY19_SW546816 CONFIDENTIAL.XLSX | SW546816 | Object | | FRE 402 - Relevance | | |
| 920 | | Gemtech Sales & Gross Profit FY20_SW546817 CONFIDENTIAL.XLSX | SW546817 | Object | | FRE 402 - Relevance | | |
| 921 | | Gemtech Sales & Gross Profit FY21_SW803337 CONFIDENTIAL.XLSX | SW803337 | Object | | FRE 402 - Relevance | | |
| 922 | | Gemtech Sales & Gross Profit FY22_SW803338 CONFIDENTIAL.XLSX | SW803338 | Object | | FRE 402 - Relevance | | |
| 923 | | Gemtech Sales & Gross Profit FY23_SW803339 CONFIDENTIAL.XLSX | SW803339 | Object | | FRE 402 - Relevance | | |
| 924 | | Gemtech Sales & Gross Profit FY24 Q1_SW803340 CONFIDENTIAL.XLSX | SW803340 | Object | | FRE 402 - Relevance | | |
| 925 | | Gemtech Sales & Gross Profit May - Aug 2020_SW803336 CONFIDENTIAL | SW803336 | Object | | FRE 402 - Relevance | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 926 | 01/31/2017 | SEC_aobc-20170131-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | | |
| 927 | 04/30/2017 | SEC_aobc-20170430-10k.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | | |
| 928 | 07/31/2017 | SEC_aobc-20170731-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | | |
| 929 | 10/31/2017 | SEC_aobc-20171031-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | | |
| 930 | 01/31/2018 | SEC_aobc-20180131-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | | |
| 931 | 04/30/2018 | SEC_aobc-20180430-10k.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | | |
| 932 | 07/31/2018 | SEC_aobc-20180731-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | | |
| 933 | 10/31/2018 | SEC_aobc-20181031-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | | |
| 934 | 01/31/2019 | SEC_aobc-20190131-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | | |
| 935 | 04/30/2019 | SEC_aobc-20190430-10k.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | | |
| 936 | 07/31/2019 | SEC_aobc-20190731-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | | |
| 937 | 10/31/2019 | SEC_aobc-20191031-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | | |
| 938 | 01/31/2020 | SEC_aobc-20200131-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | | |
| 939 | 04/30/2020 | SEC_swbi-20200430-10k.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | | |
| 940 | 07/31/2020 | SEC_swbi-20200731-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | | |
| 941 | 10/31/2020 | SEC_swbi-20201031-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | | |
| 942 | 10/31/2021 | SEC_swbi-2021013110q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 943 | 10/31/2022 | SEC_swbi-20220131-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |
| 944 | 04/30/2022 | SEC_swbi-20220430-10k.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |
| 945 | 07/31/2022 | SEC_swbi-20220731-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |
| 946 | 10/31/2022 | SEC_swbi-20221031-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |
| 947 | 04/30/2023 | SEC_swbi-20230430-10k.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |
| 948 | 07/31/2023 | SEC_swbi-20230731-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |
| 949 | 10/31/2023 | SEC_swbi-20231031-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |
| 950 | 01/31/2024 | SEC_swbi-20240131-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |
| 951 | 04/30/2024 | SEC_swbi-20240430-10k.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |
| 952 | 07/31/2024 | SEC_swbi-20240731-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |
| 953 | 10/31/2024 | SEC_swbi-20241031-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |
| 954 | 01/31/2025 | SEC_swbi-20250131-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 955 | 04/30/2025 | SEC_swbi-20250430-10k.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |
| 956 | 07/31/2025 | SEC_swbi-20250731-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |
| 957 | 10/31/2025 | SEC_swbi-20251031-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |
| 958 | 01/31/2026 | SEC_swbi-20260131-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |
| 959 | 04/30/2026 | SEC_swbi-20260430-10k.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |
| 960 | 07/31/2026 | SEC_swbi-20260731-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |
| 961 | 01/31/2016 | SEC_swhc-20160131-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |
| 962 | 04/30/2016 | SEC_swhc-20160430-10k.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |
| 963 | 07/31/2016 | SEC_swhc-20160731-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |
