PRO-FAB
ALEXANDRIA PRO-FAB CO. INC.

8210 State Highway 29 North
Alexandria, MN 56308
320-852-7918
greg.ellingson@alexprofab.com

7/17/2025

To Whom It May Concern:

This letter serves as a formal statement on behalf of Alexandria Pro-Fab Co., Inc., confirming that our company was both willing and fully capable of ramping up operations to accommodate the current workload requirements of Gemtech, as well as positioned to support their continued growth into the future.

Alexandria Pro-Fab had the capacity, equipment, skilled workforce, and infrastructure necessary to meet increased production demands, and we made clear efforts to communicate our readiness to adjust schedules, add shifts if necessary, and implement any required process changes to ensure seamless support of Gemtech's production needs.

We valued the business relationship with Gemtech and were committed to fostering a long-term partnership. Our intention was not only to meet their immediate needs, but also to grow alongside them as a reliable, quality-focused manufacturing partner.

Please do not hesitate to contact us if further clarification or documentation is needed.

Sincerely,

Greg Ellingson
Chief Operating Officer
Alexandria Pro-Fab Co., Inc.

**Exhibit 3**