Erik F. Stidham (ISB #5483)
Jennifer M. Aiko (ISB #9275)
Cameron L. McCue (ISB #12329)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
Email: efstidham@hollandhart.com
jmaiko@hollandhart.com
clmccue@hollandhart.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH & WESSON SALES COMPANY, a Delaware corporation; and SMITH & WESSON BRANDS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-REP<br><br>**DECLARATION OF ERIK F. STIDHAM IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE SPECULATIVE BIG-BOX RETAIL EVIDENCE** |

I, Erik F. Stidham, declare and state as follows:

1. I am counsel of record for Defendants Smith & Wesson Sales Company and Smith & Wesson Brands, Inc. (collectively "Smith & Wesson Parties" or "Defendants") in this matter. I am familiar with the facts and proceedings in this matter and have personal knowledge of the matters stated in this Declaration.

2. Attached as **Exhibit A** is a true and correct copy of a document produced in this action bearing Bates number GT112307.

3. Attached as **Exhibit B** is a true and correct copy of an August 17, 2017 email from Mark Thompson to Ron Martinez, produced in this action bearing Bates number GT111681.

4. Attached as **Exhibit C** is a true and correct copy of documents produced in this action bearing Bates numbers GT060667 through GT060670.

5. Attached as **Exhibit D** is a true and correct copy of excerpts from the transcript of the May 28, 2024 deposition of Plaintiff Gemini Technologies, Incorporated, taken pursuant to Federal Rule of Civil Procedure 30(b)(6) through its designee, Ronald John Martinez.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED this 23rd day of November, 2026.

By */s/ Erik F. Stidham*
Erik F. Stidham

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of November, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kim J. Trout
Alyssa R. Jones
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone: (208) 577-5755

*Attorneys for Plaintiff*

- ktrout@trout-law.com
- ajones@trout-law.com

*/s/Erik F. Stidham*
Erik F. Stidham
of HOLLAND & HART LLP

37189229_v1