Message

**From**: nicholas.evans@cabelas.com [nicholas.evans@cabelas.com]
**Sent**: 7/13/2017 3:20:19 PM
**To**: ron.martinez@gemtech.com
**Subject**: Start of Cabela's Vendor Trade Agreement for 2017
**Attachments**: _Cabelas_VTA_v-14.xlsx; _Cabelas_VTA_v-14.xlsx

Hello Ron Martinez,

Welcome to Cabela's

Nick Evans invites you to fill out the attached document and return it to Cabela's in order to initiate your Vendor Trade Agreement for 2017.

This email is your opportunity to discuss the terms of the VTA with your Cabela's Merchandising Team before it is sent to Assuresign for completion.
Once the information has been agreed upon by both parties, the next step is signing the Assuresign document generated from the agreed upon terms.
The authorized signer will receive an email to sign the Vendor Trade Agreement.

Please contact your Merchandising Team with any questions.

Thank you.

**Exhibit A**