Message

**From**: Mark Thompson [Mark.Thompson@gemtech.com]
**Sent**: 8/17/2017 12:53:41 PM
**To**: Ron Martinez [ron@martinez.net]
**Subject**: FW: Your Cabela's document has been completed and is now available for download

Ron,

Cabelas, executed Vendor Trade Agreement.

Thanks,

Mark

Mark W. Thompson
*Chief Financial Officer*
*Gemini Technologies, Inc.*
*GEMTECH*
335 N. Edgewood Ln. #150
Eagle, Idaho 83616
208-939-7222 – Office
206-799-5393 - Mobile
markt@gemtech.com
www.gemtech.com

GEMTECH WORLD-CLASS SILENCERS

---

**From:** Account Administrator [mailto:notifications@assuresign.com]
**Sent:** Thursday, August 17, 2017 11:44 AM
**To:** Mark Thompson <Mark.Thompson@gemtech.com>
**Subject:** Your Cabela's document has been completed and is now available for download

Dear Mark Thompson,

Document signing has been completed. Please click "View Document" to view or download the final signed copy of the document.

**View Document**

Gemtech

Document signing powered by **AssureSign**.
©2017 AssureSign, LLC All Rights Reserved.

**Exhibit B**