Message

**From**: Ron Martinez [ron@martinez.net]
**Sent**: 8/22/2017 8:18:06 AM
**To**: Ainsley Ridgeway [Ainsley.Ridgeway@cabelas.com]
**Subject**: PPL Gemtech
**Attachments**: Cabela's Gemtech PPL.xlsm; Untitled attachment 336989.htm; image004.jpg; Untitled attachment 336992.htm; Cabela's Gemtech PPL.xlsm; Untitled attachment 336998.htm; image004.jpg; Untitled attachment 337001.htm

Hi Ainsley,

Here you go;

**Exhibit C**

## VENDOR INSTRUCTIONS FOR CURRENT-PROPOSED PRODUCT LIST

1 This form may or may not include current items carried by Cabela's.

2 If there are current items listed, they will be at the top of the form.

3 Following the listed current items, please leave two blank lines.

4 Beneath the blank lines, insert proposed new items.

5 Columns containing yellow header field must be completed by vendor.
Please note - vendor fills out the "new cost" field NOT "current Cabela's cost"

6 Complete fields in all CAPS.

7 Fill out cost and notes fields on current items.

8 Please call your buying office with additional questions.



**Exhibit C**

| | J | K | L | M | N | O |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |

VERSION DATE: 7/1/14

# CABELA'S CURRENT/PROPOSED PRODUCT LISTING

| | | | | |
|---|---|---|---|---|
| CABELA'S USE ONLY | | VENDOR INPUT | | VENDOR INPUT |
| Vendor #: | 103587 | Date: | 8/17/2017 | Shipping Location: |
| Vendor Name: | GEMTECH | Quote Start Date: | 7/1/2017 | Address: |
| CM #: | 342 | Quote End Date: | 12/31/2018 | City: |
| CM Name: | Nick Evans | Authorized By: | | State: |
| International (Yes or No): | | Preferred Ship Day of the Week (M- F): | U.S. Ship Location to Cabela's Facility Only | ZIP: |
| Annual Freight Percentage Date (Month) | | | | Telephone: |
| Annual Estimated Units Ordered: | 0 | | | Export Country: |
| AVG Shipments (for estimate period, previous year: | | | | Export Port: |

