Erik F. Stidham (ISB #5483)
Jennifer M. Aiko (ISB #9275)
Cameron L.McCue (ISB #12329)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
Email: efstidham@hollandhart.com
jmaiko@hollandhart.com
clmccue@hollandhart.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH & WESSON SALES COMPANY, a Delaware corporation; and SMITH & WESSON BRANDS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-REP<br><br>**DECLARATION OF ERIK F. STIDHAM IN SUPPORT OF MOTION IN LIMINE RE INTERNATIONAL, DOMESTIC MILITARY, AND LAW ENFORCEMENT SALES** |

I, Erik F. Stidham, declare and state as follows:

1. I am counsel of record for Defendants Smith & Wesson Sales Company and Smith & Wesson Brands, Inc. (collectively "Smith & Wesson Parties" or "Defendants") in this matter. I am familiar with the facts and proceedings in this matter and have personal knowledge of the matters stated in this Declaration.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition of the Rule 30(b)(6) designee of Plaintiff Gemini Technologies, Incorporated, taken on May 28, 2024.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the Plaintiff's First Amended Initial Disclosures dated December 1, 2023.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from deposition exhibit 21 from the deposition of Jason Pace which contains August 29, 2017 email correspondence from Ron Martinez attaching a file named SW V6.pptx. and entitled, "Executive Review of International Sales Potential".

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the deposition of Jason Pace Dated May 30, 2024.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the Plaintiff's & Counterdefendants' Initial Disclosures dated February 5, 2020.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED this 23rd day of November, 2026.

By *<u>/s/ Erik F. Stidham</u>*
Erik F. Stidham

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of November, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kim J. Trout
Alyssa R. Jones
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone: (208) 577-5755

*Attorneys for Plaintiff*

- ktrout@trout-law.com
- ajones@trout-law.com

*/s/Erik F. Stidham*
Erik F. Stidham
of HOLLAND & HART LLP

40286852.v1