KIM J. TROUT, ISB #2468
STEVEN F. SCHOSSBERGER, ISB #5358
TROUT LAW, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
ktrout@trout-law.com
Attorney for the Plaintiff/Counterdefendant.

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF IDAHO**

GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,

Plaintiff,

vs.

SMITH & WESSON CORP., a Delaware corporation, and AMERICAN OUTDOOR BRANDS CORPORATION, Nevada corporation,

Defendants.

SMITH & WESSON CORP., a Delaware corporation,

Counterclaimant,

vs.

GEMINI TECHNOLOGIES, INCORPORATED, an Idaho Corporation; RONALD J. MARTINEZ, an individual; and PHILIP H. DATER, an individual,

Counterdefendants.

Case No. 1:18-CV-00035-CWD

**PLAINTIFF'S**
**FIRST AMENDED INITIAL DISCLOSURES**

F.R.C.P. 26(a)(1)



**Exhibit B**

| Country: | Est. Units | Cost Per Unit | Est. Sales |
|---|---|---|---|
| Saudi Arabia | 25,000 Machine Guns<br>100,000 Rifles<br>50,000 Pistols | $1,400.00<br>$700.00<br>$500.00 | $130,000,000.00 |
| Bahrain | | | TBD |
| Denmark | | | $350,000.00 |
| Poland | 10,000 Rifles<br>10,000 Pistols | $700.00<br>$350.00 | $10,500,000.00 |
| U.A.E. | 15,000 Machine Guns<br>700 GM-9s<br>350 Arrows<br>2,000 Gemtech Shields | $1,400.00<br>$350.00<br>$1,000.00<br>$700.00 | $22,995,000.00 |
| Turkey | 25,000 Machine Guns | $1,400.00 | $35,000,000.00 |
| Philippines | 800 The One | $695.00 | $556,000.00 |
| Belgium | 5,000 INTEGRAs | $1,400.00 | $7,000,000.00 |
| Indonesia | 395 Machine Guns<br>500 Pistols | $1,400.00<br>$350.00 | $728,000.00 |
| Tunisia | 18,000 Rifles<br>10,000 Machine Guns | $650.00<br>$150.00 | $13,200,000.00 |
| Lithuania | 350 Daggers | $700.00 | $245,000.00 |
| Latvia | 550 Daggers | $700.00 | $385,000.00 |
| South Africa | 160 Sub Machine Guns<br>5,000 INTEGRAs | $350.00<br>$1,400.00 | $7,056,000.00 |
| **Total:** | | | $228,015,000.000 |

Plaintiff was prevented from implementation of these international sales opportunities due to Defendant's breaches and bad faith conduct immediately following the acquisition and continuing

during the earnout period. Plaintiff has since verified that similar sales were completed by competitors' usurpation of Plaintiff's planned objectives in some of the above-named countries during the earnout period.

Plaintiff had also previously planned on pursuing additional international sales opportunities with foreign countries during the earnout period, including opportunities with Korea ($60,000,000.00) Columbia ($8,500,000.00), Malaysia ($940,000.00), and the United Kingdom ($150,000.00). Plaintiff reasonably assumes that additional international sales opportunities could and, in good faith, would have been identified and pursued during the earnout period.

Based on data about known sale opportunities, Plaintiff's reasonable international sales expectancies for the earnout period could reasonably be expected to reach $228,015,000.00 in total international sales. On January 19, 2024, Plaintiff will provide Defendant with its expert witness disclosure.

**Total Sales Expectancies:**

For purposes of this disclosure, Plaintiff reasonably projected to achieve $64,000,000 in its domestic sales expectancies, and $228,015,000 in its reasonable international sales expectancies, totaling $292,015,000 in the earnout period sales expectancies. On January 19, 2024, Plaintiff will provide Defendant with its expert witness disclosure.

**Total Expectancy Damages:**

Plaintiff calculates its total minimum reasonable sales expectancies damages as $17,100,000, which is the difference between Plaintiff's total reasonable sales expectancies and the $36,000,000.00 earnout threshold, multiplied by fifteen percent, and capped at $17,100,000 pursuant to the APA. On January 19, 2024, Plaintiff will provide Defendants with its expert witness disclosure.

**Rescissory Damages for Defendants' Fraud:**

Plaintiff is entitled to rescissory damages in the amount of its lost profits starting August 7, 2017, through the time of trial, at a minimum of approximately $44,000,000 to highs of approximately



**Exhibit B**

$161,000,000 through 12/31/2023, as that is the amount necessary to put Plaintiff in the same position it would have occupied in the absence of Defendants' fraud. In line with the case holding in *Siga Techs., Inc. v. PharmAthene, Inc.*, it is unnecessary for Plaintiff to prove these amounts with mathematical certainty. This is especially true given Plaintiff's successful growth trajectory and expanding sales opportunities at the time of the APA. Plaintiff incorporates the above discussion as though fully set forth herein. On January 19, 2024, Plaintiff will provide Defendants with its expert witness disclosure.

Dated December 1, 2023 TROUT LAW, PLLC

*/s/ Kim J. Trout*
Kim J. Trout – ISB No. 2468
ktrout@trout-law.com
Attorney for Plaintiff Gemini Technologies, Inc.

*/s/ Steven F. Schossberger*
Steven F. Schossberger – ISB No. 5358
sschossberger@trout-law.com
Attorney for Plaintiff Gemini Technologies, Inc.

**CERTIFICATE OF SERVICE**

I certify that on December 1, 2023, I served a true and correct copy of this entire document on the following persons, addressed below:

B. Newal Squyres
nsquyres@hollandhart.com

Erik F. Stidham
efstidham@hollandhart.com

Zachery J. McCraney
zjmccraney@hollandhart.com

*/s/ Kim J. Trout*
Kim J. Trout



**Exhibit B**