Message

| | |
|---|---|
| **From:** | Ron Martinez [ron@martinez.net] |
| **Sent:** | 8/29/2017 1:27:28 PM |
| **To:** | Sholes, Hope [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d216754c68e84d63bbcb05e7c52e4a46-hsholes@smith-wesson.com] |
| **CC:** | Cicero, Robert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6c0d95dcf4ae483ba8a8656a2e75981a-rcicero@smith-wesson.com]; Jason Navy Seal Gemtech [Jason.Pace@Gemtech.com] |
| **Subject:** | BEC Meeting presentation |
| **Attachments:** | SW V6.pptx |
| **Flag:** | Follow up |

Hi Rob and Hope,

Please see the enclosed presentation for tomorrow. We will elaborate more on each line item for the BEC.

See you soon.

Thanks,

Ron

Ron Martinez
CEO
GEMTECH
208.991.6825
ron.martinez@gemtech.com

GEMTECH
WORLD-CLASS SILENCERS

EXHIBIT
21
RCM 5-3

SW085742

Exhibit C

GEMTECH
WORLD-CLASS SILENCERS

Smith&Wesson

Executive Review of International Sales Potential

Ron Martinez

August 30, 2017



Exhibit C

# GEMTECH International Sales

- Jason Pace: Director of International Sales
- 13 potential countries
- $207 Million in gross sales potential



# Saudi Arabia (CPI 46)



- End User: Special Security Forces
  - Foreign consignee: MRKAS

- Opportunity:
  - 25,000 machine guns ~$1,400 per unit
  - 100,000 rifles ~$700 per unit
  - 50,000 pistols ~$500 per unit



- Gross sales potential: $130 Million

# Saudi Arabia (CPI 46)



- Previous licenses:
  - 050625117 was completed in the last 3 months
  - 050630259 is in process to ship to end user

Current sales to date: $43,000

Completion of one purchase causes the release of another PO. Shipment is expected to deliver within 3 weeks.

Delivery of the MGS, Shields, and MK39 will be sent quarterly over the next three years.

Foreign Contacts:

| | |
|---|---|
| Nabeel Kommoth | Mohammed Smimih |
| Logistic Supervisor | Procurement Manager |
| MRKAS | MRKAS |

# Bahrain (CPI 43)



- End User: Bahrain Defence Force
  - Foreign Consignee: Caracal
- Opportunity:
  - Once shipment is received by Bahrain Defense Forces, follow up demo will be the most opportune way to guarantee another PO.
- Previous Licenses:
  - 050613916

Current Sales to date: 45,500
  - This shipment is currently waiting for airline approval to ship to end user.





Exhibit C

# Bahrain (CPI 43)



- Gross Sales Potential: TBD

- Delivery:
  - License shipment should be fulfilled in the next 2 weeks and demo 2 weeks afterwards
  - Bahrain Defense is requesting a demo the 2nd week of October.

Foreign Contacts:

| | | |
|---|---|---|
| Bertram Wagner | Frank Pinn | Patrick Santos |
| Procurement Officer | Head of Supply Chain | Procurement officer |
| Caracal | Caracal | Caracal |

# Denmark (CPI 90)



- End User: Danish Defense Intelligence Service
  - Foreign Consignee: Leo Nielsen Trading ApS

- Opportunity:
  - EUC for $350,000 received along with import permit, DSP-83, Security letter, and letter of intent
  - Currently shipment and production are on hold under S&W. We expect licensing will take around 30 days, and the initial purchase to be placed after approval.



# Denmark (CPI 90)



- Previous Licenses:
  - 050531202
  - 050538465

Current Sales to date: $7,000

- Delivery
  - These items are to be sold in shipments with the first shipment as soon as the license is approved.
  - Product shipment in 90 days.
  - Delivery completed in 24 months with quarterly shipments

Foreign Contacts:
Leo Nielson
CEO
Leo Nielsen Trading Aps



Exhibit C

# Poland (CPI 62)



- End User: Polish MOD
  - Consignee: BUOS Company Limited
- Opportunity
  - Initial order for 2 of many samples with the potential to reorder what fits their need.
  - 10,000 rifles ~$700
  - 10,000 pistols ~$350
- Gross sales potential: $10,500,000





# United Arab Emirates (CPI 66)

- End User: GHQ Land Forces & Presidential Guard Forces
  - Foreign Consignee: Trust International Group
- Opportunity is with GHQ land forces & Presidential Guard Forces
- Potential to close: 80%
  - 15,000 OOW's M240's and M249's purchased ~$1,400
  - 700 GM-9's ~$350
  - 350 Arrow's ~1,000
  - 2,000 Gemtech Shields ~$700
  - Gross Sales potential: $22,995,000





Exhibit C

# United Arab Emirates (CPI 66)



- Previous Licenses:
  - 050621364

Current Sales to date: $1000

- Delivery
  - These purchases are currently understandings and will move to purchase orders and end user certificates after demos of previously shipped product.
  - Arrow demo in September, with 90 arrows and 500 shields delivered biannually.
  - Machine Gun demo in October, 1,000 Q1, 7,000 Q5, and 7,000 Q9

Foreign Contacts:

Krisnamarie Giron
Business Analyst
Trust International Group

James Todd
COO
Trust International Group



Exhibit C

# Turkey (CPI 41)



- End User: Special Operations Department of Turkey
- Opportunity
  - 25,000 OOW M240 and M249 purchased ~$1,400
  - Current interest in Gemtech Shield, Integra and GSBC as the second largest NATO army behind the U.S.
- Gross Sales Potential: $35,000,000



SW085758

**Exhibit C**