KIM J. TROUT, ISB #2468
TROUT LAW, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
ktrout@trout-law.com
Attorney for the Plaintiff/Counterdefendant.

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation,<br><br>Plaintiff,<br>vs.<br><br>SMITH & WESSON CORP., a Delaware corporation, and AMERICAN OUTDOOR BRANDS CORPORATION, Nevada corporation,<br><br>Defendants. | Case No. 1:18-CV-00035-CWD<br><br>**PLAINTIFF'S & COUNTERDEFENDANTS' INITIAL DISCLOSURES**<br><br>F.R.C.P. 26(a)(1) |
| SMITH & WESSON CORP., a Delaware corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>GEMINI TECHNOLOGIES, INCORPORATED, an Idaho Corporation; RONALD J. MARTINEZ, an individual; and PHILIP H. DATER, an individual,<br><br>Counterdefendants. | |



**Exhibit E**

| **Name & Contact Information:** | **Subject Matter of Testimony:** |
|---|---|
| Laurence Taylor Knapp | Taylor Knapp was in charge of shipping and performed other duties on an as-needed basis. Mr. Knapp may have knowledge regarding the allegations contained in the Complaint or the Counterclaim, or facts to support the prosecution or defense of the Complaint or the Counterclaim. |
| CJ Dugan<br>910-391-3035 | CJ Dugan is former special forces and was knowledgeable regarding military sales and may have knowledge regarding the allegations contained in the Complaint or the Counterclaim, or facts to support the prosecution or defense of the Complaint or the Counterclaim. |
| Vincent Baertschi<br>110 Timber Way<br>Ketchum, ID 83340 | Vincent Baertschi was former military personnel who train SEAL Teams. Mr. Baertschi was a pro-staff member, who assisted in sales to special forces. Mr. Baertschi may have knowledge regarding the allegations contained in the Complaint or the Counterclaim, or facts to support the prosecution or defense of the Complaint or the Counterclaim. |
| Ian Middleton<br>4419 W. Jewell St.<br>Boise, ID 83706 | Ian Middleton was involved in Gemtech's sales and may have knowledge regarding the allegations contained in the Complaint or the Counterclaim, or facts to support the prosecution or defense of the Complaint or the Counterclaim. |
| Jason Harper<br>3054 W Foxtrotter Dr<br>Meridian, ID 83646<br>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 | Jason Harper was on Gemtech's research and development team. Mr. Middleton may have knowledge regarding the allegations contained in the Complaint or the Counterclaim, or facts to support the prosecution or defense of the Complaint or the Counterclaim. |
| Joey Harris<br>3521 S Twinsprings Way<br>Nampa, ID 83686 | Joey Harris was the head of technical support and had knowledge regarding sales within Gemtech. Mr. Harris may have knowledge regarding the allegations contained in the Complaint or the Counterclaim, or facts to support the prosecution or defense of the Complaint or the Counterclaim. |



**Exhibit E**

| **Name & Contact Information:** | **Subject Matter of Testimony:** |
|---|---|
| Doug Paxton | Doug Paxton was in shipping at Gemtech and may have knowledge regarding the allegations contained in the Complaint or the Counterclaim, or facts to support the prosecution or defense of the Complaint or the Counterclaim. |
| Leroy Graham<br>208-573-5025 | Leroy Graham was a former pro staff member of Gemtech and worked with law enforcement sales. Mr. Graham may have knowledge regarding the allegations contained in the Complaint or the Counterclaim, or facts to support the prosecution or defense of the Complaint or the Counterclaim. |
| John Roads | John Roads assisted with law enforcement sales and represented Gemtech at trade shows across the United States. Mr. Roads may have knowledge regarding the allegations contained in the Complaint or the Counterclaim, or facts to support the prosecution or defense of the Complaint or the Counterclaim. |
| Peter Johnson<br>c/o Archway Defense<br>970-400-1760 | Peter Johnson is the CEO and Owner of Archway Defense, which does law enforcement training across the United States. Mr. Johnson was approved to be the Director of Sales and may have knowledge regarding the allegations contained in the Complaint or the Counterclaim, or facts to support the prosecution or defense of the Complaint or the Counterclaim. |
| Andrew Pike<br>2334 N Welford Pl<br>Boise, ID 83704<br>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 | Andrew Pike is a former part-time Gemtech employee who had knowledge regarding sales. Mr. Pike may have knowledge regarding the allegations contained in the Complaint or the Counterclaim, or facts to support the prosecution or defense of the Complaint or the Counterclaim. |



Exhibit E

& Wesson's breach of the Escrow Agreement is $1,470,629.97, together with accrued interest of $175,025.11, for a total amount of escrow agreement damages of $1,645,655.08.

**Other Damages:**

Plaintiff has good cause to believe that Defendant withheld material information concerning Defendant's international operations in connection with the APA and the Counterdefendants' employment agreements. Plaintiff reserves the right to amend its pleadings and supplement its damages calculations herein as more information on the matter becomes available in discovery.

Plaintiff reserves the right to amend its pleadings and supplement its damages calculations to include an award for punitive damages for Smith & Wesson's unilateral willful, wanton, malicious and outrageous conduct, both known, and to be proven based upon further discovery.

**D. Insurance Agreements**

**For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

**Response.**

None in Plaintiff's/Counterdefendants' possession.

Dated February 5, 2020 TROUT LAW, PLLC

*/s/ Kim J. Trout*
Kim J. Trout

Attorney for Plaintiff/Counterdefendants



Exhibit E

**CERTIFICATE OF SERVICE**

I certify that on February 5, 2020, I served a true and correct copy of this entire document on the following persons, addressed below:

B. Newal Squyres E-file ______X______
nsquyres@hollandhart.com

Jason E. Prince
jeprince@hollandhart.com

*/s/ Kim J. Trout*
Kim J. Trout



Exhibit E