| 964 | 10/31/2016 | SEC_swhc-20161031-10q.htm | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 402 - Relevance | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 965 | | 2018 Comparative P&Ls: SW534314, SW549340, SW549336, SW143689, SW549363, SW534327, SW549357, SW549354, SW534321, SW534312, SW549351 | SW534314<br>SW549340<br>SW549336<br>SW143689<br>SW549363<br>SW534327<br>SW549357<br>SW549354<br>SW534321<br>SW534312<br>SW549351 | Object | | FRE 402 - Relevance | FRE 106 - Completeness | Rule 37(c)(1) - Not produced in discovery<br><br>SW143689 is identified for two different documents, but is only for July 2018, not August |
| 966 | | 2018 Summary Exhibit of P&Ls FRE 1006 | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 1006 - Summary (underlying data) | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 967 | | 2019 Comparative P&Ls: SW534290, SW549327, SW534304, SW549333, SW534285, SW549330, SW549344, SW534299, SW549360, SW413766, SW534297, SW549348, SW534376, SW549341, SW549337, SW534386, SW534363, SW549325, SW413781, SW549358, SW534381, SW534371, SW549355, SW534351, SW549352 | SW534290<br>SW549327<br>SW534304<br>SW549333<br>SW534285<br>SW549330<br>SW549344<br>SW534299<br>SW549360<br>SW413766<br>SW534297<br>SW549348<br>SW534376<br>SW549341<br>SW549337<br>SW534386<br>SW534363<br>SW549325<br>SW413781<br>SW549358<br>SW534381<br>SW534371<br>SW549355<br>SW534351<br>SW549352 | Object | | FRE 402 - Relevance | FRE 106 - Completeness | Rule 37(c)(1) - Not produced in discovery<br><br>Plaintiff has not been able to verify each document was produced by the DFs in this matter |
| 968 | | 2019 Summary Exhibit of P&Ls FRE 1006 | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 1006 - Summary (underlying data) | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 969 | | 2020 Comparative P&Ls: SW534346, SW549328, SW534359, SW549334, SW534344, SW549331, SW549345, SW53433, SW549342, SW657563, SW657566, SW657560, SW657565, SW549338, SW657562, SW549326, SW549359, SW549356, SW549353 | SW534346<br>SW549328<br>SW534359<br>SW549334<br>SW534344<br>SW549331<br>SW549345<br>SW534336<br>SW413777<br>SW549361<br>SW534332<br>SW549349<br>SW534369<br>SW534366<br>SW549342<br>SW657563<br>SW657566<br>SW657560<br>SW657565<br>SW549338<br>SW657562<br>SW549326<br>SW549359<br>SW549356<br>SW549353 | Object | | FRE 402 - Relevance | FRE 106 - Completeness | Rule 37(c)(1) - Not produced in discovery<br><br>Plaintiff has not been able to verify each document was produced by the DFs in this matter. |
| 970 | | 2020 Summary Exhibit of P&Ls FRE 1006 | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 1006 - Summary (underlying data) | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 971 | | 2021 Comparative P&Ls: SW549329, SW549335, SW549332, SW549346, SW549362, SW657620, SW657621, SW657619, SW657622 | SW549329<br>SW549335<br>SW549332<br>SW549346<br>SW549362<br>SW657620<br>SW657621<br>SW657619<br>SW657622 | Object | | FRE 402 - Relevance | FRE 106 - Completeness | Rule 37(c)(1) - Not produced in discovery<br><br>Plaintiff has not been able to verify each document was produced by the DFs in this matter. |
| 972 | | 2021 Summary Exhibit of P&Ls FRE 1006 | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 1006 - Summary (underlying data) | |
| 973 | | Summary Exhibit 2018-2021 Comparative P&Ls FRE 1006 | | Object | | Rule 37(c)(1) - Not produced in discovery | FRE 1006 - Summary (underlying data) | |
| 974 | | LonePeak Report | | Object | | FRE 802 - Hearsay | | |
| 975 | 11/16/2026 | LonePeak Demonstratives including Schedules 1-8.4 | | Object | | FRE 802 - Hearsay | Rule 37(c)(1) - Not produced in discovery | |
| 976 | | Orchid Report | | Object | | FRE 802 - Hearsay | | |
| 977 | | Orchid Demonstratives | | Object | | FRE 802 - Hearsay | Rule 37(c)(1) - Not produced in discovery | |
| 978 | | Suber Report | | Object | | FRE 802 - Hearsay | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 979 | | Suber Demonstratives | | Object | | FRE 802 - Hearsay | Rule 37(c)(1) - Not produced in discovery | |
| 980 | | Yacek Report | | Object | | FRE 802 - Hearsay | | |
| 981 | | Yacek Demonstratives_2017-2024 Gemtech products market share data | | Object | | FRE 802 - Hearsay | Rule 37(c)(1) - Not produced in discovery | |
| 982 | | Pleadings filed in this case. | | Object | | FRE 402 - Relevance | Dkt. 218 ¶5 - Not exchanged/specified | |
| 983 | | Gemtech responses to discovery | | Object | | FRE 402 - Relevance | Dkt. 218 ¶5 - Not exchanged/specified | |
| 984 | | 30(b)(6) Deposition of Gemini Technologies Transcript/Exhibits. | | Object | | Specificity - Parties have not exchanged designations/objections which will need to be ruled on by the Court | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 500 | 11/27/2015 | 2015-11-27 Stock Sale Agt_Exhibit 45A Martinez SW473345-9 | SW473345-SW473349 | Joint exhibit (no objection) | | | | |