| Row | CABELA'S STYLE IF CURRENT | CABELA'S MEDIA SET IF CURRENT | CABELA'S SKU IF CURRENT | SKU TYPE | ITEM DESCRIPTION 30 CHARACTERS | MFG PART NUMBER 15 CHARACTERS | MASTER CASE PACK QTY | INNER CASE PACK QTY | SPECIFY COST BASED ON: EA=EACH UNIT CS=CASE OR OTHER UOM | UPC/EAN | CTRY OF ORIGIN | CURRENT PO CABELA'S COST | NEW COST | INDIVIDUAL SELLING UNIT PACKAGE DIMENSIONS (DIMENSIONS AS DISPLAYED AT RETAIL) ENGLISH = INCHES & OUNCES INDICATE IN ENGLISH - INCHES AND OUNCES WT (OZ) | L (") | W (") | H (") | MASTER CASE PACK DIMENSIONS ENGLISH = INCHES & OUNCES INDICATE IN ENGLISH - INCHES AND OUNCES WT (OZ) | L (") | W (") | H (") | HOW SELLING UNIT IS MERCHANDISED S = SHELF P = PEGGED H = HANGER F = FOLDED | MSRP | MAP IF APPLICABLE | IF HAZARDOUS SELLING UNIT PACKAGE TYPE (Bottle plastic, Bottle glass, Can aluminum, Can steel, Box - fiber board, Box - wood) | IF HAZARDOUS CAPACITY OF SELLING UNIT (Gallon - US, Liter, Oz (US liquid), Pint (US), Pound, Quart, Kilogram) | Brand/Marketing Information | Ma (as i on t |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | CABELA'S USE ONLY | | | | VENDOR INPUT FIELDS FOR NEW PROPOSED PRODUCT | | VENDOR INPUT FIELDS FOR NEW PROPOSED PRODUCT | | | | | CABELA'S | VENDOR | VENDOR INPUT FIELDS FOR NEW PROPOSED PRODUCT VENDOR INPUT FIELDS FOR NEW PROPOSED PRODUCT | | | | | | | | | | | | | | |
| 18 | | | | | GM-22; .22LR, (Thdmnt 1/2-28) | GM-22 | 1 | 1 | EA | 609728889661 | USA | | $200.00 | 7.0 | 10.8 | 2.8 | 2.8 | | | | | S | $399.00 | $379.05 | | | | G |
| 19 | | | | | ONE; 7.62/ MULTI (Quickmount) | ONE | 1 | 1 | EA | 609224347856 | USA | | $625.00 | 29.5 | 10.8 | 2.8 | 2.8 | | | | | S | 1099 | $1,044.05 | | | | G |
| 20 | | | | | MIST-22; .22LR 10/22 Integral | MIST-22 | 1 | 1 | EA | 609728889692 | USA | | $350.00 | 23.0 | 21.3 | 2.3 | 2.3 | | | | | S | 599 | $569.05 | | | | G |
| 21 | | | | | TRACKER; 7.62 Ti LW Hunting | TRACKER | 1 | 1 | EA | 609224347849 | USA | | $294.00 | 15.0 | 10.8 | 2.8 | 2.8 | | | | | S | 599 | $569.05 | | | | G |
| 22 | | | | | Mk 39; 9mm (1/2-28 Piston Inc) | Mk 39 | 1 | 1 | EA | 609224346781 | USA | | $380.00 | 10.0 | 10.8 | 2.8 | 2.8 | | | | | S | 599 | $569.05 | | | | G |
| 23 | | | | | Lunar 45; .45 ACP (.578x28 ) | Lunar-45 | 1 | 1 | EA | 609224346989 | USA | | $479.00 | 19.0 | 10.8 | 2.8 | 2.8 | | | | | S | 799 | $759.05 | | | | G |
| 24 | | | | | MIST-22TD; .22LR Int 10/22 TD | MIST-22TD | 1 | 1 | EA | 609224347832 | USA | | $350.00 | 25.5 | 21.3 | 2.3 | 2.3 | | | | | S | 599 | $569.05 | | | | G |
| 25 | | | | | TREK II; 5.56 (THDMNT 1/2-28) | TREK II | 1 | 1 | EA | 609224346798 | USA | | $260.00 | 20.0 | 10.8 | 2.8 | 2.8 | | | | | S | 450 | $427.50 | | | | G |
| 26 | | | | | INTEGRA Suppressed URG 5.56X45 | INTEGRA 556 | 1 | 1 | EA | 609224347030 | USA | | $1,299.00 | 94.0 | 26.5 | 3.8 | 3.8 | | | | | S | 1999 | $1,899.05 | | | | G |