| 501 | 01/18/2016 | 2016-01-18 M.Thompson Eml_Exhibit 56 Thompson SW322008-10 | SW322008-SW322010 | Joint exhibit (no objection) | | | | |
| 503 | 04/21/2016 | 2016-04-21 AM0957 A.Crown Eml_Exhibit 19 GT 30(b)(6) SW195726-7 | SW195726-SW195727 | Joint exhibit (no objection) | | | | |
| 506 | 10/13/2016 | 2016-10-13 HR-046 Corrective Action-Disiplinary Procedure_Exhibit 532 Debney SW769944-6 CONFIDENTIAL | SW769944-SW769946 | Joint exhibit (no objection) | | | | |
| 509 | | 2016-2017 Martinez Notes_Exhibit 53 Martinez GT085001-162 | GT085001-GT085162 | Joint exhibit (no objection) | | | | |
| 510 | | 2016-2017 Martinez-Buckingham Texts_Exhibit 545 Buckingham GT083458-88 CONFIDENTIAL | GT083458-GT083488 | Joint exhibit (no objection) | | | | |
| 513 | 01/26/2017 | 2017-01-26 AM0912 A.Fulmer Eml_Exhibit 546 Buckingham GT035222-4 | GT035222-GT035224 | Joint exhibit (no objection) | | | | |
| 520 | 02/07/2017 | 2017-02-07 PM0504 J.Pace Eml_Exhibit 28 Pace GT034809-10 | GT034809-GT034810 | Joint exhibit (no objection) | | | | |
| 521 | 02/06/2017 | 2017-02-08 AM0912 A.Fulmer Eml_Exhibit 505 Fulmer SW398169-200 Attachments CONFIDENTIAL | SW398169-SW398200 | Joint exhibit (no objection) | | | | |
| 522 | 02/08/2017 | 2017-02-08 AM1144 A.Fulmer Eml_Exhibit 507 Fulmer GT005871-3 | GT005871-GT005873 | Joint exhibit (no objection) | | | | |
| 523 | 02/08/2017 | 2017-02-08 PM0352 M.Thompson Eml_Exhibit 547 Buckingham GT005874-6 | GT005874-GT005876 | Joint exhibit (no objection) | | | | |
| 524 | 02/17/2017 | 2017-02-17 PM0202 R.Martinez Eml_Exhibit 548 Buckingham GT007928-9 | GT007928-GT007929 | Joint exhibit (no objection) | | | | |
| 525 | 02/17/2017 | 2017-02-17 PM1244 GT Profit & Loss GT085135-7 | GT085135 | Joint exhibit (no objection) | | | | |
| 530 | 02/26/2017 | 2017-02-26 PM0715 R.Martinez Eml_Exhibit 57 Thompson SW309007-9 | SW309007-SW309009 | Joint exhibit (no objection) | | | | |
| 533 | 03/01/2017 | 2017-03 AOB Investor Presentation_Exhibit 503 Debney GT090432-87 | GT090432-GT090487 | Joint exhibit (no objection) | | | | |
| 534 | 03/03/2017 | 2017-03-03 PM1245 P.Johnson Eml_Exhibit 58 Thompson GT114974 | GT114974 | Joint exhibit (no objection) | | | | |
| 535 | 03/09/2017 | 2017-03-09 PM0301 J.Debney Eml_Exhibit 511 Fulmer SW509770-1 CONFIDENTIAL | SW509770-SW509771 | Joint exhibit (no objection) | | | | |
| 536 | 03/10/2017 | 2017-03-10 PM1213 A.Fulmer Eml_Exhibit 59 Thompson SW124255-62 | SW124255 | Joint exhibit (no objection) | | | | |
| 537 | 03/15/2017 | 2017-03-15 PM0806 A.Fulmer Eml_Exhibit 606 Buchanan SW137861-2 CONFIDENTIAL | SW137861-SW137862 | Joint exhibit (no objection) | | | | |
| 542 | 03/31/2017 | 2017-03-31 Ron Martinez Handwritten Notes_Exhibit 17 GT085123-4 | GT085123-GT085124 | Joint exhibit (no objection) | | | | |
| 543 | 04/04/2017 | 2017-04-04 AM0746 A.Fulmer Eml_Exhibit 607 Buchanan SW505570-3 CONFIDENTIAL | SW505570-SW505573 | Joint exhibit (no objection) | | | | |
| 544 | 04/10/2017 | 2017-04-10 PM0228 A.Fulmer Eml_Exhibit 61 Thompson SW124303-6 | SW124303-SW124306 | Joint exhibit (no objection) | | | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 545 | 04/19/2017 | 2017-04-19 PM0247 A.Fulmer Eml_Exhibit 47A Martinez SW509748-9 Attachment CONFIDENTIAL | SW509748-SW509749 | Joint exhibit (no objection) | | | | |
| 552 | 05/12/2017 | 2017-05-12 AM0806.1 M.Thompson Eml_Exhibit 62 Thompson GT026212-7 | GT026212-GT026217 | Joint exhibit (no objection) | | | | |
| 553 | 05/12/2017 | 2017-05-12 AM0806.2 M.Thompson Eml Attach_Exhibit 62 Thompson_GT026214.xlsx | GT026214 | Joint exhibit (no objection) | | | | |
| 562 | 05/31/2017 | 2017-05-31 AM0929 R.Martinez Eml w Stock Purchase Agreement [Dater] MSJ Exhibit 26_SW310046-50 | SW310046-SW310050 | Joint exhibit (no objection) | | | | |
| 567 | 06/09/2017 | 2017-06-09 AM0937 A.Fulmer Eml_Exhibit 549 Buckingham SW142103-5 | SW142103-SW142105 | Joint exhibit (no objection) | | | | |
| 575 | 06/19/2017 | 2017-06-19 PM0728 R.Martinez Eml_Exhibit 558 Buckingham SW026830-5 | SW026830-SW026835 | Joint exhibit (no objection) | | | | |
| 576 | 06/20/2017 | 2017-06-20 AM0728 Project Stealth Financial Model_Exhibit 504 Fulmer (no bates) | SW613095 | Joint exhibit (no objection) | | | | |
| 578 | 06/21/2017 | 2017-06-21 PM0454 A.Fulmer Eml_Exhibit 550 Buckingham SW141404-30 Attachment CONFIDENTIAL | SW141404-SW141430 | Joint exhibit (no objection) | | | | |