| 27 | | | | | INTEGRA Suppressed URG .300BLK | INTEGRA 300 | 1 | 1 | EA | 609224347023 | USA | | $1,299.00 | 94.0 | 26.5 | 3.8 | 3.8 | | | | | S | 1999 | $1,899.05 | | | | G |
| 28 | | | | | SHIELD; 5.56 (Quickmount) | SHIELD | 1 | 1 | EA | 609224347603 | USA | | $610.00 | 21.5 | 10.8 | 2.8 | 2.8 | | | | | S | 999 | $949.05 | | | | G |
| 29 | | | | | DAGGER; .300WM (THDMT 5/8-24) | DAGGER | 1 | 1 | EA | 609224347627 | USA | | $650.00 | 22.0 | 10.8 | 2.8 | 2.8 | | | | | S | 1099 | $1,044.05 | | | | G |
| 30 | | | | | GM-9; 9MM includes LID, 1/2-28 | GM-9 | 1 | 1 | EA | 609224348204 | USA | | $385.00 | 16.0 | 10.8 | 2.8 | 2.8 | | | | | S | 699 | $664.05 | | | | G |
| 31 | | | | | GM-45; .45ACP incl LID .578-28 | GM-45 | 1 | 1 | EA | 609224348181 | USA | | $385.00 | 18.0 | 10.8 | 2.8 | 2.8 | | | | | S | 699 | $664.05 | | | | G |
| 32 | | | | | PATROLMAN; 5.56 Ti (1/2-28) | PATROLMAN | 1 | 1 | EA | 609224347610 | USA | | $550.00 | 18.0 | 10.8 | 2.8 | 2.8 | | | | | S | 879 | $835.05 | | | | G |
| 33 | | | | | GMT-HALO; 5.56 (FITS A2 FH) | GMT-HALO | 1 | 1 | EA | 609224345906 | USA | | $615.00 | 20.0 | 10.8 | 2.8 | 2.8 | | | | | S | 999 | $949.05 | | | | G |
| 34 | | | | | GMT-300; .300BLK (Thd 5/8-24) | GMT-300BLK | 1 | 1 | EA | 609224345562 | USA | | $565.00 | 20.0 | 10.8 | 2.8 | 2.8 | | | | | S | 999 | $949.05 | | | | G |
| 35 | | | | | ARROW; .338 LM (TriLock ) | ARROW | 1 | 1 | EA | 609224347863 | USA | | $885.00 | 63.0 | 16.5 | 7.5 | 5.3 | | | | | S | 1499 | $1,424.05 | | | | G |
| 36 | | | | | AMMO, .22lr Subsonic, Box 50 | AMMO22SS-50BOX | 10 | 1 | EA | 609728889722 | USA | | $3.75 | 64.0 | 5.5 | 3.0 | 3.0 | | | | | S | 6.99 | $6.64 | | | | G |
| 37 | | | | | AMMO, 300 BLK Sub 187gr Box 20 | AMMO-300BLK-187 | 25 | 1 | EA | 609224346187 | USA | | $13.60 | 14.0 | 4.3 | 2.5 | 1.0 | | | | | S | 21.95 | $20.85 | | | | G |
| 38 | | | | | QUICKMOUNT 5.56mm FH 1/2-28 | QM-G5-FH | 1 | 1 | EA | 609224348037 | USA | | $65.00 | 4.5 | 5.9 | 4.0 | 1.3 | | | | | S | 99 | $94.05 | | | | G |
| 39 | | | | | QUICKMOUNT 5.56mm MB 1/2-28 | QM-G5-BR | 1 | 1 | EA | 609224348051 | USA | | $65.00 | 4.0 | 5.9 | 4.0 | 1.3 | | | | | S | 99 | $94.05 | | | | G |
| 40 | | | | | QUICKMOUNT 7.62mm FH 5/8-24 | QM-HVT-FH | 1 | 1 | EA | 609224348020 | USA | | $65.00 | 4.0 | 5.9 | 4.0 | 1.3 | | | | | S | 99 | $94.05 | | | | G |
| 41 | | | | | QUICKMOUNT 7.62mm MB 5/8-24 | QM-HVT-BR | 1 | 1 | EA | 609224348044 | USA | | $65.00 | 4.0 | 5.9 | 4.0 | 1.3 | | | | | S | 99 | $94.05 | | | | G |
| 42 | | | | | QDA Assembly: QD Adapter | QDA Assembly | 1 | 1 | EA | 609224346880 | USA | | $86.99 | 4.0 | 5.9 | 4.0 | 1.6 | | | | | S | 129.99 | $123.49 | | | | G |
| 43 | | | | | QDA 4 Lug Mount- 1/2-28 | QDA Thread Mount | 1 | 1 | EA | 609224346873 | USA | | $19.99 | 1.5 | 5.9 | 4.0 | 1.3 | | | | | S | 32.99 | $31.34 | | | | G |