| 580 | 06/21/2017 | 2017-06-21 PM0814 A.Fulmer Eml_Exhibit 551 Buckingham SW141372-403 Attachment CONFIDENTIAL | SW141372-SW141403 | Joint exhibit (no objection) | | | | |
| 581 | 06/22/2017 | 2017-06-22 PM0934 J.Debney Eml_Exhibit 552 Buckingham SW612075-6 | SW612075-SW612076 | Joint exhibit (no objection) | | | | |
| 582 | 06/23/2017 | 2017-06-23 PM1200 J.Debney Eml_ Exhibit 514 Fulmer SW397144-6 | SW397144-SW397146 | Joint exhibit (no objection) | | | | |
| 583 | 06/26/2017 | 2017-06-26 AM0717 BOD Presentation Project Stealth Template V4 See Internal Model Normal Tab_SW613094.xlsx | SW613094 | Joint exhibit (no objection) | | | | |
| 584 | 06/26/2017 | 2017-06-26 AM0717 Summary Income Statements_Exhibit 515 Fulmer (no bates from SW613094) | SW613094 | Joint exhibit (no objection) | | | | |
| 589 | 06/27/2017 | 2017-06-27 Gemtech Acquisition_SW139089 CONFIDENTIAL | SW139089 | Joint exhibit (no objection) | | | | |
| 591 | 06/27/2017 | 2017-06-27 Minutes_Exhibit 516 Fulmer SW807704-11 CONFIDENTIAL | SW807704-SW807711 | Joint exhibit (no objection) | | | | |
| 595 | 06/29/2017 | 2017-06-29 APA_Exhibit 17 GT 30(b)(6) (no bates) | | Joint exhibit (no objection) | | | | |
| 596 | 06/30/2017 | 2017-06-30 L.Sharp Eml w announcement_SW510063 TOC Ex 45 SW510063-5 CONFIDENTIAL | SW510063-SW510065 | Joint exhibit (no objection) | | | | |
| 601 | 07/10/2017 | 2017-07-10 AM0448 J.Buchanan Eml_Exhibit 519 Fulmer SW139424-6 CONFIDENTIAL | SW139424-SW139426 | Joint exhibit (no objection) | | | | |
| 603 | 07/12/2017 | 2017-07-12 PM0414 D.McPherson Eml_Exhibit 521 Fulmer SW142065 | SW142065 | Joint exhibit (no objection) | | | | |
| 606 | 07/13/2017 | 2017-07-13 PM0512 R.Martinez Eml_Exhibit 576 Smith SW027092-103 | SW027092-SW027103 | Joint exhibit (no objection) | | | | |
| 611 | 07/21/2017 | 2017-07-21 AM0841 J.Buchanan Eml_Exhibit 553 Buckingham SW398077 | SW398077 | Joint exhibit (no objection) | | | | |
| 616 | 07/21/2017 | 2017-07-21 PM1241 M.Buckingham Eml_Exhibit 523 Fulmer SW391320 CONFIDENTIAL | SW391320 | Joint exhibit (no objection) | | | | |
| 620 | 08/02/2017 | 2017-08-02 Employment Offer_Exhibit 54 Thompson SW641349-50 CONFIDENTIAL | SW641349-SW641350 | Joint exhibit (no objection) | | | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 621 | 08/03/2017 | 2017-08-03 PM0648 M.Thompson Eml_Exhibit 46A Martinez SW124106-15 Attachments CONFIDENTIAL | SW124106-SW124115 | Joint exhibit (no objection) | | | | |
| 622 | 08/07/2017 | 2017-08-07 AM1034 S.Rowley Eml_Exhibit 577 Smith SW518327-8 CONFIDENTIAL | SW518327-SW518328 | Joint exhibit (no objection) | | | | |
| 623 | 08/07/2017 | 2017-08-07 Employment Agt-Martinez_Exhibit 531 Fulmer GT000287-306 | GT000287-GT000306 | Joint exhibit (no objection) | | | | |
| 629 | 08/08/2017 | 2017-08-08 KPMG Draft Gemtech Valuation Schedules_SW136309-18 CONFIDENTIAL | SW136309-SW136318 | Joint exhibit (no objection) | | | | |
| 642 | 08/14/2017 | 2017-08-14 PM0533 D.Nakashima Eml_Exhibit 134 Nakashima GT013163-6 | GT013163-GT013166 | Joint exhibit (no objection) | | | | |
| 648 | 08/15/2017 | 2017-08-15 PM0134 A.Fulmer Eml_Exhibit 578 Smith SW518323 CONFIDENTIAL | SW518323 | Joint exhibit (no objection) | | | | |
| 649 | 08/15/2017 | 2017-08-15 PM0213 Buckingham Org Chart_SW612768 | SW518323 | Joint exhibit (no objection) | | | | |
| 709 | 08/25/2017 | 2017-08-25 AM0700 A.Fulmer Mtg re shipping inventory not currently on forms_SW135843 | SW135843 | Joint exhibit (no objection) | | | | |
| 711 | 08/26/2017 | 2017-08-26 AM0925 D.McPherson Eml_Exhibit 613 Buchanan SW135848-51 | SW135848-SW135851 | Joint exhibit (no objection) | | | | |
| 717 | 08/30/2017 | 2017-08-30 AM0932 H.Sholes Eml_Exhibit 554 Buckingham SW137278-308 | SW137278-SW137308 | Joint exhibit (no objection) | | | | |
| 718 | 08/30/2017 | 2017-08-30 AM0956 H.Sholes Eml w BEC Agenda_SW137075-105 | SW137075-SW137105 | Joint exhibit (no objection) | | | | |
| 719 | 08/30/2017 | 2017-08-30 Executive Review_Exhibit 14 GT 30(b)(6) SW137078-103 | SW137078-SW137103 | Joint exhibit (no objection) | | | | |
| 726 | 09/06/2017 | 2017-09-06 AM0812 D.McDonough Eml_Exhibit 624 McDonough SW803631-2 CONFIDENTIAL | SW803631-SW803632 | Joint exhibit (no objection) | | | | |
| 728 | 09/07/2017 | 2017-09-07 AM1040 K.Salvador Eml_Exhibit 559 Debney SW803657-8 CONFIDENTIAL | SW803657-SW803658 | Joint exhibit (no objection) | | | | |
| 730 | 09/07/2017 | 2017-09-07 AM1040 Ron Martinez Concerns_Exhibit 560 Debney (no bates) | | Joint exhibit (no objection) | | | | |
| 731 | 09/07/2017 | 2017-09-07 PM0100 R.Cicero Eml_Exhibit 555 Buckingham SW415383-4 | SW415383-SW415384 | Joint exhibit (no objection) | | | | |