| 44 | | | | | SBC Suppressed Bolt Carr. 5.56 | GSBC-556 | 1 | 1 | EA | 609224347825 | USA | | $154.00 | 11.5 | 9.0 | 2.3 | 2.3 | | | | | S | 249 | $236.55 | | | | G |
| 45 | | | | | Blast Jacket, Ti- Black | BLAST_JACKET-BLK | 1 | 1 | EA | 609224348013 | USA | | $135.00 | 5.0 | 5.9 | 4.0 | 1.6 | | | | | S | 195 | $185.25 | | | | G |
| 46 | | | | | P22 Adapter; (to 1/2-28) | ADAPT-P22 | 1 | 1 | EA | 609728888855 | USA | | $19.00 | 1.0 | 5.9 | 4.0 | 1.3 | | | | | S | 45 | $42.75 | | | | G |
| 47 | | | | | P22 Adapter; (to 1/2-28) | ADAPT-MPCOM | 1 | 1 | EA | 609224347795 | USA | | $19.00 | 2.0 | 5.9 | 4.0 | 1.3 | | | | | S | 45 | $42.75 | | | | G |
| 48 | | | | | MOSQUITO Adapter; (to 1/2-28) | MOSQ | 1 | 1 | EA | 609728888879 | USA | | $19.00 | 2.0 | 5.9 | 4.0 | 1.3 | | | | | S | 45 | $42.75 | | | | G |
| 49 | | | | | Barrel, Beretta 92 1/2-28 9MM | BBL-M9 | 1 | 1 | EA | 609728889524 | USA | | $145.00 | 6.5 | 8.0 | 3.0 | 1.3 | | | | | S | 195 | $185.25 | | | | G |
| 50 | | | | | Barrel, GLOCK 17 1/2-28, 9MM | BBL-GLOCK 17 | 1 | 1 | EA | 609728889449 | USA | | $120.00 | 6.0 | 8.0 | 3.0 | 1.3 | | | | | S | 160 | $152.00 | | | | G |
| 51 | | | | | Barrel, GLOCK 19 1/2-28, 9MM | BBL-GLOCK 19 | 1 | 1 | EA | 609728889456 | USA | | $120.00 | 6.0 | 8.0 | 3.0 | 1.3 | | | | | S | 160 | $152.00 | | | | G |
| 52 | | | | | Barrel, GLOCK 21 .578-28 .45 | BBL-GLOCK 21 | 1 | 1 | EA | 609224345982 | USA | | $120.00 | 6.0 | 8.0 | 3.0 | 1.3 | | | | | S | 160 | $152.00 | | | | G |
| 53 | | | | | GM-9 PISTON FOR LID, 13.5x1LH | PISTON-GM9-M13.5X1 LH | 1 | 1 | EA | 609728889340 | USA | | $50.00 | 3.0 | 5.9 | 4.0 | 1.3 | | | | | S | 80 | $76.00 | | | | G |
| 54 | | | | | GM-45/LUNAR PISTON .578-28 | PISTON-GM45-.578-28 SIG | 1 | 1 | EA | 609224345821 | USA | | $99.00 | 3.0 | 5.9 | 4.0 | 1.6 | | | | | S | 135 | $128.25 | | | | G |
| 55 | | | | | GM-45/LUNAR PISTON 1/2-28 | PISTON-GM45-1/2-28 | 1 | 1 | EA | 609224345869 | USA | | $99.00 | 3.5 | 5.9 | 4.0 | 1.6 | | | | | S | 135 | $128.25 | | | | G |
| 56 | | | | | GM-45/LUNAR PISTON 9/16-24 | PISTON-GM45-9/16-24 | 1 | 1 | EA | 609224345876 | USA | | $99.00 | 3.0 | 5.9 | 4.0 | 1.6 | | | | | S | 135 | $128.25 | | | | G |
| 57 | | | | | GM-45/LUNAR PISTON M13.5-1 LH | PISTON-GM45-M13.5X1 LH | 1 | 1 | EA | 609224347108 | USA | | $99.00 | 3.5 | 5.9 | 4.0 | 1.6 | | | | | S | 135 | $128.25 | | | | G |
| 58 | | | | | GM-45/LUNAR PISTON M16-1 LH | PISTON-GM45-M16X1 LH | 1 | 1 | EA | 609224345814 | USA | | $99.00 | 3.0 | 5.9 | 4.0 | 1.6 | | | | | S | 135 | $128.25 | | | | G |
| 59 | | | | | TRI-LOCK .338LM MB 3/4-24 | TL-ARROW-3/4-24 | 1 | 1 | EA | 609224347597 | USA | | $100.00 | 8.0 | 5.9 | 3.9 | 1.5 | | | | | S | 150 | $142.50 | | | | G |
| 60 | | | | | TRI-LOCK .338LM MB 5/8-24 | TL-ARROW-5/8-24 | 1 | 1 | EA | 60922434706 | USA | | $100.00 | 8.0 | 5.9 | 3.9 | 1.5 | | | | | S | 150 | $142.50 | | | | G |

Printed: 5/18/2020



GT060670

**Exhibit C**