| 735 | 09/10/2017 | 2017-09-10 PM0611 R.Cicero Eml_Exhibit 561 Debney SW803596-600 CONFIDENTIAL | SW803596-SW803600 | Joint exhibit (no objection) | | | | |
| 737 | 09/11/2017 | 2017-09-11 AM0817 R.Cicero Eml_Exhibit 563 Debney SW803743-7 CONFIDENTIAL | SW803743-SW803747 | Joint exhibit (no objection) | | | | |
| 738 | 09/11/2017 | 2017-09-11 PM0231 J.Pace Eml to Trust IG w proprietary S&W Eml_SW068537-9 | SW068537-SW068539 | Joint exhibit (no objection) | | | | |
| 740 | 09/11/2017 | 2017-09-11 PM0803 M.Smith Eml_Exhibit 579 Smith SW003028-30 | SW003028-SW003030 | Joint exhibit (no objection) | | | | |
| 742 | 09/11/2017 | 2017-09-11 PM1231 J.Pace Eml to Stillwood Ammo Eml_SW041575-8 | SW041575-SW041578 | Joint exhibit (no objection) | | | | |
| 743 | 09/12/2017 | 2017-09-12 AM0831 E.Hafford Eml_Exhibit 626 McDonough SW135713 | SW135713 | Joint exhibit (no objection) | | | | |
| 744 | 09/13/2017 | 2017-09-13 PM0359 D.McDonough Eml re Martinez left the co_SW803627 CONFIDENTIAL | SW803627 | Joint exhibit (no objection) | | | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 745 | 09/13/2017 | 2017-09-13 PM0650 A.Fulmer Eml_Exhibit 526 Fulmer SW365939-6112 | SW365939-SW366112 | Joint exhibit (no objection) | | | | |
| 750 | 09/13/2017 | 2017-09-13 PM1023 R.Martinez Eml_Exhibit 565 Debney GT005981-3 | GT005981-GT005983 | Joint exhibit (no objection) | | | | |
| 751 | 09/13/2017 | 2017-09-13 PM1217 R.Martinez Eml re Springfield Mtgs_GT005998-9 | GT005998-GT005999 | Joint exhibit (no objection) | | | | |
| 755 | 09/15/2017 | 2017-09-15 AM0908 AOB Strategic Update_Exhibit 614 Buchanan SW800956-69 CONFIDENTIAL | SW800956-SW800969 | Joint exhibit (no objection) | | | | |
| 761 | 09/15/2017 | 2017-09-15 PM0451 R.Martinez Eml_Exhibit 569 Debney SW390794-8 | SW390794-SW390798 | Joint exhibit (no objection) | | | | |
| 764 | 09/18/2017 | 2017-09-18 AM0809 D.McDonough Eml_Exhibit 52 Martinez SW361174-1200 | SW361174-SW361200 | Joint exhibit (no objection) | | | | |
| 765 | 09/18/2017 | 2017-09-18 AM0811 A.Fulmer Eml_Exhibit 527 Fulmer GT001260 | GT001260 | Joint exhibit (no objection) | | | | |
| 766 | 09/18/2017 | 2017-09-18 Memo_Exhibit 530 Fulmer SW807902 CONFIDENTIAL | SW807902 | Joint exhibit (no objection) | | | | |
| 768 | 09/19/2017 | 2017-09-19 Meeting Minutes MSJ Exhibit 12_SW637919-23_CONFIDENTIAL | SW637919-SW637923 | Joint exhibit (no objection) | | | | |
| 770 | 09/20/2017 | 2017-09-20 AOB Stealth Update #11_Exhibit 533 Fulmer SW613058-80 CONFIDENTIAL | SW613058-SW613080 | Joint exhibit (no objection) | | | | |
| 771 | 09/20/2017 | 2017-09-20 PM0107 CiceroR Eml re Export Licenses_SW107703 | SW107703-SW107707 | Joint exhibit (no objection) | | | | |
| 772 | 09/20/2017 | 2017-09-20 PM0107 R.Cicero Eml_Exhibit 15 GT 30(b)(6) SW107703-7 | SW107703-SW107707 | Joint exhibit (no objection) | | | | |
| 774 | 09/25/2017 | 2017-09-25 AM0717 J.Debney Eml_Exhibit 45 Pace SW391139-44 | SW391139-SW391144 | Joint exhibit (no objection) | | | | |
| 775 | 09/25/2017 | 2017-09-25 PM0152 J.Pace Eml_Exhibit 44 Pace SW068402-4 | SW068402-SW068404 | Joint exhibit (no objection) | | | | |
| 776 | 09/26/2017 | 2017-09-26 AM0953 J.Pace Eml_Exhibit 63 Thompson SW150915-7 CONFIDENTIAL | SW150915-SW150917 | Joint exhibit (no objection) | | | | |
| 777 | 09/27/2017 | 2017-09-27 PM0447 M.Thompson Eml_Exhibit 64 Thompson SW201580-2 | SW201580-SW201582 | Joint exhibit (no objection) | | | | |
| 778 | 09/27/2017 | 2017-09-27 PM1210 A.Fulmer Eml_Exhibit 65 Thompson SW125166-8 | SW125166-SW125168 | Joint exhibit (no objection) | | | | |
| 781 | 09/28/2017 | 2017-09-28 AM0521 J.Debney Eml_Exhibit 621 McDonough SW801793-5 | SW801793-SW801795 | Joint exhibit (no objection) | | | | |
| 782 | 09/28/2017 | 2017-09-28 AM0853 K.Osborne Eml re Notification Termination of Pace, Jason_SW371127 | SW371127 | Joint exhibit (no objection) | | | | |
| 783 | 10/02/2017 | 2017-10-02 Employment Offer_Exhibit 55 Thompson SW625254-5 | SW625254-SW625255 | Joint exhibit (no objection) | | | | |
| 784 | 10/03/2017 | 2017-10-03 AM1013 J.Buchanan Eml_SW511480-2 CONFIDENTIAL | SW511480-SW511482 | Joint exhibit (no objection) | | | | |
| 785 | 10/03/2017 | 2017-10-03 AM1113 D.Fontaine Eml_Exhibit 66 Thompson SW397805-6 | SW397805-SW397806 | Joint exhibit (no objection) | | | | |
| 787 | 10/03/2017 | 2017-10-03 J.Buchanan Eml Exhibit 534 Fulmer SW511480-2 CONFIDENTIAL | SW511480-SW511482 | Joint exhibit (no objection) | | | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 789 | 10/06/2017 | 2017-10-06 AM0659 D.Fontaine Eml_Exhibit 67 Thompson SW509949 CONFIDENTIAL | SW509949 | Joint exhibit (no objection) | | | | |
| 793 | 10/12/2017 | 2017-10-12 PM0220 J.Debney Eml_Exhibit 79 Kunsky SW405573-4 | SW405573-SW405574 | Joint exhibit (no objection) | | | | |
| 801 | 10/31/2017 | 2017-10-31 10-Q Exhibit 46 (no bates) | | Joint exhibit (no objection) | | | | |
| 803 | 11/01/2017 | 2017-11-01 AOB Stealth Update #17_Exhibit 535 Fulmer SW813236-55 CONFIDENTIAL | SW813236-SW813255 | Joint exhibit (no objection) | | | | |
| 804 | 11/07/2017 | 2017-11-07 PM0117 G.Drocz Eml_Exhibit 615 Buchanan SW136274-323 Attachment CONFIDENTIAL | SW136274-SW136323 | Joint exhibit (no objection) | | | | |
| 805 | 11/07/2017 | 2017-11-07 PM0610 M.Buckingham Eml_Exhibit 556 Buckingham SW390601-16 | SW390601-SW390616 | Joint exhibit (no objection) | | | | |
| 806 | 11/08/2017 | 2017-11-08 AM0807 M.Buckingham Eml_Exhibit 557 Buckingham SW390598-600 | SW390598-SW390600 | Joint exhibit (no objection) | | | | |
| 817 | 11/27/2017 | 2017-11-27 AM0952 G.Drocz Eml w GT 805 Draft Report Exhibit 35 SW365870-935 | SW365870-SW365935 | Joint exhibit (no objection) | | | | |
| 820 | 12/07/2017 | 2017-12-07 AOB 10Q_Exhibit 571 Debney (no bates) | | Joint exhibit (no objection) | | | | |
| 821 | 12/07/2017 | 2017-12-07 AOB Form 10-Q_Exhibit 593 Buchanan (no bates) | | Joint exhibit (no objection) | | | | |
| 843 | 01/16/2018 | 2018-01-16 AM0802 M.Smith Eml_Exhibit 583 Smith SW405683-4 | SW405683-SW405684 | Joint exhibit (no objection) | | | | |
| 844 | 01/17/2018 | 2018-01-17 AM0740 J.Buchanan Eml re GT Exhibit 37 SW389123 | SW389123 | Joint exhibit (no objection) | | | | |
| 847 | 01/24/2018 | 2018-01-24 AM1045 M.Smith Eml_Exhibit 584 Smith SW518352-3 CONFIDENTIAL | SW518352-SW518353 | Joint exhibit (no objection) | | | | |
| 848 | 01/24/2018 | 2018-01-24 Complaint_Exhibit 51 Martinez (no bates) | | Joint exhibit (no objection) | | | | |
| 849 | 01/24/2018 | 2018-01-24 Memo_Exhibit 539 Fulmer SW638638-9 CONFIDENTIAL | SW638638-SW638639 | Joint exhibit (no objection) | | | | |
| 850 | 01/28/2018 | 2018-01-28 AM0850 J.Pace Eml_Exhibit 49 Martinez GT008509-10 | GT008509-GT008510 | Joint exhibit (no objection) | | | | |
| 851 | 01/28/2018 | 2018-01-28 AM0936 J.Pace Eml_Exhibit 50 Martinez GT008513-4 | GT008513-GT008514 | Joint exhibit (no objection) | | | | |
| 853 | 01/30/2018 | 2018-01-30 PM0235 GT RIF Plan Exhibit 39 SW552125-7 | SW552125-SW552127 | Joint exhibit (no objection) | | | | |
| 854 | 02/01/2018 | 2018-02-01 AM1055 D.McDonough Eml_Exhibit 585 Smith SW137379-80 | SW137379-SW137380 | Joint exhibit (no objection) | | | | |
| 855 | 03/01/2018 | 2018-03-01 AOB Form 10-Q_Exhibit 594 Buchanan (no bates) | | Joint exhibit (no objection) | | | | |
| 858 | 03/19/2018 | 2018-03-19 PM1243 A.Fulmer Eml_Exhibit 540 Fulmer SW143784-816 Attachment CONFIDENTIAL | SW143784-SW143816 | Joint exhibit (no objection) | | | | |
| 865 | 05/15/2018 | 2018-05-15 Memo re Tony Miele Manager of GT Brand_TOC Exhibit 41 SW360676 | SW360676 | Joint exhibit (no objection) | | | | |
| 868 | 06/20/2018 | 2018-06-20 AM1126 G.Drocz Eml_Exhibit 541 Fulmer SW364802-991 | SW364802-SW364991 | Joint exhibit (no objection) | | | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 870 | 06/20/2018 | 2018-06-20 AOB Form 10-K_Exhibit 595 Buchanan (no bates) | | Joint exhibit (no objection) | | | | |
| 871 | 06/20/2019 | 2018-06-20 PM1247 D.McDonough Eml w script to GT employees_SW490887-8 | SW490887-SW490888 | Joint exhibit (no objection) | | | | |
| 874 | 06/27/2018 | 2018-06-27 AM1113 D.McDonough Eml re GT Mtgs_Exhibit 42 SW406281 | SW406281 | Joint exhibit (no objection) | | | | |
| 878 | 06/29/2018 | 2018-06-29 PM0433 L.Sharp Eml_Exhibit 589 Smith SW406272 | SW406272 | Joint exhibit (no objection) | | | | |
| 880 | 08/30/2018 | 2018-08-30 AOB Form 10-Q_Exhibit 596 Buchanan (no bates) | | Joint exhibit (no objection) | | | | |
| 886 | 12/06/2018 | 2018-12-06 AOB Form 10-Q_Exhibit 597 Buchanan (no bates) | | Joint exhibit (no objection) | | | | |
| 891 | 03/07/2019 | 2019-03-07 AOB Form 10-Q_Exhibit 598 Buchanan (no bates) | | Joint exhibit (no objection) | | | | |
| 900 | 06/14/2019 | 2019-06-14 PM1224 J.Buchanan Eml_Exhibit 517 Fulmer SW139087-119 Attachment CONFIDENTIAL | SW139087-SW139119 | Joint exhibit (no objection) | | | | |
| 902 | 06/19/2019 | 2019-06-19 AOB Form 10-K_Exhibit 599 Buchanan (no bates) | | Joint exhibit (no objection) | | | | |
| 903 | 08/29/2019 | 2019-08-29 AOB Form 10-Q_Exhibit 600 Buchanan (no bates) | | Joint exhibit (no objection) | | | | |
| 905 | 12/05/2019 | 2019-12-05 AOB Form 10-Q_Exhibit 601 Buchanan (no bates) | | Joint exhibit (no objection) | | | | |
| 906 | 03/05/2020 | 2020-03-05 AOB Form 10-Q_Exhibit 602 Buchanan (no bates) | | Joint exhibit (no objection) | | | | |
| 907 | 04/28/2020 | 2020-04-28 L.Hardyn Eml_Exhibit 590 Smith SW354377-9 | SW354377-SW354379 | Joint exhibit (no objection) | | | | |
| 908 | 06/19/2020 | 2020-06-19 AOB Form 10-K_Exhibit 603 Buchanan (no bates) | | Joint exhibit (no objection) | | | | |
| 909 | 06/22/2020 | 2020-06-22 AM1132 A.Proto Eml_Exhibit 591 Smith SW355575-83 CONFIDENTIAL | SW355575-SW355583 | Joint exhibit (no objection) | | | | |
| 913 | 05/26/2023 | 2023-05-26 Gemini Employee spreadsheet_Exhibit 618 McDonough (no bates from SW770069) | SW770069 | Joint exhibit (no objection) | | | | |
| 914 | 02/01/2024 | 2024-02-01 2nd Amended Complaint_Exhibit 20 GT 30(b)(6) (no bates) | | Joint exhibit (no objection) | | | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 502 | 02/08/2016 | 2016-02-08 AM1130 R.Martinez Eml w Stock Sale Records_GT070261-73 | GT070261-GT070273 | Stipulate | | | | |
| 518 | 02/06/2017 | 2017-02-06 AM0913 R.Martinez Eml_Exhibit 13 GT 30(b)(6) GT007930-8024 | GT007930-GT008024 | Stipulate | | | | |
| 577 | 06/20/2017 | 2017-06-20 PM0254 Gemtech Acquisition_SW613096-126 CONFIDENTIAL | SW613096-SW613126 | Stipulate | | | | |
| 599 | 07/05/2017 | 2017-07-05 Announcement_SW405676-7 | SW405676-SW405677 | Stipulate | | | | |
| 600 | 07/06/2017 | 2017-07-06 AM0545 D.McPherson Eml re Gemini Technologies Transaction_SW135865 | SW135865 | Stipulate | | | | |
| 602 | 07/11/2017 | 2017-07-11 PM0243 D.McPherson Eml re Strategy Mtg_SW361741 | SW361741 | Stipulate | | | | |
| 610 | 07/21/2017 | 2017-07-21 AM0700 M.Buckingham Eml re getting alarmed w Martinez_SW397474 CONFIDENTIAL | SW397474 | Stipulate | | | | |
| 613 | 07/21/2017 | 2017-07-21 PM0106 T.Knapp Eml re Abrams Inventory_GT006800 | GT006800 | Stipulate | | | | |
| 630 | 08/08/2017 | 2017-08-08 PM0313 D.McPherson Eml re Notification Ltr_SW361748-9 | SW361748-SW361749 | Stipulate | | | | |
| 638 | 08/14/2017 | 2017-08-14 AM1030 D.Nakashima Eml re Gemtech Freeze_GT003417-8 | GT003417-GT003418 | Stipulate | | | | |
| 640 | 08/14/2017 | 2017-08-14 PM0233 D.Nakashima Eml re continue operations_SW145876-8 | SW145876-SW145878 | Stipulate | | | | |
| 697 | 08/21/2017 | 2017-08-21 AM1144 R.Cicero Eml re Pace end trip today_GT003171 | GT003171 | Stipulate | | | | |
| 698 | 08/21/2017 | 2017-08-21 AM1150 R.Cicero Eml_SW391235 SW391235-6 | SW391235-SW391236 | Stipulate | | | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 699 | 08/21/2017 | 2017-08-21 PM0537 R.Martinez Eml re Follow from our call_SW107719-20 | SW107719-SW107720 | Stipulate | | | | |
| 700 | 08/21/2017 | 2017-08-21 PM0538 R.Cicero Eml re no further sales_GT003131-2 | GT003131-GT003132 | Stipulate | | | | |
| 701 | 08/22/2017 | 2017-08-22 AM0220 J.Pace Eml re International Orders_GT012198-201 | GT012198-GT012201 | Stipulate | | | | |
| 733 | 09/07/2017 | 2017-09-07 Ron Martinez_Employment Agt_SW578236-578255 | SW578236-SW578255 | Stipulate | | | | |
| 736 | 09/11/2017 | 2017-09-11 AM0810 D.McDonough Eml re Ron overview_SW804604-7; SW805452-SW805453; CONFIDENTIAL | SW804604-SW804607<br>SW805452-SW805453 | Stipulate | | | | |
| 747 | 09/13/2017 | 2017-09-13 PM0953 R.Martinez Eml re Engineers_GT059826 | GT059826 | Stipulate | | | | |
| 748 | 09/13/2017 | 2017-09-13 PM1013 R.Martinez Eml re Weekly meetings_SW546684 CONFIDENTIAL | SW546684 | Stipulate | | | | |
| 756 | 09/15/2017 | 2017-09-15 AM1032 R.Martinez Eml re Iowa opportunity_GT115793 | GT115793 | Stipulate | | | | |
| 762 | 09/15/2017 | 2017-09-15 PM0457 J.Debney Eml re BEC Mtg Minutes_SW391145-8 | SW391145-SW391148 | Stipulate | | | | |
| 763 | 09/15/2017 | 2017-09-15 Stealth Project Update Form_GT001690 | GT001690-GT001694 | Stipulate | | | | |
| 773 | 09/22/2017 | 2017-09-22 PM1232 M.Thompson Eml re gift certs & shady compliance_SW220919-20 | SW220919-SW220920 | Stipulate | | | | |
| 790 | 10/06/2017 | 2017-10-06 AM0755 L.LaGue Eml re Meridian Move_SW604684 CONFIDENTIAL | SW604684 | Stipulate | | | | |
| 792 | 10/11/2017 | 2017-10-11 Stealth Update #14_SW552252-75 | SW552252-SW552275 | Stipulate | | | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 807 | 11/09/2017 | 2017-11-09 M.Thompson S&W Brand Manager_SW361048-50 | SW361048-SW361050 | Stipulate | | | | |
| 808 | 11/10/2017 | 2017-11-10 PM0235 D.Simard Capital Planning - move to Meridian_SW128222-57 Attachment CONFIDENTIAL | SW128222-SW128257 | Stipulate | | | | |
| 815 | 11/21/2017 | 2017-11-21 PM1242 M.Thompson Eml re Issues w Order process_SW119852 | SW119852 | Stipulate | | | | |
| 818 | 11/27/2017 | 2017-11-27 AOBC-Gemini PPA Report&Schedules (8.8.17) Draft (11.27.17)_SW491903-67 CONFIDENTIAL | SW491903-SW491967 | Stipulate | | | | |
| 830 | 12/27/2017 | 2017-12-27 AM0628 J.Debney Eml re M.Thompson Data Review_SW135563-4 | SW135563-SW135564 | Stipulate | | | | |
| 831 | 12/27/2017 | 2017-12-27 AM0741 M.Thompson Eml re less exasperation_SW321155-8 | SW321155-SW321158 | Stipulate | | | | |
| 832 | 01/02/2018 | 2018-01-02 PM0149 J.Debney Eml re M.Thompson dropbox usage_SW137674-5 | SW137674-SW137675 | Stipulate | | | | |
| 836 | 01/04/2018 | 2018-01-04 AM0920 M.Thompson Eml re confusion over AR_SW321052-4 | SW321052-SW321054 | Stipulate | | | | |
| 837 | 01/05/2018 | 2018-01-05 BEC Meeting Minutes for Aug 30 Mtg_SW423730-1_CONFIDENTIAL | SW423730-SW423731 | Stipulate | | | | |
| 846 | 01/19/2018 | 2018-01-19 AOBC-Gemini PPA Report & Schedules (1.19.18 draft)_SW638083-147 CONFIDENTIAL | SW638083-SW638147 | Stipulate | | | | |
| 852 | 01/29/2018 | 2018-01-29 AM0816 Gemtech Earnout Call_SW638653-72 CONFIDENTIAL | SW638653-SW638672 | Stipulate | | | | |
| 859 | 04/04/2018 | 2018-04-04 PM0302 R.Cicero Eml w MT Offer Ltr_SW492029-31 CONFIDENTIAL | SW492029-SW492031 | Stipulate | | | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 866 | 06/12/2018 | 2018-06-12 PM0328 M.Thompson Eml re rough-downturn_SW306320-3 | SW306320-SW306323 | Stipulate | | | | |
| 869 | 06/20/2018 | 2018-06-20 AM1143 K.Salvador Eml re Meeting w GT Employees re closure_SW359691-2 | SW359691-SW359692 | Stipulate | | | | |
| 872 | 06/26/2018 | 2018-06-26 AM1100 D.McDonough Eml to MT re announcement_SW490875-8 CONFIDENTIAL | SW490875-SW490878 | Stipulate | | | | |
| 873 | 06/27/2018 | 2018-06-27 AM0621 D.McDonough Eml w GT Retention Ltrs_SW437192-200 Attachments CONFIDENTIAL | SW437192-SW437200 | Stipulate | | | | |
| 875 | 06/27/2018 | 2018-06-27 Anthony Carlson_RIF Ltr_SW423669 CONFIDENTIAL | SW423669 | Stipulate | | | | |
| 876 | 06/27/2018 | 2018-06-27 Gail Albrecht_Term Ltr_SW314114 | SW314114 | Stipulate | | | | |
| 877 | 06/29/2018 | 2018-06-29 PM0353 D.McDonough re GT emp Announcement_SW490873-4 CONFIDENTIAL | SW490873-SW490874 | Stipulate | | | | |
| 881 | 09/20/2018 | 2018-09-20 R.Cicero Eml re Thompson resignation_SW492652-3 CONFIDENTIAL | SW492652-SW492653 | Stipulate | | | | |
| 883 | 09/27/2018 | 2018-09-27 AM0717 T.Miele Eml re Gemtech Status Meeting_SW169239-40 Attachment CONFIDENTIAL | SW169239-SW169240 | Stipulate | | | | |
| 884 | 09/27/2018 | 2018-09-27 AM0721 M.Thompson Eml re wished things better w cos_SW319080-1 | SW319080-SW319081 | Stipulate | | | | |
| 885 | 10/30/2018 | 2018-10-30 AM1049 T.Knapp Eml re Meridian Close Down_SW344407-8 | SW344407-SW344408 | Stipulate | | | | |
| 887 | 01/24/2019 | 2019-01-24 AM1037 L.LaGue Eml re Gemtech Closure Project Plan_SW436109, SW550816-39 | SW436109<br>SW550816-SW550839 | Stipulate | | | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 888 | 02/05/2019 | 2019-02-05 PM0253 L.LaGue Eml re Gemtech Closure Status Memo_SW436092-106 | SW436092-SW436106 | Stipulate | | | | |
| 889 | 02/12/2019 | 2019-02-12 PM0759 L.LaGue Eml re Gemtech Closure Status Memo_SW063911-45 | SW063911-SW063945 | Stipulate | | | | |
| 890 | 02/19/2019 | 2019-02-19 AM0800 L.LaGue Eml re Gemtech Closure Status Memo_SW436062-72, SW550712-34 | SW436062-SW436072 SW550712-SW550734 | Stipulate | | | | |
| 894 | 03/22/2019 | 2019-03-22 PM0415 D.McDonough Eml re Close of Meridian Site_SW330280-1 | SW330280-SW330281 | Stipulate | | | | |
| 896 | 03/26/2019 | 2019-03-26 AM1034 L.LaGue Eml re Gemtech Closure_SW435990-6013 | SW435990-SW436013 | Stipulate | | | | |
| 897 | 03/26/2019 | 2019-03-26 PM0213 K.Salvador Eml re Gemtech Closure_SW437266-437267 | SW437266-SW437267 | Stipulate | | | | |
| 898 | 03/26/2019 | 2019-03-26 PM0228 D.McDonough Eml re Close Meridian Site_SW330278-9 | SW330278-SW330279 | Stipulate | | | | |
| 899 | 04/01/2019 | 2019-04-01 AM1024 L.LaGue Eml re Gemtech Closure-Final Update_SW134858-9 | SW134858-SW134859 | Stipulate | | | | |
| 915 | 09/05/2025 | 2025-09-05 R.Martinez Decl Ex A_Gemtech P&L by Year_GT007937 | GT007937 | Stipulate | | | | |
| 916 | 09/05/2025 | 2025-09-05no200 R.Martinez Declaration ISO Motion for Summary Judgment | | Stipulate | | | | |

| EXHIBIT | | | | REVIEW | | | | |
|---|---|---|---|---|---|---|---|---|
| DX No. | Doc. Date | Defendants Description | Bates | Objection | Stipulation | Basis 1 | Basis 2 | Basis 3 |
| 540 | 03/29/2017 | 2017-03-29 AM0822 M.Thompson Eml_Exhibit 60 Thompson SW124255-62 Attachment CONFIDENTIAL | SW124255-SW124262 | Conditional | | Bates Numbers listed in description do not match proposed exhibit | | |